IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**MARY CLARK**  :
1862 62ND Terrace South
St. Petersburg, FL 33712  :
                             :     **Case No.**_____
    Plaintiff,
v.  :

**HOWARD COUNTY GENERAL HOSPITAL**  :
5755 Cedar Lane
Columbia, MD 21044  :
    **SERVE COUNSEL OF RECORD:**
    Francis X. Leary, Esq.
    401 Washington Street  :
    Suite 1100
    Towson, MD 21204  :

And  :

**COLUMBIA AESTHETIC PLASTIC
SURGERY, LLC**  :
9107 Charterhouse Road
Frederick, MD 21704  :
    **SERVE COUNSEL OF RECORD:**
    Larry D. McAfee, Esq.
    11 N. Washington Street  :
    Suite 400
    Rockville, MD 20850-4278  :

And  :

**ERIC CHANG, M.D.**
8860 Columbia Parkway, Suite 206  :
**Columbia, MD 21045**
    **SERVE COUNSEL OF RECORD**:  :
    Larry D. McAfee, Esq.
    11 N. Washington Street  :
    Suite 400
    Rockville, MD 20850-4278  :

    **Defendants**  :

## COMPLAINT

COMES NOW the Plaintiff, Mary Clark, by and through counsel, Kenneth M. Berman, Esq. and Berman, Sobin, Gross, Feldman & Darby, LLP, and sues Howard County General Hospital, Inc., Columbia Aesthetic Plastic Surgery, LLC and Eric Chang, M.D. and state:

1. Plaintiff Mary Clark is a resident of St. Petersburg, Florida and, prior to that, was a resident of Washington County, Maryland.

2. Defendant Howard County General Hospital, Inc. is located in and regularly conducts business in Howard County, Maryland.

3. Defendant Columbia Aesthetic Plastic Surgery, LLC is located in and regularly conducts business in Howard County, Maryland.

4. Defendant Eric Chang, M.D. has an office in and regularly conducts business in Howard County, Maryland.

5. The amount of this claim exceeds Seventy Five Thousand Dollars ($75,000.00).

6. The venue for this claim is proper in the United States District Court for the District of Maryland, Northern Division, as there is diversity jurisdiction pursuant to 28 U.S.C.A. §1332, as the parties are from different states.

7. All conditions precedent to the filing of this suit have been satisfied.

### FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8. On or about May 24, 2010, the Plaintiff, Mary Clark, underwent breast reconstruction surgery following treatment for breast cancer. The surgery took place at Howard County General Hospital and was performed by Defendant Eric Chang, M.D., an employee and/or agent of Columbia Aesthetic Plastic Surgery, LLC.

9. During the aforementioned surgery, the Plaintiff sustained significant burns to her chest as a result of an alleged "overheated lighted retractor" which burned through the surgical drapes and contacted the Plaintiff's skin, resulting in burns to her chest, including full thickness burns.

10. Once the burns were detected, the full thickness burns were excised until healthy bleeding tissue was seen. The resulting wounds were surgically closed by Dr. Chang.

11. The burns resulted in significant scarring and disfigurement to the Plaintiff's chest, which caused her significant pain and suffering. In addition, the Plaintiff has undergone emotional and psychological trauma as a result of the operating room burns.

## COUNT I
Health Care Malpractice-Howard County General Hospital, Inc.

12. The Plaintiff incorporates and adopts by reference all of the facts and allegations set forth above and further states:

13. At all relevant times, Defendant Howard County General Hospital, Inc. was responsible for the actions of its agents, apparent agents, servants, and/or employees under the doctrine of respondeat superior.

14. At all relevant times, Defendant Howard County General Hospital, Inc. was responsible for the actions of its agents, apparent agents, servants, and/or employees under the doctrine of vicarious liability.

15. The operating room staff of Howard County General Hospital, Inc. was responsible for ensuring that all of the surgical instruments, including, but not limited to, the lighted retractor which caused the Plaintiff's burns were in proper and optimal operating condition.

16. The operating room staff of Howard County General Hospital, Inc. was responsible for ensuring that all of the surgical instruments including, but not limited to, the lighted retractor, were set at appropriate levels and settings for the type of surgery and the operative field.

17. The operating room staff of Howard County General Hospital, Inc. was responsible for ensuring that all of the patient and the surgical field were clear, at all times, from hazards, unnecessary surgical equipment and other dangerous materials including, but not limited to, the lighted retractor.

18. Howard County General Hospital its employees and/or agents had a medical and professional duty to exercise reasonable care in the treatment of Mary Clark.

19. Howard County General Hospital, its employees and/or agents breached its duty of reasonable care in its treatment of Mary Clark. Howard County General Hospital, its employees and/or agents breached its duty of care by acting or failing to act in such a way that caused Mary Clark to suffer significant burns to her chest during what was to be a routine outpatient surgery.

20. That, specifically, Howard County General Hospital, its employees and/or agents should have been aware of the burn hazards of the lighted retractor used during the Claimant's surgery and further, the standard of care required that the surgeon and operating room staff to be attentive to the location of the lighted retractor within the surgical field. Howard County General Hospital, its employees and/or agents failed to protect the Claimant from injury when the lighted retractor was placed on the chest, rather than in a proper holster, thereby burning several spots on the Claimant's upper chest. If Defendant Howard County General Hospital, its employees and/or agents had complied with the standard of care and not placed dangerous and heated instruments on the Claimant's body during surgery, she would not have otherwise sustained such burns which resulted in permanent scars.

21. Plaintiff, Mary Clark, was in no way contributorily negligent, and she relied upon the expertise of Howard County General Hospital, its employees and/or agents.

22. As result of the professional negligence of Howard County Hospital, Inc. and its staff and/or agents, the Plaintiff sustained burns to her chest, which will leave her with significant permanent disfigurements. In addition to the permanent bodily injuries, the Plaintiff, Mary Clark has suffered and will continue to suffer mental anguish, surgical, medical, and other related expenses;

WHEREFORE, Mary Clark demands compensatory damages from Howard County General Hospital, Inc. in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00), plus interest and the costs of this suit.

### COUNT II
Health Care Malpractice-Columbia Aesthetic Plastic Surgery, LLC

23. Plaintiff incorporates and adopts by reference all of the facts and allegations set forth above and further states:

24. At all times relevant to this action, the Defendant, Eric Chang, M.D., was an employee, partner, principal and/or agent of Columbia Aesthetic Plastic Surgery, LLC.

25. At all relevant times, Defendant Columbia Aesthetic Plastic Surgery, LLC was responsible for the actions of its agents, apparent agents, servants, and/or employees under the doctrine of respondeat superior.

26. At all relevant times, Defendant Columbia Aesthetic Plastic Surgery, LLC was responsible for the actions of its agents, apparent agents, servants, and/or employees under the doctrine of vicarious liability.

27. The Defendant Eric Chang, M.D., acting as an agent, partner, principal and/or employee of Columbia Aesthetic Plastic Surgery, LLC, was responsible for ensuring that all of the surgical instruments including, but not limited to, the lighted retractor which caused the Plaintiff's burns, were in proper and optimal operating condition.

28. The Defendant, Eric Chang, M.D., acting as an agent and/or employee of Columbia Aesthetic Plastic Surgery, LLC, was responsible for ensuring that all of the surgical instruments including, but not limited to, the lighted retractor, were set at appropriate levels and settings for the type of surgery and the operative field.

29. The Defendant, Eric Chang, M.D, acting as an agent and/or employee of Columbia Aesthetic Plastic Surgery, LLC, was responsible for ensuring that all of

the patient and the surgical field were clear, at all times, from hazards, unnecessary surgical equipment and other dangerous materials including, but not limited to, the lighted retractor.

30. The Defendant, Eric Chang, M.D, acting as an agent and/or employee of Columbia Aesthetic Plastic Surgery, LLC had a medical and professional duty to exercise reasonable care in the treatment of Mary Clark.

31. The Defendant, Eric Chang, M.D, acting as an agent and/or employee of Columbia Aesthetic Plastic Surgery, LLC breached their duty of reasonable care in the treatment of Mary Clark. The Defendant, Eric Chang, M.D, acting as an agent and/or employee of Columbia Aesthetic Plastic Surgery, LLC breached their duty of care by acting or failing to act in such a way that caused Mary Clark to suffer significant burns to her chest during what was to be a routine outpatient surgery

32. That, specifically, Columbia Aesthetic Plastic Surgery, its employees and/or agents should have been aware of the burn hazards of the lighted retractor used during the Claimant's surgery and further, the standard of care required that the surgeon and operating room staff to be attentive to the location of the lighted retractor within the surgical field. Columbia Aesthetic Plastic Surgery, its employees and/or agents failed to protect the Claimant from injury when the lighted retractor was placed on the chest, rather than in a proper holster, thereby burning several spots on the Claimant's upper chest. If Defendant Columbia Aesthetic Plastic Surgery, its employees and/or agents had complied with the standard of care and not placed dangerous and heated instruments on the Claimant's body during surgery, she would not have otherwise sustained such burns which resulted in permanent scars.

33. The Plaintiff, Mary Clark, was in no way contributorily negligent, and she relied upon the expertise of Eric Chang, M.D, acting as an agent and/or employee of Columbia Aesthetic Plastic Surgery, LLC, its employees and/or agents.

34. As result of the negligence of Eric Chang, M.D., acting as an agent and/or employee of Columbia Aesthetic Plastic Surgery, LLC, the Plaintiff sustained burns to her chest, which will leave her with significant permanent disfigurements. In addition to the permanent bodily injuries, the Plaintiff, Mary Clark has suffered and will continue to suffer mental anguish, surgical, medical, and other related expenses-

WHEREFORE, Mary Clark demands compensatory damages from Columbia Aesthetic Plastic Surgery, LLC in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00), plus interest and the costs of this suit

## COUNT III
Health Care Malpractice-Eric Chang, M.D.

35. Plaintiff incorporates and adopts by reference all of the facts and allegations set forth above and further states:

36. The Defendant, Eric Chang, M.D. was responsible for ensuring that all of the surgical instruments including, but not limited to, the lighted retractor which caused the Plaintiff's burns, were in proper and optimal operating condition.

37. The Defendant, Eric Chang, M.D., was responsible for ensuring that all of the surgical instruments including, but not limited to, the lighted retractor, were set at appropriate levels and settings for the type of surgery and the operative field.

38. The Defendant, Eric Chang, M.D., was responsible for ensuring that all of the patient and the surgical field were clear, at all times, from hazards,

unnecessary surgical equipment and other dangerous materials including, but not limited to, the lighted retractor.

39. The Defendant, Eric Chang, M.D. had a medical and professional duty to exercise reasonable care in the treatment of Mary Clark.

40. The Defendant, Eric Chang, M.D. breached his duty of reasonable care in his treatment of Mary Clark. The Defendant, Eric Chang, M.D, breached his duty of care by acting or failing to act in such a way that caused Mary Clark to suffer significant burns to her chest during what was to be a routine outpatient surgery. 41.

That, specifically, Eric Chang, M.D. should have been aware of the burn hazards of the lighted retractor used during the Claimant's surgery and further, the standard of care required that the surgeon and operating room staff to be attentive to the location of the lighted retractor within the surgical field. Eric Chang, M.D. failed to protect the Claimant from injury when the lighted retractor was placed on the chest, rather than in a proper holster, thereby burning several spots on the Claimant's upper chest. If Defendant, Eric Chang, M.D. had complied with the standard of care and not placed dangerous and heated instruments on the Claimant's body during surgery, she would not have otherwise sustained such burns which resulted in permanent scars.

42. The Plaintiff, Mary Clark, was in no way contributorily negligent, and she relied upon the expertise of Eric Chang, M.D.

43. As result of the negligence of Eric Chang, M.D., the Plaintiff sustained burns to her chest, which will leave her with significant permanent disfigurements. In

addition to the permanent bodily injuries, the Plaintiff, Mary Clark has suffered and will continue to suffer mental anguish, surgical, medical, and other related expenses.

WHEREFORE, Mary Clark demands compensatory damages from Eric Chang, M.D. in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00), plus interest and the costs of this suit.

Respectfully submitted,

BERMAN, SOBIN, GROSS,
FELDMAN & DARBY, LLP

Kenneth M. Berman, Esquire
Federal Bar No.8529
481 North Frederick Ave., Suite 300
Gaithersburg, Maryland 20877
(301) 670-7030
kberman@bsgfdlaw.com
Attorney for Plaintiff