# EXHIBIT A

**Christine Babbitt**

| | |
|---|---|
| **From:** | Christine Babbitt |
| **Sent:** | Tuesday, September 24, 2013 10:24 AM |
| **To:** | mprince@gleason-law.com |
| **Subject:** | Russell Williams CV and Fee Schedule |
| **Attachments:** | RUSSELL WILLIAMS.pdf; Russell Williams Fee Schedule.pdf |

I thought this had been previously sent along with the Expert ID. Dr. Williams is still compiling his testimony list and we hope to have that to you ASAP.

Thanks!

*Chris N. Babbitt*

Litigation Paralegal to Kenneth M. Berman, Esq.

BERMAN | SOBIN | GROSS
FELDMAN & DARBY LLP

481 N Frederick Avenue, Third Floor
Gaithersburg, MD 20877
(301)670-6541-direct
(240)403-1139-fax

If you would like to express anything to the firm with regard to the service I am
providing, please contact servicematters@bsgfdlaw.com

Firm Web Site
http://www.bsgfdlaw.com/

Blogs:
Auto Accident Law
Maryland Workers' Compensation Law
Wills for Working Families
Social Security Disability: A Survival Guide

Visit us on Facebook



This electronic communication is PRIVILEGED and CONFIDENTIAL and intended solely for the recipient of this message.  This message also does not constitute a legal opinion but is only intended as a means for brief communication.  I am not an attorney. Only an attorney at the firm may provide you with a legal opinion.

# EXHIBIT B

## BEFORE THE MARYLAND HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE

MARY CLARK,                                  :

    Claimants,                              :    HCA No.:

    v.                                      :

~~HOWARD COUNTY GENERAL~~                     :
~~HOSPITAL~~, et al.

                                                          :

    Healthcare Providers.

### REPORT OF QUALIFIED EXPERT

I attest, to a reasonable degree of medical certainty, that the standard of care required Defendant Healthcare Providers Eric Chang, M.D., Howard County General Hospital and Columbia Aesthetic Plastic Surgery and their agents, servants and/or employee to ensure that the surgical field, including the Claimant's body, were free from all surgical fire and burn hazards. Specifically, the surgeon, Dr. Eric Chang and the operating room staff should have been aware of the burn hazards of the lighted retractor used during the Claimant's surgery and further, the standard of care required that the surgeon and operating room staff to be attentive to the location of the lighted retractor within the surgical field. The Healthcare Providers failed to protect the Claimant from injury when the lighted retractor was placed on the chest, rather than in a proper holster, thereby burning several spots on the Claimant's upper chest. If Defendant Healthcare Providers Eric Chang, M.D., Howard County General Hospital and Columbia Aesthetic Plastic Surgery and their agents, servants and/or employees, had complied with the standard of care and not placed dangerous and heated instruments on the Claimant's body

EXHIBIT

_____

during surgery, she would not have otherwise sustained such burns which resulted in permanent scars.

The departures from the standards of care by Eric Chang, M.D., Howard County General Hospital and Columbia Aesthetic Plastic Surgery and their agents, servants and/or employees, were the proximate cause of Ms. Clark's burns, scars, as well as her post-injury pain and suffering. All of my expressed opinions are to a reasonable degree of medical certainty.

Dr. Russell A. Williams
University of California, Irvine
City Tower, Suite 810
333 City Blvd., West
Mail Code: 5375
Orange, CA 92868


BERMAN, SOBIN, GROSS
FELDMAN & DARBY, LLP


Kenneth M. Berman, Esquire
481 N. Frederick Ave, Suite 300
Gaithersburg, MD 20877
(301) 670-7030
Attorney for Claimant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _13_ day of November, 2012, a copy of the foregoing Report of Qualified Expert was placed in the United States mail, first class, postage prepaid and pursuant to Md. Code Courts & Jud. Proc. § 3-2A-04(b)(1)(i) addressed as follows:

HARRY L. CHASE, DIRECTOR
William Donald Schaefer Tower
6 St. Paul St., Suite 1501
Baltimore, MD 21202-1608

HOWARD COUNTY GENERAL HOSPITAL
C/O:   Victor A. Broccolino, Registered Agent
        5755 Cedar Lane
        Columbia, MD 21044

COLUMBIA AESTHETIC PLASTIC
SURGERY, LLC
C/O:   Niccolo N. Donzella, Esq.
        Baxter, Baker, Sidle, Conn & Jones, P.A.
        120 East Baltimore Street, Suite 2100
        Baltimore, MD 21202

ERIC CHANG, M.D.
8860 Columbia Parkway, Suite 206
Columbia, MD 21045

The following Attorneys have agreed to accept service on behalf of their respective clients:

Larry D. McAfee, Esq.
Gleason, Flynn, Emig & Fogleman, Chtd.
11 N. Washington Street, Suite 400
Rockville, MD 20850-4278
Attorney for Columbia Aesthetic Plastic Surgery, LLC and Eric Chang, M.D.

Francis X. Leary, Esq.
401 Washington Street, Suite 1100
Towson, MD 21204
Attorney for Howard County General Hospital

_____
Kenneth M. Berman, Esquire

**BEFORE THE MARYLAND HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE**

| | | |
|---|---|---|
| **MARY CLARK,** | : | |
| Claimants, | : | HCA No.: |
| v. | : | |
| **HOWARD COUNTY GENERAL HOSPITAL, et al.** | : | |
| | : | |
| Healthcare Providers. | | |

## CERTIFICATE OF QUALIFIED EXPERT

I, Dr. Russell A. Williams, hereby certify:

1.     That, to a reasonable degree of medical certainty, Defendant, Healthcare Providers, Eric Chang, M.D., Howard County General Hospital and Columbia Aesthetic Plastic Surgery and their agents, servants and/or employees, departed from standards of care as alleged in the Statement of Claim, and that these departures from the standards of care are the proximate cause of the injury alleged in the Statement of Claim.

2.     I have had clinical experience in the Defendant Healthcare Providers' specialty within five (5) years of the date of the alleged act giving rise to this cause of action, and am board certified in general surgery, which is the same or a related specialty as the Defendant Healthcare Providers. I am a professor in the Department of Surgery, School of Medicine at the University of California, Irvine as well as a practicing vascular surgeon. I regularly performed procedures using lighted retractors similar to the ones which are believed to have caused the Claimant's burns. I do not devote annually more than one percent (1%) of my professional activities to those that directly involve testimony in personal injury claims.

EXHIBIT

_Dr. Russell A. Williams_ (signature)

Dr. Russell A. Williams
University of California, Irvine
City Tower, Suite 810
333 City Blvd., West
Mail Code: 5375
Orange, CA 92868

BERMAN, SOBIN, GROSS
FELDMAN & DARBY, LLP

_Kenneth M. Berman_ (signature)

Kenneth M. Berman, Esquire
481 N. Frederick Ave, Suite 300
Gaithersburg, MD 20877
(301) 670-7030
Attorney for Claimant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this $\underline{12}$ day of November, 2012, a copy of the foregoing Certificate of Qualified Expert was placed in the United States mail, first class, postage prepaid and pursuant to Md. Code Courts & Jud. Proc. § 3-2A-04(b)(1)(i) addressed as follows:

HARRY L. CHASE, DIRECTOR
William Donald Schaefer Tower
6 St. Paul St., Suite 1501
Baltimore, MD 21202-1608

HOWARD COUNTY GENERAL HOSPITAL
C/O:  Victor A. Broccolino, Registered Agent
       5755 Cedar Lane
       Columbia, MD 21044

COLUMBIA AESTHETIC PLASTIC
SURGERY, LLC
C/O:  Niccolo N. Donzella, Esq.
       Baxter, Baker, Sidle, Conn & Jones, P.A.
       120 East Baltimore Street, Suite 2100
       Baltimore, MD 21202

ERIC CHANG, M.D.
8860 Columbia Parkway, Suite 206
Columbia, MD 21045

The following Attorneys have agreed to accept service on behalf of their respective clients:

Larry D. McAfee, Esq.
Gleason, Flynn, Emig & Fogleman, Chtd.
11 N. Washington Street, Suite 400
Rockville, MD 20850-4278
Attorney for Columbia Aesthetic Plastic Surgery, LLC and Eric Chang, M.D.

Francis X. Leary, Esq.
401 Washington Street, Suite 1100
Towson, MD 21204
Attorney for Howard County General Hospital

Kenneth M. Berman, Esquire

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR
MARYLAND
(Northern Division)

MARY CLARK       : Plaintiff,       :

V.                              : CASE NO.: 1:13 CV 00184 ELH

HOWARD COUNTY GENERAL           :
HOSPTIAL, et al.
                                :

    Defendants

## AFFIDAVIT

I, Russell A. Williams, M.D., do hereby make oath that I am over 18 years of age and am

competent to testify as to the matters stated below and that the facts set forth are based upon my

personal knowledge:

1. That during the previous four years, I have testified as an expert once by deposition

and not at trial.


I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT
THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.


Russell A. Williams, M.D.

**EXHIBIT**

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR
MARYLAND
(Northern Division)

| | |
|---|---|
| **MARY CLARK** | : |
| Plaintiff, | : |
| **V.** | : CASE NO.: 1:13-CV-00184 ELH |
| **HOWARD COUNTY GENERAL HOSPITAL, et al.** | : |
| | : |
| Defendants. | |

## PLAINTIFF'S REVISED EXPERT WITNESS DISCLOSURE PURSUANT TO RULE 26(a)(2)

COMES NOW the Plaintiff, Mary Clark, by and through counsel, Kenneth M. Berman, Esq., Kevin M. Ringel, Esq., and Berman, Sobin, Gross, Feldman & Darby, LLP, and pursuant to Fed. R. Civ. P. 26(a)(2) identifies the following expert witness who is expected to testify on her behalf. For the retained expert, the Plaintiff provides reports, Curriculum Vitae, a fee schedule, and a list of prior testimony, all in compliance with Fed. R. Civ. P. 26(a)(2)(B):

  1.  Russell A. Williams, M.D.
      Department of Surgery
      University of California, Irvine
      UCI Medical Center
      Orange, CA 92868

Dr. Williams is board certified in general surgery and vascular surgery and will be testifying in his capacity an expert witness. In addition to his surgical training, Dr. Williams has written and lectured on the subject of surgical fires and surgical burns. (See

C.V., Exh. 1). Dr. Williams is expected to testify based on his background, knowledge, education, training and experience, the history provided by the Plaintiff, Mary Clark, as well as, his review of the records of medical treatment.

The basis and reasons for Dr. Williams' opinions include, among other things, the medical records of Mary Clark, the photographs of Mary Clark's surgical burn following the injury, the operation manual for the lighted retractor used during Ms. Clark's procedure as well as, the depositions and discovery taken and provided to date and what may be produced, the opinions of other experts, any applicable literature and his knowledge, education and experience as a surgeon. Dr. Williams may supplement his opinion as discovery in the case progresses and additional documents, including deposition transcripts become available for his review

Specifically, among other things, Dr. Williams will testify that the Defendants, their agents, servants, and/or employees breached the applicable standards of medical care as to Plaintiff Mary Clark when they created a favorable environment for a surgical burn and in not taking steps to lessen the chances of such an event from occurring. Dr. Williams is expected to further testify that the negligence of each of the Defendants, their agents, servants and/or employees, directly and proximately caused the Plaintiff to suffer a severe injury resulting in medical bills, as well as damages of scaring and significant pain and suffering. Dr. Williams will also testify that the Defendants' negligence proximately caused Plaintiff to suffer mental anguish, permanent impairment and disfigurement. Additionally, it is expected that Dr. Williams will testify that the Defendants collectively lacked personnel training on operating room fires/burns, used improper surgical techniques and failed to have proper communication between all of the

operating room staff. (See Dr. Williams' Report, Exh. 2 and Dr. Williams' Certificate of Qualified Expert, Exh. 3, adopted and incorporated by reference)

In particular and to expand on what was stated above, Dr. Williams will testify that it was a breach in the standard of care to lay electro-surgical equipment, such as the lighted retractor, on the patient's body during surgery. When the lighted retractor was not in use, both the standard of care, as well as the manufacture's instructions, require that it be placed out of the surgical field in a proper holster and/or a metal table. It is further a deviation from the standard of care to ensure that the settings on the lighted retractor were proper given the type of surgery that was being performed on Ms. Clark. (See Exh. 2 and Exh. 3).

In the previous four years, Dr. Williams has testified as an expert via deposition once. The deposition was used in an arbitration proceeding, which took place in the State of California. (See Affidavit of Dr. Williams, Exh. 4). Dr. Williams charges $400.00 per hour for review of records; $400 per hour for meeting or telephone conferences; $1,000.00 for the first hour or part thereof for a deposition and $500.00 per subsequent hour or part thereof; and $5,000.00 per day or part thereof for court or arbitration appearances, in addition to travel and accommodation costs. (See Fee Schedule, Exh. 5).

The Plaintiff reserves the right to call any of her treating health care providers as hybrid expert/fact witnesses. The Plaintiff further reserves the right to call any expert witness disclosed by any other party in this case.

The Plaintiff reserves the right to call the Defendants regarding testimony as to the reasonableness of the medical treatment and billing statements.

The Plaintiff reserves the right to call additional rebuttal witnesses.

RESPECTFULLY SUBMITTED,

BERMAN, SOBIN, GROSS,
FELDMAN & DARBY, LLP


/s/_____
Kenneth M. Berman, Esquire
Federal Bar No. 8529
481 North Frederick Ave., # 300
Gaithersburg, Maryland 20877
(301) 670-7030
kberman@bsgfdlaw.com
Attorney for Plaintiff



/s/_____
Kevin M. Ringel
Federal Bar No. 18503
481 North Frederick Ave., # 300
Gaithersburg, Maryland 20877
(301) 670-7030
kringel@bsgfdlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of November, 2013, a copy of the

foregoing was electronically filed and served upon:

Larry D. McAfee, Esq.
Gleason, Flynn, Emig & Fogleman, Chtd.
11 N. Washington Street, Suite 400
Rockville, MD 20850-4278
Attorney for Columbia Aesthetic Plastic Surgery, LLC and Eric Chang, M.D.

Francis X. Leary, Esq.
401 Washington Street, Suite 1100
Towson, MD 21204
Attorney for Howard County General Hospital

BERMAN, SOBIN, GROSS,
FELDMAN & DARBY, LLP


   /s/
Kenneth M. Berman, Esquire
Federal Bar No.8529
481 North Frederick Ave., # 300
Gaithersburg, Maryland 20877
(301) 670-7030
kberman@bsgfdlaw.com
Attorney for Plaintiff


   /s/
Kevin M. Ringel, Esquire
Federal Bar No. 18503
481 North Frederick Ave., # 300
Gaithersburg, Maryland 20877
(301) 670-7030
kringel@bsgfdlaw.com
Attorney for Plaintiff

# CURRICULUM VITAE

## RUSSELL A. WILLIAMS, M.D.

**BORN**

Sydney, Australia

**CURRENT APPOINTMENTS**

Attending Surgeon (2/92 -present)
General Surgery (Vascular) Section
Long Beach VA Medical Center
Long Beach, California 90822

Professor (2/92 - present)
Department of Surgery
University of California, Irvine
UCI Medical Center
Orange, California 92868

Associate Dean (07/01/06 – present)
Graduate Medical Education
University of California, Irvine

Director, Student Surgery Education
3rd Year Medical Student Program (1992-present)
4th Year Medical Student Program (1992-2001 and 2005-present)
UC Irvine Medical Center

Telephone: (714) 456-7252
Fax: (714) 456-8205

Updated: 7/26/07



EXHIBIT
1

Williams - 2

# PROFESSIONAL HISTORY

## MEDICAL SCHOOL

University of Sydney, 1960-1966
Royal Prince Alfred Hospital Clinical Training School

## ACADEMIC AND PROFESSIONAL QUALIFICATIONS

Bachelor of Science (Medical) with honors in Biochemistry
B.Sc. (Med) - 1964

Bachelor of Medicine, Bachelor of Surgery with honors
M.B., B.S. - 1967

Fellow of the Royal Australasian College of Surgeons
F.R.A.C.S. - 1971 (Fellowship No. 2596)

Fellow of the Royal College of Surgeons of England
F.R.C.S. - 1975 (Fellowship No. 15689)

Diplomate American Board of Surgery
A.B.S. - 1984 (Certificate No. 29745), recertified 1992, 12/2001.

Advanced Trauma Life Support Certificate
A.T.L.S. - (issued, 9/14/00 and expires 9/14/04, renewed 2/10/04)

Advanced Cardiac Life Support
A.C.L.S. Provider - (Certified Feb. 96)

Certificate of Special Qualification in General Vascular Surgery - 1990
(Certificate No. 816), recertified 1999 (valid until July 1, 2010).

Fluoroscopy X-ray Supervisor and Operator – valid February 28, 2006 (Permit
No. RHC 141211)

## HONORS

B.Sc. (Med.) - First class honors in Biochemistry

M.B., B.S. - Honors at graduation

## AWARDS

2006 University of California, Irvine College of Medicine Excellence in Teaching—in recognition of one's dedication to outstanding teaching of medical students

2005-2006 Best Doctors in America

2005 University of California, Irvine College of Medicine Excellence in Teaching Award (Golden Scalpel Award)

2004 University of California, Irvine College of Medicine John E. Connolly Award for Outstanding Professor of Surgery who is committed to teaching, research, and surgical excellence

2004 Listing—Orange Coast Top Docs

2002 Listing—Guide to America's Top Surgeons

2002-2004 Listing—Best Teachers in America

2002 Listing—Guide to Top Doctors (top-rated physicians by peers)

2002 Parker J. Palmer "*Courage to Teach*" Award Finalist (recognized by ACGME as one of the top residency program directors in the nation)

2001 UCI Medical Center ARISE Exemplary Performance Award Nominee (Service)

1999 Kaiser-Permanente Award for Excellence in Teaching

1999 University of California, Irvine College of Medicine Excellence in Teaching Award (Golden Scalpel Award)

## PREVIOUS APPOINTMENTS

Resident Medical Officer 1967-1968
Royal Prince Alfred Hospital, Sydney
University of Sydney School of Medicine

Demonstrator in Anatomy 1969
Trainee Part I Royal Australasian College of Surgeons
Department of Anatomy
University of Sydney School of Medicine

Registrar in General Surgery 1970-1971
Trainee Part II Royal Australasian College of Surgeons
The St. George Hospital, Sydney
University of New South Wales School of Medicine

Member Australian Surgical Team 1972
Bien Hoa Hospital, Bien Hoa, South Vietnam

First Assistant in General Surgery 1972-1976
St. George's Hospital, London
University of London (St. George's Hospital)
School of Medicine

Fellow in Vascular Surgery 1977-1980

Williams - 4

VA Wadsworth Medical Center and UCLA School
of Medicine, Los Angeles, California

Assistant Professor 1980-1985
Department of Surgery
UCLA School of Medicine
The Center for Health Sciences
Los Angeles, California 90024

Associate Professor 1985-1990
Department of Surgery
UCLA School of Medicine
The Center for Health Sciences
Los Angeles, California 90024

Associate Chairman 1982-1992
Department of Surgery
Harbor-UCLA Medical Center
Torrance, California 90509

Chief, Division of General Surgery 1982-1992
Director, Section Gastrointestinal Surgery
Harbor-UCLA Medical Center
Torrance, California 90509

Attending Surgeon 1980-1992
General Surgery (Vascular) Section
Wadsworth VA Medical Center
Los Angeles, California 90073

Professor 1990-1992
Department of Surgery
UCLA School of Medicine
UCLA Medical Center
Los Angeles, California 90024

Attending Surgeon 1980-1996
UCLA Medical Center
Los Angeles, CA 90024

Attending Surgeon 1997-1999
Long Beach Memorial Hospital
Long Beach, California

Chief, Division of Gastrointestinal Surgery (2/92-12/02)
UCI Medical Center
Orange, California 92868

Director, Surgery Training Program (2/92-12/31/04)
UCI Medical Center
Orange, California 92868
Vice-Chairman (2/92-12/04)
Department of Surgery
UCI Medical Center
Orange, California 92868

Assistant Dean (12/01/05 – 06/30/06)
Graduate Medical Education
University of California, Irvine

## TEACHING ASSIGNMENTS

Tutor in Biochemistry
Wesley College, University of Sydney, 1964

Demonstrator in Anatomy
Anatomy Department, School of Medicine
University of Sydney, 1969

Tutor in Anatomy
Wesley College, University of Sydney, 1969

Lecturer in Surgery
Royal Dental Hospital, London, 1973

Tutor in Surgery
St. George's Hospital, London
1972-1975

UCLA Third Year Medical Student Program
Clinical Rotation in Surgery (tutorials, clinical instruction, oral examinations)
Wadsworth VA Medical Center
1977-1992
Harbor-UCLA Medical Center
1982-1992

UCLA Integrated Hospitals Surgery Training Program
Operating Room and Clinical Instruction of R1-R5 Residents
1977-1992

Harbor-UCLA Surgery Training Program
Operating Room and Clinical Instruction
R1-R5 Residents
1982-1992

Lecturer in Surgery (SU013)
UCLA Third Year Medical Student Program
Harbor-UCLA Medical Center
1982-1992

Director Advanced Clinical Surgery Clerkship (SU303)
Harbor-UCLA Medical Center
1982-1992

Director, Student Surgery Education
2nd Medical Student Program
UC Irvine Medical Center
1992-1999

## POSTGRADUATE RESEARCH FELLOWS IN SURGERY

| | | | |
|---|---|---|---|
| 1. | 1983-1984 | John A.C. Buckels, MD | Consultant, Transplantation Surgery<br>Queen Elizabeth Hospital<br>Birmingham, England |
| 2. | 1984-1986 | Aksel Nordestgaard, MD | Vascular Surgeon<br>Tacoma, Washington |
| 3. | 1991-1992 | Ian Davis, MD | Gastrointestinal Surgeon<br>Deakin Act, NSW<br>Australia |

## CURRENT MEDICAL LICENSES

Medical Board of New South Wales
Registration No. 14326

Specialists Roll in General Surgery for New South Wales

General Medical Council of Great Britain
Principal List, Registration No. 1705959

California Medical License
Registration No. A-33682

## ADMINISTRATION AND COMMUNITY APPOINTMENTS

Director, Surgical Intensive Care Unit
VA Wadsworth Medical Center: 1981-82

Member, Research and Development Committee
VA Wadsworth Medical Center: 1982

Member, ad hoc Committee of UCLA Council on Academic Personnel: 1982

Member, Task Force to determine future of Flexible Internship Program
Harbor-UCLA Medical Center: 1982

Examiner in Surgery, Drew Postgraduate Medical School, Los Angeles: 1982

Expert Consultant, Board of Medical Quality Assurance, State of California:
1982-1985

Director, Basic Surgery Training Program
Harbor-UCLA Medical Center: 1982-1992

Director, Surgery Student Education
Harbor-UCLA Medical Center: 1982-1992

Director, Student Surgery Clerkship (SU303)
Harbor-UCLA Medical Center: 1982-1992

Member, House Staff Education Advisory Committee
Harbor-UCLA Medical Center: 1982-1992

Surgery Coordinator for Curriculum Development
UC Riverside/UCLA Biomedical Sciences Program: 1982-1992

Member, Medical Library Committee
Harbor-UCLA Medical Center: 1982-1986

Member, Respiratory Care Advisory Committee
Harbor-UCLA Medical Center: 1983-1985

Member, Committee on Medical School Admissions & Promotions
UCR/UCLA Biomedical Sciences Program: 1983-1992

California State Medical Licensure Examiner
Board of Medical Quality Assurance: 1983-present

Member, Cancer Committee
Harbor-UCLA Medical Center: 1983-1985

Member, Computer Prototype Committee
Harbor-UCLA Medical Center: 1983

Surgery Continuing Medical Education Coordinator
Harbor-UCLA Medical Center: 1984-1992

Member, Diagnostic Related Grouping (DRG) Task Force
Harbor-UCLA Medical Center: 1984-1985

Member, Bioethics Planning Group
Harbor-UCLA Medical Center: 1984-1985

Director, Surgery Training Program
Harbor-UCLA Medical Center: 1985-1992

Surgery Consultant to Student Health Service
UCLA Medical Center: 1986-1992

Member, Interdisciplinary Practice Committee
Harbor-UCLA Medical Center: 1986-1992

Member, ad hoc Committee of UCLA Council on Academic Personnel: 1986

Member, Organizing Committee
UCLA Surgery Department Retreat: 1986

Member, Search Committee for Chair
Department of Obstetrics and Gynecology
Harbor-UCLA Medical Center: 1986

Member, Bioethics Committee
Harbor-UCLA Medical Center: 1986-1992

Member, Executive Committee
Inflammatory Bowel Disease Center
Harbor-UCLA Medical Center: 1987

Member, Nutrition Committee
Harbor-UCLA Medical Center: 1987-1988

Chairman, Parenteral & Enteral Nutrition Control & QA
Harbor-UCLA Medical Center: 1987-1988

Member, ad hoc Committee of Chancellor
UCLA: 1987

Member, Committee on Operating Room Environment
American College of Surgeons: 1987-present

Chairman, Search Committee for
Chief of Orthopedic Surgery
Harbor-UCLA Medical Center: 1989-90

Representative of Harbor-UCLA Medical Center
Southern California Chapter
American College of Surgeons: 1989-1992

Chairman, Longmire Surgery Medical Committee
UCLA: 1991

Member, Committee to Examine Residency Working Hours
L.A. County Dept. of Health Services: 1991

Member, CPG Quality Assurance Committee/Central Utilization Management
UCI: 1992 - present

Director, Surgery Ambulatory Care
UCI Medical Center: 1992-2003

Member, Ambulatory Quality Improvement Committee
UCI Medical Center: 1992-present

Member, Faculty Interview Committee for Admissions
UCI College of Medicine: 1992-present

Coordinator & Lecturer, UCI Second Year Medical Student Program
(Introduction to Clerkships, Examination of the Patient, Patient-Doctor II):
1992-2000

Clerkship Director & Lecturer, UCI Third Year Medical Student Program
(Surgery 00526)
1992-present

Clinical Rotation in Surgery (Lectures, tutorials, clinical instruction, oral
examinations)
UCI Medical Center: 1992-present

Course Chairman, UCI Fourth Year Medical Student Program
Clinical Rotations in Surgery
UCI Medical Center: 1992-2000

Guest Examiner, San Diego, CA
American Board of Surgery: 1993

Member, ad hoc Committee of Chancellor
UCI: 1993

Member, ad hoc Committee on Compensation Plan
UCI: 1993-2003

Member, Search Committee for Associate Dean, Faculty Development
UCI: 1993

Member, Blue Ribbon Committee
UCI College of Medicine: 1993-1994

Member, Blue Ribbon Committee - Assessment Subcommittee
UCI College of Medicine: 1993-1994

Member, ad hoc Committee for Non Compliance Issues
UCI: 1993-2003

Member, Postgraduate Medical Education Committee
UCI College of Medicine: 1993-2003 (Chairman, 1999-2005)

Member, Surgery Education Committee
Long Beach Memorial Medical Center: 1993-present

Member, Blue Ribbon Committee - Curriculum Subcommittee
UCI College of Medicine: 1994-1995

Member, Advisory Committee on the Status of Women
UCI College of Medicine: 1994-1995

Member, Infection Control Committee
UCI Medical Center: 1994-present

Member, Space and Resources Allocation Advisory Committee
UCI College of Medicine: 1994-1995

Member, Specialty Practice Management Committee
UCI Medical Center: 1995-2003

Member, Medical Risk Management Committee
UCI Medical Center: 1995-present

Member, Cal OPTIMA Subcommittee
UCI Medical Center: 1995-1996

Member, Service Standards Committee
UCI Medical Center: 1995-1996

Consultant, Physical Optics Corporation (POC)
Torrance, CA: 1995-1996

Member, Utilization Management Committee
UCI Medical Center: 1996-present

Member, Capitation Subcommittee of Finance Subcommittee
UCI Medical Center: 1996-1997

Member, Credentialing Committee
UCI Medical Center: 2001-present

Member, School of Medicine Executive Committee
UCI Medical Center: 2000-2003

Member, School of Medicine Admissions Committee:
2001-present

Member, Medical Executive Committee (Hospital)
UCI Medical Center: 2002-present

Member, Committee on Privilege and Tenure
University of California: 09/01/04-08/31/06 and 09/01/07-08/31/10

Member, Privilege and Tenure Subcommittee, to review faculty grievance and
disciplinary action
University of California: April 2005

Associate Examiner, American Board of Surgery: February 2006

Member, UCOP Graduate Medical Education Committee: 2006-

**JOURNAL EDITOR**
Journal of Surgical Education (formerly Current Surgery):  1998-present

**EDITORIAL REVIEWER OF JOURNALS**
Archives of Surgery:  1990-present
J Cardiovascular Surgery:  1992-present
American Journal of Kidney Diseases:  1995-present
Am J Surgery:  2000-present

**PROFESSIONAL SOCIETIES**

Fellow of American College of Surgeons

Los Angeles Surgical Society (**Program Chairman 1994, 1995; President 1996; Member of the Board of Directors, 1997-2001**)(until 2002)

Southern California Chapter, American College of Surgeons

American Pancreatic Association

Society for Surgery of the Alimentary Tract (SSAT)

Association Veterans Administration Surgeons

Collegium Internationale Chirurgiae Digestivae

Association for Academic Surgery (until 1995)

The Pacific Coast Surgical Association (Vice-President 2005)

Surgical Infection Society

Western Surgical Association (until 1995)

The American Association for Vascular Surgery (formerly known as the International Society for Cardiovascular Surgery)

Southern California Vascular Surgery Society

Southern California Society of Gastroenterology (until 2001)

International Association of Pancreatology (IAP)

Association of Program Directors in Surgery

Association for Surgical Education (ASE)

Southwestern Surgical Congress (**Committee on Practice Guidelines, 1995**)

# BIBLIOGRAPHY

## SCIENTIFIC PUBLICATION

1. **Williams RA.** "Desaturation of Long Chain Fatty Acids by Rat Liver Microsomes. B.Sc. (Med) Thesis, Biochemistry Library, University of Sydney, 1964.

2. Nagulesparen M, **Williams RA.** "An Unusual Presentation of Carcinoma of the Rectum." *Brit J Surg* 1976, 63:251.

3. Smith R, **Williams RA,** Cotton PB. "Gallstone Pancreatitis with Normal Biliary Radiology." *Brit J Surg* 1976, 63:861-863.

4. Wilson SE, **Williams RA,** Owens ML, Winston M. "Effect of Mannitol, Renal Pedicle Block and Neurectomy during Infra-Renal Aortic Clamping." *Surgical Forum* 1978, 29:214-218.

5. Wilson SE, **Williams RA.** "Clinical Experience with 7-Alpha-Methoxycephamycin in Treatment of Infections in General Surgery Patients. *J Surg Prac* 1979, 8:18-24.

6. **Williams RA,** Wilson SE. "Thirty-Vella Segments Applied to Ischemic Colon Studies." *J Surg Res* 1979, 27:214-217.

7. **Williams RA,** Wilson SE. "Origin of Increased Serum Alkaline Phosphatase in Colon Ischemia." *Surgical Forum* 1979, 30:370-372.

8. **Williams RA,** Wilson SE. "Alkaline Phosphatase Correlation with Submucosal Blood Flow and Morbid Histology in Ischemic Colon." *Surg Gynec Obst* 1980, 151:412-416.

9. Akhondzadeh L, **Williams RA,** Owens ML, Wilson SE. "Infection of Materials Used in Vascular Access Surgery: An Evaluation of Dacron, Bovine Heterografts, Teflon, Human Umbilical Vein Grafts." *Dialysis and Transplantation* 1980, 9:697-701.

10. **Williams RA,** Wilson SE. "Effect of Intra-Arterial Vasodilators on Blood Flow in the Ischemic Dog Colon." *Arch Surg* 1980, 115:602-605.

11. **Williams RA,** Wilson SE. "Radioxenon Washout for Diagnosis and Evaluation of Therapy in Mesenteric Ischemia." *Am J Gastroenterology* 1980, 73:408-413.

12. **Williams RA,** Wilson SE. "Current Management of Massive Lower Gastrointestinal Bleeding." *Internat Surg* 1980, 65:157-163.

13. **Williams RA,** Wilson SE. "Radioxenon Washout for the Diagnosis of Low Flow Mesenteric Ischemia." *J Surg Res* 1980, 28:217-222.

14. Yadegar J, **Williams RA**, Passaro E, Wilson SE. "Common Duct Stricture from Chronic Pancreatitis." *Arch Surg* 1980, 115:582-586.

15. Wilson SE, Schwartz I, **Williams RA**, Owens ML. "Superficial Femoral Artery Occlusion: What Happens Without Operation." *Am J Surg* 1980, 140:112-118.

16. **Williams RA**, Serota AI, Wilson SE. "Radiolabelled Leukocyte Scans for Diagnosis of Prosthetic Graft Infections." Surgical Forum 1980, 31:31-32.

17. **Williams RA**, Wilson SE. "A Model for the Study of Non-Occlusive Intestinal Ischemia." *Brit J Exp Path* 1980, 61:461-464.

18. Wilson SE, **Williams RA**, Owens ML. "Carotid Endarterectomy: Current Techniques, Complications and Long Term Sequelae." *Bulletin of Los Angeles Neurological Society* 1980, 45:26-32.

19. **Williams RA**, Wilson SE. "Studies on the Alkaline Phosphatase Rise Following Colon Ischemia." *J Surg Oncology* 1981, 16:65-70.

20. **Williams RA**, Davidson D, Serota AI, Wilson SE. "Surgical Problems of Diverticula of the Small Intestine." *Surg Gynec Obst* 1981, 152:621-626.

21. Serota AI, Weil M, **Williams RA**, Wollman JS, Wilson SE. "Anal Cloacogenic Carcinoma: Classification and Clinical Behavior." *Arch Surg* 1981, 116:456-459.

22. Serota AI, **Williams RA**, Rose JG, Wilson SE. "Uptake of Radiolabeled Leukocytes in Prosthetic Graft Infection." *Surgery* 1981, 90:35-40.

23. **Williams RA**, Wilson SE, Rose JG. "Hepatic Cell Carcinoma: Definitive Therapy Based on Operative Findings." *Surgical Rounds* 1981, 4:26-32.

24. **Williams RA**, Caldwell BF, Wilson SE. "Idiopathic Hereditary Pancreatitis: Experience with Surgical Treatment." *Arch Surg* 1982, 117:408-412.

25. Wilson SE, Bennion RS, Serota AI, **Williams RA.** "Bacteriologic Implications in Pathogenesis of Secondary Aortoenteric Fistulae." Brit J Surg 1982, 69:545-548.

26. Bennion RS, Wilson SE, **Williams RA.** "Pathobiology of Vascular Prosthetic Infections." *Infections in Surgery* 1982, 1:45-55.

27. Wilson SE, Stabile BE, **Williams RA**, Owens ML. "Current Status of Vascular Access Techniques." *Surg Clin North Am* 1982, 62:531-551.

28. Bennion RS, **Williams RA.** "The Radiocephalic Fistula." *Contemporary Dialysis* 1982, 3:12-16.

29.    **Williams RA**, Bennion RS, Wilson SE. "Gallstone Disease in the Older Patient: A Call for Early Treatment." *Geriatric Med Today* 1983, 2(1):66-70.

30.    Bennion RS, Hiatt JR, **Williams RA**, Wilson SE. "Surgical Management of Unilateral Groin Infection after Aortofemoral Bypass." *Surg Gynec Obst* 1983, 156:724-728.

31.    Hiatt JR, **Williams RA**, Wilson SE. "Intra-Abdominal Abscess: Etiology and Pathogenesis." *Seminars in Ultrasound* 1983, 4(2):71-79.

32.    Wilson SE, **Williams RA**, Finegold SM. "A Comparative Study of Piperacillin and Cefoxitin for Perioperative Prophylaxis in Biliary and Upper Gastrointestinal Surgery." *Proc 13th Int Congress Chemotherapy* 1983, 8:36-40.

33.    Bennion RS, **Williams RA**, Wilson SE. "Comparison of Infectibility of Vascular Prosthetic Materials by Quantitation of Median Infective Dose." *Surgery* 1984, 95(1):22-26.

34.    Bennion RS, Serota AI, Wilson SE, Williams RA. "The Role of Gastrointestinal Microflora in the Pathogenesis of Complications of Mesenteric Ischemia." *Rev Infect Dis* 1984, 6:132-138.

35.    Hiatt JR, **Williams RA**, Stabile BE, Wilson SE. "Management of Adenocarcinoma Extending to the Upper and Mid Esophagus." *Surg Gynec Obst* 1984, 158:541-544.

36.    Chidsey C, **Williams RA**, Wilson SE. "Acalculous Cholecystitis." *Infect Surg* 1984, 3:282-287.

37.    Bennion RS, Wilson SE, **Williams RA**. "Early Portal Anaerobic Bacteremia in Mesenteric Ischemia." *Arch Surg* 1984, 119:151-155.

38.    Takiff H, Owens ML, **Williams RA**. "Effect of Arteriovenous Fistula on Wound Healing and Skin Blood Flow." *Brit J Exp Path* 1984, 65:677-681.

39.    **Williams RA**, Wilson SE. "Sclerosant Treatment of Varicose Veins and Deep Vein Thrombosis." *Arch Surg* 1984, 119:1283-1285.

40.    Bennion RS, **Williams RA**, Stabile BE, Fox MA, Owens ML, Wilson SE. "Patency of Autogenous Saphenous Vein Versus Polytetrafluoroethylene Grafts in Femoropopliteal Bypass for Advanced Ischemia of the Extremity." *Surg Gynec Obstet* 1985, 160:239-242.

41.    Bennion RS, Hiatt JR, **Williams RA**, Wilson SE. "A Randomized, Prospective Study of Perioperative Antimicrobial Prophylaxis in Vascular Access Surgery." *J Cardiovasc Surg* 1985, 26:270-274.

42.    Wilson SE, Hiatt JR, Stabile BE, **Williams RA**: "Cancer of the Distal Esophagus and Cardia: Preoperative Irradiation Prolongs Survival." *Am J Surg* 1985, 150(1):114-121.

43. Wilson SE, **Williams RA**, Lewis RT, Ton GT, Jemsek JG. "Comparative Clinical Evaluation of Cefotetan and Moxalactam in the Treatment of Serious Intraabdominal Infections." (Proceedings of workshop, 14th International Congress of Chemotherapy, Kyoto, 43-50, 1985) In: Kobayashi H, Lode H, Quintiliani R (eds) Progress in the Treatment and Prevention of Polymicrobial Infections, University of Tokyo Press 1986, 43-50.

44. Hiatt JR, Hiatt JC, **Williams RA**, Klein SR. "Biliary Disease in Pregnancy." *Am J Surg* 1986, 151:263-265.

45. Nordestgaard AG, Wilson SE, **Williams RA**. "Early Computed Tomography as a Predictor of Outcome in Acute Pancreatitis." *Am J Surg* 1986, 152:127-132.

46. Wilson SE, Hopkins J, **Williams RA**. "A Comparison of Cefotaxime Versus Cefamandole in Prophylaxis for Surgical Treatment of Biliary Tract." *Surg Gynec Obstet* 1987, 164:207-212.

47. **Williams RA**, Csepanyi E, Hiatt JR, Wilson SE. "Analysis of the Morbidity, Mortality and Cost of Colostomy Closure in Traumatic Compared with Nontraumatic Colorectal Diseases." *Dis Colon Rectum* 1987, 30:164-167.

48. Baumgartner F, **Williams RA**, Wilson SE. "Patient Selection and Complication of Transhepatic Cholangiography (THC)." *Surg Gynec Obstet* 1987, 165:199-203.

49. Robinson G, Wilson SE, **Williams RA**. "Surgery in Patients with Acquired Immune Deficiency Syndrome." *Arch Surg* 1987, 122:170-175.

50. Nordestgaard AG, Butler JA, Marcus CJ, Wilson SE, **Williams RA**. "Value of Clinical Factors in Predicting Acute Appendicitis in Young Women: A Logistic Regression Analysis." *Surgical Forum* 1987, 38:456-457.

51. Nordestgaard AG, Wilson SE, **Williams RA**. "Correlation of Serum Amylase Levels with Pancreatic Pathology and Pancreatitis Etiology." *Pancreas* 1988, 3(2):159-161.

52. Koyle MA, Ward HJ, Klein SR, **Williams RA**, White GH, Butler JA, Sender MB, Rajfer J. "Cadaveric Renal Transplantation: Surgical Results and Expectations in the Cyclosporine Era." *J Urology* 1988, 139(3):493-496.

53. deVirgilio C, Dubrow TJ, Robertson JM, Wackym PA, Pelikan PC, Cobb S, **Williams RA**. "Dieulafoy's Lesion Associated with Truncus Arteriosus Type IV: An Unusual Cause of Upper Gastrointestinal Hemorrhage." *Am J Gastroenterology* 1988, 83(8):865-867.

54.    White GH, Advani SM, **Williams RA**, Wilson SE. "Cardiac Risk Index as a Predictor of Long Term Survival after Repair of Abdominal Aortic Aneurysm." *Am J Surg* 1988, 156(2):103-107.

55.    Kourtesis GJ, **Williams RA**, Wilson SE. "Acute Diverticulitis: Safety and Value of Contrast Studies in Predicting Need for Operation." *Aust NZ J Surg* 1988, 58(10):801-804.

56.    Kourtesis GJ, **Williams RA**, Wilson SE. "Surgical Options in Acute Diverticulitis: Value of Sigmoid Resection in Dealing with the Septic Focus." *Aust NZ J Surg* 1988, 58(12):955-959.

57.    White GH, **Williams RA**, Wilson SE. "In Situ Saphenous Vein Bypass: Prevention and Management of Early Complications." *Aust NZ J Surg* 1988, 58(11):865-871.

58.    Vetto JL, Robinson GL, **Williams RA**, Wolfman J, Wilson SE. "Surgery for Non-Hodgkin's Lymphoma of Gastrointestinal Tract Associated with Human Immunodeficiency (HIV) Virus." *Surg Res Comm* 1989, 6:79-84.

59.    Wilson SE, Robinson GL, **Williams RA**, et al. "Acquired Immune Deficiency Syndrome (AIDS). Indications for Abdominal Surgery, Pathology and Outcome." *Ann Surg* 1989, 210(4):428-434.

60.    Snape WJ, Mayer EA, Koelbel CM, Hyman PE, **Williams R**, Root D. "Responses of Smooth Muscle from Proximal and Distal Human Colon." *J Gastrointestinal Motility* 1989, 1(1):29-34.

61.    White GH, Donayre CE, **Williams RA**, White RA, Stabile BE, Wilson SE. "Exertional Disruption of Axillofemoral Graft Anastomosis: 'The Axillary Pullout Syndrome'." *Arch Surg* 1990, 125(5):625-627.

62.    Dubrow TJ, Wackym PA, Abdul-Lasool IH, **Williams RA**. "Prospective Management of Malignant Hyperthermia in the General Surgery Patient." *Dig Surg* 1990, 7:207-211.

63.    Kourtesis GJ, Wilson SE, **Williams RA**. "Safety of Operation in Biliary Pancreatitis During the Same Hospitalization." *Aust NZ J Surg* 1990, 60(2):103-107.

64.    **Williams RA**, Wilson SE. "Surgical Interventions in AIDS." *Bulletin of the American College of Surgeons* 1990, 75(6):13-18.

65.    Wilson SE, **Williams RA**. "Surgical Manifestations of AIDS." *Surgery Report* 1990, 1(1):150-155.

66.  Eysselein VE, Eberlein GA, Hesse WE, Schaeffer M, Grandt D, **Williams R**, Goebell H, Reeve JR. "Molecular Variants of Cholecystokinin After Endogenous Stimulation in Humans: A Time Study." *Am J Physiol* 1990, 258:(Gastroint. Liver Physiol. 21) G951-957.

67.  Wilson SE, **Williams RA**, Robinson G. "Operating on HIV-Positive Patients. What are the Risks to Healthcare Workers? To Patients?" *Postgrad Med* 1990, 88(3):193-201.

68.  Kourtesis G, Wilson SE, **Williams RA**. "The Clinical Significance of Fluid Collections in Acute Pancreatitis." *Am Surg* 1990, 56(12):796-799.

69.  **Williams RA**, Vetto J, Quinones-Baldrich W, Bongard FS, Wilson SE. "Chylous Ascites Following Abdominal Aortic Surgery." *Ann Vasc Surg* 1991, 5(3):247-52.

70.  Snape WJ Jr, **Williams R**, Hyman PE. "Defect in Colonic Smooth Muscle Contraction in Patients with Ulcerative Colitis." *Am J Physiol* 1991, 261 (Gastrointest Liver Physiol 24): G987-G991.

71.  **Williams RA**, Wilson SE. "Gastrointestinal Disorders Requiring Surgical Treatment in Patients with AIDS." *Comprehensive Therapy* 1992, 18(7):7-11.

72.  Schwartz RJ, Dubrow TJ, Rival RA, Wilson SE, **Williams RA**. "The Effect of Fibrin Glue on Intraperitoneal Contamination in Rats Treated with Systemic Antibiotics." *J Surg Res* 1992, 52(2):123-126.

73.  Schwartz RJ, Dubrow TJ, Rosso RF, **Williams RA**, Butler JA, Wilson SE. "Guidelines for Surgical Residents' Working Hours: Intent Versus Reality." *Arch Surg* 1992, 127:778-783.

74.  Black JJ, Sinow RM, Wilson SE, **Williams RA**. "Subcapsular Hematoma as a Predictor of Delayed Splenic Rupture." *Am Surg* 1992, 58(12):732-735.

75.  Schwartz RJ, Mueller MP, Dubrow TJ, **Williams RA**, Wilson SE. "Radio-Detoxified Endotoxin Reduces Death from Intraperitoneal Sepsis." *Surgical Forum* 1992, XLIII:80-81.

76.  Wilson SE, White GH, **Williams RA**. "Straight Segmental Versus Bifurcation Grafts for Repair of Abdominal Aortic Aneurysm." *J Cardiovasc Surg* 1992, 1(1):23-26.

77.  Oliveira M, Wilson SE, **Williams RA**, Freischlag JA. "Iliofemoral Bypass: A 10-Year Review." *Cardiovasc Surg* 1993, 1(2):103-106.

78.  **Williams RA**, Vartany A, Davis IP, Wilson SE. "Impact of Endoscopic Therapy on Outcome of Operation for Bleeding Peptic Ulcers." *Am J Surg* 1993, 166(6):712-715.

79.    Gordon IL, Stemmer EA, **Williams RA**, Arafi M, Wilson SE. "Changes in Internal Carotid Blood Flow After Carotid Endarterectomy Correlate with Preoperative Stenosis." *Am J Surg* 1994, Aug, 168(2):127-130.

80.    Gordon IL, Weil J, **Williams RA**, Wilson SE. "Intraoperative Measurement of Javid Shunt Flow with Transit-Time Ultrasound." *Ann Vasc Surg* 1994, Nov, 8(6):571-577.

81.    Mueller GP, **Williams RA**. "Surgical Infections in AIDS Patients." *Am J Surg* 1995, May, 169(5A)(Suppl):34S-38S.

82.    Duensing RA, **Williams RA**, Collins JC, Wilson SE. "Managing Choledocholithiasis in the Laparoscopic Era." *Am J Surg* 1995, 170(6):619-23.

83.    Podnos YD, **Williams RA**. "Fires in the Operating Room." *Bulletin of the American College of Surgeons* 1997, Aug, 82(8):14-17.

84.    **Williams RA**, Black JJ, Sinow RM, Wilson SE. "Computed Tomography-Assisted Management of Splenic Trauma." *Am J Surg* 1997, Sep, 174(3):276-9.

85.    Glanz G, **Williams RA**, Wilson SE. "Festschrift for Passaro." *Am J Surg* 1997, Sep, 174:225-26.

86.    Podnos YD, **Williams RA**. "Current Risks for Blood Borne Viral Illness in Blood Transfusions." *The Western Journal of Medicine* 1998, Jan, 168 (1):3-4.

87.    Podnos YD, Wilson SE, **Williams, RA**. "Effect of Surgical Panel Composition on Patient Outcome in at Level I Trauma Center." *Archives of Surgery* 1998, Aug, 133(8):847-854.

88.    Podnos YD, Campbell B, Wilson SE, **Williams, RA**. "Patterns of Graduating Medical Students From 1993 to 1998 and Their Effect on Surgery as a Career Choice." *Archives of Surgery* 1999, 134(8):876-880.

89.    Duensing RA, **Williams RA**, Collins JC, Wilson SE. "Common Bile Duct Stone Characteristics: Correlation with Treatment Choice During Laparoscopic Cholecystectomy." *J Gastrointestinal Surgery* 2000, 4(1):6-12;.

90.    Gelfand D, **Williams RA**: "Total Proctocolectomy and Ileal Pouch Anal Anastomosis to Successfully Treat a Patient with Collagenous Colitis." *Am J Gastroenterology* 2000, 95(8):2147.

91.    **Williams, Russell A**: "Biliary Sepsis in Elderly Patients." *Infectious Diseases in Clinical Practice 2000,* 9(5):208-214.

92.    **Williams, Russell A**. "Bleeding Diverticulosis." *Current Surgery* 2001, May, 58(3):259-269.

93. **Williams, Russell A.** "The Clinical and Economic Correlates of Misdiagnosed Appenditis." Arch Surg 2002, July, 137:804.

94. Gelfand DV, Podnos YD, Wilson SE, Cooke J, **Williams RA.** "Choosing General Surgery as a Career: Insights Into Career Choices of Current Medical Students." Arch Surg 2002, August. 137:941-947.

95. Dixon M, Stamos M, Grant S, Kumar RR, Ko C, **Williams RA**, Arnell T. "Stapled hemorrhoidectomy: A Review of Our Early Experience." Am Surgeon 2003, 69(10):862-865, 2003.

96. Podnos YD, **Williams RA**, Jimenez JC, Stemmer EA, Gordon IL, Wilson SE. "Reducing the noneducational and nonclinical workload of the surgical resident: Defining the role of the health technician." Current Surgery 2003, 60(5):529-532.

97. Kafie FE, Tessier DJ, **Williams RA**, Podnos YD, Cinat M, Lekawa M, Wilson SE: "Serial Abdominal Closure Technique (the 'SAC' procedure): a Novel Method for Delayed Closure for Abdominal Wall." Am Surgeon 2003, 69(2):102-5.

98. Borazjani BH, Wilson SE, Fujitani RM, Gordon I, Mueller M, **Williams RA:** "Postoperative Complications of Carotid Patching: Pseudoaneurysm and Infection." Ann Vaso Surg 2003, 17(2):156-61.

99. Gelfand D, Podnos Y, Wilson SE, Saltzman D, **Williams RA:** "Effect of the 80-Hour Work Week on Resident Burnout." Archives of Surgery 2004, 139(9): 933-940.

100. Saltzman D, **Williams RA**, Gelfand D, Wilson SE: "The Surgeon and AIDS Twenty Years Later." Arch Surg, 140(10):961-967, 2005..

## BOOK CHAPTERS

1. Williams RA: "Vascular access for cancer chemotherapy, chronic intravenous medication, and plasmapheresis" in Wilson SE, Owens ML (Eds.) Vascular Access Surgery. Chicago, IL: Year Book Medical Publishers, 1980. Ch. 10, pp. 157-171.

2. Wilson SE, Williams RA, Hiatt J. "Intra-abdominal sepsis." in Spittal JA (Ed.) Clinical Medicine. Hagerstown, MD: Harper and Rowe Publishers, 1980. Vol. 2. Ch. 32, pp. 1-29.

3. Wilson SE, Serota A, Williams RA. "Anatomy and physiology of the peritoneal cavity" in Wilson SE, Finegold SM, Williams RA (Eds.) Intra-Abdominal Infection. New York, NY: McGraw-Hill, Inc., 1982. Ch. 2, pp. 22-35.

4. Williams RA. "Cholecystitis" in Wilson SE, Finegold SM, Williams RA (Eds.) Intra-Abdominal Infection. New York, NY: McGraw-Hill, Inc., 1982.

5. Williams RA. "Ascending and suppurative cholangitis" in Wilson SE, Finegold SM, Williams RA (Eds.) Intra-Abdominal Infection. New York, NY: McGraw-Hill, Inc., 1982.

6. Williams RA, Finegold SM. "Pyogenic and amoebic liver abscess, splenic abscess" in Wilson SE, Finegold SM, Williams RA (Eds.) Intra-Abdominal Infection. New York, NY: McGraw-Hill, Inc., 1982.

7. Williams RA. "Appendicitis" in Wilson SE, Finegold SM, Williams RA (Eds.) Intra-Abdominal Infection. New York, NY: McGraw-Hill, Inc., 1982.

8. Williams RA. "Diverticulitis" in Wilson SE, Finegold SM, Williams RA (Eds.) Intra-Abdominal Infection. New York, NY: McGraw-Hill, Inc., 1982.

9. Williams RA. "Visceral ischemia syndromes" in Moore WS (Ed.) Review of Vascular Surgery. New York, NY: Grune & Stratton, 1983.

10. Wilson SE, Williams RA, Hiatt JR. "Intra-abdominal sepsis" in Spittal JA (Ed.) Clinical Medicine. Hagerstown, MD: Harper & Rowe Publishers, 1986. Vol, 2, Ch. 32, pp. 1-16.

11.    Williams RA. "Visceral ischemia syndromes" in Moore WS (Ed.) Vascular Surgery: A Comprehensive Review, 2nd Ed. Orlando, FL: Grune & Stratton, Inc., 1986. pp. 593-620.

12.    Nordestgaard AG, Williams RA. "Varicose veins" in Wilson SE, Veith FJ, Hobson RW, Williams, RA (Eds.) Vascular Surgery: Principles and Practice. New York, NY: McGraw-Hill, Inc., 1986. Ch. 58, pp. 711-721.

13.    Williams RA, Hollander L, Bennion RS, Wilson SE. "Principles of vascular access surgery" in Wilson SE, Veith FJ, Hobson RW, Williams RA (Eds.) Vascular Surgery: Principles and Practice. New York, NY: McGraw-Hill, Inc., 1986. Ch. 68, pp. 857-872.

14.    Connor JM, Wilson SE, Williams RA. "The clinical examination of the vascular system" in Wilson SE, Veith FJ, Hobson RW, Williams RA (Eds.) Vascular Surgery: Principles and Practice. New York, NY: McGraw-Hill, Inc., 1987. Ch. 6, pp. 70-79.

15.    Nordestgaard AG, Williams RA. "Vasodilators" in Wilson SE, Veith FJ, Hobson RW, Williams RA (Eds.) Vascular Surgery: Principles and Practice. New York, NY: McGraw-Hill, Inc., 1987. Ch. 16D, pp. 261-263.

16.    Williams RA, Milliken JC, Wilson SE. "Splanchnic artery aneurysms" in Wilson SE, Veith FJ, Hobson RW, Williams RA (Eds.) Vascular Surgery: Principles and Practice. New York, NY: McGraw-Hill, Inc., 1987. Ch. 39, pp. 504-512.

17.    Wilson SE, Donayre CE, Williams RA. "Extracranial carotid artery occlusive disease" in Wilson SE, Veith FJ, Hobson RW, Williams RA (Eds.) Vascular Surgery: Principles and Practice. New York, NY: McGraw-Hill, Inc., 1987. Ch. 42, pp. 545-556.

18.    Williams RA, Wilson SE. "Appendicitis" in Simmons RL, Howard R (Ed.) Surgical Infectious Diseases. New York, NY: Appleton-Century-Crofts (New York), 1987. Ch. 44, pp. 1167-1177.

19.    Wilson SE, Williams RA. "Vascular access for hemodialysis" in Massry SG, Glassock RJ (Eds.) Textbook of Nephrology. 2nd Edition. Baltimore, MD: Williams & Wilkins Publishers, 1988. pp. 1362-1371.

20.    Williams RA. "Vascular access for cancer chemotherapy, chronic intravenous medication and plasmapheresis" in Wilson SE (Ed) Vascular Access Surgery. 2nd Edition. Chicago, IL: Year Book Medical Publishers, 1988. pp. 63-82.

21.    Nordestgaard AG, Williams RA. "Infections of the biliary tract" in Cunha BA (Ed.) Infectious Diseases in the Elderly. Littleton, MA: John Wright, PSG Publishing Co, Inc., 1988. pp. 173-184.

22.    Wilson SE, Kitts D, **Williams RA**: "Re-operation for abdominal wall dehiscence" in McQuarrie DG, Humphrey EW (Eds.) Reoperative General Surgery. St. Louis, MO: Mosby Year Book, 1991. Ch. 22.

23.    **Williams RA**, Wilson SE. "Surgical problems in the patient with HIV infections" in Cameron JL (Ed.) Current Surgical Therapy-3. Toronto, Philadelphia: B.C. Decker, Inc., 1989. pp. 808-811.

24.    **Williams RA**, Kourtesis G, Wilson SE. "Cholecystitis and cholangitis" in Bartlett J (Ed.) Infectious Diseases in Medicine and Surgery. Philadelphia, PA: W.B. Saunders Co., 1991. pp. 884-890.

25.    **Williams RA**, Wilson SE. "Surgery in HIV-infected patients" in Howard RJ (Ed.) Infectious Risks in Surgery. Norwalk, CT: Appleton and Lange, 1991. Ch. 5, pp. 83-86.

26.    Leighton T, Wilson SE, **Williams RA**. "Vascular injuries in groin and thigh" in Bongard F, Wilson SE, Peng MO (Eds.) Vascular Injuries in Surgical Practice. Norwalk, CT: Appleton and Lange, 1991. Ch. 8.

27.    Wilson SE, **Williams RA**. "What the vascular surgeon needs to know about human immunodeficiency viral infection" in Veith FJ (Ed.) Current Critical Problems in Vascular Surgery. Vol. 3. St. Louis, MO: Quality Medical Publishers, 1991. pp. 14-17.

28.    **Williams RA**, Wilson. "Surgical intervention and precautions in AIDS patients" in DeVito VT, Hellman S, Rosenberg SA (Eds.) AIDS Update Series. Philadelphia, PA: J.B. Lippincott Co., 1991.

29.    Davis I, **Williams RA**. "Diverticuli and diverticular disease of the colon" in Hallbrich WS, Schaffner F, Berk JE (Eds.) Bockus-Gastroenterology. 5th Edition. Philadelphia, PA: W.B. Saunders Co., 1992.

30.    **Williams RA**, Wilson SE. "Surgery in HIV infected patients" in Levine B, Howard R, Sugerman H, Warshaw A (Eds.) Current Practice of Surgery. 1st Ed. New York, NY: Churchill Livingstone, 1992. Ch. 9.

31.    Pousti TJ, Wilson SE, **Williams RA**. "Clinical examination of the vascular system" in Veith FJ, Hobson RW, Williams RA, Wilson SE (Eds.) Vascular Surgery: Principles and Practice. 2nd Ed. New York, NY: McGraw-Hill, Inc., 1994. Ch. 6, pp. 74-89.

32.    Ingegno MD, **Williams RA**. "Pentoxifylline, vasodilators, and metabolic agents" in Veith FJ, Hobson RW, Williams RA, Wilson SE (Eds.) Vascular Surgery: Principles and Practice. 2nd Ed. New York, NY: McGraw-Hill, Inc., 1994. Ch. 18, pp. 242-245.

33.   Williams RA, Mueller MP, Wilson SE. "Splanchnic artery aneurysms" in Veith FJ, Hobson RW, Williams RA, Wilson SE (Eds.) Vascular Surgery: Principles and Practice. 2nd Ed. New York, NY: McGraw-Hill, Inc., 1994. Ch. 44, pp. 580-588.

34.   Mueller GP, Williams RA. "Natural history of deep venous thrombosis and implications for venous disease" in Veith FJ, Hobson RW, Williams RA, Wilson SE (Eds.) Vascular Surgery: Principles and Practice. 2nd Ed. New York, NY: McGraw-Hill, Inc. 1994. Ch. 66, pp. 833-840.

35.   Nordestgaard AG, Williams RA. "Varicose veins" in Veith FJ, Hobson RW, Williams RA, Wilson SE (Eds.) Vascular Surgery: Principles and Practice. 2nd Ed. New York, NY: McGraw-Hill, Inc. 1994. Ch. 67, pp. 841-852.

36.   Pousti TJ, Williams RA. "Surgical treatment of lower extremity venous insufficiency" in Veith FJ, Hobson RW, Williams RA, Wilson SE (Eds.) Vascular Surgery: Principles and Practice. 2nd Ed. New York, NY: McGraw-Hill, Inc. 1994. Ch. 70, pp. 889-895.

37.   Bennion RS, Williams RA, Wilson SE. "Principles of vascular access surgery" in Veith FJ, Hobson RW, Williams RA, Wilson SE (Eds.) Vascular Surgery: Principles and Practice. 2nd Ed. New York, NY: McGraw-Hill, Inc. 1994. Ch. 80, pp. 1025-1038.

38.   Fernando HC, Williams RA, Wilson SE. "The surgical management of acquired immunodeficiency syndrome" in Problems in General Surgery. Philadelphia, PA: JB Lippincott Co., 1994. Vol. 11(2), pp. 293-301.

39.   Kafie FE, Wilson SE, Williams RA. "Clinical staging of HIV infection" in Wilson SE, Williams RA (Eds.) Surgical Problems in the AIDS Patient. New York, NY: Igaku-Shoin, 1994. Ch. 3, pp. 31-42.

40.   Mueller GP, Williams RA. "Cytomegalovirus and other gastrointestinal infections in the HIV/AIDS patient" In Wilson SE, Williams RA (Eds.) Surgical Problems in the AIDS Patient. New York, NY: Igaku-Shoin, 1994. Ch. 6, pp. 91-106, 1994.

41.   Fernando HC, Williams RA, Wilson SE. "Sclerosing cholangitis occurring in patients with AIDS" in Wilson SE, Williams RA (Eds.) Surgical Problems in the AIDS Patient. New York, NY: Igaku-Shoin, 1994. Ch. 12, pp. 173-182.

42.   Connall TP, Wilson SE, Williams RA. "Vascular access for hemodialysis" Massry SG, Glassock RJ (eds.) Textbook of Nephrology. 3rd Ed. Baltimore, MD: Williams & Wilkins Publishers, 1995. Ch. 83, Part 1B, pp. 1519-1524.

43.   Connall TP, Wilson SE, Williams RA. "Surgery in patients with acquired immune deficiency syndrome" Surgical Infectious Diseases. 3rd Ed. Norwalk, CT: Appleton & Lange, 1995. Ch. 53, pp. 1371-1379.

44.. **Williams RA**, Wilson SE. "Appendicitis" <u>Surgical Infectious Diseases</u>. 3rd Edition. Norwalk, CT: Appleton & Lange, 1995. Ch. 44, pp. 1167-1178.

45. Ng D, **Williams RA**. "Intestinal obstruction" in Snape WJ (Ed.) <u>Consultations in Gastroenterology</u>. 1st Edition. Philadelphia, PA: W.B. Saunders Co., 1995. Ch. 17, pp. 108-116.

46. Wilson SE, Steiner JP, **Williams RA**, "Reoperation for abdominal wound dehiscence" in McQuarrie DG, Humphrey E, Lee J (Eds) <u>Reoperative General Surgery</u>. St. Louis, MO: Mosby Year-Book, Inc., 1997. Ch. 26, pp. 533-552.

47. Duensing RA, Mueller GP, **Williams, RA**. "Hazards in the operating room" in Malagoni MA (ed.) Critical Issues in Operating Room Management. Philadelphia, PA: JP Lippincott Co., 1997. Ch. 15, pp. 231-251.

48. Podnos YD, **Williams RA**. <u>Management of Chyloperitoneum and Chylothorax After Aortic Reconstruction</u>, in CURRENT THERAPY IN VASCULAR SURGERY, Fourth Edition. Editors: Ernst & Stanley, 2000. pp. 442-446.

49. Kafie FE, Budd M, **Williams R**. <u>Common Intra-abdominal Infections in AIDS Patients</u>, in INTRA-ABDOMINAL INFECTIONS, 1st Edition. Editors: Tellado and Christou. Madrid, Spain: Harcourt International, 2000. pp. 259-282.

50. Podnos YD, **Williams R**. <u>Operating Room Fires</u>, in PROBLEMS IN GENERAL SURGERY. Editors: Soper NJ and Amaral JF. Philadelphia, PA: Lippincott Williams & Wilkins, 2002. Vol. 19, No. 2, pp. 1-4.


## ONLINE TEXTBOOK CHAPTERS

1. Yale D. Podnos, Deron J. Tessier, and Russell A. Williams. "Chronic Venous Insufficiency" on www.emedicine.com, (eMedicine Journal, Nov. 2000, Vol. 1, No. 11)
2. Yale D. Podnos, Deron J. Tessier, and Russell A. Williams. "Chyle Fistula" on www.emedicine.com, (eMedicine Journal, May 2001, Vol. 2, No. 5)
3. Deron J. Tessier, Yale D. Podnos, and Russell A. Williams. "Chronic Mesenteric Ischemia" on www.emedicine.com, (eMedicine Journal, May 2001, Vol. 2, No. 5)
4. Yale D. Podnos, Deron J. Tessier, and Russell A. Williams. "Popliteal Artery Occlusion" on www.emedicine.com, (eMedicine Journal, July 2001, Vol. 2, No. 7)
5. Deron J. Tessier, Yale D. Podnos, and Russell A. Williams. "Cytomegalovirus" on www.emedicine.com, (eMedicine Journal, July 2001, Vol. 2, No. 7)
6. Deron J. Tessier and Russell A. Williams. "Cytomegalovirus Esophagitis" on www.emedicine.com, (eMedicine Journal, Aug. 2001, Vol. 2, No. 8)

# BIBLIOGRAPHY

## BOOKS

1. INTRA-ABDOMINAL INFECTION. Editors: Wilson SE, Finegold SM, Williams RA; McGraw-Hill, Inc. (New York, New York), 1981.

2. VASCULAR SURGERY: PRINCIPLES AND PRACTICE. Editors: Wilson SE, Veith FJ, Hobson RW, Williams RA; McGraw-Hill, Inc. (New York, New York), 1987.

3. VASCULAR SURGERY: PRINCIPLES AND PRACTICE, 2ND EDITION. Editors: Veith FJ, Hobson RW, Williams RA, Wilson SE; McGraw-Hill, Inc. (New York, New York), 1994.

4. SURGICAL PROBLEMS IN THE A.I.D.S. PATIENT. Editors: Wilson SE, Williams RA; Igaku-Shoin (New York, New York), 1994.

## MISCELLANEOUS

1. **Williams RA**, Wilson SE. Effect of intra-arterial vasodilators on blood flow in ischemic dog colon. University of Sheffield (England) Biomedical Information Service 30:17, 1980.

2. Serota AI, Rolfe RD, **Williams RA**, Wilson SE, Finegold SM. Emergence of toxin producing anaerobes in colon ischemia. Clinical Research 28(4):775a, 1980.

3. Yadegar J, **Williams RA**, Passaro E Jr, Wilson SE. Common duct stricture from chronic pancreatitis. Current Surg, 1981 (Editorial request).

4. **Williams RA**, Caldwell BF, Wilson SE. Idiopathic hereditary pancreatitis. The Surgical Index, June 1982.

5. **Williams RA**, Caldwell BF, Wilson SE. Die idiopathische hereditare pankreatitis. Extracta gastroenterologica 12:55-56, 1982.

6. **Williams RA.** (a) Surgery of fissures and fistulae (b) What's new in pilonidal disease? The 19th Annual UCLA Seminar on Controversial Areas in Surgery: (a) 38-44 (b) 49-51, 1982.

7. Bennion RS, **Williams RA**, Wilson SE. Quantitation of ID50: A method for comparison of infectibility of vascular prosthetic materials. Langenbecks Archiv fur Chirurgie 357:211, 1982.

8. **Williams RA.** Clinical management of the patient at risk. Surgical Case Study: The elderly patient. Monograph, National Infectious Diseases Information Network, 1983.

9. Bennion R, Hiatt J, **Williams RA**, Wilson SE. Surgical management of unilateral groin

infection after aortofemoral bypass. Current Surg, March-April 158-159, 1984.

10. **Williams RA**, Wilson SE.: Vascular access for hemodialysis. Proc Internat Symp on Dialysis and Transplantation, Beijing, June, 1984.

11. **Williams RA**, Huntsman S, Wilson SE. Impact of non-invasive diagnostic techniques on management of gallbladder cancer. Digestive Surgery 1:101, 1984.

12. Bennion RS, Wilson SE, **Williams RA**. Early anaerobic bacteremia in mesenteric ischemia. Fact Line 3(3):9, 1986.

13. Hiatt JR, Hiatt JC, **Williams RA**, Klein SR. The acute abdomen in pregnancy. Surgical Capsule & Comment, Vol. 5(4), 1986.

14. Wilson SE, **Williams RA**, Lewis RT, Ton GT, Jemsek JG.: Multicenter comparative study of cefotetan versus moxalactam in the treatment of intraabdominal infections. Infections in Surgery 5:29-34, 1986.

15. Robinson G, Wilson SE, **Williams RA**. Surgery in patients with acquired immunodeficiency syndrome. Current Surgery 44:499-500, 1987.

16. Baumgartner F, **Williams RA**, Wilson SE. Patient selection and complications of transhepatic cholangiography. Current Surgery, March-April, p. 164, 1989.

17. Yale D. Podnos, Brian S. Campbell, Samuel E. Wilson, Henry Aryan, and Russell A. Williams. Efficacy of Institutional Attempts to Increase the Number of Graduating Medical Students entering Primary Care Residencies. *Journal of Investigative Medicine*, 1999, February, 47(2):64A.

18. Bjerklie D: Your Health. [Article quoting information from "Patterns of graduating medical student career selections from 1993 to 198 and their effect on surgery as a career choice", Arch Surg. 134(8):876-81, 1999] Time, 154(8), p. 76, August 23, 1999.

19. Manetta A: Faculty, Residents, Student & Staff News and Awards. [Appreciation to Dr. Williams for work done as Chairman of Graduate Medical Education.] Quarterly Rounds, 2(3), September 2003.

20. Fields H: Health. Sleepy Docs: Are surgery residents less likely to bun out when they work shorter hours? [Article referring to information from "Effect of the 80-hour workweek on resident burnout", Arch Surg. 139(9):933-40] U.S. News and World Report, December 8, 2004.

21. Wilson SE: The Academic Department of Surgery. [Reference to Dr. Williams' contribution to surgical education] Arch Surg. 140, August 2005.

22. Wilson SE, **Williams RA**: Reply to Letters of Petrosillo et al and Puro et al, "Surgical Site Infections in Patients with Human Immunodeficiency Virus." Arch Surgery 141, June, 2006.

## AUDIOVISUAL TEACHING MATERIAL

1.  **Williams RA.** Restorative Proctocolectomy (Teaching tape). Expanding Surgical Boundaries Videoconference Series, October, 1994.

# EXHIBITS

American Medical Association, Winter Scientific Meeting
Miami, Florida
December 10-13, 1977
The basic non-invasive vascular laboratory

Association VA Surgeons 4th Annual Symposium
Washington, D.C.
May 11, 1980
Sclerosant treatment of varicose veins and deep vein thrombosis

American College of Surgeons
Southern California Chapter Annual Meeting
Coronado, California
January 18-20, 1985
Pattern of postoperative bacteremia in the current decade

American College of Surgeons
Southern California Chapter Annual Meeting
Santa Barbara, California
January 16-18, 1987
Clinical factors of value in predicting acute appendicitis in young women:  a logistic regression
analysis

Society of American Gastrointestinal Endoscopic Surgeons (SAGES)
Lake Buena Vista, Florida
March 12-14, 1995
Population-specific conversion rates for laparoscopic cholecystectomy

Southern California Chapter, American College of Surgeons
Santa Barbara, California
January 19, 1996
Late disruption of Dacron aortic grafts

## FORMAL PRESENTATIONS (SELECTED)

Southern California Chapter, American College of Surgeons Annual Meeting
Newport Beach, California
January 19, 1979
Alkaline phosphatase correlates with morbid histology in ischemic colon

Center for Ulcer Research and Education (CURE) Seminar
Los Angeles, California
March 20, 1979
Studies in intestinal ischemia

Association of V.A. Surgeons, 3rd Annual Symposium
Salt Lake City, Utah
May 7, 1979
Effect of intra-arterial vasodilators on blood flow in ischemic colon

UCLA, Surgery Grand Rounds
September 22, 1979
Intestinal ischemia

American College of Gastroenterology, 44th Annual Convention
Anaheim, California
October 22, 1979
Radioxenon washout for diagnosis and evaluation of therapy in mesenteric ischemia

Surgical Forum; 66th Annual Congress of American College of Surgeons
Chicago, Illinois
October 24, 1979
Origin of increased serum alkaline phosphatase in colon ischemia

Southern California Chapter, American College of Surgeons, Annual Meeting
Palm Springs, California
January 20, 1980
Jejunal and ileal diverticula: innocent or not?

Association of V.A. Surgeons, 4th Annual Symposium
Washington, D.C.
May 12, 1980
Cloacogenic carcinoma: classification and clinical behavior

UCLA, Surgery Grand Rounds
September 20, 1980
Venous disease

Surgical Forum:  67th Annual Congress of American College of Surgeons
Atlanta, Georgia
October 20, 1980
Radiolabelled leukocyte scans for diagnosis of prosthetic graft infection

UCLA, Surgery Grand Rounds
December 20, 1980
Intra-abdominal abscess

Southern California Chapter, American College of Surgeons, Annual Meeting
Santa Barbara, California
January 23, 1981
Aorto-duodenal fistula:  bacteriological implications

Surgical Section, Los Angeles County Medical Association
Los Angeles, California
February 5, 1981
Intra-abdominal abscess

European-American Symposium on Venous Diseases
Acapulco, Mexico
March 19, 1981
Sclerosant treatment of varicose veins and deep vein thrombosis

Association of V.A. Surgeons, 5th Annual Symposium
Minneapolis, Minnesota
May 13, 1981
Familial pancreatitis

Southern California Society of Colon and Rectal Surgeons
Los Angeles, California
September 28, 1981
Ischemic colon disease

Kaiser Permanente 21st Symposium on Problem Areas in General Surgery
Los Angeles, California
February 19, 1982
Biliary tract infections

The 19th Annual UCLA Seminar on Controversial Areas in Surgery
Palm Springs, California
March 29, 1982
(a) What's new in pilonidal disease?
(b) Surgical management of fistulae, fissures and sphincter injuries.

Association of VA Surgeons, 6th Annual Symposium
Atlanta, Georgia
May 14, 1982
Management of adenocarcinoma extending to the upper and mid-esophagus

Seminar: Infection for the Practicing Physician
Scottsdale, Arizona
May 15, 1982
Septic surgical emergencies

Martin Luther King Jr. Hospital, Surgery Grand Rounds
Los Angeles, California
June 11, 1982
Mesenteric ischemic disease

Mercy Hospital, Surgery Grand Rounds
San Diego, California
August 9, 1982
Acute mesenteric ischemia

Regional Naval Medical Center, Surgery Grand Rounds
San Diego, California
September 7, 1982
Intestinal ischemia

5th Tripartite Meeting Society of University Surgeons
Salzburg, Austria
September 11, 1982
Quantitation of ID50: A method for comparison of infectibility of vascular prosthetic materials

Loma Linda University, Surgery Grand Rounds
Loma Linda, California
September 29, 1982
Mesenteric ischemia

International Symposium on Anaerobic Bacteria and their Role in Disease
Santa Monica, California
October 12, 1982
The role of gastrointestinal microflora in the pathogenesis of mesenteric ischemia

UCLA, Surgery Grand Rounds
November 1, 1982
Mesenteric ischemia

UC Irvine, Surgery Grand Rounds
April 9, 1982
Acute mesenteric ischemia

Surgical Infection Society, 3rd Annual Meeting
Fort Lauderdale, Florida
May 9, 1983
Early portal anaerobic bacteremia in mesenteric ischemia

University of Oregon Health Science Center, Surgery Grand Rounds
Portland, Oregon
May 10, 1983
Aspects of abdominal trauma and sepsis

Association of V.A. Surgeons, 7th Annual Symposium
Washington, D.C.
May 28, 1983
Longevity of autologous saphenous vein versus PTFE grafts in femoropopliteal bypass for advanced ischemia.

Vascular Surgery Board Certification Review
Santa Monica, California
October 5, 1983
Visceral ischemia syndromes

University of Kansas Medical Center, Surgery Grand Rounds
Kansas City, Kansas
October 5, 1983
Colonic injuries and intraabdominal sepsis

Emanuel Hospital, Surgery Residents Colloquium
Portland, Oregon
October 19, 1983
Pathophysiology of acute mesenteric ischemia

Edmonton Society of Surgeons
Edmonton, Alberta, Canada
January 24, 1984
Management of massive rectal bleeding

The Royal Alexandria Hospital
Edmonton, Alberta, Canada
January 25, 1984
Surgery Residents' Clinical Rounds

Calgary Society of Surgeons
Calgary, Alberta, Canada
January 25, 1984
Current management of massive lower gastrointestinal bleeding

Southern California Chapter, American College of Surgeons
Santa Barbara, California
January 27, 1984
Sclerosant treatment of varicose veins and deep vein thrombosis

The University of Arizona Health Sciences Center, Surgery Grand Rounds
Tucson, Arizona
February 4, 1984
Visceral ischemia

Association of V.A. Surgeons, 8th Annual Symposium
Los Angeles, California
May 12, 1984
Analysis of morbidity and cost of temporary colostomy according to indication

International Symposium on Dialysis and Transplantation
Institute of Heart, Lungs, and Blood Vessels
Beijing, Republic of China
June 7-8, 1984
Vascular access for hemodialysis

China Academy of Medical Sciences
Shanghai, Republic of China
June 12, 1984
Current practices in vascular access surgery

Guangong Provincial Hospital
Canton, Republic of China
June 15, 1984
Vascular access for hemodialysis

Collegium Internationale Chirurgiae Digestivae 8th World Congress
Amsterdam, The Netherlands
September 13, 1984
The impact of non-invasive diagnostic techniques on management of gallbladder cancer

St. Joseph Medical Center, Surgery Grand Rounds
Denver, Colorado
September 25, 1984
Acute mesenteric ischemia

Fitzsimmons Army Medical Center, Surgical Rounds
Denver, Colorado
September 25, 1984
Visceral ischemia

Denver General Hospital, Surgical Rounds
Denver, Colorado
September 25, 1984
Intestinal ischemia syndromes

UCLA, Surgery Grand Rounds
October 1, 1984
Acute visceral ischemia

Vascular Surgery Board Certification Review
Santa Monica, California
October 3, 1984
Visceral ischemia syndromes

American College of Surgeons, Southern California Chapter Annual Meeting
Coronado, California
January 18, 1985
Symposium: "Liver surgery: from trauma to transplant"
Surgical anatomy and traumatology

Pacific Coast Surgical Association, 57th Annual Session
Maui, Hawaii
February 19, 1986
Early computed tomography as a predictor of outcome in acute pancreatitis

Surgical Infection Society, 6th Annual Meeting
Chicago, Illinois
April 21, 1986
Surgery in patients with acquired immune deficiency syndrome

Orange County Trauma Society, 5th Annual, Modern Concepts in Trauma Care
Irvine, California
May 30, 1986
Diagnosis of intraabdominal sepsis

St. Joseph Hospital ICU Meeting
University of Western Ontario
London, Ontario, Canada
October 14, 1986
Multiple system organ failure and use of CT to predict outcome in acute pancreatitis

Hamilton Academy of Surgery
Hamilton, Ontario, Canada
October 14, 1986
Visceral ischemia syndromes

McMaster University Medical Center, Surgery Grand Rounds
Hamilton, Ontario, Canada
October 15, 1986
Predicting the outcome in acute pancreatitis

McMaster University Surgery Department
Hamilton, Ontario, Canada
October 15, 1986
Clinical rounds with surgery residents

Eisenhower Medical Center
Surgery Grand Rounds
Palm Springs, California
December 20, 1986
Surgery in patients with AIDS

Southern California Chapter, American College of Surgeons
Santa Barbara, California
January 17, 1987
Workshop on: Problem infections
Pancreatitis: Predicting infective complications

Southern California Chapter, American College of Surgeons
Santa Barbara, California
January 18, 1987
Patterns characterizing traumatic pancreatitis

UCLA Surgery Grand Rounds
February 6, 1987
Surgical Stapling Symposium
Use of the circular stapler for low anterior resections

Royal Jubilee Hospital, Surgery Grand Rounds
Victoria, British Columbia, Canada
June 13, 1987
Surgery in patients with AIDS

The University of Manitoba, Surgery Grand Rounds
Winnipeg, Manitoba, Canada
October 3, 1987
AIDS and the health care worker

The University of Manitoba
Winnipeg, Manitoba, Canada
Vascular & GI Rounds
October 3, 1987
Intestinal ischemia syndromes

The University of Manitoba, Surgery Grand Rounds
Winnipeg, Manitoba, Canada
Vascular & GI Rounds
October 4, 1987
Predicting the outcome of acute pancreatitis

American College of Surgeons
73rd Annual Congress
San Francisco, California
October 12, 1987
General Session: Protecting the patient and surgeon in the operating room environment
Precautions for AIDS and Hepatitis B

American College of Surgeons
73rd Annual Congress
San Francisco, California
October 13, 1987
Open panel session: Anatomical clinical characterization of pancreatitis of different etiologies

American College of Surgeons
73rd Annual Congress
San Francisco, California
October 14, 1987
Surgical Forum: Value of clinical factors in predicting acute appendicitis in young women: a
logistic regression analysis

McMaster University Surgery Grand Rounds
Hamilton, Ontario, Canada
May 18, 1988
AIDS - Surgical Considerations

University of Western Ontario Surgery Grand Rounds
London, Ontario, Canada
May 20, 1988
AIDS - Surgical Considerations

American College of Physicians
Postgraduate Course #911: Intensive Course in Geriatric Medicine
Los Angeles, California
January 17, 1990
Biliary tract diseases in the older patient

Southern California Chapter American College of Surgeons
Santa Barbara, California
January 20, 1990
Chairman Course: What the surgeon needs to know about HIV infection

Southern California Chapter American College of Surgeons
Santa Barbara, California
January 21, 1990
Clinical significance of fluid collections in acute pancreatitis

Southern California Vascular Society
Newport Beach, California
September 22, 1990
Chylous ascites following abdominal aortic surgery

Southern California Chapter American College of Surgeons
San Diego, California
January 19, 1991
Symposium on venous diseases: Management of severe venous stasis

Pacific Coast Surgical Association
Pebble Beach, California
February 20, 1991
Predictive management of splenic injury with CT morphology

Jobst Venous Symposium
Santa Monica, California
October 6, 1991
Surgical management of chronic venous insufficiency

UCI Family Practice Refresher Course
Newport Beach, California
February 8, 1993
Invited Lecturer, Evaluation of the Acute Abdomen

UCI Family Practice Refresher Course
Newport Beach, California
June 8, 1993
Invited Lecturer, Evaluation of the Acute Abdomen

Annual Southwestern Surgical Society Conference
Monterey, California
April, 1993
Impact of endoscopic therapy on outcome of operations from bleeding peptic ulcer disease.

Department of Veterans Affairs Los Angeles Outpatient Clinic & Southwest Regional Medical
Education Center
Surgical Symposium
Los Angeles, California
July 19, 1993
Invited Lecturer, Inflammatory Bowel Disease

American College of Surgeons Meeting
Board of Governors Panel Discussion
Viral Infections in the Operating Room
Chicago, Illinois
October 11, 1993
Session Chair & Moderator, Management of Blood Exposure in the Operating Room

Chulalongkorn University Hospital and The Royal College of Surgeons of Thailand
Bangkok, Thailand
February 16, 1994
Invited Lecturer, AIDS and the Surgeon Seminar (sponsored by Thailand Red Cross)

Chulalongkorn University Hospital and The Royal College of Surgeons of Thailand
Khon-Kaen, Thailand
February 18, 1994
Invited Lecturer, AIDS and the Surgeon Seminar (sponsored by Thailand Red Cross)

Pacific Coast Surgical Association
Sacramento, California
February 22, 1994
Reducing Surgical Resident Work Hours: Defining the Role of the Health Care Technician

California Medical Association's Western Scientific Assembly and 123rd Annual Session
Anaheim, California
March 20, 1994
Invited Lecturer, General Surgery Residency Selection and Career Planning

Buena Park Medical Center General Medical Staff Meeting
Buena Park, California
May 31, 1994
Invited Lecturer, Laparoscopic cholecystectomy

UCI Family Practice Refresher Course
Newport Beach, California
June 13, 1994
Invited Lecturer, Evaluation of the Acute Abdomen

Queen of Angels-Hollywood Presbyterian Medical Center CME Meeting
Los Angeles, California
June 14, 1994
Invited Lecturer, Surgery in AIDS Patients

World Congress of Gastroenterology Young Clinicians' Program
University of California, Irvine
Orange, California
October 7, 1994
Invited Lecturer, Surgical Aspects (Indications for Surgery, Techniques, Results)

American College of Surgeons Meeting
Board of Governors Panel Discussion
Committee on Operating Room Environment
Chicago, Illinois
October 10, 1994
Session Chair & Moderator, Interpersonal Dynamics: Sense and Sensibilities

UCLA, Surgery Grand Rounds
Los Angeles, California
October 29, 1994
Invited Lecturer, AIDS and the General Surgeon

UCI, Surgery Grand Rounds
Orange, California
November 19, 1994
Recent Advances in Surgery for Pancreatitis

A Symposium on The Surgeon and Bloodborne Viral Pathogens
in the Operating Room
San Francisco, California
March 15, 1995
HIV, Hepatitis B and C: The Threat to O.R. Personnel

A Symposium on The Surgeon and Bloodborne Viral Pathogens
in the Operating Room
Marina Del Rey, California
March 22, 1995
HIV, Hepatitis B and C: The Threat to O.R. Personnel

Loma Linda University
Loma Linda, California
April 2, 1995
Invited Lecturer, Selecting a Career in Surgery (Sponsored by CMA & Loma Linda)

47th Annual Meeting of the Southwestern Surgical Congress
San Antonio, TX
April 24, 1995
Efficacy of Methods for Treating Choledocholithiasis in Association
with Laparoscopic Cholecystectomy

Therapeutic Protocol Development Training (Sponsored by Merck)
Plymouth Meeting, PA
April 25, 1995
Case Study: Developing a Pharmacotherapy Protocol for Postoperative Infections

American College of Surgeons Meeting
Committee on Operating Room Environment
Dallas, TX
May 9, 1995
Session Chair & Moderator, Difficult Behaviors in the O.R.

A Symposium on The Surgeon and Bloodborne Viral Pathogens
in the Operating Room
New York City, NY
May 17, 1995
HIV, Hepatitis B and C: The Threat to O.R. Personnel

A Symposium on The Surgeon and Bloodborne Viral Pathogens
in the Operating Room
Chicago, IL
May 31, 1995
HIV, Hepatitis B and C: The Threat to O.R. Personnel

UCI Family Practice Refresher Course
Newport Beach, California
June 15, 1995
Invited Lecturer, Evaluation of the Acute Abdomen

14th Annual meeting of the Southern California Vascular Surgical Society
La Jolla, California
September 15-17, 1995
Preservation of the Collateral Renal Blood Flow is Important for Maintaining Post-operative
Renal Function

Cedars-Sinai Medical Center Grand Rounds
Los Angeles, California
November 13, 1995
Invited Lecturer, Intestinal Ischemia

Southern California Chapter, American College of Surgeons
Santa Barbara, California
January 19, 1996
Managing choledocholithiasis in the laparoscopic era

A Symposium on Advances in Diagnosis and Treatment of Splenic Disorders
Los Angeles, CA
February 9-10, 1996
Invited Lecturer, Infections of the Spleen, Tropical Splenic Diseases &
Panelist, paper session

Harbor-UCLA Medical Center Grand Rounds
Torrance, CA
March 16, 1996
Invited Lecturer, Mesenteric Ischemia

Queen of Angels-Hollywood Presbyterian Medical Center CME Meeting
Los Angeles, California
April 9, 1996
Invited Lecturer, Intestinal Ischemia

The UCI Family Practice Refresher Course - 1996
The Sutton Place Hotel, Newport Beach, CA
June 10, 1996
Invited Lecturer, Gallbladder Disease

UCI Medical Center Speakers Bureau
Coastal Communities Hospital, Santa Ana, CA
June 11, 1996
Invited Lecturer, The Pros and Cons of Laparoscopic Surgery

UCI Medical Center Speakers Bureau
Charter Community Hospital, Hawaiian Gardens, CA
June 21, 1996
Invited Lecturer, Management of Deep Vein Thrombosis

Wadsworth Surgical Alumni Association
Wadsworth VA Medical Center
November, 16, 1996
Bacterial Changes in Ischemic Bowel

UCI Medical Center Department of Surgery Symposium
Doubletree Hotel, Orange, CA
May 17, 1997
Intraabdominal Infection in the Immunocompromised Patient

The UCI Family Practice Refresher Course – 1997
The Sutton Place Hotel
June 9, 1997
Invited Lecturer, Management of Deep Vein Thrombosis

Los Angeles Surgical Society
Hotel Inter-Continental, Los Angeles, CA
October 9, 1997
Effect of Staffing Guidelines on Patient Outcome at a Level 1 Trauma Center

American College of Surgeons Meeting
83rd Annual Clinical Congress Committee on O.R. Environment Executive Committee
Chicago, IL
October 14, 1997
Invited Lecturer: Fires in the Operating Room

Pacific Coast Surgical Association
Hyatt Regency Hotel, Maui
February 17, 1998
Effect of Surgical Panel Composition on Patient Outcome at Level I Trauma Center

Medical Education Speakers Network, Inc
U.S. Family Care Medical Center, Rialto, CA
April 9, 1998
Invited Lecturer, The Evolving Therapy of Deep Vein Thrombosis

Mini Symposium on Venous Disease
Doubletree Hotel, Orange, CA
April 16, 1998
Operations for Correction of Deep Venous Insufficiency

The UCI Family Practice Refresher Course - 1998
The Sutton Place Hotel, Newport Beach, CA
June 8, 1998
Invited Lecturer, The Acute Abdomen

Medical Education Speakers Network, Inc
Desert Valley Hospital, Victorville, CA
September 22, 1998
Invited Lecturer, Los Molecular Weight Heparin in DVT

Queen of Angels
Hollywood, CA
October 9, 1998
Invited Lecturer, Common Bile Duct Stones

American College of Surgeons Meeting
1998 Clinical Congress
Orlando, FL
October 26, 1998
Invited Lecturer and Panelist, New Energy Sources in Surgical Practice: OR Safety and Fires

Pacific Coast Surgical Association Meeting
San Jose del Cabo, B.C.S., Mexico
February 16, 1999
Graduating Medical Student Career Selections From 1993 to 1998 and the Impact on Surgery as a Residency Choice

UCI, Surgery Grand Rounds
Orange, California
April 8, 1999
Current Status and Management of Cancer of Pancreas

UCI, Trauma/Critical Care Conference
Orange, California
May 7, 1999
Deep Venous Thrombosis

California Division International College of Surgeons United States Section
Surgery in the Millennium 2000
Las Vegas, Nevada
November 19, 1999
Invited Lecturer, Minimally Invasive Surgery Next Millennium

International Ostomy Association, Orange County Chapter
Orange Senior Center, Orange, California
January 9, 2000
The J Pouch and Pouchitis

American College of Surgeons Southern California Chapter
Huntington Beach, California
January 21, 2000
Determining Surgical Resectability of Pancreatic Carcinoma Using Endoscopic Ultra-Guided Fine-Needle Aspiration

UCI, Trauma/Critical Care Conference
Orange, California
August 4, 2000
Fires in the Operating Room

Long Beach Memorial Medical Center Grand Rounds
Long Beach, California
September 14, 2000
Invited Lecturer, Challenges in the Management of Serious Gram-Positive Bacterial Infections

Coastal Communities Hospital
Santa Ana, CA
October 12, 2000
Invited Lecturer, Laparoscopic Approach to GERD

Lakewood Regional Medical Center
Lakewood, CA
October 27, 2000
Invited Lecturer, New Advances in Vascular Interventions

Hollywood Presbyterian Hospital
Hollywood, California
November 10, 2000
Invited Lecturer, Laparoscopic Repair of GERD

LDS Hospital/University of Utah
Salt Lake City, UT
November 15, 2000
Invited Lecturer, Challenges in the Management of Serious Gram-Positive Bacterial Infections

Santa Ana Hospital Medical Center
Santa Ana, CA
November 28, 2000
Invited Lecturer, Deep Vein Thrombosis

St. Vincent Medical Center
Los Angeles, CA
February 8, 2001
Invited Lecturer, Esophageal Reflux:  Surgery Approaches

Carmel Resident's Forum, The Western Student Medical Research Forum
February 9, 2001
**Keynote Speaker,** Scurvy and Other More Recent Ills Connected with Medical Training

Placentia Hospital
Placentia, CA
March 5, 2001
Invited Lecturer, Identification of Appendicitis

UCI, Surgery Grand Rounds
Orange, CA
March 15, 2001
Esophageal Reflux

Community & Mission Hospitals
Huntington Park, CA
May 16, 2001
Invited Lecturer, Update on Laparoscopic Surgery

American College of Surgeons Meeting
2001 Clinical Congress
New Orleans, LA
October 10, 2001
Invited Lecturer and Panelist, Surgical Aspects of the HIV Infected Patient

Pacific Coast Surgical Association Meeting
Las Vegas, NV
February 18, 2002
Choosing General Surgery:  Insights into Carrier Choices of Current Medical Students

UCI, Trauma/Critical Care Conference
Orange, California
March 15, 2002
The Critical Aspects of Esophageal Reflux

Orange Coast Memorial Hospital
Fountain Valley, CA
May 15, 2002
Invited Lecturer, Hemorrhoids

UCI, Surgery Grand Rounds
Orange, CA
September 26, 2002
Surgical Residencies at the Crossroads

18th World Congress of Digestive Surgery
Hong Kong
Invited Panelist and Chair, free paper session on Colorectal Cancer I
December 10, 2002
Invited lecturer, Management of Lower Gastrointestinal Bleeding
December 11, 2002

UCI, Trauma/Critical Care Conference
Orange, California
January 17, 2003
Fires in the O.R.

Queen of Angels—Hollywood Presbyterian Hospital
Hollywood, California
February 14, 2003
Invited Lecturer, Lower Gastrointestinal Bleeding

UCI, Surgery Grand Rounds
Orange, CA
May 1, 2003
Current Management of Lower GI Bleeding

XLV Semana Quirurgica Nacional
Leon, Mexico
September 15, 2003
Invited lecturer, Surgical Site Infection in a U.S. University Medical Center

UCI, Surgery Grand Rounds
Orange, CA
October 16, 2003
Safety in the Operating Room

American College of Surgeons Meeting
Chicago, Illinois
October 20, 2003
Invited moderator, Head and Neck Topics

UCI, Surgery Grand Rounds
Orange, CA
February 5, 2004
Safety in the Operating Room

Pacific Coast Surgical Association Meeting
Maui, HI
February 14, 2004
Presentor and Discussant, Impact on the 80 Hour Work Week on Resident Burnout

UCI SeniorHealth Center
Irvine, California
August 30, 2004
Invited Lecturer, Varicose Veins

South Coast Medical Center
Laguna Beach, California
January 18, 2005
Invited Lecturer: Deep Venous Thrombosis

Orange Coast Memorial Medical Center
Fountain Valley, California
January 27, 2005
Invited Lecturer: Inflammatory Bowel Disease

Skyline Medical Society Meeting
Sun Valley, Idaho
February 6, 2005
Invited Lecturer: Forthcoming Changes in Postgraduate Medical Education

Whittier Hospital Medical Center
Whittier, California
February 17, 2005
Invited Lecturer, Minimally Invasive Surgery

Huntington Beach Hospital
Huntington Beach, California
October 13, 2005
Invited Lecturer: Minimally Invasive Surgery

Skyline Medical Society Meeting
Sun Valley, Idaho
February 10, 2006
Invited Lecturer: Perioperative Pain Management in the Surgical Outpatient

UCI, Trauma/Critical Care Conference
Orange, California
May 26, 2006
Surgery's Changing Direction

Fountain Valley Regional Hospital
Fountain Valley, California
October 13, 2006
DVT: The Best Way to Diagnose & Treat

Irvine Regional Medical Center
Irvine, California
November 8, 2006
Invited Lecturer: Deep Venous Thrombosis

Encino-Tarzana Regional Medical Center
Encinitas, CA
January 15, 2007
Invited Lecturer: Appendectomy: Minimally Invasive Surgery

Skyline Medical Society Meeting
Sun Valley, Idaho
February 8, 2007
Invited Lecturer: Indications, Techniques and Results of Stenting for Peripheral Vascular
Occlusive Disease

Huntington Beach Hospital
Huntington Beach, CA
June 14, 2007
Invited Lecturer: DVT

UCI, Surgery Grand Rounds
Orange, CA
July 26, 207
The Acute Abdomen

Placentia Linda Hospital
Placentia CA
July 30, 2007
Invited Lecturer: DVT


**VIDEO CONFERENCES**
Expanding Surgical Boundaries
Video Conference
Irvine, California
Restorative Proctocolectomy
November 22, 1994
November 29, 1994
November 30, 1994
December 6, 1994
December 15, 1994
January 31, 1995
February 16, 1995

## RESEARCH FUNDING

Veterans Administration Merit Award
December 1978
$67,000 over 3 years to study:
Mesenteric ischemia:  Clinical and laboratory studies of pathogenesis and treatment

Upjohn Laboratories
July 1981
$27,750 over 2 years to study:
Effect of prostaglandin E1 on healing of ischemic ulcers

Sandoz Pharmaceuticals, Inc.
August 1981
$40,000 over 2 years to study:
Prophylaxis of deep vein thrombosis following major abdominal, pelvic or thoracic surgery

Veterans Administration Merit Award
December 1981
$126,860 over 3 years to continue study:
Mesenteric ischemia:  Clinical and laboratory studies of pathogenesis and treatment

Upjohn Laboratories
September 1982
$36,000 over 12 months to study:
Clindamycin-Tobramycin versus cefoxitin in intra-abdominal infection (bowel perforation)

Lederle Laboratories
November 1982
$50,000 over 12 months to study:
Piperacillin versus Moxalactam in serious surgical infections

Lilly Research Laboratories
March 1983
$110,000 over 2 years to study:
A double-blind, randomized study of Cefamandole versus Cefotaxime as preventive therapy in patients undergoing cholecystectomy

Stuart Pharmaceuticals
August 1983
$95,000 over 2 years to study:
Cefotetan versus Moxalactam in patients with intra-abdominal infections

Upjohn Laboratories
February 1985
$5,000 over 1 year to study:

Bacterial tide in mesenteric ischemia

Biomedical Research Support Grant Program
Division of Research Resources,
National Institutes of Health (BRSG S07 RR 05551/G-R-4876)
July 1985
$3,000 over 1 year to study:
The influence of antimicrobials on the bacterial tide of porcine ischemic colon

Bristol Laboratories
July 1985
$30,000 over 1 year to study:
The efficacy of prophylactic antibiotics in colorectal surgery

Stuart Pharmaceuticals
July 1986
$55,980 over 1 year to study:
Comparison of cefotetan and cefoxitin in skin and skin structure infections

IBD Center Pilot Study (NH4789-3T)
August 1987
$21,000 over 2 years to study:
The evolution of neo-rectal physiology in ileo-anal pouch procedures

Biomedical Research Support Grant Program
Division of Research Resources
NIH BRSG S07 RR05551 - GR 5803
March 1988
$3,000 over year to study:
Biliary intestinal bypass in the rabbit

Stuart Pharmaceuticals
7/1/89-6/30/92
$14,635 to study:
Comparison of cefotax or mefoxin in skin and skin structure infections

Stuart Pharmaceuticals
7/1/89-6/30/92
$178,260 to study:
Cefotetan vs. moxalactam (Moxam R) in patients with intra-abdominal infections

Stuart Pharmaceuticals
7/1/89-6/30/92
$125,714 to study:
Cefotetan vs. cefoxitin as prophylactic agents in gastrointestinal surgery

St. Mary Medical Center
Joint Surgical Research Program

7/1/87-6/30/92
$108,268 to fund REI-Research Comm. w/o funds and other resident research activities

REI-Research Comm w/o Funds
10/1/91-6/30/92
Funding by St. Mary Medical Center Joint Surgical Research Program to study:
Endogenous somatostatin in experimental acute pancreatitis in rats

VA Cooperative Study Group
February 1991
$50,000/year to study:
CS #309: The role of carotid endarterectomy in preventing stroke from symptomatic carotid stenosis
Principal Surgical Investigator (VA Wadsworth Medical Center)

REI-Research Comm w/o Funds
9/1/91-8/31/92
Funding by St. Mary Medical Center Joint Surgical Research Program to study:
Effect of somatostatin on acute pancreatitis

Davis & Geck
April 1993
$2,200 to study:
VALTRAC in Pig Lab

Parke-Davis
8/9/94-8/31/95
$12,000 to study:
HS 94-235: Clinafloxacin vs. imipenem for complicated intra-abdominal infection
Co-investigator

Rhone-Poulenc Rorer
1/11/95-1/31/96
$45,000 to study:
HS 94-405: Parenteral synercid versus standard therapy in the treatment of complicated skin and skin structure infections
Co-investigator

Baxter Health Care
8/4/95-8/31/95
$24,140 to study:
HS 94-234: Evaluation of ePTFE grafts for A-V fistulas
Co-investigator

Otsuka Pharmaceutical
1/20/94-1/31/96
$45,000 to study:
HS 93-418: Cilostazol for treatment of intermittent claudication

Co-investigator

Warner Lambert
11/22/95-10/30/97
$135,000 to study:
CT21472:  Comparison of Clinafloxacin vs. Piperacillin Tazobactam in the Treatment of
Severe Skin and Skin Structure Infection
Co-investigator

Otsuka Pharmaceutical
1/1/97-10/1/97
$58,780 to study:
Protocol No. 21-96-202, Phase 3B Study, IND No. 35,848:  A Randomized, Double-
Blind Study of the Effects of Cilostazol vs. Pentoxifylline or Placebo in Patients with
Intermittent Claudication Secondary to Peripheral Vascular Disease
Sub-investigator

Alpha Beta Tech
02/01/96-06/30/97
$61,253 to study:
CT21916:  Randomized, double blind, placebo controlled, multi center, 2 active level
study of IV betafectin PGG-glucan for the prevention of serious infections in high risk
patients
Principal Investigator

Knoll Pharmaceutical Co. & Knoll Pharma, Inc.
3/1/97-12/31/97
$48,668.00 to study:
PH-10-PBS (025), IND# 48745:  Open-Label, Randomized, Parallel, Heparin-Controlled
Dose-Ranging Study with PEG-Hirudin Given Intraoperatively and for 14 Days After
Surgery in Patients Requiring Peripheral Vascular Bypass Surgery
Sub-investigator

Warner Lambert Co.
02/11/97-08/30/97
$177,600 to study:
CT19776:  Comparison of Parenteral Clinafloxacin vs. Imipenem for the Treatment of
Intra-Abdominal Infection
Co-investigator

Abbott Laboratories
11/1/97-7/31/98
$21,535 to study:
Phase II Trial, M97-642:  Dose-Ranging Trial of Intraarterial Recombinant Prourokinase
(ABT-187) vs. Urokinase (ABT-790) in the Treatment of Peripheral Arterial
Thromboembolic Occlusions (PURPOSE)
Sub-investigator

PPD Pharmaco CRO for UCB Pharma Inc.
12/1/97-3/31/98
$5,500 to study:
Phase III Trial, Study C040, Protocol RPCE95K1001:  Efficacy and Safety of 2 Dose
Regimens of Mivazerol vs. Placebo in Patients with Coronary Artery Disease Undergoing
Major Vascular Surgery
Sub-investigator

Williams - 55

Merck & Co, Inc.
04/09/98-10/31/99
$125,260 to study:
CT25086: Double-blind, Randomized Study to Evaluate Safety, Tolerability, and Efficacy
of MK-0826 vs. Piperacillin/Tazobactam in the Treatment of Complicated Intra/Abdominal Infection
Co-investigator

American Cancer Society (California Division, Inc.)
05/31/98-06/01/99
$500.00 to study:
OPG-5-98 (Oncology project): Detection of regional metastasis by endoscopic ultrasound guided fine-needle aspiration of pancreatic carcinoma
Principle Investigator

Pharmacia-Upjohn
1999
$2,200 to study:
Parenteral linezolid versus vancomycin for the treatment of gram positive infections
Co-investigator

Wyeth-Ayerst
2000-
$57,000 to study:
Parenteral GAR-936 for the treatment of complicated skin infections
Co-investigator

Wyeth-Ayerst
2000-2002
$101,112 to study:
Parenteral GAR 936 for the treatment of complicated intra-infections
Principal Investigator

Bristol-Myers Squibb
2000-2002
$145,442 to study:
Parenteral BMS-284756 vs piperacillin/tazobactam for complicated intra-abdominal infections
Co-investigator

Wyeth-Ayerst
2000
$114,766 to study:
Parenteral piperacillin/tazobactam vs Unasyn for the treatment of diabetic foot infections
Co-investigator

Pharmacia, Inc.
2002
$49,802 to study:
Parenteral linezolid vs vancomycin for MRSA skin infections

Wyeth-Ayerst
2002
$77,403 to study:
Randomized, open-label, comparative study of Zosyn
Principle Investigator

Merck & Co, Inc.
2002
$93,700 to study:
Comparative study to evaluate the safety, tolerability and efficacy of a single dose
ertapenem sodium
Co-investigator

## BEFORE THE MARYLAND HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE

MARY CLARK,                                :

    Claimants,                        :        HCA No.:

    v.                                :

HOWARD COUNTY GENERAL                      :
HOSPITAL, et al.
                                           :
    Healthcare Providers.

## REPORT OF QUALIFIED EXPERT

I attest, to a reasonable degree of medical certainty, that the standard of care required Defendant Healthcare Providers Eric Chang, M.D., Howard County General Hospital and Columbia Aesthetic Plastic Surgery and their agents, servants and/or employee to ensure that the surgical field, including the Claimant's body, were free from all surgical fire and burn hazards. Specifically, the surgeon, Dr. Eric Chang and the operating room staff should have been aware of the burn hazards of the lighted retractor used during the Claimant's surgery and further, the standard of care required that the surgeon and operating room staff to be attentive to the location of the lighted retractor within the surgical field. The Healthcare Providers failed to protect the Claimant from injury when the lighted retractor was placed on the chest, rather than in a proper holster, thereby burning several spots on the Claimant's upper chest. If Defendant Healthcare Providers Eric Chang, M.D., Howard County General Hospital and Columbia Aesthetic Plastic Surgery and their agents, servants and/or employees, had complied with the standard of care and not placed dangerous and heated instruments on the Claimant's body

EXHIBIT

2

1

during surgery, she would not have otherwise sustained such burns which resulted in permanent scars.

The departures from the standards of care by Eric Chang, M.D., Howard County General Hospital and Columbia Aesthetic Plastic Surgery and their agents, servants and/or employees, were the proximate cause of Ms. Clark's burns, scars, as well as her post-injury pain and suffering. All of my expressed opinions are to a reasonable degree of medical certainty.

Dr. Russell A. Williams
University of California, Irvine
City Tower, Suite 810
333 City Blvd., West
Mail Code: 5375
Orange, CA 92868

BERMAN, SOBIN, GROSS
FELDMAN & DARBY, LLP

Kenneth M. Berman, Esquire
481 N. Frederick Ave, Suite 300
Gaithersburg, MD 20877
(301) 670-7030
Attorney for Claimant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __13__ day of November, 2012, a copy of the foregoing Report of Qualified Expert was placed in the United States mail, first class, postage prepaid and pursuant to Md. Code Courts & Jud. Proc. § 3-2A-04(b)(1)(i) addressed as follows:

HARRY L. CHASE, DIRECTOR
William Donald Schaefer Tower
6 St. Paul St., Suite 1501
Baltimore, MD 21202-1608

HOWARD COUNTY GENERAL HOSPITAL
C/O:    Victor A. Broccolino, Registered Agent
        5755 Cedar Lane
        Columbia, MD 21044

COLUMBIA AESTHETIC PLASTIC
SURGERY, LLC
C/O:    Niccolo N. Donzella, Esq.
        Baxter, Baker, Sidle, Conn & Jones, P.A.
        120 East Baltimore Street, Suite 2100
        Baltimore, MD 21202

ERIC CHANG, M.D.
8860 Columbia Parkway, Suite 206
Columbia, MD 21045

The following Attorneys have agreed to accept service on behalf of their respective clients:

Larry D. McAfee, Esq.
Gleason, Flynn, Emig & Fogleman, Chtd.
11 N. Washington Street, Suite 400
Rockville, MD 20850-4278
Attorney for Columbia Aesthetic Plastic Surgery, LLC and Eric Chang, M.D.

Francis X. Leary, Esq.
401 Washington Street, Suite 1100
Towson, MD 21204
Attorney for Howard County General Hospital

_____
Kenneth M. Berman, Esquire

**BEFORE THE MARYLAND HEALTH CARE ALTERNATIVE DISPUTE
RESOLUTION OFFICE**

MARY CLARK,                                    :

    Claimants,                            :    HCA No.:

    v.                                        :

HOWARD COUNTY GENERAL                          :
HOSPITAL, et al.
                                               :

    Healthcare Providers.

## CERTIFICATE OF QUALIFIED EXPERT

I, Dr. Russell A. Williams, hereby certify:

1.    That, to a reasonable degree of medical certainty, Defendant, Healthcare Providers, Eric Chang, M.D., Howard County General Hospital and Columbia Aesthetic Plastic Surgery and their agents, servants and/or employees, departed from standards of care as alleged in the Statement of Claim, and that these departures from the standards of care are the proximate cause of the injury alleged in the Statement of Claim.

2.    I have had clinical experience in the Defendant Healthcare Providers' specialty within five (5) years of the date of the alleged act giving rise to this cause of action, and am board certified in general surgery, which is the same or a related specialty as the Defendant Healthcare Providers. I am a professor in the Department of Surgery, School of Medicine at the University of California, Irvine as well as a practicing vascular surgeon. I regularly performed procedures using lighted retractors similar to the ones which are believed to have caused the Claimant's burns. I do not devote annually more than one percent (1%) of my professional activities to those that directly involve testimony in personal injury claims.

EXHIBIT
3

Dr. Russell A. Williams
University of California, Irvine
City Tower, Suite 810
333 City Blvd., West
Mail Code: 5375
Orange, CA 92868

BERMAN, SOBIN, GROSS
FELDMAN & DARBY, LLP

Kenneth M. Berman, Esquire
481 N. Frederick Ave, Suite 300
Gaithersburg, MD 20877
(301) 670-7030
Attorney for Claimant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13 day of November, 2012, a copy of the foregoing Certificate of Qualified Expert was placed in the United States mail, first class, postage prepaid and pursuant to Md. Code Courts & Jud. Proc. § 3-2A-04(b)(1)(i) addressed as follows:

HARRY L. CHASE, DIRECTOR
William Donald Schaefer Tower
6 St. Paul St., Suite 1501
Baltimore, MD 21202-1608

HOWARD COUNTY GENERAL HOSPITAL
C/O:    Victor A. Broccolino, Registered Agent
        5755 Cedar Lane
        Columbia, MD 21044

COLUMBIA AESTHETIC PLASTIC
SURGERY, LLC
C/O:    Niccolo N. Donzella, Esq.
        Baxter, Baker, Sidle, Conn & Jones, P.A.
        120 East Baltimore Street, Suite 2100
        Baltimore, MD 21202

ERIC CHANG, M.D.
8860 Columbia Parkway, Suite 206
Columbia, MD 21045

The following Attorneys have agreed to accept service on behalf of their respective clients:

Larry D. McAfee, Esq.
Gleason, Flynn, Emig & Fogleman, Chtd.
11 N. Washington Street, Suite 400
Rockville, MD 20850-4278
Attorney for Columbia Aesthetic Plastic Surgery, LLC and Eric Chang, M.D.

Francis X. Leary, Esq.
401 Washington Street, Suite 1100
Towson, MD 21204
Attorney for Howard County General Hospital

Kenneth M. Berman, Esquire

IN THE UNITED STATES DISTRICT COURT FOR
MARYLAND
(Northern Division)

MARY CLARK    : Plaintiff,   :

V.                     : CASE NO.: 1:13 CV 00184 ELH

HOWARD COUNTY GENERAL    :
HOSPTIAL, et al.

                       :

    Defendants

## AFFIDAVIT

I, Russell A. Williams, M.D., do hereby make oath that I am over 18 years of age and am competent to testify as to the matters stated below and that the facts set forth are based upon my personal knowledge:

1. That during the previous four years, I have testified as an expert once by deposition and not at trial.


I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.


Russell A. Williams, M.D.

EXHIBIT
4

Russell A. Williams MD FACS
628 Calle Miramar
Redondo Beach, CA 90277-6446
Professor of Surgery
University of California at Irvine
*E-mail: rawilliams33@yahoo.com*

September 2, 2013

## Schedule of fees

Record review $400 per hour

Meeting or telephone conference $400 per hour

Deposition $1000 for first hour or part thereof and $500 per subsequent hour or part thereof

Court or arbitration appearance $5000 per day or part thereof in addition to travel and accommodation costs

EXHIBIT
5
tabbies