# Exhibit 2

# In the Matter of:

*MARY CLARK*

*vs.*

*HOWARD COUNTY GENERAL HOSPITAL , ET AL*

---

*ERIC CHANG, M.D.*
*August 28, 2013*

---

**M E R R I L L   L A D**
1325 G Street NW, Suite 200, Washington, DC
Phone: 800.292.4789   Fax: 202.861.3425

Page 1

IN THE UNITED STATES DISTRICT COURT FOR MARYLAND

(Northern Division)


- - - - - - - - - - - - - - -X

MARY CLARK,                      :

      Plaintiff,        : Case No.:

vs.                              : 1:13 CV 00184 ELH

HOWARD COUNTY GENERAL            :

HOSPITAL, et al.,                :

      Defendants        :

- - - - - - - - - - - - - - -X



Deposition of ERIC CHANG, M.D.,

Individually, and as Corporate Designee for

COLUMBIA AESTHETIC PLASTIC SURGERY, LLC

Rockville, Maryland

Wednesday, August 28, 2013

2:13 p.m.


Job No.   1-236926

Pages:   1 - 126

Reported by:  Dana C. Ryan, RPR, CRR

ERIC CHANG, M.D. – 8/28/2013

Page 2

1   Deposition of ERIC CHANG, M.D.,
2   Individually, and as Corporate Designee for
3   COLUMBIA AESTHETIC PLASTIC SURGERY, LLC, held at
4   the law offices of:
5
6          Gleason Flynn Emig & Fogleman
7          11 North Washington Street
8          Suite 400
9          Rockville, Maryland 20850
10         (301) 294-2110
11
12
13
14
15
16
17   Pursuant to agreement, before Dana C. Ryan,
18   Registered Professional Reporter, Certified
19   Realtime Reporter and Notary Public in and for the
20   State of Maryland.
21
22

Page 4

1   A P P E A R A N C E S   C O N T I N U E D
2
3   ON BEHALF OF THE DEFENDANTS
4   COLUMBIA AESTHETIC PLASTIC
5   SURGERY, LLC AND ERIC CHANG, M.D.:
6          LARRY D. MCAFEE, Esquire
7          Gleason Flynn Emig & Fogleman
8          11 North Washington Street
9          Suite 400
10         Rockville, Maryland 20850
11         Telephone:  (301) 294-2110
12
13
14
15
16
17
18
19
20
21
22

Page 3

1          A P P E A R A N C E S
2
3   ON BEHALF OF THE PLAINTIFF:
4          KENNETH M. BERMAN, Esquire
5          Berman, Sobin, Gross,
6             Feldman & Darby, LLP
7          481 North Frederick Avenue
8          Suite 300
9          Gaithersburg, Maryland 20877
10         Telephone:  (301) 670-7030
11
12
13   ON BEHALF OF THE DEFENDANT
14   HOWARD COUNTY GENERAL HOSPITAL:
15         FRANCIS X. LEARY, Esquire
16            (Present via speaker phone)
17         Chason, Rosner, Leary & Marshall, LLC
18         401 Washington Avenue
19         Suite 1100
20         Towson, Maryland 21204
21         Telephone:  (410) 494-3700
22

Page 5

1             C O N T E N T S
2   EXAMINATION OF ERIC CHANG, M.D.:        PAGE:
3   By Mr. Berman                6
4   By Mr. Leary                107
5   By Mr. Berman               116
6
7
8             E X H I B I T S
9             (Retained by Counsel)
10  CHANG DEPOSITION                    PAGE:
11  Exhibit A   Curriculum Vitae            26
12  Exhibit B   Drawing By Witness          42
13  Exhibit C   Dr. Chang's Office Notes    79
14
15
16
17
18
19
20
21
22

2  (Pages 2 to 5)

ERIC CHANG, M.D. - 8/28/2013

Page 6

1    PROCEEDINGS

2        ERIC CHANG, M.D.,

3    having been duly sworn, testified as follows:

4    EXAMINATION BY COUNSEL FOR THE PLAINTIFF

5    BY MR. BERMAN:

6        Q   Dr. Chang, my name is Kenneth Berman,

7    and you have wonderfully competent counsel, and

8    I'm sure they explained everything to you, but

9    just let me either refresh your recollection or go

10   just through a couple of things.

11           If you don't understand anything that I

12   ask or I've asked it too quickly or it was

13   convoluted in any way and you need an explanation,

14   please ask me and I will gladly give it to you.

15           If you need a break at any time, that

16   is fine.

17           And that's generally it.

18           Can you state your name?  And let's

19   start with your business, and then I'll take your

20   home address for the record.

21       A   Sure.  The name is Eric Chang.  The

22   business address is 8860 Columbia 100 Parkway,

Page 7

1    Suite 206, Columbia, Maryland 21045.

2           And you said my home address as well?

3        Q   Yes.

4        A   6724 Walter Scott Way, Columbia,

5    Maryland 21044.

6           (The Reporter asks for clarification.)

7           THE WITNESS:  6724 Walter Scott Way,

8    Columbia, Maryland 21044.

9    BY MR. BERMAN:

10       Q   And, Dr. Chang, your profession?

11       A   I'm a plastic surgeon.

12       Q   And are you in private practice at this

13   point?

14       A   I am.

15       Q   Okay.  And what type of practice is

16   that; that is to say, is it incorporated; is it a

17   partnership?

18       A   It's an LLC.

19       Q   Okay.  And was it an LLC on May 24th,

20   2010?

21       A   Sure.

22       Q   Okay.  And how many employees do you

Page 8

1    have there?

2        A   Including myself, three currently.

3           MR. MCAFEE:  Can I take a second here?

4           MR. BERMAN:  Do you have a CV?

5           MR. MCAFEE:  I'm pretty sure we do at

6    some point, but my question was --

7           I can get one for you if you didn't get

8    one.

9           Have you provided us your CV?

10          THE WITNESS:  I didn't bring one today.

11          MR. MCAFEE:  Have you given it to us

12   already?

13          THE WITNESS:  I'm -- I don't know if --

14          MR. MCAFEE:  I think you --

15          THE WITNESS:  I think I have.

16          MR. MCAFEE:  I'll get my secretary to

17   do it.

18          But you sent the notice out for an

19   individual deposition and corporate designee.  I

20   just want to make sure we're not going to get into

21   an issue about doing this twice if he's

22   testifying today.

Page 9

1           MR. BERMAN:  Unless there is something

2    completely unforeseen that happens, I reserve the

3    right.  But it is not my intention to have to

4    depose him twice, once as a corporate matter and

5    once as an individual.  Again, unless there is

6    something that comes out subsequent to the

7    deposition that -- I don't want to completely

8    waive it, but, yeah, that's my understanding as

9    well.

10          MR. MCAFEE:  Well, he's here today in

11   both capacities, so ask away.

12          MR. BERMAN:  Okay.  For the record, I

13   had not formally agreed to that.  But, again, it

14   was my sincere intention and hope that I do not

15   have to take his deposition in any other way,

16   shape or matter.

17          MR. MCAFEE:  Do you want me to poke my

18   head out and get the --

19          MR. BERMAN:  Yeah, that will be great.

20   It will probably save us time.

21          (Pause in proceedings.)

22   BY MR. BERMAN:

3 (Pages 6 to 9)

ERIC CHANG, M.D. - 8/28/2013

Page 10

1    Q    And while he's doing that, Dr. Chang,
2  are there any other physicians in that practice?
3    A    No.
4    Q    Were there in May of 2010?
5    A    No.
6    Q    Starting with your college, briefly
7  tell me your educational background.
8    A    I did my undergraduate at Yale
9  University.  I was an East Asian Studies major.  I
10  did my premed courses there.  I went from there to
11  Columbia University in New York City; got my M.D.
12  there.  Went from there to my surgical training in
13  California at Stanford where I trained in plastic
14  surgery in six years.
15    Q    Fellowship?
16    A    My fellowship was part of my plastic
17  surgery; it's a residency/fellowship.
18    Q    Gotcha.  During that
19  residency/fellowship, were you instructed with or
20  were you made aware of the risks of burns or
21  surgical fires?
22    A    Yes.

Page 11

1    Q    Okay.  Both in cost work lectures as
2  well as textbook?
3    A    Most of the -- most of the learning and
4  residency is done in the operating room.  There is
5  more some formal didactic learning that you do.
6    Q    Have you ever done -- and I had a
7  chance to review the informal CV online.  But have
8  you ever published any articles dealing with
9  either safety in the operating room or burns to
10  patients or fires in the operating room?
11    A    Not personally.
12    Q    Okay.  When you say "not personally,"
13  do you mean that you are --
14    A    No, that not that I am --
15        MR. MCAFEE:  Let him finish the
16  question.
17        THE WITNESS:  I'm sorry.
18  BY MR. BERMAN:
19    Q    Don't worry about it.  Everybody does
20  it.
21        By the way, have you ever had your
22  deposition taken before?

Page 12

1    A    No.
2    Q    She's going to -- she cannot pick up
3  nods -- well, she can pick up nods of the head;
4  she just doesn't like to.  And she can only take
5  down one of us at a time, so although you probably
6  know what 90 percent of my questions are going to
7  be when I begin them, just wait for me to ask
8  them.
9        You said you had not personally had
10  written any such articles.  Had you assisted or
11  done research on any articles that were published?
12    A    No.
13    Q    Any lectures that you went to or CLEs
14  [sic] that you went to post-graduate -- post
15  graduation of medical school regarding surgical
16  fires or operating room safety or burns to
17  patients?
18    A    Every year I'm required to attend a
19  certain number of CMEs per year; some of those are
20  safety related.  It is not clear to me -- it is
21  not clear to my recollection how many hours of
22  these have been actual burn safety; however, like

Page 13

1  I mentioned, I -- a certain number of them are on
2  safety in general.
3    Q    Are you board certified?
4    A    Yes.
5    Q    In plastic surgery?
6    A    Yes.
7    Q    First time?
8    A    Yes.
9    Q    Okay.  When did you become board
10  certified?
11    A    2008, possibly -- probably.
12    Q    All right.  Licensed in Maryland, and
13  anywhere else?
14    A    Maryland only.
15    Q    Okay.  Have you ever been licensed
16  anywhere else?
17    A    Yes.
18    Q    Where?
19    A    California.
20    Q    And did you just let that lapse?
21    A    I retired it, I believe.
22    Q    Okay.  Hospital privileges, where at

4 (Pages 10 to 13)

ERIC CHANG, M.D. - 8/28/2013

Page 14

1  now?
2     A    Currently at Howard County General
3  Hospital, Baltimore Washington Medical Center,
4  Northwest Hospital.
5     Q    And were those the same in 2010?
6     A    Probably.  I might not have had
7  privileges at Northwest Hospital yet.  I'm not
8  sure exactly when that was.
9     Q    Forgive me because I have to ask it.
10  Have you ever had your license suspended, revoked,
11  privileges denied anywhere?
12        MR. MCAFEE:  Objection.
13        You can answer.
14        THE WITNESS:  No.
15  BY MR. BERMAN:
16     Q    Tell me what professional organizations
17  you belong to.
18     A    The American Society of Plastic
19  Surgeons, which is our national organization; the
20  American Society of Aesthetic Plastic Surgeons,
21  which is a smaller organization of aesthetic
22  plastic surgeons.  John Staige Davis Society,

Page 15

1  which is Maryland's -- the state of Maryland's
2  group of plastic surgeons; Zedplast, which is my
3  alumni organization from my training program in
4  California.
5     Q    Do you belong to the American College
6  of Surgeons?
7     A    No.
8     Q    Have you ever belonged to the American
9  College of Surgeons?
10     A    No.
11     Q    Is there a separate board for aesthetic
12  plastic surgery?
13     A    No.
14     Q    Are there any publications that any of
15  those organizations that, excuse me, you listed
16  put out or published: journals, alerts, things of
17  that nature?
18     A    Can you please repeat the question?
19     Q    Probably, but maybe not without
20  coughing.
21        Are there any publications that you
22  normally receive from either the American Society

Page 16

1  of Plastic Surgeons, the American Aesthetic
2  Plastic Surgeon or --
3     A    Yes.
4     Q    Okay.  And what is that?
5     A    The American Society of Plastic
6  Surgeons has what we call the white journal, which
7  is the journal of plastic and reconstructive
8  surgery.  The Aesthetic Society has a journal
9  called Aesthetic Plastic Surgery or something like
10  that.
11     Q    And do they both put in -- are those
12  both published on a monthly basis?
13     A    I believe so.
14     Q    And you regularly receive and -- excuse
15  me, you regularly receive and review those
16  publications?
17     A    I do.
18     Q    With regards to the procedure that
19  Ms. Clark underwent in May 2010, the breast
20  reconstruction surgery with fat tissue transfer,
21  what textbooks in your office cover that?
22     A    I have several textbooks in my office

Page 17

1  and in my home that cover many of the general
2  principles involved in that surgery.
3     Q    Fair enough.  Tell me what those are.
4     A    There's a book by John Bostwick called
5  Breast Surgery [sic] that covers the entirety of
6  breast surgery.
7     Q    Okay.
8     A    There is a large, seven-volume series
9  called Plastic Surgery that covers breast surgery.
10     Q    Published by or authored by?
11     A    The original was published by Converse.
12  I don't remember who the last actual author was.
13     Q    Okay.  Is that it by the way?
14     A    As far as --
15     Q    Textbooks.
16     A    Textbooks.  I have textbooks on fat
17  grafting that I refer to.
18     Q    Is it your impression that the -- the
19  portion of the operation that dealt with the fat
20  transfer is not related to the burn?
21     A    No.
22     Q    "No," that's not your impression, or

5 (Pages 14 to 17)

ERIC CHANG, M.D. - 8/28/2013

Page 18

1  that is a correct statement?
2     A   It was a single operation where the
3  operation had multiple parts of the operation, and
4  I think all parts of the operation were to some
5  degree related.
6     Q   Okay.  Fair enough.
7         Would you have used the retractor that
8  you used -- the fiber-optic retractor on Ms. Clark
9  for other procedures besides a breast
10 reconstruction/fat transfer procedure?
11    A   I -- what -- I'm sorry.  The
12 question -- the question again.
13    Q   Sure.  The retractor that -- let's
14 start it this way.  The retractor that you
15 utilized in this procedure -- when I say "this
16 procedure," I'm talking about the one to Ms. Clark
17 on May 24th, 2010, so I don't have to keep
18 repeating that -- you used a certain type of
19 retractor; correct?
20    A   Correct.
21    Q   Fiber-optic retractor?
22    A   Correct.

Page 19

1     Q   Do you know the name, make and model of
2  that retractor?
3     A   No.
4     Q   Had you used that retractor before?
5     A   I had used similar types of that
6  retractor before.
7     Q   And when you say "similar types," what
8  do you mean by "similar types"?
9     A   I mean, I don't know the brand of that
10 retractor.  I work at multiple -- I have worked at
11 multiple different hospitals.  Every hospital has
12 a retractor of that type in their, you know,
13 general use.
14    Q   When you say "that type" -- I'm trying
15 to get a feel -- are you talking about a
16 fiber-optic retractor?
17    A   I'm talking about a lighted fiber-optic
18 retractor.
19    Q   Okay.  Perfect.
20        Tell me what other types of procedures
21 you would use a lighted fiber-optic retractor
22 similar to the retractor you used on that day?

Page 20

1     A   Any surgery that you have a closed
2  space with little light and you're making a small
3  incision and you need to visualize a cavity is a
4  surgery that you would use a similar retractor to
5  that.
6     Q   Okay.  And give me an example of such
7  procedures that you in the past have utilized that
8  retractor.
9     A   Breast augmentation surgery, tissue
10 expander surgery, breast reconstructive surgery.
11 Those would be the main ones I can think of off
12 the top of my head.
13    Q   When did you first -- other than your
14 training, when did you first begin doing surgery?
15    A   Is the question when did I start
16 practice after I completed my training?
17    Q   Yes.
18    A   1999 -- sorry.  Right.  Let me think
19 about that.  I'm sorry.  I graduated medical
20 school in 1999, so I finished residency in 2005.
21    Q   So is the answer 2005?
22    A   Yes.

Page 21

1     Q   And approximately how many surgeries --
2  I think you said there were breast augmentation;
3  there were breast reconstruction; and I think you
4  said there was tissue transfer.
5     A   Tissue expander.
6     Q   Tissue expander, okay.
7         How many of those surgeries before
8  May 2010 had you done, rough estimate?
9     A   Hundreds.
10    Q   Okay.  And would it be that you would
11 use the -- this type of retractor in all of those,
12 or was there another method that you might perform
13 that -- without a fiber-optic retractor for the
14 retracting part of it?
15    A   You're asking about breast
16 reconstruction surgery specifically?
17    Q   I'm asking any type of surgery you
18 would use this type of retractor for.  Would there
19 be any other types of instruments you would use
20 other than a fiber-optic lighted retractor?
21    A   Are there other instruments I use in
22 addition to a fiber-optic retractor?

6  (Pages 18 to 21)

ERIC CHANG, M.D. – 8/28/2013

Page 22

1   Q   No, instead of.
2   A   Instead of.
3   Q   In other words, at one point you need
4   to retractor --
5   A   Okay.
6   Q   -- correct?
7   A   Correct.
8   Q   I assume -- it sounds to me -- that
9   your custom and practice was to use a fiber-optic
10  lighted retractor albeit different brands at
11  different hospitals?
12  A   Correct.
13  Q   So my only question is was there any
14  way you could do that without using a fiber-optic
15  lighting?
16  A   I see.  You could use a headlight and a
17  retractor.
18  Q   Headlight?
19  A   Correct, and a retractor.
20  Q   And did you -- how -- and of the
21  hundreds of procedures that you did between 2005
22  and 2010, give me a percentage of those that you

Page 23

1   used the headlight retractor, if at all?
2         MR. MCAFEE:  I think he said a
3   headlight and retractor.
4         MR. BERMAN:  Oh, a headlight and
5   retractor.  Excuse me.  He did.
6         THE WITNESS:  Five percent, 10 percent.
7   BY MR. BERMAN:
8   Q   And why would -- why would that be, not
9   why would you use it 5 percent, first, but why --
10  why would you ever want to use a headlight and a
11  retractor as opposed to a fiber-optic lighted
12  retractor?
13  A   If a lighted retractor is not available
14  or not working.
15  Q   Gotcha.  And the retractors -- the
16  fiber optic retractors that you utilized before
17  either at Howard County or at other hospitals,
18  were they similar to in terms of the shape, the
19  size, the way they operated, as to the one that
20  you were using on May 24th, 2010?
21  A   Yes.
22  Q   Okay.  So you would use that type of

Page 24

1   retractor hundreds of times before on May 24th,
2   2010?
3   A   That is correct.
4   Q   Okay.  Ever have a patient burned
5   before that day?
6   A   No.
7   Q   Okay.  Ever have a patient burned or --
8   and I'm going to use burn and catch on fire
9   interchangeably -- for any reason whether it's a
10  retractor or any other reason?
11  A   No.
12  Q   Okay.  You said there were several
13  hundred of these type of cases: the breast
14  augmentation, the tissue expanding, and the third
15  type which was the breast -- I can't read my
16  handwriting -- reconstruction, I believe it is.
17        What other procedures did you normally
18  do?
19  A   In my practice --
20  Q   In your --
21  A   -- what other --
22  Q   -- practice.

Page 25

1   A   -- procedures?
2   Q   Yeah.
3   A   I am a general plastic surgeon.  My
4   practice covers general plastic surgery; meaning,
5   I cover reconstructive surgery from the head to
6   the toe.  I also perform elective aesthetic
7   surgeries.
8   Q   And in all of those -- were those,
9   also, I assume hundreds --
10  A   Yes.
11  Q   -- if not thousands?
12  A   Sure.
13  Q   In those I take it -- or I can't assume
14  anything -- you've never had a fire in the
15  operating room or a burn; is that correct?
16  A   That is correct.
17  Q   Okay.  Does it matter whether or not
18  you do the surgery -- with respect to the -- using
19  the fiber optic retractor, whether or not it's in
20  an ambulatory care facility or whether it's in the
21  main part of the hospital?
22        That make any difference?

7 (Pages 22 to 25)

ERIC CHANG, M.D. - 8/28/2013

Page 26

1    A    Not -- I don't believe so.
2    Q    Okay.  Bear with me.  I just want to
3  take a look at your resume.
4         MR. BERMAN:  Okay.  Why don't we mark
5  it as Chang A.
6         (Chang Deposition Exhibit A was marked
7  for identification and retained by Counsel.)
8  BY MR. BERMAN:
9    Q    Dr. Chang, I'm going to give you what
10 has been marked as Exhibit A, which is -- you
11 know, counselor provided me a copy of your
12 curriculum vitae.
13        Is that, to your knowledge, up-to-date?
14 Any additions, deletions?
15   A    A couple of the hospitals that I have
16 privileges at have been up-to-date, so --
17   Q    Okay.  By the way, with respect to
18 the -- both the American Society of Plastic
19 Surgeons as well as the American Society of
20 Aesthetic Plastic Surgeons, do they have any
21 guidelines or do they put any -- out -- any --
22 publish any guidelines or regulations with respect

Page 27

1  to the use of fiber optics or electrocautery or
2  any equipment in an operating room?
3    A    Not that I'm aware of.
4    Q    Okay.  Have you searched that since
5  this lawsuit?
6    A    No.
7    Q    Okay.  Have you searched it since this
8  incident to see if they have any guidelines?
9    A    No.
10   Q    By the way, I don't want to know
11 what -- any conversation that you had with
12 Mr. McAfee, but what did you review in preparation
13 of the deposition today?
14        MR. McAFEE:  I'll proffer for you
15 because I think everything he's reviewed he's
16 reviewed at my request.  He certainly has looked
17 at his chart.  I think he's looked at his op note.
18 I showed him the exhibits from the depositions
19 that you gave me.  I appreciate you getting those
20 to me.  He's reviewed a document that there has
21 been a privilege asserted in this case.
22        MR. BERMAN:  Can I have -- just so I

Page 28

1  know because I don't believe you have the right
2  to -- you can hang on to it, but I think somebody
3  needs to tell me what that document is or what it
4  falls -- the category it falls under other than
5  the privilege.  I'm not going to ask to see the
6  document at this time, but I'd like what that
7  document was.
8         MR. McAFEE:  Skip, do you want to
9  respond to that?
10        MR. LEARY:  I didn't show him anything.
11        MR. McAFEE:  Okay.  He's reviewed
12 the -- an investigation report that was done by
13 the hospital after this incident in connection
14 with this incident.  For privilege log purposes,
15 it's a document styled Adverse Event Investigation
16 Report.
17        MR. BERMAN:  And the only question I
18 have is the date of it.
19        MR. McAFEE:  It's dated July 19th,
20 2010.
21        MR. BERMAN:  Okay.  Thanks.
22 BY MR. BERMAN:

Page 29

1    Q    By the way, off the record -- on the
2  record.  Where in New York were you born?
3    A    Manhattan.
4    Q    Okay.  Well, we should start with high
5  school.  I know that.
6         I was talking about research as to
7  guidelines and looking at any guidelines or
8  investigations or anything.
9         After this incident, did you conduct
10 any of your own -- not necessarily through the
11 hospital or the peer review with your attorney,
12 but did you do any independent research on either
13 burns or a product that you were using in the
14 operating room when this occurred?
15   A    No.
16   Q    Okay.  You didn't check -- do a MEDLINE
17 search or anything?
18   A    I spent eight months of my residency
19 taking care of burn patients, so I know a fair
20 amount about burns, wound care of burns.
21   Q    My question -- and, thank you, and I
22 appreciate that.  But my question was more with

8 (Pages 26 to 29)

ERIC CHANG, M.D. - 8/28/2013

Page 30

1  regards to the origins or what causes a burn as to
2  a patient as opposed to actually treating burn
3  patients. And my -- let me make sure that I have
4  the question down so it's on paper.
5      The question is, after this incident,
6  did you do any research as to the cause of burns
7  or fires in the operating room, either MEDLINE
8  search or any of your own investigation?
9      A  No.
10     Q  Other than your attorney or any
11 investigative body through the hospital, did you
12 speak to anybody about this incident?
13     A  I probably had some conversations in
14 the hallway with the nurses or the other
15 individuals in the room.
16     Q  At the time right following the
17 procedure?
18     A  Sure.
19     Q  Okay. We'll get back to that in a
20 second, but anything after that?
21     A  Not that I recall.
22     Q  Okay. And I may have asked you this;

Page 31

1  and if I did, I apologize.
2      Any -- ever been involved in any
3  lawsuit before?
4      A  No.
5      Q  Okay. Ever review claims for anybody?
6      A  No.
7      MR. BERMAN: Mr. McAfee, is he going to
8  be called to give standard of care?
9      MR. MCAFEE: No.
10     MR. BERMAN: Because, if not, then
11 I'm --
12     MR. MCAFEE: No, he won't.
13     MR. BERMAN: Okay.
14     MR. MCAFEE: And, for the record, not
15 as to himself or as to the nurses or hospital or
16 anything like that.
17     MR. BERMAN: Gotcha.
18     BY MR. BERMAN:
19     Q  I'd asked you if you had ever had a
20 fire or a burn of a patient while you were
21 performing a procedure.
22     Have you ever seen one?

Page 32

1      A  Not my own patient.
2      Q  Okay. And you witnessed one while you
3  were watching an operating room?
4      A  No.
5      Q  Okay. Ever -- you've read about them?
6      A  Of course.
7      Q  Okay. Did you drape Ms. Clark that
8  day?
9      A  Probably.
10     Q  And you say "probably" because you
11 don't recollect specifically?
12     A  Correct.
13     Q  Do you recollect the actual procedure?
14     A  Parts of it.
15     Q  Okay. Would it have been your
16 normal -- and I'm going to ask you to
17 differentiate as to what you do remember and
18 what's your normal custom and procedure.
19     Is it your normal custom and procedure
20 to drape the patient for this type of surgery?
21     A  Yes.
22     Q  Okay. And how would you -- and strike

Page 33

1  that.
2      Would you do that by yourself, or would
3  do you that with somebody?
4      A  Usually with an assistant.
5      Q  Surgical assistant?
6      A  Correct -- the nurse in the room or the
7  surgical assistant preps the patient. I usually
8  drape the patient.
9      Q  Okay. And tell me how they usually
10 drape the patient and how you prep the patient.
11     MR. MCAFEE: I think it's --
12     THE WITNESS: They -- they --
13     MR. MCAFEE: -- the other way around.
14     BY MR. BERMAN:
15     Q  Excuse me. Tell me how they prep the
16 pa- -- excuse me.
17     When you say "prep," you're talking
18 about the Betadine solution?
19     A  Correct.
20     Q  Okay. Tell me how you drape the
21 patient.
22     A  I take towels and I towel off the

9 (Pages 30 to 33)

ERIC CHANG, M.D. - 8/28/2013

Page 34

1  surgical field. After the towels, I place a paper
2  drape over the surgical towels. Sometimes I
3  staple those towels in place; sometimes I do not.
4    Q    Literally onto the towel itself?
5    A    Excuse me?
6    Q    The paper is literally on top of the
7  towel itself?
8    A    Correct.
9    Q    Okay. Why?
10   A    Why is the paper on the towel?
11   Q    Yeah.
12   A    As opposed to on the patient?
13   Q    As opposed to just the towel on the
14 patient.
15   A    Because you need a large, sterile
16 field.
17   Q    Is it your recollection that -- and I
18 know I'm skipping around, and I apologize for
19 being sporadic.
20       Is it your recollection that the drapes
21 or the towels on Ms. Clark burned?
22   A    No.

Page 35

1    Q    It's not your recollection of that?
2    A    That is correct.
3    Q    Okay. And do you have specific
4  recollection of seeing the drapes or the towels
5  not being burned?
6    A    Yes.
7    Q    I know that's a double negative, but go
8  ahead.
9    A    Yes.
10   Q    Okay. Do you know what was done with
11 the drapes or the towels?
12   A    For that -- on that day, no, I do not.
13   Q    Yeah. I want to give you what has been
14 marked -- or what has been provided to us in the
15 medical records, and it's your operative note.
16 And your operative note was dictated, as I
17 understand it, May 24th, 2010, and signed by you
18 on May 25th, 2010.
19       Take a moment if you want, take a look
20 at that, or if your counsel wants to give it to
21 you so we can move this along and that way I don't
22 have to keep doing --

Page 36

1       MR. BERMAN: If you have a copy for
2  him.
3       MR. MCAFEE: He can share mine if
4  that's --
5       MR. BERMAN: Yeah. Well -- sure.
6  Well, he can have yours, either one. Why don't
7  you give him yours.
8       MR. MCAFEE: I have highlights and
9  stuff. Do you mind that?
10      MR. BERMAN: No.
11 BY MR. BERMAN:
12   Q    That is your operative note?
13   A    Yes.
14   Q    And it was dictated on the 24th?
15   A    Yes.
16   Q    Did you make --
17      Of May.
18      Did you make any corrections or
19 revisions on it?
20   A    Not that I recall.
21   Q    Okay. It says -- it says on this -- on
22 the first full paragraph, the second paragraph on

Page 37

1  page 3 -- it says 3 of 3, quote, Upon using the
2  lighted retractor to allow for visualization of
3  the cavities, it was found that there had been
4  burns from the retractor heating from the drape to
5  the skin, close quote.
6       Explain to me that -- is it that the
7  drapes -- it actually heated through the drapes
8  and burned the skin but did not burn the drapes or
9  the towels?
10   A    Yes.
11   Q    Okay. Can you explain in layman's
12 terms for my simple mind how that occurs?
13   A    Yes.
14   Q    Okay. Please do.
15   A    If you touched a lightbulb with your
16 bear hand, you would burn yourself.
17   Q    Uh-huh.
18   A    If you took a piece of paper and
19 wrapped the lightbulb and held the lightbulb for
20 five, ten seconds, you could still burn yourself
21 without burning the paper.
22   Q    What in -- did you form an opinion at

10  (Pages 34 to 37)

ERIC CHANG, M.D. – 8/28/2013

Page 38

1   that time as to what caused the drapes to heat?
2       A    The lighted retractor.
3       Q    Okay.  And how did the lighted
4   retractor cause the drapes to heat?
5       A    The lighted retractor malfunctioned and
6   became hotter than it should have become.
7       Q    And tell me what you base that
8   impression upon.
9       A    Because I picked up the lighted
10  retractor, and it was hot, and normally a lighted
11  retractor itself does not get hot.
12      Q    Where did you pick it up from?
13      A    During an operation if I'm using a
14  lighted retractor, I either place a lighted
15  retractor on a Mayo stand or I hand it to the
16  surgical assistant.  If I place it on a surgical
17  drape, I place a folded towel underneath the
18  lighted retractor to protect the patient from the
19  lighted retractor, specifically the tip of the
20  lighted retractor which is where the light comes
21  from.
22      Q    And is that what occurred on this day?

Page 39

1       A    Yes.
2       Q    Okay.  The reason that you put the
3   lighted retractor on the towel on top of the drape
4   I assume is because of the risk of the retractor
5   causing a burn?
6       A    The risk is of the light itself in
7   concentrated form causing the drape to catch fire.
8   That is the risk of the light coming out of the
9   tip of the retractor causing the drape to catch
10  fire.
11          Like I said, when I -- when I performed
12  the surgery, I placed the -- placed the lighted
13  retractor on a folded towel with care to separate
14  the tip of the retractor from the patient and from
15  the drape.
16      Q    And that was above the area you were
17  working on?
18      A    Probably.
19      Q    Where her burns were?
20      A    Probably.
21      Q    Were the burns in the shape of the
22  retractor?

Page 40

1       A    The burn -- I don't --
2       Q    Let me not try to trick you.  Hang on.
3   Before you even answer, assume that there was
4   testimony by one of the nurses that --
5           You've seen the pictures of the burns,
6   I take it; correct?
7       A    True.
8       Q    You treated her burns afterwards?
9       A    Yes.
10      Q    Okay.  Were the burns in the shape of
11  the retractor?
12      A    The burns were -- were linear -- they
13  were linear burns.  There were a few linear burns
14  across her chest.
15      Q    Is that a yes given that the retractor
16  light -- I don't want to speak for you.
17          Is that a yes?
18      A    The retractor is -- has a straight part
19  to it.  It's possible due -- it's -- I'm -- the --
20  I believe that the retractor caused the burns.
21      Q    Okay.  And I'm going to give you what
22  has been marked as --

Page 41

1           MR. MCAFEE:  I think you would do
2   better to have him draw his own.  I don't know --
3   you can ask him --
4           MR. BERMAN:  Okay.  No, that's actually
5   a great idea.
6           MR. MCAFEE:  You want some paper?
7           MR. BERMAN:  Yeah.  You want to give it
8   to him?
9           BY MR. BERMAN:
10      Q    I'm going to ask you to draw the
11  retractor.
12      A    I need a pen.
13          MR. MCAFEE:  Can he use your pen?
14          MR. BERMAN:  Sure he can.
15          THE WITNESS:  Is he still there?
16          MR. MCAFEE:  Skip, you still there?
17          MR. LEARY:  Yeah.  It sounded like
18  something got pulled over the speaker phone.
19          MR. MCAFEE:  Yeah, we're sort of up
20  against the -- I'm going to move the phone over on
21  the counter here, and let's see if that -- you can
22  still hear.  If you can't, then I'll move it back

11  (Pages 38 to 41)

ERIC CHANG, M.D. – 8/28/2013

Page 42

1    to the table.
2          MR. LEARY: Okay.
3          MR. MCAFEE: That way we're not rocking
4    it and stuff.
5          Are you still good?
6          MR. LEARY: I can hear you.
7          MR. MCAFEE: Doctor, why don't you say
8    something and let me see if he can hear you?
9          THE WITNESS: Hello.
10         MR. LEARY: Hello.
11         MR. MCAFEE: Is that okay?
12         MR. LEARY: Yeah.
13         MR. BERMAN: Okay. Why don't we mark
14   this as Dr. Chang Exhibit B.
15         (Chang Deposition Exhibit B was marked
16   for identification and retained by Counsel.)
17         BY MR. BERMAN:
18     Q    I -- I'm looking at Dr. Chang Exhibit
19   B, and I assume on the bottom those lines are the
20   linear part that you're talking about where the
21   line is; correct?
22     A    This is more of a schematic, but this

Page 43

1    (indicating) is where the light and the cable
2    comes through as far as -- the cable is actually
3    through the retractor, and then at here
4    (indicating) it's at the bottom of the retractor,
5    but this (indicating) is where the light shines.
6      Q    Okay. Pointing to the dot at the end
7    of the device; correct?
8      A    Correct.
9      Q    Okay. And it's that part that you
10   believe burned --
11     A    No.
12     Q    Which part of that burned, if you could
13   circle it?
14     A    This (indicating) is a cord going into
15   the retractor. This (indicating) is an adapter
16   that sometimes is used to couple the cord.
17     Q    Would you do me a favor? And I'm sorry
18   to interrupt. Would you put an A next to the
19   adapter?
20         Go ahead.
21     A    (Indicating). That's an adapter; that
22   sometimes is used to couple the cord to the

Page 44

1    retractor. The hot -- the heat was emanating from
2    the adapter and moving its way down.
3          MR. LEARY: Larry?
4          MR. MCAFEE: Yeah.
5          MR. LEARY: I'm having trouble hearing.
6          MR. MCAFEE: All right. Let me move
7    you back.
8          I'm sorry. We had a pretty large
9    mediation, so all the larger conference rooms are
10   being used right now, so we're sort of in the
11   small conference room, and we don't have a whole
12   lot of space.
13         MR. LEARY: You lost your juice?
14         MR. MCAFEE: I lost my juice, man. I
15   guess Crystal's got more pull here than me.
16         BY MR. BERMAN:
17     Q    Go ahead.
18         MR. MCAFEE: You want to explain that
19   again?
20         THE WITNESS: So the light handle
21   attaches to the -- sorry. The light cord attaches
22   to the light handle through the adapter. I

Page 45

1    believe that the heat source -- or I believe that
2    the thermal injury occurred from the adapter.
3          BY MR. BERMAN:
4      Q    Okay. If you could just put down LC
5    for where the light cord is and LH for where the
6    light handle is.
7      A    This (indicating) is the light cord;
8    this (indicating) is the light handle.
9      Q    Okay. And where was it when you picked
10   it up and you said it was hot?
11     A    On top of the -- on top of the towel --
12   fold the towel on top of the drape.
13     Q    And how long had it been on that folded
14   towel on top of the drape before you picked it up?
15     A    I'm not sure.
16     Q    Five minutes, a minute?
17     A    Five minutes.
18     Q    Okay. And what was occurring during
19   that five minutes that it was lying on top of the
20   drape that was on top of a towel -- excuse me, a
21   towel that was on top of a drape that was on top
22   of a towel?

12 (Pages 42 to 45)

ERIC CHANG, M.D. - 8/28/2013

Page 46

1    A   This procedure had two parts.  One part
2  was fat grafting; one part was replacement of her
3  implants.  During the fat grafting portion of the
4  procedure I take donor tissue -- donor fat from
5  the abdomen.  I process that fat using a
6  centrifuge, and I replace that fat, after this
7  portion, back in to help with contour.
8    Q   Okay.
9    A   The centrifuge was not functioning
10  properly, and my attention was called to the
11  centrifuge to help it function.
12    Q   Is it -- and without taking the five --
13  was that why it was there for five minutes?
14    A   Yes.
15    Q   Okay.  How long -- had the centrifuge
16  been working properly, how long would it normally
17  be left on -- on the towel -- let me do this -- on
18  the towel on top of the drape on top of the towel?
19    A   Thirty seconds.
20    Q   Okay.  Had you ever needed to leave it
21  on a patient for five minutes before, a laser?
22    A   It's not a laser.

Page 47

1    Q   Fiber-optic retractor, excuse me.
2    A   No, probably not.
3    Q   Okay.  You felt the adapter with your
4  hand?
5    A   I felt the handle with my hand; the
6  handle was hot.  I felt up to the adapter; the
7  adapter was hot as well.
8    Q   And the handle -- I know this is an
9  obvious request, but let the record reflect it.
10  Anyway, where it says LH, the light handle, that
11  is what you were actually holding on to while
12  you -- while you're using the retractor; correct?
13    A   That's correct.
14    Q   Okay.  And can I assume, then, that it
15  was not hot while you were using it before you
16  placed it down on Ms. Clark?
17    A   Yes.
18    Q   Okay.  How long had you used it on
19  Ms. Clark?  And -- and -- actually -- yeah, let me
20  ask that.  And if you had used it several times
21  and put it down, let me know that as well, to be
22  fair.

Page 48

1    A   During this portion of the procedure,
2  you pick up the lighted retractor; you put it
3  down; you pick it up; you put it down.
4    Q   And this part being the part before you
5  had a problem -- the part before you had a problem
6  with the centrifuge?
7    A   Correct.
8    Q   And that part was what, the
9  procedure -- what portion of the procedure is
10  that?
11    A   I open the breast cavity.  I remove the
12  existing implant.  I adjust the cavity using the
13  lighted retractor to visualize.
14    Q   So was it removal of the implant of --
15  was it the left first or the right breast?
16    A   I believe it was the left breast first.
17    Q   Okay.  So call it the removal of the
18  left breast implant was what occurred before you
19  noticed the burn?
20    A   Correct.
21    Q   Okay.
22    A   The related retractor is -- the implant

Page 49

1  removal does not need a lighted retractor.  The
2  adjustment of the implant cavity is what you need
3  the lighted retractor for.
4    Q   Okay.  And how long does that take?
5    A   Anywhere from a minute to ten minutes.
6  It depends on how much bleeding there is, how
7  much -- how much adjustment you need, how much --
8  a variety of factors.
9    Q   And have you seen -- have you seen the
10  time chart for the operative -- for the operation
11  in this procedure?
12    A   No.
13    Q   Okay.  Do you know, sitting here today,
14  approximately how long that part of it, the
15  adjustment of the implant cavity, took?
16    MR. MCAFEE:  I think you need to
17  specify which side because --
18    BY MR. BERMAN:
19    Q   I'm only talking about the breast --
20  the first breast before the burn.  I'm only
21  talking about before the burn was noticed, and I
22  think -- so we can just be sure and we don't have

13 (Pages 46 to 49)

ERIC CHANG, M.D. – 8/28/2013

Page 50

1  to guess, I think your note says you started by
2  the left -- it was the left breast is what you
3  started by.
4      A    Sure.
5      Q    So how long did that take?
6      A    I don't know.
7      Q    About how many times do you recall --
8  were there multiple times that you took up the --
9  that you used the retractor during that period of
10 time?
11     A    Usually it's multiple times of picking
12 up the retractor, and then, you know, either
13 placing it down on the towel or handing it back to
14 the assistant or -- or placing it on the Mayo
15 stand myself. But usually it's multiple times of
16 picking it up and putting it down.
17     Q    And when you pick it up and put it
18 down, do you shut it off each time?
19     A    Usually -- sometimes, but -- sometimes,
20 but often not.
21     Q    Because you're using it constantly?
22     A    You're using it constantly, plus you

Page 51

1  don't have the capacity to turn it off yourself.
2      Q    Okay. Sitting here today, assuming
3  that you have no independent recollection of how
4  long you used it, is it fair to say that it's
5  conceivable or at least possible that you had used
6  it for at least five minutes before you put it
7  down and the problem with the centrifuge was
8  discovered?
9      A    Yes.
10     Q    Okay. And it can be anywhere -- I just
11 want to make sure that I understand. It can be
12 anywhere -- and I don't want to take your
13 deposition again. It can be anywhere from one
14 minute to ten minutes that you used it beforehand?
15     A    Sure.
16     Q    And it's your specific recollection
17 that there is no problem with the heat of it
18 before you noticed the burn or while you were
19 utilizing it?
20     A    I did not notice the -- I did not
21 notice the -- I did not notice the light handle
22 abnormally hot.

Page 52

1      Q    Had -- had you noticed it getting hot,
2  what would you have done?
3      A    I would have turned it off, and I would
4  have asked for a new light handle because light
5  handles are not supposed to get hot.
6      Q    Is there a setting for the fiber-optic
7  retractor on the machine that uses it?
8      A    You can set the light at certain
9  settings. Some of them are -- some of them are
10 digital settings; some of them are analog
11 settings.
12     Q    And if that occurred, could you ask
13 them to -- to lower the setting? Would that come
14 to -- would that have the same effect or could
15 that have the same effect?
16         MR. MCAFEE: Objection, form and
17 foundation.
18         You can answer.
19         THE WITNESS: If -- if the lighted
20 retractor got hot, I would ask for a new piece of
21 equipment because the lighted retractor should not
22 get hot.

Page 53

1  BY MR. BERMAN:
2      Q    And I guess my way of saying -- asking
3  it -- let me ask -- trying it a different way. Is
4  the light retractor -- could the light retractor
5  getting hot be a function of the setting that it's
6  on?
7      A    The lighted retractor in normal use
8  does not get hot.
9      Q    Regardless of the setting it's on?
10     A    Regardless of the setting it's on.
11     Q    The setting controls what?
12     A    The amount of light.
13     Q    Okay. Nurse Godwin indicated she
14 normally likes to have it at a low setting, the
15 machine that handles the -- that supplies the
16 light to the retractor.
17         Do you know why it would be on a low
18 setting? Don't you want the most light possible?
19     A    Usually you want the -- you want the --
20 what -- whatever setting gives you an adequate
21 visualization of the field.
22     Q    Could it be too light?

14 (Pages 50 to 53)

ERIC CHANG, M.D. - 8/28/2013

**Page 54**

1    A    Yeah. Sure.
2    Q    Okay. Have you ever -- in your years
3  before May of 2010 in your training and -- and
4  your experience ever noticed the light handle
5  getting hot on a fiber-optic retractor?
6    A    No.
7    Q    Had you ever noticed the -- the -- any
8  instrument, be it an electrocautery, retractor or
9  any other instrument, get too hot while you were
10 utilizing it during a procedure?
11   A    Not in normal use, no.
12   Q    What do you mean by "not in normal
13 use"?
14   A    No.
15   Q    You're saying that if you had to use it
16 for an extended period of time --
17   A    No.
18   Q    -- you could --
19   A    No. You get burns in the operating
20 room from a cautery. Sometimes you get burned
21 through your own glove, but that's cautery.
22   Q    Gotcha.

**Page 55**

1         Did you have a preprocedure checklist
2  or a pick list or preference list? I'm not sure
3  what it was called. Do you know what I'm
4  referring to?
5    A    Every case in the hospital has a -- a
6  card, what they call a surgeon's card.
7    Q    Okay. And on your surgeon -- the
8  surgeon's card for your procedures, did you
9  specialize the type of retractor that you wanted?
10       MR. MCAFEE: Objection: foundation.
11 BY MR. BERMAN:
12   Q    Go ahead.
13       THE WITNESS: Go ahead and answer it?
14       MR. MCAFEE: Yeah. I'm sorry. Go
15 ahead and answer it.
16       THE WITNESS: I asked for a lighted
17 retractor for this surgery. I've never seen my
18 own surgeon's card, but I assume for this surgery
19 that a lighted retractor is actually requested.
20 BY MR. BERMAN:
21   Q    Okay. Who's in charge of making sure
22 that the retractor or the light handle did not

**Page 56**

1  malfunction?
2    A    The light -- the lighted retractor is
3  set up by the nurse and typically the tech in the
4  room.
5    Q    But they're not the ones who do the
6  maintenance on it?
7    A    Not that I'm aware of.
8    Q    Okay. Did you speak to anybody in the
9  maintenance department or the engineering
10 department about this?
11   A    I was given a call afterwards.
12       MR. MCAFEE: Are you going to talk
13 about the call that gave rise to the report?
14       THE WITNESS: Yes.
15       MR. MCAFEE: Okay. You can't talk
16 about that.
17       THE WITNESS: Okay.
18 BY MR. BERMAN:
19   Q    Can't talk about it.
20       Who called ya? I just want to know who
21 called ya.
22   A    Someone from engineering.

**Page 57**

1        MR. BERMAN: Can you excuse us for a
2  moment, Dr. Chang? I want to have a conversation.
3  I'm sorry. I don't mean to be --
4        THE WITNESS: No problem.
5        (The Witness exits the deposition
6  proceedings.)
7        MR. BERMAN: I understand why an
8  investigation or an internal peer review might not
9  be discoverable, but why wouldn't -- why couldn't
10 I inquire as to -- since you raised the objection,
11 why can't I inquire as to if somebody from
12 engineering called? The engineering is not --
13       MR. LEARY: They conducted the
14 investigation, Ken.
15       MR. BERMAN: At the request of quality
16 assurance at that point?
17       MR. LEARY: Well, you didn't establish
18 when the phone call was made.
19       MR. BERMAN: I absolutely didn't, but
20 he objected moving ahead. So I'm going to ask him
21 that, but I figured we could save time and effort
22 by doing that.

15  (Pages 54 to 57)

ERIC CHANG, M.D. — 8/28/2013

---

Page 58

1     MR. LEARY: It's one and the same. I
2  can with 100 percent assuredness tell you that
3  it's one and the same. That the investigation for
4  the peer review was conducted by engineering at
5  Hopkins.
6     MR. BERMAN: Okay. I'm going to ask
7  him some general questions about that. I don't
8  want to come back to Howard County Hospital, but,
9  okay --
10    MR. MCAFEE: Skip, this is -- this is
11  really more of your privilege. I mean, I've been
12  asserting these objections.
13    MR. LEARY: To tell you the truth,
14  Larry, I didn't even know if it was shared with
15  you. I don't know who it's been circulated to.
16    MR. MCAFEE: No, I know. I'm just
17  saying I am -- this is your privilege -- your
18  hospital's privilege more than it is mine.
19    MR. LEARY: Right.
20    MR. MCAFEE: I mean, I'm -- if -- if --
21  I mean, I'm free to have him talk about what he
22  did and what he said, I mean, but I'm -- I'm --

---

Page 59

1  you know.
2     MR. LEARY: I'll tell you in regard to
3  this, certainly if you can establish that somehow
4  this is outside of the peer review process, Ken,
5  you know, then I've got to -- I --
6     MR. BERMAN: Yeah.
7     MR. LEARY: Just let's see where this
8  takes us, but don't get into the content of the
9  conversation just yet.
10    MR. BERMAN: Okay. I'm willing to do
11  that. All right. I'm going to do that. I'm
12  going to use the restroom for a second, also,
13  Skip. So give us two minutes. If you want,
14  stretch your legs.
15    (Recess -- 3:06 p.m.)
16    (After recess -- 3:12 p.m.)
17  BY MR. BERMAN:
18    Q   Dr. Chang, before we left, I was asking
19  you with regards to conversations with people
20  about this incident, so let's do that now. Let's
21  work our way -- we'll hold off on the engineer for
22  a moment, but I'm going to get back to it.

---

Page 60

1     You learn that there is a burn or that
2  the patient was burned. What happens next?
3     A   I didn't learn that the patient was
4  burned until the end of the operation. At the
5  time, I picked up the lighted retractor and it was
6  hot. I asked for a -- I asked for new equipment.
7  I asked for a new lighted retractor and new cord
8  to pair. They brought -- I hadn't finished the
9  right side.
10    Q   Okay.
11    A   At that point, I -- at that point on
12  examination of the patient, I didn't see any
13  burns. I proceeded to go ahead and finish the
14  operation on the right side using a new lighted
15  retractor and new cord, which did not get hot and
16  functioned normally. I finished with that side of
17  the operation, finished with the fat grafting
18  portion of the operation. After which, when
19  removing -- when -- when cleaning her up and
20  removing the drapes, I realized she had been
21  burned.
22    Q   Was the new lighted retractor the

---

Page 61

1  same -- and when I say "same," I mean same make
2  and model, same type as the first lighted
3  retractor? When you say "new," what --
4     A   Similar. Similar. Usually when you --
5  similar. The -- they're all -- they might be a
6  little longer; they might be a different color;
7  but they have served the same purpose.
8     Like I said, the -- the -- I was given
9  a new light handle. I was given a new cord. And
10  those -- those pieces of equipment together --
11  used together did not cause any further problems.
12    Q   When you say it could have been a
13  little bit longer, you're talking about the actual
14  light thing --
15    A   Correct.
16    Q   -- on the bottom?
17    A   Correct. The hand -- the length of the
18  handle. You know, this retractor portion.
19    Q   Gotcha. Not any difference in the
20  handle itself?
21    A   Not the handle itself.
22    Q   Cord the same?

16  (Pages 58 to 61)

ERIC CHANG, M.D. - 8/28/2013

Page 62

1    A    Different cord.
2    Q    Okay. Does same -- different diameter,
3    different --
4    A    Different diameter cord.
5    Q    Bigger, smaller, that you --
6    A    The new cord was a smaller diameter
7    cord.
8    Q    And how is it that you remember that?
9    A    Because a smaller -- because a smaller
10   diameter cord brings more -- sorry, the smaller
11   diameter cord brings less light to the light
12   handle, and a smaller diameter cord -- a smaller
13   diameter cord was -- was -- a smaller diameter
14   cord, when paired with the new light handle,
15   didn't cause any problems.
16   Q    This is where it gets really tough
17   because you're going to need to explain it to my
18   nonscientific mind.
19       Does the smaller diameter cord which
20   leads to less light lead to less heat?
21       MR. MCAFEE: He's looking at me because
22   what -- what he knows.

Page 63

1    Go ahead and answer.
2        MR. LEARY: Well, hold on a second.
3    If -- if -- I would instruct the witness -- or,
4    Larry, I would ask you to instruct the witness not
5    to answer on my behalf if, in fact, the source of
6    his knowledge is the result of the peer-review
7    investigation.
8        MR. MCAFEE: Is the source of --
9        MR. BERMAN: Well, let me ask it.
10   BY MR. BERMAN:
11   Q    Do you know the answer to --
12       MR. BERMAN: Whoa, whoa. Glad you guys
13   are (indiscernible) but hang on. Let me ask a
14   couple of questions.
15   BY MR. BERMAN:
16   Q    Do you know whether less -- a smaller
17   diameter cord which leads to less light, do you
18   know whether it leads to less heat?
19       MR. LEARY: Objection. Then or now?
20       MR. BERMAN: Let's start with now. I
21   just want to know if he knows that, not how he
22   knows it, just if he knows it.

Page 64

1        MR. LEARY: And, again, if the source
2    of your knowledge is from the peer-review
3    investigation, I would ask, Larry, that you
4    instruct the witness not to answer the question.
5        MR. BERMAN: Not even the question as
6    to whether or not he knows? I'm not asking how he
7    knows it. I just want to know, yes or no, if he
8    knows it.
9        MR. LEARY: No, no, no, he -- okay. Go
10   ahead. Yes or no.
11   BY MR. BERMAN:
12   Q    Do you know the answer to that
13   question?
14   A    Please restate your question.
15       MR. BERMAN: Restate my question,
16   please.
17       (The Record was read as requested.)
18   BY MR. BERMAN:
19   Q    Do you know the answer to that
20   question?
21       MR. MCAFEE: Yes or no.
22       THE WITNESS: A smaller diameter

Page 65

1    cord -- a smaller diameter cord paired to the
2    light handle we had used leads to less heat.
3    BY MR. BERMAN:
4    Q    Okay. And did you know that then?
5    A    I -- we were given a new cord that was
6    smaller diameter; paired to a similar light handle
7    did not cause heat.
8    Q    And I appreciate that, but I guess my
9    question is this: On May 24th, 2010, did you know
10   whether or not a smaller diameter cord would lead
11   to less heat using that same handle?
12   A    Prior to this incident.
13   Q    Prior to this incident.
14   A    No.
15   Q    Okay. But you do know that now?
16   A    Yes.
17   Q    Okay. How is it that you know that
18   now?
19       MR. LEARY: Objection. Larry --
20       MR. MCAFEE: Yeah. I mean, I can
21   proffer to you that --
22       MR. BERMAN: Okay. I'll accept it.

17 (Pages 62 to 65)

ERIC CHANG, M.D. — 8/28/2013

Page 66

1  You never lied to me before. Go ahead.
2      MR. MCAFEE: That it's the result of
3  the investigation that he knows that -- well,
4  well, that's not 100 percent true.
5      I mean, without telling him about
6  anything you know as a result of the
7  investigation, how did you surmise in 2010 that
8  the larger diameter cord led to heat in the
9  retractor of the diameter that it was without
10 talking about anything you learned as a result of
11 the investigation report?
12     THE WITNESS: The way this equipment
13 works is a light cord brings light in through
14 fiber-optic cables to the light handle. The light
15 handle itself does not have any illumination of
16 its own. The light handle has a fiber-optic cable
17 within the light handle.
18     If your light has -- if there's too
19 much light energy being brought in to the light
20 handle, more than the light handle can accept,
21 that energy turns into heat.
22     BY MR. BERMAN:

Page 67

1      Q   And how, other than anything that
2  you've found out through an investigation by the
3  hospital, did you learn that?
4      A   By looking at the light handle, you can
5  see the aperture of the light handle and see
6  what -- what aperture of light handle -- if
7  there's a particular aperture of the light handle,
8  the cord that's mate -- the cord that you mate it
9  to has to be a particular aperture.
10     Q   Okay. Had you used that type of cord,
11 the one that you were using before it got switched
12 out, with that type of light -- that type of light
13 handle before May 24th, 2010, on Ms. Clark?
14     A   Not to my knowledge. I don't pay
15 attention to the -- the -- I -- I am not the one
16 who sets up the equipment. To me, a light
17 handle -- to me, at the time, a light cord was a
18 light cord. I did not differentiate between light
19 cords.
20     Q   Okay. Is it -- is it fair, then, that
21 what you're -- well, I'm not trying to -- is that
22 you rely on the hospital to determine what cord

Page 68

1      and what handle -- what diameter cord and what
2  light handle you were given?
3      A   Yes.
4      Q   Okay. And that -- and you relied on
5  that before May of 2010?
6      A   Yes.
7      Q   Okay. And is it your belief that --
8  separate and apart of anything you've learned from
9  the hospital investigation, is it your belief that
10 the light handle and the diameter of the light
11 cord had always been, before May 24th, 2010,
12 appropriate?
13     A   I didn't know that an inappropriate
14 light cord could fit a light handle.
15     Q   And you had no reason to believe you
16 had an inappropriate light cord or light handle
17 before this because you never had the light handle
18 get hot before; correct?
19     A   Correct.
20     Q   And it is your impression that
21 because -- leaving aside anything coming from the
22 hospital investigation -- that because the light

Page 69

1  handle got hot at this time, that it was an
2  inappropriate cord; correct?
3      A   That is correct.
4      Q   Okay. Tell me, other than the peer
5  review or your attorney, anybody else that you
6  discussed that, what we were just discussing now
7  about the light handle, improper cord and improper
8  handle.
9      A   In other words, have I talked to anyone
10 else about this issue?
11     Q   Yes.
12     A   Sure. Yes.
13     Q   Okay. Who?
14     A   Nurses that I work with in the
15 hospital --
16     Q   Okay.
17     A   -- or technicians I work with in the
18 hospital.
19     Q   Okay. And has your belief been
20 confirmed by conversations you've had with nurses
21 and technicians in the hospital?
22     A   That an improper cord was paired?

18  (Pages 66 to 69)

ERIC CHANG, M.D. - 8/28/2013

Page 70

1    Q   Yes.
2    A   Yes.
3    Q   I assume -- correct me if I'm wrong,
4  but I assume that the reason that there is nothing
5  in your operative report about an improper cord
6  being placed with an improper handle is because
7  you did not know that or realize that at the time
8  you dictated your operative report?
9    A   No.
10   Q   "No," that's not correct?
11   A   Not necessarily.
12   Q   Okay. So then let me ask it this way.
13 I'm trying to help.
14       MR. McAFEE: I told you.
15 BY MR. BERMAN:
16   Q   Tell me then why, Dr. Chang, there is
17 nothing about an improper cord or improper
18 handle -- when I say "improper," I mean one that
19 is not correctly fit or smaller in diameter --
20 there is nothing in your operative report about
21 that.
22       THE WITNESS: Can I ask Larry a

Page 71

1  question?
2        MR. BERMAN: Sure. You want me to go
3  out for a moment.
4        MR. McAFEE: I'll step out with him.
5        MR. BERMAN: Okay.
6        (The Witness and Mr. McAfee exit the
7  deposition proceedings.)
8        (Pause in proceedings.)
9        (The Witness and Mr. McAfee enter the
10 deposition proceedings.)
11       THE WITNESS: Please repeat the
12 question.
13       MR. BERMAN: Not even if you gave me
14 100 bucks and dinner. Ask him the question again.
15       Actually, you know what, I think I --
16 no, go ahead, ask him again.
17       MR. McAFEE: I think it's why you
18 didn't include anything about --
19       MR. BERMAN: I think it --
20       MR. McAFEE: -- (inaudible) --
21       MR. BERMAN: -- is, also.
22       MR. McAFEE: -- from your medical

Page 72

1  records.
2        MR. BERMAN: Yeah, I can ask him again.
3  BY MR. BERMAN:
4    Q   Tell me the reason that you did not
5  include any mention of an improper light handle
6  matched with a light cord in your operative report
7  that you dictated on the day of the procedure?
8    A   An operative report, to me, is a
9  medical record. I'm dictating what happened
10 during an operation from a medical standpoint.
11 Given that this is a bio -- bioengineer -- or
12 engineering piece of equipment, that's not my area
13 of expertise, so I did not comment on it.
14       I might -- I might have -- yeah, I
15 didn't comment on it.
16   Q   At the time that you dictated the
17 report -- by the way, what time was the procedure?
18   A   I don't remember. I believe it was in
19 the morning.
20   Q   Okay. Do you remember if it was your
21 first procedure of the day?
22   A   I believe so.

Page 73

1    Q   Do you remember approximately how many
2  you would do a day?
3    A   I believe it was just that procedure
4  that day.
5    Q   Okay. And your -- it says it was
6  dictated at 1358, 1:58; transcribed at 1630.
7  People are fast.
8        Do I understand your testimony to
9  believe that that was your impression at the time
10 that you dictated -- that there was an improper
11 cord at the time you dictated it, but you didn't
12 put that in because you believed it was a
13 biomechanical problem?
14   A   I did not see that that was relevant to
15 my operative note.
16   Q   I understand that, and that part I
17 have. But what I want to make sure -- and I don't
18 know that you answered it; I don't think you meant
19 not to answer it.
20       But at the time you dictated the
21 operative report, that rational or cause or
22 impression for the cause of Ms. Clark's burns

19 (Pages 70 to 73)

ERIC CHANG, M.D. - 8/28/2013

Page 74

1  existed in your mind; is that a fair statement?
2      A   Yes.
3      Q   Okay.  Is there anywhere other than a
4  peer-review or quality-assurance investigation by
5  the hospital that you did put it down or write it
6  down?
7      A   That I wrote it down?
8      Q   That you wrote it down.
9      A   Not that I'm aware of.
10     Q   So, in your mind, if it was not
11  appropriate to put it in the operative report,
12  where would it be appropriate to note?
13     A   I knew about it.  I noted it myself.
14  Why -- why do I need to note it on paper?
15     Q   Did you report it to the hospital?
16     A   Yes.
17     Q   Okay.  Did you -- did you report it on
18  your own volition to the hospital as opposed to
19  them investigating it?
20     A   No.  I was the one who informed the
21  nurses that this -- I -- I did -- I believed that
22  the equipment malfunctioned, and I reported it to

Page 75

1  the nurses for them to report to their higher-ups.
2      Q   And the reason you did that is because
3  you wanted to make sure it didn't happen to other
4  people, other patients; correct?
5      A   Yes.
6      Q   Okay.  Did you do that in writing?
7      A   No.
8      Q   Okay.  So when you asked me a moment
9  ago why would you report it, I guess my question
10  is did you not see the need to formally indicate
11  to somebody that this is a problem that can occur?
12         MR. MCAFEE:  Hold on.  I don't think
13  you meant to say what you said, but she said he
14  said that he didn't need a need to report it.
15         MR. BERMAN:  Right.
16         MR. MCAFEE:  I think he said he didn't
17  see a need to document it.
18         MR. BERMAN:  To document it in writing.
19  BY MR. BERMAN:
20     Q   I apologize.  I certainly didn't mean
21  to mischaracterize.
22     A   I reported it to the nurses in the

Page 76

1  room.  I went to the charge -- the head nurse in
2  the outpatient medical center, explained to her
3  what happened, explained to her about the
4  incident.
5      Q   And did you ensure or did you ask or
6  did you note a way that that was going to be
7  conveyed formally to whoever needed to hear about
8  it?
9      A   I think she is the one who has to hear
10  about it.
11         MR. MCAFEE:  Who is "she"?
12  BY MR. BERMAN:
13     Q   "She" being the charge nurse?
14     A   "She" being the head of the OR, yeah,
15  of that side of the OR.
16     Q   Okay.  And do you recall who that was?
17     A   I believe it was Marion, but I --
18     Q   Reymann, formerly Kennedy?
19     A   I believe so.
20     Q   Okay.  Lucky guess.
21         Did you ever check to determine whether
22  or not that information -- when you indicated to

Page 77

1  her of this problem, whether or not that was ever
2  kicked up the chain of command?
3      A   I was given updates informally later by
4  people there was an investigation going on, so my
5  assumption was that yes.
6      Q   Okay.  Because you didn't want to just
7  sit there, tell somebody and let it die there?
8      A   Yeah.
9      Q   Okay.  Bear with me a second.
10         How much is the cost of this procedure,
11  approximately?
12     A   When you say "cost," you mean payment?
13     Q   Yeah.  How much does it cost?
14         MR. MCAFEE:  His portion or the
15  hospital's or --
16  BY MR. BERMAN:
17     Q   Your portion.
18     A   The reimbursement is probably around a
19  thousand dollars.
20     Q   What does it cost?  How much does it
21  cost?  I understand what they reimburse you, but
22  what is the charge for it?

20   (Pages 74 to 77)

ERIC CHANG, M.D. - 8/28/2013

Page 78

1    A    I don't know.
2    Q    You don't handle that; billing does?
3    A    Correct.
4    Q    You do not charge Ms. Clark for this;
5    is that my understanding?
6    A    That's correct.
7    Q    Okay.  Why?
8    A    I felt bad that she was burned.
9    Q    Okay.  There came a time when you
10   discussed with her how this occurred; is that
11   correct?
12   A    That is correct.
13   Q    And I am looking at your office notes.
14       MR. BERMAN:  Why don't we do this as C.
15       MR. MCAFEE:  Hey, Skip.
16       MR. LEARY:  Yeah.
17       MR. MCAFEE:  I produced to Ken today a
18   copy of -- we haven't had any discovery on this.
19   He just gave us some today.  But I produced just
20   voluntarily a copy of Dr. Chang's complete chart,
21   which is what he is marking.
22       MR. BERMAN:  Which is what was

Page 79

1    discovered in our -- which we had given him the
2    discovery.  We mailed it to you, Skip.  You should
3    have it already.  Hopefully it will avoid -- what
4    I had indicated, it will avoid having to depose
5    Dr. Chang in any way, shape or form again because
6    we asked for it in discovery.
7        (Chang Deposition Exhibit C was marked
8    for identification and retained by Counsel.)
9        BY MR. BERMAN:
10   Q    You continued to treat her after this
11   procedure.  You actually treated the burns;
12   correct?
13   A    Yes.
14   Q    Okay.  You refer to her as Ginger.
15   A    Absolutely.
16   Q    Because?
17   A    That's her nickname.
18   Q    Okay.  You had treated her since the
19   time she was first diagnosed with -- or shortly
20   after she was diagnosed with cancer and did the
21   breast reconstruction to begin with; correct?
22   A    That is correct.

Page 80

1    Q    Originally put in silicone breast
2    implants --
3    A    (Witness shakes head).
4    Q    Originally put it saline implants and
5    then was changing it to silicone; correct?
6    A    Correct.
7    Q    Fifty percent chance I would get it
8    right and I blew it.  Amazing, isn't it?
9        All right.  The first time -- the first
10   time that I see in your medical records where it
11   talks about the cause of the burn is on
12   January 20th, 2012.
13       MR. BERMAN:  Do you want to give him
14   your copy?
15       THE WITNESS:  I'll just move over.
16       MR. BERMAN:  Okay.  That's fine.
17   BY MR. BERMAN:
18   Q    And I'm quoting on -- it's on Bates
19   stamp 010018.  It says, the last two sentences,
20   I've disclosed to her the information that I have
21   regarding the mismatch of the cord and the handle,
22   close quote.

Page 81

1        What did you tell her on that date?
2    And was that -- strike that.
3        Was that the first time you told her
4    about your belief that it was due to a mismatch of
5    the cord?
6    A    Yes.
7    Q    Okay.  What did you tell her that day?
8    A    I don't remember exactly, but --
9    Q    I -- it wasn't -- I didn't mean to
10   imply exactly.  Give me the general --
11   A    I -- I told her that -- I told her that
12   the cord had been mismatched with the handle and
13   that is why the handle heated up abnormally.
14   Q    And when you say to her "the
15   information that I have regarding" that, what
16   information did you have that you were disclosing
17   to her?
18   A    I had both the information that I had
19   from the time of operation when I realized the
20   problem, and I had information that I had from a
21   meeting with the hospital that I understand is
22   privileged information.

21  (Pages 78 to 81)

ERIC CHANG, M.D. - 8/28/2013

Page 82

1    Q    The investigation --
2    A    Correct.
3    Q    -- that you've been talking about?
4         Okay.  Sorry to give us -- I need one
5    more second with the two of them.
6         (The Witness exits the deposition
7    proceedings.)
8         MR. BERMAN:  Hopefully, we don't have
9    to go through this in the next couple of months,
10   but I assume, Skip, you have to agree he waived
11   that privilege when he told my client about it?
12        MR. LEARY:  What he said, right, that's
13   fair game.  But the actual contents of the report
14   and the report itself still remain privilege.
15        MR. BERMAN:  Okay.  We'll talk in the
16   next -- I'll -- I'll accept that right . . .
17        MR. LEARY:  I can honestly tell you,
18   Ken, without waiving any privilege, that you
19   already know everything you need to know about
20   that issue.
21        MR. BERMAN:  Okay.  All right.  Let's
22   put it on -- let's put it on this -- well, the

Page 83

1    only reason I raise it is if he is constrained
2    from telling me anything, all right -- it does
3    apply to you, Larry.  If he's constrained from
4    telling me anything about it and the court should
5    find otherwise, then I reserve the right to
6    question him about it.  And I could do that by
7    phone; I don't really care.  So that's the only
8    way it -- it impacts Larry vis-a-vis, but I'm
9    willing to press on and hope we don't need to get
10   to that point.
11        MR. MCAFEE:  I think what Skip is
12   saying to you is, is that -- well, first I
13   don't -- I don't think it's his privilege to
14   waive.  But to answer your question, I don't think
15   Dr. Chang can waive the hospital's peer-review
16   privilege.
17        MR. BERMAN:  I don't know that I
18   disagree with that in all candor.
19        MR. MCAFEE:  Yeah.  But I think what
20   Skip is saying is -- is, you know, discussions
21   about what he told her is fair game.  He can tell
22   you what he told her as much as he can remember.

Page 84

1         All I'd ask you is to just make sure if
2    you ask him how he knows that, you first lay the
3    foundation as to what portion of what he told her
4    where he gained -- where he gathered it.
5         You see what I'm saying?
6         MR. BERMAN:  You have a lot more -- you
7    have a lot higher view of my ability to do that
8    than I do.
9         MR. MCAFEE:  I can help you out a
10   little bit.
11        MR. BERMAN:  That's fine.  Really, I'm
12   trying to walk a fine line, guys.  Okay.  That's
13   fine.  Let's bring him in.
14        MR. LEARY:  Ken, I do think you've
15   already established the issue.  He had some
16   inkling when -- after the retractor and cord were
17   changed out, he's already testified to that as to
18   that -- that that -- that may make a difference.
19   And then he further had information from the
20   peer-review investigation.
21        MR. BERMAN:  All right.
22        MR. MCAFEE:  So I would start by just

Page 85

1    asking him what he said to her, and then if you
2    want to go back after you've established all that
3    and ask him, okay, for this thing that you told
4    her, how did you know that.  And then he can, you
5    know -- or maybe even ask him so that it's clear,
6    did you know that from what you surmised at the
7    time, or did you know that from the peer review,
8    you know.
9         Is that fine, Skip?
10        MR. LEARY:  Yeah.
11        MR. BERMAN:  Okay.
12        MR. MCAFEE:  Okay?
13        MR. BERMAN:  Okay.
14        (The Witness enters the deposition
15   proceedings.)
16        MR. BERMAN:  If it happens again, we'll
17   go out.  There's a good possibility you're going
18   to finish the article by the time we're done here.
19        College football?
20        THE WITNESS:  Orioles.
21        MR. BERMAN:  Okay.
22   BY MR. BERMAN:

22 (Pages 82 to 85)

ERIC CHANG, M.D. – 8/28/2013

Page 86

1    Q    Tell me to the best of -- I think I
2 asked you that was the first time you conveyed to
3 Ms. Clark that that's what you thought occurred;
4 correct?
5    A    Correct.
6    Q    Okay.  But you came to that conclusion
7 or that impression back in 2010, did you not?
8    A    At the time of the -- after the cord
9 was switched out, yes.
10   Q    Okay.  Tell me, I guess, why you waited
11 until 2012 to tell her that, that you thought it
12 was the cord.
13   A    I don't know if she ever asked me
14 exactly why -- why it happened.
15   Q    Okay.
16   A    I don't remember if she asked me on
17 that day why it happened.
18   Q    Was anybody with her when she -- when
19 you spoke to her?
20   A    I believe her sister was, but I don't
21 remember exactly.
22   Q    Okay.  And we got off track.  I tend to

Page 87

1 do that from time to time.
2         What did you tell her?  Did you draw
3 her a diagram of this like I asked you to do?
4    A    It's possible, but I don't recall.
5    Q    Okay.  Did you tell her about the
6 diameter of the cord; did you tell her about the
7 light handle?
8    A    Honestly, I don't remember how
9 technical I got with the discussion.  I told her
10 that I felt that the cord -- an improper cord was
11 used for that operation and because of that the
12 light handle got abnormally hot and that is what
13 ultimately caused her burn.
14   Q    And that is based upon your impression
15 at -- at the OR at the time?
16   A    Yes.
17   Q    Also based on any information that the
18 hospital provided to you through the
19 investigation?
20   A    Yes.
21   Q    Okay.  I think I was getting -- and we
22 again veered off -- the surgery -- strike that.

Page 88

1         During the procedure, did you any --
2 did you ask why the handle got hot; in other
3 words, was it discussed?
4    A    Did I ask who?  The other people --
5    Q    Anybody in --
6    A    -- in the --
7    Q    -- the --
8    A    -- room?
9    Q    -- operating room, yes.
10   A    My only impression was the handle is
11 hot; it shouldn't be hot.  Let's change out the
12 equipment; I changed out the equipment.  The new
13 cord and new handle was brought in.  The new light
14 cord and new handle did not get hot.
15        I may have investigated afterwards, you
16 know, looked at the equipment, you know, closer
17 up, but I don't recall.
18   Q    Okay.  That's fair.
19        And then, however, and later on --
20 because you indicated you finished -- you went on
21 to continue the procedure, and then you noticed
22 the burns --

Page 89

1    A    Correct.
2    Q    -- towards the end?
3    A    Correct.
4    Q    At that point -- first of all, who
5 noticed the burns?
6    A    I did.
7    Q    And you said?
8    A    Crap.
9    Q    Okay.  Then what was done?
10   A    I thought the operation was over.
11   Q    Okay.
12   A    And I basically told the
13 anesthesiologist that after -- after giving it a
14 little bit of thought, I decided that where the
15 burn -- as deep as it appeared, she was -- I --
16 I -- I made the decision to -- the deeper burns,
17 to cut the deeper burns out and to close them
18 rather than to allow them to heal on their own.  I
19 felt that she'd have a better outcome if I did
20 that.
21   Q    Okay.  And that's what you did
22 medically in there?

23  (Pages 86 to 89)

ERIC CHANG, M.D. – 8/28/2013

Page 90

1    A   Correct.
2    Q   You continued to treat her for the
3  burns afterwards?
4    A   Yes.
5    Q   Did you charge her for the treatment of
6  the burns?
7    A   No.
8    Q   Tell me -- so the burns -- I understand
9  what you did medically.  Tell me about the
10 conversation with the people in the OR about the
11 burns.
12   A   I don't know if there was a
13 conversation.
14   Q   Okay.  Did you mention that you -- did
15 either you or any of the nurses mention that it
16 could be the handle that caused it in the
17 operating room?
18   A   It was obvious that it was the handle
19 that caused it in the operating room.
20   Q   Because?
21   A   Because the handle is what was hot.
22   Q   And that was on her?

Page 91

1    A   That -- that -- portions of that --
2  portions -- can I draw for you?
3    Q   You can draw for me.
4    A   I -- I had mentioned to you before that
5  I -- that I had been taught in my training and
6  that I adhere to the rule that any time I put down
7  the lighted retractor I either hand it to the
8  assistant, put it on the Mayo stand away from the
9  patient.
10       If I'm going to put it near the
11 patient, I place a folded towel to separate the
12 lighted retractor from the patient.  I placed the
13 towel is about this size (indicating).  I placed
14 the folded towel here (indicating) because the
15 part of the retractor that has been taught to me
16 to be dangerous is the part that the light
17 emanates from.
18   Q   Okay.
19   A   This part can, in fact, ignite a drape;
20 therefore, I separate this part from the -- from
21 the paper drape.
22   Q   Literature is replete with that.

Page 92

1    A   Sure.
2    Q   Okay.  Go ahead.
3    A   So that's how I place (indicating)
4  my -- my separating barrier.
5        Unfortunately, in this case, the part
6  that got hot was the opposite end of the
7  instrument (indicating), which is what burned her.
8    Q   Again, pointing to A the --
9    A   Adapter.
10   Q   Adapter.
11       Tell me the conversation that you had
12 with any of the nurses immediately after this
13 procedure in the hallway or in the -- in the
14 operative room suite?
15   A   Immediately after the operation, I'm
16 sure we tried to figure out what was wrong with
17 the equipment.  I'm sure we -- and given the fact
18 that -- given the fact that we had a new cord,
19 given the fact that we had a new light -- light
20 handle, it was clear that it was one or the other
21 that was faulty.
22       It wasn't necessarily -- I -- I

Page 93

1  don't -- it was clear that the equipment was --
2  one of those two pieces of equipment was -- was
3  the problem --
4    Q   Okay.
5    A   -- the . . .
6    Q   I'm sorry.  Did you finish?
7    A   The new -- the new cord -- again, the
8  fact that there's a new cord and it was a smaller
9  diameter cord that did not get hot, that was --
10 that was what part -- that was part of what made
11 me conjecture, hypothesize, that the old cord was
12 what was at fault.
13   Q   Is it your testimony -- because you
14 told me what your experience has been.  Has it
15 been -- is it your testimony that the literature
16 and how you were taught was to keep the portion --
17 the lighted distal tip of the fiber optic away
18 from the patient and there aren't necessarily
19 warnings about keeping the cord away from the
20 patient?
21   A   That's correct.
22   Q   Okay.  It is your understanding that

24  (Pages 90 to 93)

ERIC CHANG, M.D. – 8/28/2013

Page 94

1  the larger diameter -- the -- the first cord, the
2  larger diameter cord, is paired with a different
3  retractor than what you normally used -- or that
4  you used in this procedure?
5      A    The -- the handle itself was -- it is
6  my understanding the handle itself was perfectly
7  fine.
8      Q    Okay.  The cord wasn't proper?
9      A    Correct.
10     Q    So my question is this:  That cord is
11 not proper for that handle?
12     A    That is correct.
13     Q    Okay.  My question is, though, a
14 different one.  I'm sorry if I didn't ask it well.
15         That cord in and of itself is not
16 defective; it is proper with a different retractor
17 or a different piece of equipment completely?
18     A    Yes.
19     Q    That's what I get for asking either/or.
20         Is -- that cord -- I'm trying to be
21 nice.  Is that cord -- in and of itself it's not
22 defective?

Page 95

1      A    Correct.
2      Q    Okay.  That cord is -- it was improper
3  for that particular retractor that you were
4  utilizing on that day?
5      A    Yes.
6      Q    Okay.  What -- do you know what
7  retractor or what piece of equipment that -- the
8  larger diameter cord that was first used should
9  have been used with?
10     A    No, I don't.
11     Q    How do you know that it is -- it should
12 not have been used with that particular retractor
13 or handle?
14         MR. LEARY:  Objection: peer review.
15     BY MR. BERMAN:
16     Q    If that's how you know.
17         MR. BERMAN:  I didn't ask him.  He can
18 tell me whether he knows that way.
19         MR. MCAFEE:  Do you know from a source
20 outside of peer review that that cord -- that
21 diameter cord was inappropriate for that handle?
22         THE WITNESS:  Just from the -- just

Page 96

1  from that day with my experience that the other
2  cord was used and that other cord was -- that
3  other cord was the responsible -- was the
4  responsible piece of equipment.
5      BY MR. BERMAN:
6      Q    Okay.  Have you -- you've done this
7  procedure since this date of incident --
8      A    Yes.
9      Q    -- correct?
10         Okay.  At Howard County Hospital?
11     A    Yes.
12     Q    Since that time, have you noticed the
13 type of cord that they're using -- have you used
14 this type of retractor, let me ask --
15     A    Yes.
16     Q    -- that?
17         At this point in time, do you use a
18 smaller diameter cord, that is, the second cord
19 that you used?
20     A    Absolutely.
21     Q    And do you request that or has that
22 been instituted after this procedure or both?

Page 97

1      A    As far as I understand, the cord and
2  the retractor are now mated --
3          MR. LEARY:  Objection: subsequent
4  remedial measure.
5      BY MR. BERMAN:
6      Q    All right.  You can answer.
7          MR. MCAFEE:  Go ahead.  You can answer.
8          THE WITNESS:  As far as I understand,
9  the cord and the retractor are now mated together.
10     BY MR. BERMAN:
11     Q    Gotcha.
12         And the cord and the retractor that are
13 now mated together, is that the smaller diameter
14 cord that was used in the second part of the
15 procedure?
16     A    Yes.
17     Q    Okay.  But the retractor is basically
18 the same that was used --
19     A    Yes.
20     Q    -- in this procedure?
21     A    Yes.
22     Q    Okay.  I take it --

25  (Pages 94 to 97)

ERIC CHANG, M.D. – 8/28/2013

Page 98

1       And know this is an obvious question,
2   but I've got to ask it anyway.
3       -- the amount of oxygen she received or
4   the way she received anesthesia had nothing to do
5   with this?
6   A   No.
7   Q   "No," that's correct; they had nothing
8   to do?
9   A   That is correct.
10  Q   And the way the Betadine solution or
11  how she was prepped had nothing to do with this --
12  A   Correct.
13  Q   -- procedure -- this burn?
14      And the way she was draped, that is,
15  pooling, venting, that had nothing to do with her
16  burns?
17  A   Nothing to do.
18  Q   And nothing obviously that Ms. Clark
19  did have anything to do with her being burned?
20  A   Correct.
21  Q   Okay. Did you ever come to learn the
22  make and model of the cord and/or the retractor

Page 99

1   that was used that day?
2       MR. MCAFEE: Okay. You can't tell him
3   anything about what you learned from the peer
4   review.
5       BY MR. BERMAN:
6   Q   Well, first you can tell me if you came
7   to --
8       MR. BERMAN: Before -- that
9   objection -- that's saved for my next question.
10      BY MR. BERMAN:
11  Q   Go ahead.
12      MR. MCAFEE: Do you know the make and
13  model that was used?
14      THE WITNESS: I believe so.
15      BY MR. BERMAN:
16  Q   Okay. What do you believe it to be?
17  A   Snowden-Pencer.
18  Q   Can you spell that?
19  A   S-N-O-W-D-E-N, hyphen, Pencer,
20  P-E-N-C-E-R.
21  Q   And is that anywhere listed in the
22  hospital -- would that be listed in the hospital

Page 100

1   records anywhere that you've seen?
2   A   Not that I'm aware of.
3   Q   Okay. To your knowledge has there ever
4   been a recall or -- on that product?
5   A   Not to my knowledge.
6   Q   Is that the same -- and I know I asked
7   you this, but is it the same manufacturer that
8   makes or manufactures the cord and retractor that
9   you now use that are mated together?
10  A   I don't know.
11  Q   Before this occurrence, had you ever
12  read the manual -- instruction manual for this
13  retractor?
14  A   No.
15  Q   Have you ever seen a video as to this
16  retractor?
17  A   No.
18  Q   Did you know whether they had such
19  videos and manuals at the -- as I understand it --
20  strike that.
21      As I understand, there was a library in
22  the operating room suite of the TCAS.

Page 101

1   A   I don't know of it.
2   Q   Okay. In May of 2010, you indicated
3   you had -- I'm sorry -- you indicated you had
4   privileges at Northwest and maybe (indiscernible),
5   or did I get that backwards?
6   A   Backwards.
7       (The Reporter asks for clarification.)
8       MR. BERMAN: Let me start -- re- --
9   with the question.
10      BY MR. BERMAN:
11  Q   Northwest and Howard County; is that
12  what you had?
13  A   Probably Baltimore Washington and
14  Howard County at that time.
15  Q   Okay. And towards the beginning of the
16  deposition, you indicated that you probably had
17  privileges and did procedures at Baltimore
18  Washington Medical Center in Howard County;
19  correct?
20  A   Correct.
21  Q   Okay. At that time before May of 2010,
22  was the retractor and cord mated at Baltimore

26  (Pages 98 to 101)

ERIC CHANG, M.D. - 8/28/2013

Page 102

1   Washington Medical Center?
2       A   I'm sorry. I don't understand the
3   question.
4       Q   Okay. Subsequent to this surgery, as I
5   understand, the retractor that you use now at
6   Howard County General Hospital and have been using
7   since May of 2010 is mated, the cord to the
8   retractor -- to the handle; correct?
9       A   Correct.
10      Q   Okay. I assume it wasn't mated before
11  this at Howard County?
12      A   Not to my knowledge.
13      Q   Okay. So my question is was it mated
14  at Baltimore Washington Medical Center?
15      A   Not --
16      Q   If you know.
17      A   Not to my knowledge.
18          MR. MCAFEE: Are you --
19  BY MR. BERMAN:
20      Q   "Not to your knowledge" meaning that
21  you just don't recall what -- I don't know which
22  one -- you just not recall or --

Page 103

1       A   I don't believe -- I don't believe they
2   were mated.
3       Q   Okay. Were you aware as to any videos,
4   manuals or -- or booklets regarding safety and
5   prevention of burns in the operating room that --
6   that existed at Howard County General Hospital?
7       A   I'm not aware of any.
8       Q   Were you aware of whether or not they
9   gave any seminars, courses or educational series
10  about that at Howard County Hospital?
11      A   I'm not aware of that.
12      Q   Okay. Are you aware of that now? Let
13  me ask you that.
14      A   No.
15      Q   You are aware they have fire drills at
16  Howard County Hospital as part of their fire
17  safety -- strike that.
18          What are you aware -- strike that.
19          Are you aware that they have a fire
20  safety prevention program at Howard County General
21  Hospital?
22      A   I'm aware that operating room fires

Page 104

1   occur. I'm aware that operating fire prevention
2   is a big part. Whether I've seen any particular
3   evidence of that at Howard County versus another
4   hospital, I -- I -- it's -- I don't know.
5       Q   Are you -- you're familiar with what
6   JCAHO is?
7       A   Sure.
8       Q   Okay. Are you aware that JCAHO has
9   issued a sentinel alert and has indicated that it
10  is their belief that any fire or burn in the
11  operating room is 100 percent preventible?
12          MR. MCAFEE: Objection to form.
13          THE WITNESS: Am I aware of that?
14  BY MR. BERMAN:
15      Q   Yeah. Are you aware of that?
16      A   No, I'm not aware of that.
17      Q   Do you agree with that statement?
18      A   No, I don't agree with that statement.
19      Q   Why?
20      A   Because I think that there are times
21  unforeseen circumstances occur.
22      Q   Such as?

Page 105

1       A   There are higher risk operations that
2   involve the airway and oxygen and lasers and/or
3   cautery. There are remedial measures you can
4   make, but they're not 100 percent.
5       Q   Okay. This did not -- and bowel
6   resections as well; correct?
7       A   (Indicating)?
8       Q   Strike that.
9           This did not -- this did not -- this
10  was not a head or neck procedure; correct?
11      A   That's correct.
12      Q   Do you believe this procedure was
13  preventible?
14      A   Yes.
15          MR. MCAFEE: The burns?
16          MR. BERMAN: The burns.
17          THE WITNESS: Yes.
18  BY MR. BERMAN:
19      Q   Okay. To your knowledge did anybody
20  besides the peer review or the investigation by
21  the hospital investigate this incident?
22      A   Did anyone independent of the peer

27 (Pages 102 to 105)

ERIC CHANG, M.D. – 8/28/2013

Page 106

1    review investigate the incident?
2        Q    Yes.
3        A    Not to my knowledge.
4        Q    Okay.  Do you know whether there are
5    any standards or any policies or local regulations
6    regarding reporting burns in an operating room?
7        A    Not that I'm aware of.
8        Q    What, if any, committees have you or do
9    you serve on at either Howard, Northwest or
10   Greater Baltimore Washington?
11       A    No committees.
12       Q    Okay.  Anybody else that we did not
13   mention that either has knowledge, outside of the
14   peer review, of this incident or that you've
15   spoken about to this incident?
16       A    No.
17       Q    Do you know Robert Sigal, the plastic
18   surgeon, S-I-G-A-L?
19       A    No.
20       Q    Have you seen his certificate of
21   qualified expert and his report in this case?
22       A    No.

Page 107

1        MR. BERMAN:  I don't think I have
2    anything further, but if you can give me two
3    minutes just to go through my stuff -- stretch
4    your legs, finish the article --
5        MR. MCAFEE:  We'll let Skip ask if he
6    has some questions.
7        MR. BERMAN:  Skip, do you have
8    questions?
9        MR. LEARY:  Yeah, I've got a few.
10   EXAMINATION BY COUNSEL FOR THE DEFENDANT
11       HOWARD COUNTY GENERAL HOSPITAL
12   BY MR. LEARY:
13       Q    Dr. Chang, how are you?
14       A    Good.
15       Q    At the time the retractor was left on
16   the patient, you left it on the patient to go over
17   and check the centrifuge?
18       A    I'm not sure.
19       Q    I'm sorry?
20       A    I'm not sure.  Probably --
21       Q    Is the --
22       A    Probably --

Page 108

1        Q    Was Benedikta already over there at the
2    centrifuge at the time?
3        A    There were several people in the room.
4    Usually the people who handles the retractor would
5    be myself or the surgical tech or my surgical
6    assistant.
7        Q    Okay.  I understand that.
8            But wasn't Benedikta at the centrifuge
9    at the time; she was the one that called your
10   attention to the problem with it?
11       A    I remember there was a problem with the
12   centrifuge.  I don't remember who called my
13   attention to it.
14       Q    When it was left -- when you left the
15   operative field, did you instruct anybody to turn
16   the light source off?
17       A    Not that I'm aware of.
18       Q    Were you aware that the manufacture
19   states that you were not supposed to place a
20   lighted retractor on a patient or near a patient
21   with the light source turned on?
22       A    I never read the manual to the

Page 109

1    equipment.  Like I mentioned before, during my
2    training, I was taught to protect the patient from
3    a light handle, specifically the lighted tip
4    portion of the light handle.
5        Q    Now, the light source -- you stated the
6    handle was hot.  Do you know if the connector was
7    hot?
8        A    Yes.
9        Q    Was the cord hot?
10       A    Very possibly.
11       Q    Do you know one way or the other?
12       A    No.
13       Q    Do you know even with a -- a lighted
14   retractor that has the appropriate diameter sized
15   cord whether the connector and the cord become
16   hot?
17       A    They do not in my experience.
18       Q    Okay.  And do you know that?  I mean,
19   what -- why would you be touching the cord and the
20   connector other than the handle?
21       A    Why would I -- why would I touch it?
22   If I pick it up and accidently touch the -- I

28  (Pages 106 to 109)

ERIC CHANG, M.D. – 8/28/2013

Page 110

1  guess your question is why would I ever touch it
2  to even know?
3      Q    Yeah.
4      A    I'm sure I've -- I'm -- I'm sure it's
5  the kind of thing where just in moving the
6  equipment around you -- you touch it and, you
7  know, it doesn't strike you because it's not hot.
8  It's normal temperature.
9      Q    Were you aware that the lighted
10 retractor with the appropriate sized diameter cord
11 was still capable of burning patients or causing
12 fire if -- if the lighted source touched the
13 drapes?
14     MR. MCAFEE:  Objection to form and
15 foundation.
16     You can answer.
17     THE WITNESS:  I am aware -- I was aware
18 that the lighted retractor can cause fire.  Again,
19 the reason I separate the patient and never place
20 the lighted retractor directly on a patient with
21 a -- and I separate the handle from the patient
22 with a folded towel is -- is because -- is for

Page 111

1  that reason.
2      BY MR. LEARY:
3      Q    In this circumstance, do you know why
4  the retractor was not placed in the holster or on
5  the Mayo table?
6      A    Like I mentioned, I was in the midst of
7  using the lighted retractor, placing -- lift --
8  lifting it up, placing it down, lifting it up,
9  placing it down.  My attention was turned to the
10 centrifuge at that point.
11     I...
12     Q    I'm sorry.  Are you done?
13     A    Yeah.  Yes.
14     Q    Okay.  As I understand it, you were on
15 the patient's left-hand side?
16     A    I don't remember.  Oh, you mean
17 operating on the patient's left-hand side?
18     Q    No, no, no.  The patient was supine;
19 correct?
20     A    Correct.
21     Q    And, as I understood it, you would have
22 been on the left-hand side, or do you move from

Page 112

1  side to side?
2      A    I move from side to side.
3      Q    When you are on the patient's left-hand
4  side, the retractor is on the opposite side of the
5  table for you?
6      A    I don't know.
7      Q    Do you recall in this case where the
8  retractor and the light source was located?
9      A    No.
10     Q    And just to -- I think you testified
11 about this, but prior to this incident you had no
12 idea that the size of the cable made any
13 difference?
14     A    That is correct.
15     Q    And were you aware that other
16 physicians at Howard County General had asked for
17 the larger sized diameter because they believed
18 that increased illumination?
19     MR. MCAFEE:  Objection, form and
20 foundation.
21     You can answer.
22     THE WITNESS:  No.

Page 113

1      BY MR. LEARY:
2      Q    Had you been aware prior to this that
3  the cord and the connector should also not touch
4  the patient?
5      MR. MCAFEE:  Objection, form and
6  foundation.
7      You can answer.
8      THE WITNESS:  It's almost -- depending
9  on where the light source is coming from, it can
10 be near impossible to -- for the cord to not touch
11 the patient at all, just from a practical
12 standpoint.
13     BY MR. LEARY:
14     Q    Would you agree that your recollection
15 of this surgery was better the day it happened
16 than it is now?
17     A    Sure.
18     Q    And your testimony is that the
19 patient's skin -- on top of the patient's skin
20 right near her clavicle area where the burns
21 occurred there was a towel; correct?
22     A    Under the drape -- I drape the patient

29 (Pages 110 to 113)

ERIC CHANG, M.D. - 8/28/2013

Page 114

1   with a towel and then the drape.
2      Q    Okay.  Now, this towel, is this like a
3   four by six?
4      A    No.  It's a blue --
5      Q    How big is this towel?
6      A    It's a folded blue towel.  The --
7   unfolded the towel is probably 24 by 24 inches.
8   It's a standard operating room blue or green
9   towel.
10     Q    Okay.  And did you fold the towel that
11  was directly on your skin?
12     A    If I'm -- if I'm going to place the --
13  if I'm going to place the instrument anywhere near
14  the patient, I place a folded blue or green towel
15  immediately below the instrument.
16     Q    Oh, no, I wasn't there yet.  Right now
17  I'm just talking about when you drape.
18     A    I'm sorry.
19     Q    So did you drape with a 24 by 24 green
20  or blue towel that's directly on her skin?
21     A    Yes.
22     Q    And was that folded or just lying flat?

Page 115

1      A    Probably folded or -- I -- I don't
2   remember.
3      Q    What's your typical practice?
4      A    I don't remember.  I mean, it can go
5   either way.  I might fold it, the very tip of it.
6   I might just leave it laying down.
7      Q    Okay.  And then we have the drape over
8   on top of that; correct?
9      A    Correct.
10     Q    And then you said that you fold the 24
11  by 24 on top of that and that's where the
12  retractor was placed; am I correct?
13     A    That is correct.
14     Q    And, so, how many times is this 24 by
15  24 folded that's on top of the drape?
16     A    It -- it comes -- I don't know.
17  It's -- as it -- as it comes, so it's probably
18  folded at least four times -- I mean, you know,
19  into four -- into quarters.
20     Q    Okay.  So it's essentially folded four
21  times into a quarter of the -- the actual size of
22  it?

Page 116

1      A    A quarter or a sixth, yeah, something
2   like that.
3      Q    Okay.  So how big would that be across
4   in -- in top to bottom?
5      A    It's probably folded into six.  It's
6   probably four inches by eight inches.
7      Q    Isn't the retractor bigger than that?
8      A    The retractor is longer than that.  The
9   handle is longer than that, yes.
10     Q    Okay.
11         MR. LEARY:  Those are all the questions
12  I had.  Thank you, Doctor.
13         MR. BERMAN:  Bear with me for one
14  second.
15     EXAMINATION BY COUNSEL FOR THE PLAINTIFF
16  BY MR. BERMAN:
17     Q    Were there any posters in 2010 in the
18  operating suite area of the ambulatory care
19  center -- ambulatory -- TCAS that dealt with burns
20  in the operating room?
21     A    Not that I'm aware of.
22     Q    Are there any now?

Page 117

1      A    Not that I'm aware of.
2      Q    Give me one more second.
3         Dr. Chang, I'm just going to try to get
4   a time frame as to how long this -- strike that.
5         By the way, do you know the incidence
6   of burns or fires with patients in operating
7   rooms?
8      A    No.
9      Q    Based on the anesthesia forms in the
10  chart, are you able to give me an estimate of when
11  this procedure began, the time?
12     A    (Witness reviews document.)  I don't
13  see here where -- I don't see here a mark where
14  the procedure began.
15     Q    Does it indicate it on the next page?
16  When did anesthesia begin?
17     A    9:30 -- well, sorry, 9:30 to the
18  operating room.  That's not necessarily when the
19  procedure -- or the anesthesia began.
20     Q    Okay.  And when did they stop giving
21  her anesthesia?
22     A    I see at the end of the remarks at

30 (Pages 114 to 117)

ERIC CHANG, M.D. - 8/28/2013

Page 118

1  1330.
2     **Q**    And is that your recollection about how
3  long the procedure took, about three, three and a
4  half hours?
5        MR. MCAFEE: Well, objection:
6  foundation.
7        THE WITNESS: Well, ballpark, but this
8  is the time into the operating room to the time
9  out of the operating room.
10  BY MR. BERMAN:
11     **Q**    And how long do they normally put an
12  **individual for this type of procedure on -- start**
13  **anesthesia before the procedure actually begins?**
14     A    It usually takes ten minutes before
15  actually anesthesia starts -- sorry. The patient
16  enters the room. There's usually maybe anywhere
17  from five minutes to 15 minutes before a patient
18  is asleep. Once the patient is asleep, you start
19  prepping them; you start the procedure. But there
20  might be another five to ten minutes, you know,
21  after the patient is asleep before you're actually
22  starting the procedure.

Page 119

1     **Q**    Okay. So the notes that we have go
2  **from about 9:30 until about -- I think you said**
3  **1330?**
4     A    Correct.
5     **Q**    So about four hours?
6     A    Correct.
7     **Q**    And I understand that there's prep and
8  **then there's -- when you're done, you close.**
9  **Ballpark, the procedure itself, fair to say --**
10  **understanding we could chop off some minutes --**
11  **roughly over three hours?**
12     A    About -- probably about three hours.
13     **Q**    Okay. Is that what it would normally
14  **be for that procedure?**
15     A    Ballpark, but -- ballpark.
16     **Q**    Okay. Well, we know that this one took
17  **longer than normal because of the problem with the**
18  **centrifuge --**
19     A    Correct.
20     **Q**    -- correct?
21        **Problem with switching out the cords?**
22     A    Correct.

Page 120

1     **Q**    And the dealing with the burns?
2     A    Correct.
3     **Q**    How long did it take you to actually
4  **treat the burns?**
5     A    Probably half an hour after -- at the
6  end of the procedure.
7     **Q**    Okay. Anything else that would have
8  **caused it to take longer other than the three**
9  **things that I just mentioned?**
10     A    Not that I can recall.
11     **Q**    Okay. Other than that and rou- -- when
12  **I say routine, but normal routine procedure for**
13  **this type of procedure?**
14        **In other words, for -- it's -- it's --**
15  **half hour is indicated for the -- let's break this**
16  **down.**
17        **Half hour to take care of the burns --**
18     A    Okay.
19     **Q**    -- correct?
20     A    Sure.
21     **Q**    How long did the centrifuge problem
22  **take?**

Page 121

1     A    Five minutes --
2     **Q**    Okay.
3     A    -- maybe ten minutes.
4     **Q**    And how long did it take to deal -- or
5  **swap out the cord and --**
6     A    Five minutes.
7     **Q**    -- light handle?
8        Okay.
9     A    It's swapping out the cord and again
10  just trying to troubleshoot, but, yes.
11     **Q**    Okay. So a -- my question is -- I
12  **thought it was a simple one, but what do I know.**
13        **My question is that a breast**
14  **reconstruction with a -- bilateral breast**
15  **reconstruction with fat injection is about three**
16  **hours or so?**
17     A    Ballpark.
18     **Q**    Okay. That's all I was asking for.
19        MR. BERMAN: I don't have anything
20  further at this time.
21        MR. LEARY: No questions for me.
22        MR. MCAFEE: I've got none.

31 (Pages 118 to 121)

ERIC CHANG, M.D. - 8/28/2013

Page 122

1              THE COURT REPORTER:  Read and sign?
2         MR. MCAFEE:  He's going to read and
3    sign.
4
5
6
7         (Signature having not been waived, the
8    Deposition of ERIC CHANG, M.D., Individually, and
9    as Corporate Designee for COLUMBIA AESTHETIC
10   PLASTIC SURGERY, ended at 4:19 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22

Page 124

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2         I, Dana C. Ryan, Registered Professional
3    Reporter, Certified Realtime Reporter, the officer
4    before whom the foregoing proceedings were taken
5    do hereby certify that the foregoing transcript is
6    a true and correct record to the best of my
7    ability of the proceedings; that said proceedings
8    were taken by me stenographically and thereafter
9    reduced to typewriting under my supervision; and
10   that I am neither counsel for, related to, nor
11   employed by any of the parties to this case and
12   have no interest, financial or otherwise, in its
13   outcome.
14        IN WITNESS WHEREOF, I have hereunto set
15   my hand and affixed my notarial seal this 2nd day
16   of September 2013.
17   My Commission expires:
18   May 17, 2017
19
20   _____
21   NOTARY PUBLIC IN AND FOR THE
22   STATE OF MARYLAND

Page 123

1         ACKNOWLEDGMENT OF DEPONENT
2         I, Eric Chang, M.D., do hereby
3    acknowledge that I have read and examined the
4    foregoing testimony, and the same is a true,
5    correct and complete transcription of the
6    testimony given by me and any corrections appear
7    on the attached Errata sheet signed by me.
8
9
10
11   _____    _____
12   (DATE)              (SIGNATURE)
13
14
15        CERTIFICATE OF NOTARY PUBLIC
16   Sworn and subscribed to before me this
17   _____ day of _____, _____
18
19
20   _____    _____
21   NOTARY PUBLIC        MY COMMISSION EXPIRES
22

Page 125

1         E R R A T A  S H E E T
2    IN RE:  MARY CLARK v. HOWARD COUNTY GENERAL
3    HOSPITAL, et al.
4    RETURN BY: _____
5    PAGE LINE         CORRECTION AND REASON
6    ___ ____         _____
7    ___ ____         _____
8    ___ ____         _____
9    ___ ____         _____
10   ___ ____         _____
11   ___ ____         _____
12   ___ ____         _____
13   ___ ____         _____
14   ___ ____         _____
15   ___ ____         _____
16   ___ ____         _____
17   ___ ____         _____
18   ___ ____         _____
19   ___ ____         _____
20   ___ ____         _____
21   _____         _____
22   (DATE)              (SIGNATURE)

32 (Pages 122 to 125)

ERIC CHANG, M.D. – 8/28/2013

Page 126

```
1        ERRATA SHEET
2    IN RE: MARY CLARK v. HOWARD COUNTY GENERAL
3    HOSPITAL, et al.
4    RETURN BY: _____
5    PAGE LINE        CORRECTION AND REASON
6    ____ ____        _____
7    ____ ____        _____
8    ____ ____        _____
9    ____ ____        _____
10   ____ ____        _____
11   ____ ____        _____
12   ____ ____        _____
13   ____ ____        _____
14   ____ ____        _____
15   ____ ____        _____
16   ____ ____        _____
17   ____ ____        _____
18   ____ ____        _____
19   ____ ____        _____
20   ____ ____        _____
21   _____  _____
22   (DATE)           (SIGNATURE)
```

33 (Page 126)

ERIC CHANG, M.D. - 8/28/2013

Page 1

**A**

abdomen
46:5
ability
84:7 124:7
able
117:10
abnormally
51:22 81:13 87:12
absolutely
57:19 79:15 96:20
accept
65:22 66:20 82:16
accidently
109:22
acknowledge
123:3
ACKNOWLEDGM...
123:1
actual
12:22 17:12 32:13
  61:13 82:13 115:21
adapter
43:15,19,21 44:2,22
  45:2 47:3,6,7 92:9,10
addition
21:22
additions
26:14
address
6:20,22 7:2
adequate
53:20
adhere
91:6
adjust
48:12
adjustment
49:2,7,15
Adverse
28:15
aesthetic
1:15 2:3 4:4 14:20,21
  15:11 16:1,8,9 25:6
  26:20 122:9

affixed
124:15
ago
75:9
agree
82:10 104:17,18
  113:14
agreed
9:13
agreement
2:17
ahead
35:8 43:20 44:17
  55:12,13,15 57:20
  60:13 63:1 64:10
  66:1 71:16 92:2 97:7
  99:11
airway
105:2
al
1:9 125:3 126:3
albeit
22:10
alert
104:9
alerts
15:16
allow
37:2 89:18
alumni
15:3
Amazing
80:8
ambulatory
25:20 116:18,19
American
14:18,20 15:5,8,22
  16:1,5 26:18,19
amount
29:20 53:12 98:3
analog
52:10
and/or
98:22 105:2
anesthesia

98:4 117:9,16,19,21
  118:13,15
anesthesiologist
89:13
answer
14:13 20:21 40:3
  52:18 55:13,15 63:1
  63:5,11 64:4,12,19
  73:19 83:14 97:6,7
  110:16 112:21 113:7
answered
73:18
anybody
30:12 31:5 56:8 69:5
  86:18 88:5 105:19
  106:12 108:15
anyway
47:10 98:2
apart
68:8
aperture
67:5,6,7,9
apologize
31:1 34:18 75:20
appear
123:6
appeared
89:15
apply
83:3
appreciate
27:19 29:22 65:8
appropriate
68:12 74:11,12 109:14
  110:10
approximately
21:1 49:14 73:1 77:11
area
39:16 72:12 113:20
  116:18
aren't
93:18
article
85:18 107:4
articles

11:8 12:10,11
Asian
10:9
aside
68:21
asked
6:12 30:22 31:19 52:4
  55:16 60:6,6,7 75:8
  79:6 86:2,13,16 87:3
  100:6 112:16
asking
21:15,17 53:2 59:18
  64:6 85:1 94:19
  121:18
asks
7:6 101:7
asleep
118:18,18,21
asserted
27:21
asserting
58:12
assistant
33:4,5,7 38:16 50:14
  91:8 108:6
assisted
12:10
assume
22:8 25:9,13 39:4 40:3
  42:19 47:14 55:18
  70:3,4 82:10 102:10
assuming
51:2
assumption
77:5
assurance
57:16
assuredness
58:2
attached
123:7
attaches
44:21,21
attend
12:18

ERIC CHANG, M.D. – 8/28/2013

attention
46:10 67:15 108:10,13
    111:9
attorney
29:11 30:10 69:5
augmentation
20:9 21:2 24:14
August
1:17
author
17:12
authored
17:10
available
23:13
Avenue
3:7,18
avoid
79:3,4
aware
10:20 27:3 56:7 74:9
    100:2 103:3,7,8,11
    103:12,15,18,19,22
    104:1,8,13,15,16
    106:7 108:17,18
    110:9,17,17 112:15
    113:2 116:21 117:1

— B —

B
5:8,12 42:14,15,19
back
30:19 41:22 44:7 46:7
    50:13 58:8 59:22
    85:2 86:7
background
10:7
backwards
101:5,6
bad
78:8
ballpark
118:7 119:9,15,15
    121:17
Baltimore

14:3 101:13,17,22
    102:14 106:10
barrier
92:4
base
38:7
based
87:14,17 117:9
basically
89:12 97:17
basis
16:12
Bates
80:18
bear
26:2 37:16 77:9
    116:13
began
117:11,14,19
beginning
101:15
begins
118:13
behalf
3:3,13 4:3 63:5
belief
68:7,9 69:19 81:4
    104:10
believe
13:21 16:13 24:16
    26:1 28:1 40:20
    43:10 45:1,1 48:16
    68:15 72:18,22 73:3
    73:9 76:17,19 86:20
    99:14,16 103:1,1
    105:12
believed
73:12 74:21 112:17
belong
14:17 15:5
belonged
15:8
Benedikta
108:1,8
Berman

3:4,5 5:3,5 6:5,6 7:9
    8:4 9:1,12,19,22
    11:18 14:15 23:4,7
    26:4,8 27:22 28:17
    28:21,22 31:7,10,13
    31:17,18 33:14 36:1
    36:5,10,11 41:4,7,9
    41:14 42:13,17 44:16
    45:3 49:18 53:1
    55:11,20 56:18 57:1
    57:7,15,19 58:6 59:6
    59:10,17 63:9,10,12
    63:15,20 64:5,11,15
    64:18 65:3,22 66:22
    70:15 71:2,5,13,19
    71:21 72:2,3 75:15
    75:18,19 76:12 77:16
    78:14,22 79:9 80:13
    80:16,17 82:8,15,21
    83:17 84:6,11,21
    85:11,13,16,21,22
    95:15,17 96:5 97:5
    97:10 99:5,8,10,15
    101:8,10 102:19
    104:14 105:16,18
    107:1,7 116:13,16
    118:10 121:19
best
86:1 124:6
Betadine
33:18 98:10
better
41:2 89:19 113:15
big
104:2 114:5 116:3
bigger
62:5 116:7
bilateral
121:14
billing
78:2
bio
72:11
bioengineer
72:11

biomechanical
73:13
bit
61:13 84:10 89:14
bleeding
49:6
blew
80:8
blue
114:4,6,8,14,20
board
13:3,9 15:11
body
30:11
book
17:4
booklets
103:4
born
29:2
Bostwick
17:4
bottom
42:19 43:4 61:16
    116:4
bowel
105:5
brand
19:9
brands
22:10
break
6:15 120:15
breast
16:19 17:5,6,9 18:9
    20:9,10 21:2,3,15
    24:13,15 48:11,15,16
    48:18 49:19,20 50:2
    79:21 80:1 121:13,14
briefly
10:6
bring
8:10 84:13
brings
62:10,11 66:13

ERIC CHANG, M.D. – 8/28/2013

Page 3

**brought**
60:8 66:19 88:13
**bucks**
71:14
**burn**
12:22 17:20 24:8
25:15 29:19 30:1,2
31:20 37:8,16,20
39:5 40:1 48:19
49:20,21 51:18 60:1
80:11 87:13 89:15
98:13 104:10
**burned**
24:4,7 34:21 35:5 37:8
43:10,12 54:20 60:2
60:4,21 78:8 92:7
98:19
**burning**
37:21 110:11
**burns**
10:20 11:9 12:16
29:13,20,20 30:6
37:4 39:19,21 40:5,8
40:10,12,13,13,20
54:19 60:13 73:22
79:11 88:22 89:5,16
89:17 90:3,6,8,11
98:16 103:5 105:15
105:16 106:6 113:20
116:19 117:6 120:1,4
120:17
**business**
6:19,22

──────── C ────────

**C**
1:22 2:17 3:1 4:1,1 5:1
5:13 6:1 78:14 79:7
124:2
**cable**
43:1,2 66:16 112:12
**cables**
66:14
**California**
10:13 13:19 15:4

**call**
16:6 48:17 55:6 56:11
56:13 57:18
**called**
16:9 17:4,9 31:8 46:10
55:3 56:20,21 57:12
108:9,12
**cancer**
79:20
**candor**
83:18
**can't**
24:15 25:13 41:22
56:15,19 57:11 99:2
**capable**
110:11
**capacities**
9:11
**capacity**
51:1
**card**
55:6,6,8,18
**care**
25:20 29:19,20 31:8
39:13 83:7 116:18
120:17
**case**
1:6 27:21 55:5 92:5
106:21 112:7 124:11
**cases**
24:13
**catch**
24:8 39:7,9
**category**
28:4
**cause**
30:6 38:4 61:11 62:15
65:7 73:21,22 80:11
110:18
**caused**
38:1 40:20 87:13
90:16,19 120:8
**causes**
30:1
**causing**

39:5,7,9 110:11
**cautery**
54:20,21 105:3
**cavities**
37:3
**cavity**
20:3 48:11,12 49:2,15
**center**
14:3 76:2 101:18
102:1,14 116:19
**centrifuge**
46:6,9,11,15 48:6 51:7
107:17 108:2,8,12
111:10 119:18
120:21
**certain**
12:19 13:1 18:18 52:8
**certainly**
27:16 59:3 75:20
**certificate**
106:20 123:15 124:1
**certified**
2:18 13:3,10 124:3
**certify**
124:5
**chain**
77:2
**chance**
11:7 80:7
**Chang**
1:13 2:1 4:5 5:2,10 6:2
6:6,21 7:10 10:1
26:5,6,9 42:14,15,18
57:2 59:18 70:16
79:5,7 83:15 107:13
117:3 122:8 123:2
**change**
88:11
**changed**
84:17 88:12
**changing**
80:5
**Chang's**
5:13 78:20
**charge**

55:21 76:1,13 77:22
78:4 90:5
**chart**
27:17 49:10 78:20
117:10
**Chason**
3:17
**check**
29:16 76:21 107:17
**checklist**
55:1
**chest**
40:14
**chop**
119:10
**circle**
43:13
**circulated**
58:15
**circumstance**
111:3
**circumstances**
104:21
**City**
10:11
**claims**
31:5
**clarification**
7:6 101:7
**Clark**
1:5 16:19 18:8,16 32:7
34:21 47:16,19 67:13
78:4 86:3 98:18
125:2 126:2
**Clark's**
73:22
**clavicle**
113:20
**cleaning**
60:19
**clear**
12:20,21 85:5 92:20
93:1
**CLEs**
12:13

ERIC CHANG, M.D. – 8/28/2013

**client**
82:11
**close**
37:5 80:22 89:17
  119:8
**closed**
20:1
**closer**
88:16
**CMEs**
12:19
**college**
10:6 15:5,9 85:19
**color**
61:6
**Columbia**
1:15 2:3 4:4 6:22 7:1,4
  7:8 10:11 122:9
**come**
52:13 58:8 98:21
**comes**
9:6 38:20 43:2 115:16
  115:17
**coming**
39:8 68:21 113:9
**command**
77:2
**comment**
72:13,15
**Commission**
123:21 124:17
**committees**
106:8,11
**competent**
6:7
**complete**
78:20 123:5
**completed**
20:16
**completely**
9:2,7 94:17
**conceivable**
51:5
**concentrated**
39:7

**conclusion**
86:6
**conduct**
29:9
**conducted**
57:13 58:4
**conference**
44:9,11
**confirmed**
69:20
**conjecture**
93:11
**connection**
28:13
**connector**
109:6,15,20 113:3
**constantly**
50:21,22
**constrained**
83:1,3
**content**
59:8
**contents**
82:13
**continue**
88:21
**continued**
79:10 90:2
**contour**
46:7
**controls**
53:11
**conversation**
27:11 57:2 59:9 90:10
  90:13 92:11
**conversations**
30:13 59:19 69:20
**Converse**
17:11
**conveyed**
76:7 86:2
**convoluted**
6:13
**copy**
26:11 36:1 78:18,20

80:14
**cord**
43:14,16,22 44:21
  45:5,7 60:7,15 61:9
  61:22 62:1,4,6,7,10
  62:11,12,13,14,19
  63:17 65:1,1,5,10
  66:8,13 67:8,8,10,17
  67:18,22 68:1,11,14
  68:16 69:2,7,22 70:5
  70:17 72:6 73:11
  80:21 81:5,12 84:16
  86:8,12 87:6,10,10
  88:13,14 92:18 93:7
  93:8,9,11,19 94:1,2,8
  94:10,15,20,21 95:2
  95:8,20,21 96:2,2,3
  96:13,18,18 97:1,9
  97:12,14 98:22 100:8
  101:22 102:7 109:9
  109:15,15,19 110:10
  113:3,10 121:5,9
**cords**
67:19 119:21
**corporate**
1:14 2:2 8:19 9:4
  122:9
**correct**
18:1,19,20,22 22:6,7
  22:12,19 24:3 25:15
  25:16 32:12 33:6,19
  34:8 35:2 40:6 42:21
  43:7,8 47:12,13 48:7
  48:20 61:15,17 68:18
  68:19 69:2,3 70:3,10
  75:4 78:3,6,11,12
  79:12,21,22 80:5,6
  82:2 86:4,5 89:1,3
  90:1 93:21 94:9,12
  95:1 96:9 98:7,9,12
  98:20 101:19,20
  102:8,9 105:6,10,11
  111:19,20 112:14
  113:21 115:8,9,12,13
  119:4,6,19,20,22

  120:2,19 123:5 124:6
**CORRECTION**
125:5 126:5
**corrections**
36:18 123:6
**correctly**
70:19
**cost**
11:1 77:10,12,13,20
  77:21
**coughing**
15:20
**couldn't**
57:9
**counsel**
5:9 6:4,7 26:7 35:20
  42:16 79:8 107:10
  116:15 124:10
**counselor**
26:11
**counter**
41:21
**County**
1:8 3:14 14:2 23:17
  58:8 96:10 101:11,14
  101:18 102:6,11
  103:6,10,16,20 104:3
  107:11 112:16 125:2
  126:2
**couple**
6:10 26:15 43:16,22
  63:14 82:9
**course**
32:6
**courses**
10:10 103:9
**court**
1:1 83:4 122:1
**cover**
16:21 17:1 25:5
**covers**
17:5,9 25:4
**Crap**
89:8
**CRR**

ERIC CHANG, M.D. – 8/28/2013

Page 5

1:22
**Crystal's**
44:15
**currently**
8:2 14:2
**curriculum**
5:11 26:12
**custom**
22:9 32:18,19
**cut**
89:17
**CV**
1:7 8:4,9 11:7

**D**

**D**
4:1,6 6:1
**Dana**
1:22 2:17 124:2
**dangerous**
91:16
**Darby**
3:6
**date**
28:18 81:1 96:7
  123:12 125:22
  126:22
**dated**
28:19
**Davis**
14:22
**day**
19:22 24:5 32:8 35:12
  38:22 72:7,21 73:2,4
  81:7 86:17 95:4 96:1
  99:1 113:15 123:17
  124:15
**deal**
121:4
**dealing**
11:8 120:1
**dealt**
17:19 116:19
**decided**
89:14

**decision**
89:16
**deep**
89:15
**deeper**
89:16,17
**defective**
94:16,22
**DEFENDANT**
3:13 107:10
**Defendants**
1:10 4:3
**degree**
18:5
**deletions**
26:14
**denied**
14:11
**department**
56:9,10
**depending**
113:8
**depends**
49:6
**DEPONENT**
123:1
**depose**
9:4 79:4
**deposition**
1:13 2:1 5:10 8:19 9:7
  9:15 11:22 26:6
  27:13 42:15 51:13
  57:5 71:7,10 79:7
  82:6 85:14 101:16
  122:8
**depositions**
27:18
**designee**
1:14 2:2 8:19 122:9
**determine**
67:22 76:21
**device**
43:7
**diagnosed**
79:19,20

**diagram**
87:3
**diameter**
62:2,4,6,10,11,12,13
  62:13,19 63:17 64:22
  65:1,6,10 66:8,9 68:1
  68:10 70:19 87:6
  93:9 94:1,2 95:8,21
  96:18 97:13 109:14
  110:10 112:17
**dictated**
35:16 36:14 70:8 72:7
  72:16 73:6,10,11,20
**dictating**
72:9
**didactic**
11:5
**didn't**
8:7,10 28:10 29:16
  57:17,19 58:14 60:3
  60:12 62:15 68:13
  71:18 72:15 73:11
  75:3,14,16,20 77:6
  81:9 94:14 95:17
**die**
77:7
**difference**
25:22 61:19 84:18
  112:13
**different**
19:11 22:10,11 53:3
  61:6 62:1,2,3,4 94:2
  94:14,16,17
**differentiate**
32:17 67:18
**digital**
52:10
**dinner**
71:14
**directly**
110:20 114:11,20
**disagree**
83:18
**disclosed**
80:20

**disclosing**
81:16
**discoverable**
57:9
**discovered**
51:8 79:1
**discovery**
78:18 79:2,6
**discussed**
69:6 78:10 88:3
**discussing**
69:6
**discussion**
87:9
**discussions**
83:20
**distal**
93:17
**DISTRICT**
1:1
**Division**
1:2
**Doctor**
42:7 116:12
**document**
27:20 28:3,6,7,15
  75:17,18 117:12
**doesn't**
12:4 110:7
**doing**
8:21 10:1 20:14 35:22
  57:22
**dollars**
77:19
**donor**
46:4,4
**don't**
6:11 8:13 9:7 11:19
  17:12 18:17 19:9
  26:1,4 27:10 28:1
  32:11 35:21 36:6
  40:1,16 41:2 42:7,13
  44:11 49:22 50:6
  51:1,12 53:18 57:3
  58:7,15 59:8 67:14

ERIC CHANG, M.D. – 8/28/2013

72:18 73:17,18 75:12
78:1,2,14 81:8 82:8
83:7,9,13,13,14,17
86:13,16,20 87:4,8
88:17 90:12 93:1
95:10 100:10 101:1
102:2,21,21 103:1,1
104:4,18 107:1
108:12 111:16 112:6
115:1,4,16 117:12,13
121:19
**dot**
43:6
**double**
35:7
**Dr**
5:13 6:6 7:10 10:1
26:9 42:14,18 57:2
59:18 70:16 78:20
79:5 83:15 107:13
117:3
**drape**
32:7,20 33:8,10,20
34:2 37:4 38:17 39:3
39:7,9,15 45:12,14
45:20,21 46:18 91:19
91:21 113:22,22
114:1,17,19 115:7,15
**draped**
98:14
**drapes**
34:20 35:4,11 37:7,7,8
38:1,4 60:20 110:13
**draw**
41:2,10 87:2 91:2,3
**Drawing**
5:12
**drills**
103:15
**due**
40:19 81:4
**duly**
6:3

——— E ———

**E**
3:1,1 4:1,1,1 5:1,8 6:1
6:1 125:1,1,1 126:1,1
126:1
**East**
10:9
**educational**
10:7 103:9
**effect**
52:14,15
**effort**
57:21
**eight**
29:18 116:6
**either**
6:9 11:9 15:22 23:17
29:12 30:7 36:6
38:14 50:12 90:15
91:7 106:9,13 115:5
**either/or**
94:19
**elective**
25:6
**electrocautery**
27:1 54:8
**ELH**
1:7
**emanates**
91:17
**emanating**
44:1
**Emig**
2:6 4:7
**employed**
124:11
**employees**
7:22
**ended**
122:10
**energy**
66:19,21
**engineer**
59:21
**engineering**
56:9,22 57:12,12 58:4

72:12
**ensure**
76:5
**enter**
71:9
**enters**
85:14 118:16
**entirety**
17:5
**equipment**
27:2 52:21 60:6 61:10
66:12 67:16 72:12
74:22 88:12,12,16
92:17 93:1,2 94:17
95:7 96:4 109:1
110:6
**Eric**
1:13 2:1 4:5 5:2 6:2,21
122:8 123:2
**Errata**
123:7
**Esquire**
3:4,15 4:6
**essentially**
115:20
**establish**
57:17 59:3
**established**
84:15 85:2
**estimate**
21:8 117:10
**et**
1:9 125:3 126:3
**Event**
28:15
**Everybody**
11:19
**evidence**
104:3
**exactly**
14:8 81:8,10 86:14,21
**examination**
5:2 6:4 60:12 107:10
116:15
**examined**

123:3
**example**
20:6
**excuse**
15:15 16:14 23:5
33:15,16 34:5 45:20
47:1 57:1
**Exhibit**
5:11,12,13 26:6,10
42:14,15,18 79:7
**exhibits**
27:18
**existed**
74:1 103:6
**existing**
48:12
**exit**
71:6
**exits**
57:5 82:6
**expander**
20:10 21:5,6
**expanding**
24:14
**experience**
54:4 93:14 96:1
109:17
**expert**
106:21
**expertise**
72:13
**expires**
123:21 124:17
**explain**
37:6,11 44:18 62:17
**explained**
6:8 76:2,3
**explanation**
6:13
**extended**
54:16

——— F ———

**facility**
25:20

ERIC CHANG, M.D. – 8/28/2013

fact
63:5 91:19 92:17,18
92:19 93:8
factors
49:8
fair
17:3 18:6 29:19 47:22
51:4 67:20 74:1
82:13 83:21 88:18
119:9
falls
28:4,4
familiar
104:5
far
17:14 43:2 97:1,8
fast
73:7
fat
16:20 17:16,19 46:2,3
46:4,5,6 60:17
121:15
fault
93:12
faulty
92:21
favor
43:17
feel
19:15
Feldman
3:6
fellowship
10:15,16
felt
47:3,5,6 78:8 87:10
89:19
fiber
23:16 25:19 27:1
93:17
fiber-optic
18:8,21 19:16,17,21
21:13,20,22 22:9,14
23:11 47:1 52:6 54:5
66:14,16

field
34:1,16 53:21 108:15
Fifty
80:7
figure
92:16
figured
57:21
financial
124:12
find
83:5
fine
6:16 80:16 84:11,12
84:13 85:9 94:7
finish
11:15 60:13 85:18
93:6 107:4
finished
20:20 60:8,16,17
88:20
fire
24:8 25:14 31:20 39:7
39:10 103:15,16,19
104:1,10 110:12,18
fires
10:21 11:10 12:16
30:7 103:22 117:6
first
13:7 20:13,14 23:9
36:22 48:15,16 49:20
61:2 72:21 79:19
80:9,9 81:3 83:12
84:2 86:2 89:4 94:1
95:8 99:6
fit
68:14 70:19
five
23:6 37:20 45:16,17
45:19 46:12,13,21
51:6 118:17,20 121:1
121:6
flat
114:22
Flynn

2:6 4:7
Fogleman
2:6 4:7
fold
45:12 114:10 115:5,10
folded
38:17 39:13 45:13
91:11,12,14 110:22
114:6,14,22 115:1,15
115:18,20 116:5
following
30:16
follows
6:3
football
85:19
foregoing
123:4 124:4,5
Forgive
14:9
form
37:22 39:7 52:16 79:5
104:12 110:14
112:19 113:5
formal
11:5
formally
9:13 75:10 76:7
formerly
76:18
forms
117:9
found
37:3 67:2
foundation
52:17 55:10 84:3
110:15 112:20 113:6
118:6
four
114:3 115:18,19,20
116:6 119:5
frame
117:4
FRANCIS
3:15

Frederick
3:7
free
58:21
full
36:22
function
46:11 53:5
functioned
60:16
functioning
46:9
further
61:11 84:19 107:2
121:20

## G

G
6:1
gained
84:4
Gaithersburg
3:9
game
82:13 83:21
gathered
84:4
general
1:8 3:14 13:2 14:2
17:1 19:13 25:3,4
58:7 81:10 102:16
103:6,20 107:11
112:16 125:2 126:2
generally
6:17
getting
27:19 52:1 53:5 54:5
87:21
Ginger
79:14
give
6:14 20:6 22:22 26:9
31:8 35:13,20 36:7
40:21 41:7 59:13
80:13 81:10 82:4

ERIC CHANG, M.D. – 8/28/2013

   107:2 117:2,10
**given**
   8:11 40:15 56:11 61:8
   61:9 65:5 68:2 72:11
   77:3 79:1 92:17,18
   92:19 123:6
**gives**
   53:20
**giving**
   89:13 117:20
**Glad**
   63:12
**gladly**
   6:14
**Gleason**
   2:6 4:7
**glove**
   54:21
**go**
   6:9 35:7 43:20 44:17
   55:12,13,14 60:13
   63:1 64:9 66:1 71:2
   71:16 82:9 85:2,17
   92:2 97:7 99:11
   107:3,16 115:4 119:1
**Godwin**
   53:13
**going**
   8:20 12:2,6 24:8 26:9
   28:5 31:7 32:16
   40:21 41:10,20 43:14
   56:12 57:20 58:6
   59:11,12,22 62:17
   76:6 77:4 85:17
   91:10 114:12,13
   117:3 122:2
**good**
   42:5 85:17 107:14
**Gotcha**
   10:18 23:15 31:17
   54:22 61:19 97:11
**graduated**
   20:19
**graduation**
   12:15

**grafting**
   17:17 46:2,3 60:17
**great**
   9:19 41:5
**Greater**
   106:10
**green**
   114:8,14,19
**Gross**
   3:5
**group**
   15:2
**guess**
   44:15 50:1 53:2 65:8
   75:9 76:20 86:10
   110:1
**guidelines**
   26:21,22 27:8 29:7,7
**guys**
   63:12 84:12

---
### H

**H**
   5:8 125:1 126:1
**hadn't**
   60:8
**half**
   118:4 120:5,15,17
**hallway**
   30:14 92:13
**hand**
   37:16 38:15 47:4,5
   61:17 91:7 124:15
**handing**
   50:13
**handle**
   44:20,22 45:6,8 47:5,6
   47:8,10 51:21 52:4
   54:4 55:22 61:9,18
   61:20,21 62:12,14
   65:2,6,11 66:14,15
   66:16,17,20,20 67:4
   67:5,6,7,13,17 68:1,2
   68:10,14,16,17 69:1
   69:7,8 70:6,18 72:5

   78:2 80:21 81:12,13
   87:7,12 88:2,10,13
   88:14 90:16,18,21
   92:20 94:5,6,11
   95:13,21 102:8 109:3
   109:4,6,20 110:21
   116:9 121:7
**handles**
   52:5 53:15 108:4
**handwriting**
   24:16
**hang**
   28:2 40:2 63:13
**happen**
   75:3
**happened**
   72:9 76:3 86:14,17
   113:15
**happens**
   9:2 60:2 85:16
**haven't**
   78:18
**head**
   9:18 12:3 20:12 25:5
   76:1,14 80:3 105:10
**headlight**
   22:16,18 23:1,3,4,10
**heal**
   89:18
**hear**
   41:22 42:6,8 76:7,9
**hearing**
   44:5
**heat**
   38:1,4 44:1 45:1 51:17
   62:20 63:18 65:2,7
   65:11 66:8,21
**heated**
   37:7 81:13
**heating**
   37:4
**held**
   2:3 37:19
**Hello**
   42:9,10

**help**
   46:7,11 70:13 84:9
**hereunto**
   124:14
**Hey**
   78:15
**he's**
   8:21 9:10 10:1 27:15
   27:15,17,20 28:11
   62:21 83:3 84:17
   122:2
**high**
   29:4
**higher**
   84:7 105:1
**higher-ups**
   75:1
**highlights**
   36:8
**hold**
   59:21 63:2 75:12
**holding**
   47:11
**holster**
   111:4
**home**
   6:20 7:2 17:1
**honestly**
   82:17 87:8
**hope**
   9:14 83:9
**Hopefully**
   79:3 82:8
**Hopkins**
   58:5
**hospital**
   1:9 3:14 13:22 14:3,4
   14:7 19:11 25:21
   28:13 29:11 30:11
   31:15 55:5 58:8 67:3
   67:22 68:9,22 69:15
   69:18,21 74:5,15,18
   81:21 87:18 96:10
   99:22,22 102:6 103:6
   103:10,16,21 104:4

ERIC CHANG, M.D. – 8/28/2013

105:21 107:11 125:3
126:3
**hospitals**
19:11 22:11 23:17
26:15
**hospital's**
58:18 77:15 83:15
**hot**
38:10,11 44:1 45:10
47:6,7,15 51:22 52:1
52:5,20,22 53:5,8
54:5,9 60:6,15 68:18
69:1 87:12 88:2,11
88:11,14 90:21 92:6
93:9 109:6,7,9,16
110:7
**hotter**
38:6
**hour**
120:5,15,17
**hours**
12:21 118:4 119:5,11
119:12 121:16
**Howard**
1:8 3:14 14:2 23:17
58:8 96:10 101:11,14
101:18 102:6,11
103:6,10,16,20 104:3
106:9 107:11 112:16
125:2 126:2
**hundred**
24:13
**hundreds**
21:9 22:21 24:1 25:9
**hyphen**
99:19
**hypothesize**
93:11

----------- **I** -----------

**idea**
41:5 112:12
**identification**
26:7 42:16 79:8
**ignite**

91:19
**illumination**
66:15 112:18
**immediately**
92:12,15 114:15
**impacts**
83:8
**implant**
48:12,14,18,22 49:2
49:15
**implants**
46:3 80:2,4
**imply**
81:10
**impossible**
113:10
**impression**
17:18,22 38:8 68:20
73:9,22 86:7 87:14
88:10
**improper**
69:7,7,22 70:5,6,17,17
70:18 72:5 73:10
87:10 95:2
**inappropriate**
68:13,16 69:2 95:21
**inaudible**
71:20
**inches**
114:7 116:6,6
**incidence**
117:5
**incident**
27:8 28:13,14 29:9
30:5,12 59:20 65:12
65:13 76:4 96:7
105:21 106:1,14,15
112:11
**incision**
20:3
**include**
71:18 72:5
**Including**
8:2
**incorporated**

7:16
**increased**
112:18
**independent**
29:12 51:3 105:22
**indicate**
75:10 117:15
**indicated**
53:13 76:22 79:4
88:20 101:2,3,16
104:9 120:15
**indicating**
43:1,4,5,14,15,21 45:7
45:8 91:13,14 92:3,7
105:7
**indiscernible**
63:13 101:4
**individual**
8:19 9:5 118:12
**Individually**
1:14 2:2 122:8
**individuals**
30:15
**informal**
11:7
**informally**
77:3
**information**
76:22 80:20 81:15,16
81:18,20,22 84:19
87:17
**informed**
74:20
**injection**
121:15
**injury**
45:2
**inkling**
84:16
**inquire**
57:10,11
**instituted**
96:22
**instruct**
63:3,4 64:4 108:15

**instructed**
10:19
**instruction**
100:12
**instrument**
54:8,9 92:7 114:13,15
**instruments**
21:19,21
**intention**
9:3,14
**interchangeably**
24:9
**interest**
124:12
**internal**
57:8
**interrupt**
43:18
**investigate**
105:21 106:1
**investigated**
88:15
**investigating**
74:19
**investigation**
28:12,15 30:8 57:8,14
58:3 63:7 64:3 66:3
66:7,11 67:2 68:9,22
74:4 77:4 82:1 84:20
87:19 105:20
**investigations**
29:8
**investigative**
30:11
**involve**
105:2
**involved**
17:2 31:2
**isn't**
80:8 116:7
**issue**
8:21 69:10 82:20
84:15
**issued**
104:9

ERIC CHANG, M.D. – 8/28/2013

**it's**
7:18 10:17 24:9 25:19
25:20 28:15,19 30:4
33:11 35:1,15 40:19
40:19 43:4,9 46:22
50:11,15 51:4,16
53:5,9,10 58:1,3,15
66:2 71:17 80:18
83:13 85:5 87:4
94:21 104:4 110:4,7
110:8 113:8 114:4,6
114:8 115:17,17,20
116:5,5 120:14,14
121:9
**I'd**
28:6 31:19 84:1
**I'll**
6:19 8:16 27:14 41:22
59:2 65:22 71:4
80:15 82:16,16
**I'm**
6:8 7:11 8:5,13 11:17
12:18 14:7 18:11,16
19:14,17 20:19 21:17
24:8 26:9 27:3 28:5
31:11 32:16 34:18
38:13 40:19,21 41:10
41:20 42:18 43:17
44:5,8 45:15 49:19
49:20 55:2,3,14 56:7
57:3,20 58:6,16,20
58:21,22,22 59:10,11
59:11,22 64:6 67:21
70:3,13 72:9 74:9
80:18 83:8 84:5,11
91:10 92:15,17 93:6
94:14,20 100:2 101:3
102:2 103:7,11,22
104:1,16 106:7
107:18,19,20 108:17
110:4,4,4 111:12
114:12,12,13,17,18
116:21 117:1,3
**I've**
6:12 55:17 58:11 59:5

80:20 98:2 104:2
107:9 110:4 121:22

___
**J**
___
**January**
80:12
**JCAHO**
104:6,8
**Job**
1:20
**John**
14:22 17:4
**journal**
16:6,7,8
**journals**
15:16
**juice**
44:13,14
**July**
28:19

___
**K**
___
**keep**
18:17 35:22 93:16
**keeping**
93:19
**Ken**
57:14 59:4 78:17
82:18 84:14
**Kennedy**
76:18
**Kenneth**
3:4 6:6
**kicked**
77:2
**kind**
110:5
**knew**
74:13
**know**
8:13 12:6 19:1,9,12
26:11 27:10 28:1
29:5,19 34:18 35:7
35:10 41:2 47:8,21
49:13 50:6,12 53:17
55:3 56:20 58:14,15

58:16 59:1,5 61:18
63:11,16,18,21 64:7
64:12,19 65:4,9,15
65:17 66:6 68:13
70:7 71:15 73:18
78:1 82:19,19 83:17
83:20 85:4,5,6,7,8
86:13 88:16,16 90:12
95:6,11,16,19 98:1
99:12 100:6,10,18
101:1 102:16,21
104:4 106:4,17 109:6
109:11,13,18 110:2,7
111:3 112:6 115:16
115:18 117:5 118:20
119:16 121:12
**knowledge**
26:13 63:6 64:2 67:14
100:3,5 102:12,17,20
105:19 106:3,13
**knows**
62:22 63:21,22,22
64:6,7,8 66:3 84:2
95:18

___
**L**
___
**lapse**
13:20
**large**
17:8 34:15 44:8
**larger**
44:9 66:8 94:1,2 95:8
112:17
**Larry**
4:6 44:3 58:14 63:4
64:3 65:19 70:22
83:3,8
**laser**
46:21,22
**lasers**
105:2
**law**
2:4
**lawsuit**
27:5 31:3

**lay**
84:2
**laying**
115:6
**layman's**
37:11
**LC**
45:4
**lead**
62:20 65:10
**leads**
62:20 63:17,18 65:2
**learn**
60:1,3 67:3 98:21
**learned**
66:10 68:8 99:3
**learning**
11:3,5
**Leary**
3:15,17 5:4 28:10
41:17 42:2,6,10,12
44:3,5,13 57:13,17
58:1,13,19 59:2,7
63:2,19 64:1,9 65:19
78:16 82:12,17 84:14
85:10 95:14 97:3
107:9,12 111:2 113:1
113:13 116:11
121:21
**leave**
46:20 115:6
**leaving**
68:21
**lectures**
11:1 12:13
**led**
66:8
**left**
46:17 48:15,16,18
50:2,2 59:18 107:15
107:16 108:14,14
**left-hand**
111:15,17,22 112:3
**legs**
59:14 107:4

ERIC CHANG, M.D. – 8/28/2013

length
61:17
let's
6:18 18:13 41:21 59:7
59:20,20 63:20 82:21
82:22 84:13 88:11
120:15
LH
45:5 47:10
library
100:21
license
14:10
licensed
13:12,15
lied
66:1
lift
111:7
lifting
111:8,8
light
20:2 38:20 39:6,8
40:16 43:1,5 44:20
44:21,22 45:5,6,7,8
47:10 51:21 52:4,4,8
53:4,4,12,16,18,21
54:4 55:22 56:2 61:9
61:14 62:11,11,14,20
63:17 65:2,6 66:13
66:13,14,14,16,17,18
66:19,19,20 67:4,5,6
67:7,12,12,16,17,18
67:18 68:2,10,10,14
68:14,16,16,17,22
69:7 72:5,6 87:7,12
88:13 91:16 92:19,19
108:16,21 109:3,4,5
112:8 113:9 121:7
lightbulb
37:15,19,19
lighted
19:17,21 21:20 22:10
23:11,13 37:2 38:2,3
38:5,9,10,14,14,18

38:19,20 39:3,12
48:2,13 49:1,3 52:19
52:21 53:7 55:16,19
56:2 60:5,7,14,22
61:2 91:7,12 93:17
108:20 109:3,13
110:9,12,18,20 111:7
lighting
22:15
likes
53:14
line
42:21 84:12 125:5
126:5
linear
40:12,13,13 42:20
lines
42:19
list
55:2,2
listed
15:15 99:21,22
literally
34:4,6
literature
91:22 93:15
little
20:2 61:6,13 84:10
89:14
LLC
1:15 2:3 3:17 4:5 7:18
7:19
LLP
3:6
local
106:5
located
112:8
log
28:14
long
45:13 46:15,16 47:18
49:4,14 50:5 51:4
117:4 118:3,11 120:3
120:21 121:4

longer
61:6,13 116:8,9
119:17 120:8
look
26:3 35:19
looked
27:16,17 88:16
looking
29:7 42:18 62:21 67:4
78:13
lost
44:13,14
lot
44:12 84:6,7
low
53:14,17
lower
52:13
Lucky
76:20
lying
45:19 114:22

—————————————
M

M
3:4
machine
52:7 53:15
mailed
79:2
main
20:11 25:21
maintenance
56:6,9
major
10:9
making
20:2 55:21
malfunction
56:1
malfunctioned
38:5 74:22
man
44:14
Manhattan

29:3
manual
100:12,12 108:22
manuals
100:19 103:4
manufacture
108:18
manufacturer
100:7
manufactures
100:8
Marion
76:17
mark
26:4 42:13 117:13
marked
26:6,10 35:14 40:22
42:15 79:7
marking
78:21
Marshall
3:17
MARY
1:5 125:2 126:2
Maryland
1:1,16 2:9,20 3:9,20
4:10 7:1,5,8 13:12,14
124:22
Maryland's
15:1,1
matched
72:6
mate
67:8,8
mated
97:2,9,13 100:9
101:22 102:7,10,13
103:2
matter
9:4,16 25:17
may
7:19 10:4 16:19 18:17
21:8 23:20 24:1
30:22 35:17,18 36:17
54:3 65:9 67:13 68:5

ERIC CHANG, M.D. – 8/28/2013

68:11 84:18 88:15
101:2,21 102:7
124:18
**Mayo**
38:15 50:14 91:8
111:5
**McAfee**
4:6 8:3,5,11,14,16
9:10,17 11:15 14:12
23:2 27:12,14 28:8
28:11,19 31:7,9,12
31:14 33:11,13 36:3
36:8 41:1,6,13,16,19
42:3,7,11 44:4,6,14
44:18 49:16 52:16
55:10,14 56:12,15
58:10,16,20 62:21
63:8 64:21 65:20
66:2 70:14 71:4,6,9
71:17,20,22 75:12,16
76:11 77:14 78:15,17
83:11,19 84:9,22
85:12 95:19 97:7
99:2,12 102:18
104:12 105:15 107:5
110:14 112:19 113:5
118:5 121:22 122:2
**mean**
11:13 19:8,9 54:12
57:3 58:11,20,21,22
61:1 65:20 66:5
70:18 75:20 77:12
81:9 109:18 111:16
115:4,18
**meaning**
25:4 102:20
**meant**
73:18 75:13
**measure**
97:4
**measures**
105:3
**mediation**
44:9
**medical**

12:15 14:3 20:19
35:15 71:22 72:9,10
76:2 80:10 101:18
102:1,14
**medically**
89:22 90:9
**MEDLINE**
29:16 30:7
**meeting**
81:21
**mention**
72:5 90:14,15 106:13
**mentioned**
13:1 91:4 109:1 111:6
120:9
**method**
21:12
**midst**
111:6
**mind**
36:9 37:12 62:18 74:1
74:10
**mine**
36:3 58:18
**minute**
45:16 49:5 51:14
**minutes**
45:16,17,19 46:13,21
49:5 51:6,14 59:13
107:3 118:14,17,17
118:20 119:10 121:1
121:3,6
**mischaracterize**
75:21
**mismatch**
80:21 81:4
**mismatched**
81:12
**model**
19:1 61:2 98:22 99:13
**moment**
35:19 57:2 59:22 71:3
75:8
**monthly**
16:12

**months**
29:18 82:9
**morning**
72:19
**move**
35:21 41:20,22 44:6
80:15 111:22 112:2
**moving**
44:2 57:20 110:5
**multiple**
18:3 19:10,11 50:8,11
50:15
**M.D**
1:13 2:1 4:5 5:2 6:2
10:11 122:8 123:2

---

**N**

**N**
3:1 4:1,1,1 5:1,1 6:1
**name**
6:6,18,21 19:1
**national**
14:19
**nature**
15:17
**near**
91:10 108:20 113:10
113:20 114:13
**necessarily**
29:10 70:11 92:22
93:18 117:18
**neck**
105:10
**need**
6:13,15 20:3 22:3
34:15 41:12 49:1,2,7
49:16 62:17 74:14
75:10,14,14,17 82:4
82:19 83:9
**needed**
46:20 76:7
**needs**
28:3
**negative**
35:7

**neither**
124:10
**never**
25:14 55:17 66:1
68:17 108:22 110:19
**new**
10:11 29:2 52:4,20
60:6,7,7,14,15,22
61:3,9,9 62:6,14 65:5
88:12,13,13,14 92:18
92:19 93:7,7,8
**nice**
94:21
**nickname**
79:17
**nods**
12:3,3
**nonscientific**
62:18
**normal**
32:16,18,19 53:7
54:11,12 110:8
119:17 120:12
**normally**
15:22 24:17 38:10
46:16 53:14 60:16
94:3 118:11 119:13
**North**
2:7 3:7 4:8
**Northern**
1:2
**Northwest**
14:4,7 101:4,11 106:9
**notarial**
124:15
**Notary**
2:19 123:15,21 124:1
124:21
**note**
27:17 35:15,16 36:12
50:1 73:15 74:12,14
76:6
**noted**
74:13
**notes**

5:13 78:13 119:1
**notice**
8:18 51:20,21,21
**noticed**
48:19 49:21 51:18
52:1 54:4,7 88:21
89:5 96:12
**number**
12:19 13:1
**nurse**
33:6 53:13 56:3 76:1
76:13
**nurses**
30:14 31:15 40:4
69:14,20 74:21 75:1
75:22 90:15 92:12

**O**

**O**
4:1 5:1 6:1
**objected**
57:20
**objection**
14:12 52:16 55:10
57:10 63:19 65:19
95:14 97:3 99:9
104:12 110:14
112:19 113:5 118:5
**objections**
58:12
**obvious**
47:9 90:18 98:1
**obviously**
98:18
**occur**
75:11 104:1,21
**occurred**
29:14 38:22 45:2
48:18 52:12 78:10
86:3 113:21
**occurrence**
100:11
**occurring**
45:18
**occurs**

37:12
**office**
5:13 16:21,22 78:13
**officer**
124:3
**offices**
2:4
**Oh**
23:4 111:16 114:16
**okay**
7:15,19,22 9:12 11:1
11:12 13:9,15,22
16:4 17:7,13 18:6
19:19 20:6 21:6,10
22:5 23:22 24:4,7,12
25:17 26:2,4,17 27:4
27:7 28:11,21 29:4
29:16 30:19,22 31:5
31:13 32:2,5,7,15,22
33:9,20 34:9 35:3,10
36:21 37:11,14 38:3
39:2 40:10,21 41:4
42:2,11,13 43:6,9
45:4,9,18 46:8,15,20
47:3,14,18 48:17,21
49:4,13 51:2,10
53:13 54:2 55:7,21
56:8,15,17 58:6,9
59:10 60:10 62:2
64:9 65:4,15,17,22
67:10,20 68:4,7 69:4
69:13,16,19 70:12
71:5 72:20 73:5 74:3
74:17 75:6,8 76:16
76:20 77:6,9 78:7,9
79:14,18 80:16 81:7
82:4,15,21 84:12
85:3,11,12,13,21
86:6,10,15,22 87:5
87:21 88:18 89:9,11
89:21 90:14 91:18
92:2 93:4,22 94:8,13
95:2,6 96:6,10 97:17
97:22 98:21 99:2,16
100:3 101:2,15,21

102:4,10,13 103:3,12
104:8 105:5,19 106:4
106:12 108:7 109:18
111:14 114:2,10
115:7,20 116:3,10
117:20 119:1,13,16
120:7,11,18 121:2,8
121:11,18
**old**
93:11
**once**
9:4,5 118:18
**ones**
20:11 56:5
**online**
11:7
**op**
27:17
**open**
48:11
**operated**
23:19
**operating**
11:4,9,10 12:16 25:15
27:2 29:14 30:7 32:3
54:19 88:9 90:17,19
100:22 103:5,22
104:1,11 106:6
111:17 114:8 116:18
116:20 117:6,18
118:8,9
**operation**
17:19 18:2,3,3,4 38:13
49:10 60:4,14,17,18
72:10 81:19 87:11
89:10 92:15
**operations**
105:1
**operative**
35:15,16 36:12 49:10
70:5,8,20 72:6,8
73:15,21 74:11 92:14
108:15
**opinion**
37:22

**opposed**
23:11 30:2 34:12,13
74:18
**opposite**
92:6 112:4
**optic**
23:16 25:19 93:17
**optics**
27:1
**organization**
14:19,21 15:3
**organizations**
14:16 15:15
**original**
17:11
**Originally**
80:1,4
**origins**
30:1
**Orioles**
85:20
**outcome**
89:19 124:13
**outpatient**
76:2
**outside**
59:4 95:20 106:13
**oxygen**
98:3 105:2

**P**

**P**
3:1,1 4:1,1 6:1
**pa**
33:16
**page**
5:2,10 37:1 117:15
125:5 126:5
**Pages**
1:21
**pair**
60:8
**paired**
62:14 65:1,6 69:22
94:2

ERIC CHANG, M.D. – 8/28/2013

Page 14

**paper**
30:4 34:1,6,10 37:18
  37:21 41:6 74:14
  91:21
**paragraph**
36:22,22
**Parkway**
6:22
**part**
10:16 21:14 25:21
  40:18 42:20 43:9,12
  46:1,2 48:4,4,5,8
  49:14 73:16 91:15,16
  91:19,20 92:5 93:10
  93:10 97:14 103:16
  104:2
**particular**
67:7,9 95:3,12 104:2
**parties**
124:11
**partnership**
7:17
**parts**
18:3,4 32:14 46:1
**patient**
24:4,7 30:2 31:20 32:1
  32:20 33:7,8,10,10
  33:21 34:12,14 38:18
  39:14 46:21 60:2,3
  60:12 91:9,11,12
  93:18,20 107:16,16
  108:20,20 109:2
  110:19,20,21 111:18
  113:4,11,22 114:14
  118:15,17,18,21
**patients**
11:10 12:17 29:19
  30:3 75:4 110:11
  117:6
**patient's**
111:15,17 112:3
  113:19,19
**Pause**
9:21 71:8
**pay**

67:14
**payment**
77:12
**peer**
29:11 57:8 58:4 59:4
  69:4 85:7 95:14,20
  99:3 105:20,22
  106:14
**peer-review**
63:6 64:2 74:4 83:15
  84:20
**pen**
41:12,13
**Pencer**
99:19
**people**
59:19 73:7 75:4 77:4
  88:4 90:10 108:3,4
**percent**
12:6 23:6,6,9 58:2
  66:4 80:7 104:11
  105:4
**percentage**
22:22
**Perfect**
19:19
**perfectly**
94:6
**perform**
21:12 25:6
**performed**
39:11
**performing**
31:21
**period**
50:9 54:16
**personally**
11:11,12 12:9
**phone**
3:16 41:18,20 57:18
  83:7
**physicians**
10:2 112:16
**pick**
12:2,3 38:12 48:2,3

50:17 55:2 109:22
**picked**
38:9 45:9,14 60:5
**picking**
50:11,16
**pictures**
40:5
**piece**
37:18 52:20 72:12
  94:17 95:7 96:4
**pieces**
61:10 93:2
**place**
34:1,3 38:14,16,17
  91:11 92:3 108:19
  110:19 114:12,13,14
**placed**
39:12,12 47:16 70:6
  91:13 111:4 115:12
**placing**
50:13,14 111:7,8,9
**Plaintiff**
1:6 3:6 4 116:15
**plastic**
1:15 2:3 4:4 7:11
  10:13,16 13:5 14:18
  14:20,22 15:2,12
  16:1,2,5,7,9 17:9
  25:3,4 26:18,20
  106:17 122:10
**please**
6:14 15:18 37:14
  64:14,16 71:11
**plus**
50:22
**point**
7:13 8:6 22:3 57:16
  60:11,11 83:10 89:4
  96:17 111:10
**pointing**
43:6 92:8
**poke**
9:17
**policies**
106:5

**pooling**
98:15
**portion**
17:19 46:3,7 48:1,9
  60:18 61:18 77:14,17
  84:3 93:16 109:4
**portions**
91:1,2
**possibility**
85:17
**possible**
40:19 51:5 53:18 87:4
**possibly**
13:11 109:10
**post**
12:14
**posters**
116:17
**post-graduate**
12:14
**practical**
113:11
**practice**
7:12,15 10:2 20:16
  22:9 24:19,22 25:4
  115:3
**preference**
55:2
**premed**
10:10
**prep**
33:10,15,17 119:7
**preparation**
27:12
**prepped**
98:11
**prepping**
118:19
**preprocedure**
55:1
**preps**
33:7
**Present**
3:16
**press**

ERIC CHANG, M.D. – 8/28/2013

83:9
**pretty**
8:5 44:8
**preventible**
104:11 105:13
**prevention**
103:5,20 104:1
**principles**
17:2
**prior**
65:12,13 112:11 113:2
**private**
7:12
**privilege**
27:21 28:5,14 58:11
   58:17,18 82:11,14,18
   83:13,16
**privileged**
81:22
**privileges**
13:22 14:7,11 26:16
   101:4,17
**probably**
9:20 12:5 13:11 14:6
   15:19 30:13 32:9,10
   39:18,20 47:2 77:18
   101:13,16 107:20,22
   114:7 115:1,17 116:5
   116:6 119:12 120:5
**problem**
48:5,5 51:7,17 57:4
   73:13 75:11 77:1
   81:20 93:3 108:10,11
   119:17,21 120:21
**problems**
61:11 62:15
**procedure**
16:18 18:10,15,16
   30:17 31:21 32:13,18
   32:19 46:1,4 48:1,9,9
   49:11 54:10 72:7,17
   72:21 73:3 77:10
   79:11 88:1,21 92:13
   94:4 96:7,22 97:15
   97:20 98:13 105:10

105:12 117:11,14,19
   118:3,12,13,19,22
   119:9,14 120:6,12,13
**procedures**
18:9 19:20 20:7 22:21
   24:17 25:1 55:8
   101:17
**proceeded**
60:13
**proceedings**
9:21 57:6 71:7,8,10
   82:7 85:15 124:4,7,7
**process**
46:5 59:4
**produced**
78:17,19
**product**
29:13 100:4
**profession**
7:10
**professional**
2:18 14:16 124:2
**proffer**
27:14 65:21
**program**
15:3 103:20
**proper**
94:8,11,16
**properly**
46:10,16
**protect**
38:18 109:2
**provided**
8:9 26:11 35:14 87:18
**Public**
2:19 123:15,21 124:1
   124:21
**publications**
15:14,21 16:16
**publish**
26:22
**published**
11:8 12:11 15:16
   16:12 17:10,11
**pull**

44:15
**pulled**
41:18
**purpose**
61:7
**purposes**
28:14
**Pursuant**
2:17
**put**
15:16 16:11 26:21
   39:2 43:18 45:4
   47:21 48:2,3 50:17
   51:6 73:12 74:5,11
   80:1,4 82:22,22 91:6
   91:8,10 118:11
**putting**
50:16
**P-E-N-C-E-R**
99:20
**p.m**
1:18 59:15,16 122:10

**Q**

**qualified**
106:21
**quality**
57:15
**quality-assurance**
74:4
**quarter**
115:21 116:1
**quarters**
115:19
**question**
8:6 11:16 15:18 18:12
   18:12 20:15 22:13
   28:17 29:21,22 30:4
   30:5 64:4,5,13,14,15
   64:20 65:9 71:1,12
   71:14 75:9 83:6,14
   94:10,13 98:1 99:9
   101:9 102:3,13 110:1
   121:11,13
**questions**

12:6 58:7 63:14 107:6
   107:8 116:11 121:21
**quickly**
6:12
**quote**
37:1,5 80:22
**quoting**
80:18

**R**

**R**
3:1 4:1 6:1 125:1,1
   126:1,1
**raise**
83:1
**raised**
57:10
**rational**
73:21
**read**
24:15 32:5 64:17
   100:12 108:22 122:1
   122:2 123:3
**realize**
70:7
**realized**
60:20 81:19
**really**
58:11 62:16 83:7
   84:11
**Realtime**
2:19 124:3
**reason**
24:9,10 39:2 68:15
   70:4 72:4 75:2 83:1
   110:19 111:1 125:5
   126:5
**recall**
30:21 36:20 50:7
   76:16 87:4 88:17
   100:4 102:21,22
   112:7 120:10
**receive**
15:22 16:14,15
**received**

ERIC CHANG, M.D. – 8/28/2013

98:3,4
**recess**
59:15,16
**recollect**
32:11,13
**recollection**
6:9 12:21 34:17,20
   35:1,4 51:3,16
   113:14 118:2
**reconstruction**
16:20 21:3,16 24:16
   79:21 121:14,15
**reconstruction/fat**
18:10
**reconstructive**
16:7 20:10 25:5
**record**
6:20 9:12 29:1,2 31:14
   47:9 64:17 72:9
   124:6
**records**
35:15 72:1 80:10
   100:1
**reduced**
124:9
**refer**
17:17 79:14
**referring**
55:4
**reflect**
47:9
**refresh**
6:9
**regard**
59:2
**regarding**
12:15 80:21 81:15
   103:4 106:6
**Regardless**
53:9,10
**regards**
16:18 30:1 59:19
**Registered**
2:18 124:2
**regularly**

16:14,15
**regulations**
26:22 106:5
**reimburse**
77:21
**reimbursement**
77:18
**related**
12:20 17:20 18:5
   48:22 124:10
**relevant**
73:14
**relied**
68:4
**rely**
67:22
**remain**
82:14
**remarks**
117:22
**remedial**
97:4 105:3
**remember**
17:12 32:17 62:8
   72:18,20 73:1 81:8
   83:22 86:16,21 87:8
   108:11,12 111:16
   115:2,4
**removal**
48:14,17 49:1
**remove**
48:11
**removing**
60:19,20
**repeat**
15:18 71:11
**repeating**
18:18
**replace**
46:6
**replacement**
46:2
**replete**
91:22
**report**

28:12,16 56:13 66:11
   70:5,8,20 72:6,8,17
   73:21 74:11,15,17
   75:1,9,14 82:13,14
   106:21
**reported**
1:22 74:22 75:22
**Reporter**
2:18,19 7:6 101:7
   122:1 124:1,3,3
**reporting**
106:6
**request**
27:16 47:9 57:15
   96:21
**requested**
55:19 64:17
**required**
12:18
**research**
12:11 29:6,12 30:6
**resections**
105:6
**reserve**
9:2 83:5
**residency**
11:4 20:20 29:18
**residency/fellowship**
10:17,19
**respect**
25:18 26:17,22
**respond**
28:9
**responsible**
96:3,4
**restate**
64:14,15
**restroom**
59:12
**result**
63:6 66:2,6,10
**resume**
26:3
**retained**
5:9 26:7 42:16 79:8

**retired**
13:21
**retracting**
21:14
**retractor**
18:7,8,13,14,19,21
   19:2,4,6,10,12,16,18
   19:21,22 20:4,8
   21:11,13,18,20,22
   22:4,10,17,19 23:1,3
   23:5,11,12,13 24:1
   24:10 25:19 37:2,4
   38:2,4,5,10,11,14,15
   38:18,19,20 39:3,4,9
   39:13,14,22 40:11,15
   40:18,20 41:11 43:3
   43:4,15 44:1 47:1,12
   48:2,13,22 49:1,3
   50:9,12 52:7,20,21
   53:4,4,7,16 54:5,8
   55:9,17,19,22 56:2
   60:5,7,15,22 61:3,18
   66:9 84:16 91:7,12
   91:15 94:3,16 95:3,7
   95:12 96:14 97:2,9
   97:12,17 98:22 100:8
   100:13,16 101:22
   102:5,8 107:15 108:4
   108:20 109:14
   110:10,18,20 111:4,7
   112:4,8 115:12 116:7
   116:8
**retractors**
23:15,16
**RETURN**
125:4 126:4
**review**
11:7 16:15 27:12
   29:11 31:5 57:8 58:4
   59:4 69:5 85:7 95:14
   95:20 99:4 105:20
   106:1,14
**reviewed**
27:15,16,20 28:11
**reviews**

ERIC CHANG, M.D. - 8/28/2013

Page 17

117:12
revisions
36:19
revoked
14:10
Reymann
76:18
right
9:3 13:12 20:18 28:1
30:16 44:6,10 48:15
58:19 59:11 60:9,14
75:15 80:8,9 82:12
82:16,21 83:2,5
84:21 97:6 113:20
114:16
rise
56:13
risk
39:4,6,8 105:1
risks
10:20
Robert
106:17
rocking
42:3
Rockville
1:16 2:9 4:10
room
11:4,9,10 12:16 25:15
27:2 29:14 30:7,15
32:3 33:6 44:11
54:20 56:4 76:1 88:8
88:9 90:17,19 92:14
100:22 103:5,22
104:11 106:6 108:3
114:8 116:20 117:18
118:8,9,16
rooms
44:9 117:7
Rosner
3:17
rou
120:11
rough
21:8

roughly
119:11
routine
120:12,12
RPR
1:22
rule
91:6
Ryan
1:22 2:17 124:2

— S —

S
3:1 4:1 5:1,8 6:1 125:1
126:1
safety
11:9 12:16,20,22 13:2
103:4,17,20
saline
80:4
save
9:20 57:21
saved
99:9
saying
53:2 54:15 58:17
83:12,20 84:5
says
36:21,21 37:1 47:10
50:1 73:5 80:19
schematic
42:22
school
12:15 20:20 29:5
Scott
7:4,7
seal
124:15
search
29:17 30:8
searched
27:4,7
second
8:3 30:20 36:22 59:12
63:2 77:9 82:5 96:18

97:14 116:14 117:2
seconds
37:20 46:19
secretary
8:16
see
22:16 27:8 28:5 41:21
42:8 59:7 60:12 67:5
67:5 73:14 75:10,17
80:10 84:5 117:13,13
117:22
seeing
35:4
seen
31:22 40:5 49:9,9
55:17 100:1,15 104:2
106:20
seminars
103:9
sent
8:18
sentences
80:19
sentinel
104:9
separate
15:11 39:13 68:8
91:11,20 110:19,21
separating
92:4
September
124:16
series
17:8 103:9
serve
106:9
served
61:7
set
52:8 56:3 124:14
sets
67:16
setting
52:6,13 53:5,9,10,11
53:14,18,20

settings
52:9,10,11
seven-volume
17:8
shakes
80:3
shape
9:16 23:18 39:21
40:10 79:5
share
36:3
shared
58:14
sheet
123:7
she'd
89:19
She's
12:2
shines
43:5
SHORTHAND
124:1
shortly
79:19
shouldn't
88:11
show
28:10
showed
27:18
shut
50:18
sic
12:14 17:5
side
49:17 60:9,14,16
76:15 111:15,17,22
112:1,1,2,2,4,4
Sigal
106:17
sign
122:1,3
Signature
122:7 123:12 125:22

ERIC CHANG, M.D. - 8/28/2013

126:22
signed
35:17 123:7
silicone
80:1,5
similar
19:5,7,8,22 20:4 23:18
61:4,4,5 65:6
simple
37:12 121:12
sincere
9:14
single
18:2
sister
86:20
sit
77:7
sitting
49:13 51:2
six
10:14 114:3 116:5
sixth
116:1
size
23:19 91:13 112:12
115:21
sized
109:14 110:10 112:17
skin
37:5,8 113:19,19
114:11,20
Skip
28:8 41:16 58:10
59:13 78:15 79:2
82:10 83:11,20 85:9
107:5,7
skipping
34:18
small
20:2 44:11
smaller
14:21 62:5,6,9,9,10,12
62:12,13,19 63:16
64:22 65:1,6,10

70:19 93:8 96:18
97:13
Snowden-Pencer
99:17
Sobin
3:5
Society
14:18,20,22 15:22
16:5,8 26:18,19
solution
33:18 98:10
somebody
28:2 33:3 57:11 75:11
77:7
sorry
11:17 18:11 20:18,19
43:17 44:8,21 55:14
57:3 62:10 82:4 93:6
94:14 101:3 102:2
107:19 111:12
114:18 117:17
118:15
sort
41:19 44:10
sounded
41:17
sounds
22:8
source
45:1 63:5,8 64:1 95:19
108:16,21 109:5
110:12 112:8 113:9
space
20:2 44:12
speak
30:12 40:16 56:8
speaker
3:16 41:18
specialize
55:9
specific
35:3 51:16
specifically
21:16 32:11 38:19
109:3

specify
49:17
spell
99:18
spent
29:18
spoke
86:19
spoken
106:15
sporadic
34:19
Staige
14:22
stamp
80:19
stand
38:15 50:15 91:8
standard
31:8 114:8
standards
106:5
standpoint
72:10 113:12
Stanford
10:13
staple
34:3
start
6:19 18:14 20:15 29:4
63:20 84:22 101:8
118:12,18,19
started
50:1,3
starting
10:6 118:22
starts
118:15
state
2:20 6:18 15:1 124:22
stated
109:5
statement
18:1 74:1 104:17,18
states

1:1 108:19
stenographically
124:8
step
71:4
sterile
34:15
stop
117:20
straight
40:18
Street
2:7 4:8
stretch
59:14 107:3
strike
32:22 81:2 87:22
100:20 103:17,18
105:8 110:7 117:4
Studies
10:9
stuff
36:9 42:4 107:3
styled
28:15
subscribed
123:16
subsequent
9:6 97:3 102:4
suite
2:8 3:8,19 4:9 7:1
92:14 100:22 116:18
supervision
124:9
supine
111:18
supplies
53:15
supposed
52:5 108:19
sure
6:8,21 7:21 8:5,20
14:8 18:13 25:12
30:3,18 36:5 41:14
45:15 49:22 50:4

ERIC CHANG, M.D. – 8/28/2013

51:11,15 54:1 55:2
55:21 69:12 71:2
73:17 75:3 84:1 92:1
92:16,17 104:7
107:18,20 110:4,4
113:17 120:20
**surgeon**
7:11 16:2 25:3 55:7
106:18
**surgeons**
14:19,20,22 15:2,6,9
16:1,6 26:19,20
**surgeon's**
55:6,8,18
**surgeries**
21:1,7 25:7
**surgery**
1:15 2:3 4:5 10:14,17
13:5 15:12 16:8,9,20
17:2,5,6,9,9 20:1,4,9
20:10,10,14 21:16,17
25:4,5,18 32:20
39:12 55:17,18 87:22
102:4 113:15 122:10
**surgical**
10:12,21 12:15 33:5,7
34:1,2 38:16,16
108:5,5
**surmise**
66:7
**surmised**
85:6
**suspended**
14:10
**swap**
121:5
**swapping**
121:9
**switched**
67:11 86:9
**switching**
119:21
**sworn**
6:3 123:16
**S-I-G-A-L**

106:18
**S-N-O-W-D-E-N**
99:19

― T ―

**T**
4:1 5:1,1,8 125:1,1
126:1,1
**table**
42:1 111:5 112:5
**take**
6:19 8:3 9:15 12:4
25:13 26:3 33:22
35:19,19 40:6 46:4
49:4 50:5 51:12
97:22 120:3,8,17,22
121:4
**taken**
11:22 124:4,8
**takes**
59:8 118:14
**talk**
56:12,15,19 58:21
82:15
**talked**
69:9
**talking**
18:16 19:15,17 29:6
33:17 42:20 49:19,21
61:13 66:10 82:3
114:17
**talks**
80:11
**taught**
91:5,15 93:16 109:2
**TCAS**
100:22 116:19
**tech**
56:3 108:5
**technical**
87:9
**technicians**
69:17,21
**Telephone**
3:10,21 4:11

**tell**
10:7 14:16 17:3 19:20
28:3 33:9,15,20 38:7
58:2,13 59:2 69:4
70:16 72:4 77:7 81:1
81:7 82:17 83:21
86:1,10,11 87:2,5,6
90:8,9 92:11 95:18
99:2,6
**telling**
66:5 83:2,4
**temperature**
110:8
**ten**
37:20 49:5 51:14
118:14,20 121:3
**tend**
86:22
**terms**
23:18 37:12
**testified**
6:3 84:17 112:10
**testifying**
8:22
**testimony**
40:4 73:8 93:13,15
113:18 123:4,6
**textbook**
11:2
**textbooks**
16:21,22 17:15,16,16
**thank**
29:21 116:12
**Thanks**
28:21
**that's**
6:17 9:8 17:22 35:7
36:4 41:4 43:21
47:13 54:21 66:4
67:8 70:10 72:12
78:6 79:17 80:16
82:12 83:7 84:11,12
86:3 88:18 89:21
92:3 93:21 94:19
95:16 98:7 99:9

105:11 114:20
115:11,15 117:18
121:18
**there's**
17:4 66:18 67:7 85:17
93:8 118:16 119:7,8
**thermal**
45:2
**they're**
56:5 61:5 96:13 105:4
**thing**
61:14 85:3 110:5
**things**
6:10 15:16 120:9
**think**
8:14,15 18:4 20:11,18
21:2,3 23:2 27:15,17
28:2 33:11 41:1
49:16,22 50:1 71:15
71:17,19 73:18 75:12
75:16 76:9 83:11,13
83:14,19 84:14 86:1
87:21 104:20 107:1
112:10 119:2
**third**
24:14
**Thirty**
46:19
**thought**
86:3,11 89:10,14
121:12
**thousand**
77:19
**thousands**
25:11
**three**
8:2 118:3,3 119:11,12
120:8 121:15
**time**
6:15 9:20 12:5 13:7
28:6 30:16 38:1
49:10 50:10,18 54:16
57:21 60:5 67:17
69:1 70:7 72:16,17
73:9,11,20 78:9

ERIC CHANG, M.D. – 8/28/2013

79:19 80:9,10 81:3
81:19 85:7,18 86:2,8
87:1,1,15 91:6 96:12
96:17 101:14,21
107:15 108:2,9 117:4
117:11 118:8,8
121:20
**times**
24:1 47:20 50:7,8,11
50:15 104:20 115:14
115:18,21
**tip**
38:19 39:9,14 93:17
109:3 115:5
**tissue**
16:20 20:9 21:4,5,6
24:14 46:4
**today**
8:10,22 9:10 27:13
49:13 51:2 78:17,19
**toe**
25:6
**told**
70:14 81:3,11,11
82:11 83:21,22 84:3
85:3 87:9 89:12
93:14
**top**
20:12 34:6 39:3 45:11
45:11,12,14,19,20,21
45:21 46:18,18
113:19 115:8,11,15
116:4
**touch**
109:21,22 110:1,6
113:3,10
**touched**
37:15 110:12
**touching**
109:19
**tough**
62:16
**towel**
33:22 34:4,7,10,13
38:17 39:3,13 45:11

45:12,14,20,21,22
46:17,18,18 50:13
91:11,13,14 110:22
113:21 114:1,2,5,6,7
114:9,10,14,20
**towels**
33:22 34:1,2,3,21 35:4
35:11 37:9
**Towson**
3:20
**track**
86:22
**trained**
10:13
**training**
10:12 15:3 20:14,16
54:3 91:5 109:2
**transcribed**
73:6
**transcript**
124:5
**transcription**
123:5
**transfer**
16:20 17:20 18:10
21:4
**treat**
79:10 90:2 120:4
**treated**
40:8 79:11,18
**treating**
30:2
**treatment**
90:5
**trick**
40:2
**tried**
92:16
**trouble**
44:5
**troubleshoot**
121:10
**true**
40:7 66:4 123:4 124:6
**truth**

58:13
**try**
40:2 117:3
**trying**
19:14 53:3 67:21
70:13 84:12 94:20
121:10
**turn**
51:1 108:15
**turned**
52:3 108:21 111:9
**turns**
66:21
**twice**
8:21 9:4
**two**
46:1 59:13 80:19 82:5
93:2 107:2
**type**
7:15 18:18 19:12,14
21:11,17,18 23:22
24:13,15 32:20 55:9
61:2 67:10,12,12
96:13,14 118:12
120:13
**types**
19:5,7,8,20 21:19
**typewriting**
124:9
**typical**
115:3
**typically**
56:3

_____
**U**
_____
**U**
4:1
**Uh-huh**
37:17
**ultimately**
87:13
**undergraduate**
10:8
**underneath**
38:17

**understand**
6:11 35:17 51:11 57:7
73:8,16 77:21 81:21
90:8 97:1,8 100:19
100:21 102:2,5 108:7
111:14 119:7
**understanding**
9:8 78:5 93:22 94:6
119:10
**understood**
111:21
**underwent**
16:19
**unfolded**
114:7
**unforeseen**
9:2 104:21
**Unfortunately**
92:5
**UNITED**
1:1
**University**
10:9,11
**updates**
77:3
**up-to-date**
26:13,16
**use**
19:13,21 20:4 21:11
21:18,19,21 22:9,16
23:9,10,22 24:8 27:1
41:13 53:7 54:11,13
54:15 59:12 96:17
100:9 102:5
**uses**
52:7
**usually**
33:4,7,9 50:11,15,19
53:19 61:4 108:4
118:14,16
**utilized**
18:15 20:7 23:16
**utilizing**
51:19 54:10 95:4

ERIC CHANG, M.D. – 8/28/2013

Page 21

**V**

**v**
125:2 126:2
**variety**
49:8
**veered**
87:22
**venting**
98:15
**versus**
104:3
**video**
100:15
**videos**
100:19 103:3
**view**
84:7
**visualization**
37:2 53:21
**visualize**
20:3 48:13
**vis-a-vis**
83:8
**vitae**
5:11 26:12
**volition**
74:18
**voluntarily**
78:20
**vs**
1:7

**W**

**wait**
12:7
**waited**
86:10
**waive**
9:8 83:14,15
**waived**
82:10 122:7
**waiving**
82:18
**walk**
84:12

**Walter**
7:4,7
**want**
8:20 9:7,17 23:10 26:2
27:10 28:8 35:13,19
40:16 41:6,7 44:18
51:11,12 53:18,19,19
56:20 57:2 58:8
59:13 63:21 64:7
71:2 73:17 77:6
80:13 85:2
**wanted**
55:9 75:3
**wants**
35:20
**warnings**
93:19
**Washington**
2:7 3:18 4:8 14:3
101:13,18 102:1,14
106:10
**wasn't**
81:9 92:22 94:8
102:10 108:8 114:16
**watching**
32:3
**way**
6:13 7:4,7 9:15 11:21
17:13 18:14 22:14
23:19 26:17 27:10
29:1 33:13 35:21
42:3 44:2 53:2,3
59:21 66:12 70:12
72:17 76:6 79:5 83:8
95:18 98:4,10,14
109:11 115:5 117:5
**Wednesday**
1:17
**went**
10:10,12 12:13,14
76:1 88:20
**we'll**
30:19 59:21 82:15
85:16 107:5
**we're**

8:20 41:19 42:3 44:10
85:18
**what's**
32:18 115:3
**WHEREOF**
124:14
**white**
16:6
**whoa**
63:12,12
**Who's**
55:21
**willing**
59:10 83:9
**witness**
5:12 7:7 8:10,13,15
11:17 14:14 23:6
33:12 41:15 42:9
44:20 52:19 55:13,16
56:14,17 57:4,5 63:3
63:4 64:4,22 66:12
70:22 71:6,9,11 80:3
80:15 82:6 85:14,20
95:22 97:8 99:14
104:13 105:17
110:17 112:22 113:8
117:12 118:7 124:14
**witnessed**
32:2
**wonderfully**
6:7
**won't**
31:12
**words**
22:3 69:9 88:3 120:14
**work**
11:1 19:10 59:21
69:14,17
**worked**
19:10
**working**
23:14 39:17 46:16
**works**
66:13
**worry**

**11:19**
**wouldn't**
57:9
**wound**
29:20
**wrapped**
37:19
**write**
74:5
**writing**
75:6,18
**written**
12:10
**wrong**
70:3 92:16
**wrote**
74:7,8

**X**

**X**
1:4,11 3:15 5:8

**Y**

**ya**
56:20,21
**Yale**
10:8
**yeah**
9:8,19 25:2 34:11
35:13 36:5 41:7,17
41:19 42:12 44:4
47:19 54:1 55:14
59:6 65:20 72:2,14
76:14 77:8,13 78:16
83:19 85:10 104:15
107:9 110:3 111:13
116:1
**year**
12:18,19
**years**
10:14 54:2
**York**
10:11 29:2
**you're**
20:2 21:15 33:17
42:20 47:12 50:21,22

ERIC CHANG, M.D. – 8/28/2013

54:15 61:13 62:17
67:21 85:17 104:5
118:21 119:8
**you've**
25:14 32:5 40:5 67:2
68:8 69:20 82:3
84:14 85:2 96:6
100:1 106:14

---
**Z**
---

**Zedplast**
15:2

---
**0**
---

**00184**
1:7
**010018**
80:19

---
**1**
---

**1**
1:21
**1-236926**
1:20
**1:13**
1:7
**1:58**
73:6
**10**
23:6
**100**
6:22 58:2 66:4 71:14
104:11 105:4
**107**
5:4
**11**
2:7 4:8
**1100**
3:19
**116**
5:5
**126**
1:21
**1330**
118:1 119:3
**1358**

73:6
**15**
118:17
**1630**
73:6
**17**
124:18
**19th**
28:19
**1999**
20:18,20

---
**2**
---

**2nd**
124:15
**2:13**
1:18
**20th**
80:12
**2005**
20:20,21 22:21
**2008**
13:11
**2010**
7:20 10:4 14:5 16:19
18:17 21:8 22:22
23:20 24:2 28:20
35:17,18 54:3 65:9
66:7 67:13 68:5,11
86:7 101:2,21 102:7
116:17
**2012**
80:12 86:11
**2013**
1:17 124:16
**2017**
124:18
**206**
7:1
**20850**
2:9 4:10
**20877**
3:9
**21044**
7:5,8

**21045**
7:1
**21204**
3:20
**24**
114:7,7,19,19 115:10
115:11,14,15
**24th**
7:19 18:17 23:20 24:1
35:17 36:14 65:9
67:13 68:11
**25th**
35:18
**26**
5:11
**28**
1:17
**294-2110**
2:10 4:11

---
**3**
---

**3**
37:1,1,1
**3:06**
59:15
**3:12**
59:16
**300**
3:8
**301**
2:10 3:10 4:11

---
**4**
---

**4:19**
122:10
**400**
2:8 4:9
**401**
3:18
**410**
3:21
**42**
5:12
**481**
3:7
**494-3700**

3:21

---
**5**
---

**5**
23:9

---
**6**
---

**6**
5:3
**670-7030**
3:10
**6724**
7:4,7

---
**7**
---

**79**
5:13

---
**8**
---

**8860**
6:22

---
**9**
---

**9:30**
117:17,17 119:2
**90**
12:6

---