# Exhibit 5



Version 2.2 – 05/2003



**Wichtiger Hinweis für die Benutzer von KARL STORZ Geräten und Instrumenten**

Vielen Dank für Ihr Vertrauen in den Namen KARL STORZ. Auch in diesem Produkt steckt unsere ganze Erfahrung und Sorgfalt. Sie und Ihr Haus haben sich damit für ein modernes und hochwertiges Gerät der Firma KARL STORZ entschieden.

Die vorliegende Gebrauchsanweisung soll helfen, die Karl-STORZ-Fontaine XENON 300 richtig aufzustellen, anzuschließen und zu bedienen. Alle notwendigen Einzelheiten und Handgriffe werden anschaulich erklärt. Bitte lesen Sie deshalb diese Anleitung sorgfältig durch; bewahren Sie sie zum etwaigen Nachlesen in der mitgelieferten Schutzhülle an gut sichtbarer Stelle beim Gerät auf.

**Important information for users of KARL STORZ instruments**

Thank you for your expression of confidence in the KARL STORZ brand name. Like all of our other products, this product is the result of years of experience and great care in manufacture. You and your organization have decided in favor of a modern, high-quality item of equipment from KARL STORZ.

This instruction manual is intended to serve as an aid in the proper setup, installation, and operation of the XENON 300 cold light fountain. All essential details of the equipment and all actions required on your part are clearly presented and explained. We thus ask that you read this manual carefully before proceeding to work with the equipment. Insert this manual in its protective wallet and keep it available for ready reference in a convenient and conspicuous location near the equipment.

*Note:* Always adjust the light source to the minimum illumination intensity necessary to achieve optimum illumination of the endoscopic scene, whether by direct vision or when coupled to a video camera.

Please be aware of the heat energy generated at the distal tip of the endoscope. The higher the intensity setting of the light source, the more heat will be generated at the endoscope tip.

Never leave an illuminated light cable with or without an endoscope connected on or near a patient or surgical drape; the risk of patient burns and igniting flammable materials can result.

**Indicaciones importantes para usuarios de equipos e instrumentos de KARL STORZ**

Agradecemos la confianza que ha depositado en la marca KARL STORZ. Este producto, como todos los demás, es el resultado de nuestra amplia experiencia y esmero. Por ello, al decidirse por KARL STORZ se han decidido, tanto Ud. como su empresa, por un producto de precisión moderno y de alta calidad.

El manual de instrucciones le ayudará a montar, poner en marcha y utilizar correctamente la fuente de luz fría XENON 300. Para ello, contiene todas las explicaciones necesarias sobre las particularidades y detalles de su manejo. Recomendamos la lectura detenida de este manual y su colocación cerca del aparato, en un lugar visible, debidamente protegido en la funda de plástico que se adjunta.

**Caution:** Federal (USA) law restricts this device to sale by or on the order of a physician.



A2



## Bedienungselemente, Anzeigen, Anschlüsse und ihre Funktion

① Netzschalter
② Kontroll-Leuchte Lampenwechsel
③ Warnleuchte Lampenlebensdauer
④ Standby-Taste, mit Kontroll-Leuchte
⑤ Balkenanzeige Lichtstärke
⑥ ± Tasten zur Helligkeitsregelung
⑦ Digitalanzeige Leistungsabgabe
⑧ M-Taste (Betriebsarten-Wahltaste MANUEL/AUTO)
⑨ Lampen-Kontroll-Leuchte – leuchtet blau bei Lichtabgabe
⑩ Betriebsschalter für Antifog-Pumpe
⑪ Antifog-Anschluß (LUER-Lock)
⑫ Lichtentnahmestelle, abschraubbar
⑬ Lüftungsschlitze
⑭ Anschlußbuchse SCB* (nur 20 1331 20-1)* bzw. Video-IN/OUT (BNC) Anschluß
⑮ Anschlußbuchse SCB* (nur 20 1331 20-1)* bzw. Video-IN/OUT (BNC) Anschluß
⑯ Potentialausgleichsanschluß
⑰ Netzanschlußbuchse
⑱ Netzsicherungshalter
⑲ Lampenmodul
⑳ Sicherungsschrauben

* Die KARL STORZ-SCB® Schnittstelle (KARL STORZ Communication Bus), die auf dem CAN Feldbus basiert, ermöglicht eine Fernsteuerung von Gerätefunktionen, sowie eine Fernanzeige von Geräteparametern. Das Gerät 20 1331 20 kann durch das optionale SCB* Zusatzmodul um die SCB® Schnittstelle erweitert werden.

## Controls, displays, connectors, and their uses

① Power switch
② Lamp replacement indicator
③ Warning light, lamp service life
④ Standby button, with pilot lamp
⑤ Bar graph of brightness
⑥ ± buttons for brightness control
⑦ Digital readout
⑧ M button (MANUAL/AUTO select button)
⑨ Lamp indicator light – lights up blue during light output
⑩ Antifog pump ON/OFF switch
⑪ Antifog air pump output
⑫ Light exit, unscrewable
⑬ Cooling vents
⑭ SCB* connector (only 20 1331 20-1)* or video IN/OUT connector (BNC)
⑮ SCB* connector (only 20 1331 20-1)* or video IN/OUT connector (BNC)
⑯ Potential equalization connector
⑰ Power supply cord receptacle
⑱ Power fuse holder
⑲ Lamp module
⑳ Quarter-turn fasteners

* The KARL STORZ-SCB® interface (KARL STORZ Communication Bus), based on the CAN field bus, permits remote control of equipment functions, as well as remote display of equipment parameters. The unit 20 1331 20 may be supplemented by optional fitting with the SCB® auxiliary module to set up the SCB® interface.

## Elementos de mando, indicadores, conexiones y sus funciones

① Interruptor de la red
② Lámpara de control, que indica el cambio de lámpara
③ Lámpara de aviso, Vida útil de la lámpara
④ Tecla Standby con lámpara de control
⑤ Indicación de barras de la potencia emitida
⑥ Teclas ± para regulación de la luminosidad
⑦ Indicación digital de la potencia emitida
⑧ Tecla M (tecla de selección de los modos de funcionamiento MANUAL/AUTOMATICO)
⑨ Lámpara piloto de la lámpara – se enciende de color azul cuando hay emisión de luz
⑩ Tecla de funcionamiento de la bomba antivaho
⑪ Conexión para la bomba antivaho (cierre LUER)
⑫ Punto de toma de luz, desenroscable
⑬ Rejillas de ventilació
⑭ Conector SCB* (únicamente 20 1331 20-1)* o conector para vídeo IN/OUT (BNC)
⑮ Conector SCB* (únicamente 20 1331 20-1)* o conector para vídeo IN/OUT (BNC)
⑯ Conector equipotencial
⑰ Enchufe de alimentación
⑱ Soporte para fusibles
⑲ Compartimiento para lámparas
⑳ Tornillos de seguridad

* La interfaz KARL STORZ-SCB® (KARL STORZ Communication Bus), basada en el bus de campo CAN, permite el telemando de las funciones del aparato así como la indicación a distancia de los parámetros del aparato. El aparato 20 1331 20 puede ampliarse opcionalmente con la interfaz SCB®, equipándolo con el módulo adicional con el ...



| Symbolerläuterungen | Symbols employed | Explicación de los símbolos |
|---|---|---|
| Vor Inbetriebnahme des Gerätes Gebrauchsanweisung beachten! | Read the instructions carefully before operating the equipment! | ¡Antes de la puesta en marcha, leer las instrucciones! |
| Standby-Betriebsart | Standby mode | Modo de funcionamiento standby |
| Betriebsart Automatische Lichtwertregelung | Video-controlled brightness mode | Modo de funcionamiento regulación automática del valor lumínico |
| Betriebsart Manuelle Lichtwertregelung | Manual brightness control mode | Modo de funcionamiento regulación manual del valor lumínico |
| Anschluß Antilog-Pumpe | Antilog air pump output | Conexión bomba antikalk |
| Betriebsschalter Antilog-Pumpe | Antilog air pump ON/OFF switch | Interruptor de funcionamiento bomba antikalk |
| Lichtentnahmestelle | Light outlet | Punto de toma de luz |
| Lampenleistung | Lamp wattage | Potencia de la lámpara |
| Warnleuchte Lampenbetriebsdauer | Lamp life warning light | Lámpara de aviso para la vida útil de la lámpara |
| Kontroll-Leuchte Lampenwechsel | Replacement indicator | Lámpara de control para el cambio de la lámpara |
| Potentialausgleichsanschluß | Potential equalization connector | Conexión equipotencial |
| Anwendungsteil des Typs CF | Applied part of type CF | Pieza de aplicación del tipo CF |
| GEFAHR: Bei Verwendung zündfähiger Narkosegase in der unmittelbaren Umgebung des Gerätes besteht Explosionsgefahr. | DANGER: Risk of explosion if used in the presence of flammable anesthetics. | PELIGRO: Existe peligro de explosión si se emplean gases narcóticos inflamables en las inmediaciones del equipo. |
| ACHTUNG: Nicht öffnen. Gefahr eines elektrischen Schlages. Lassen Sie Servicearbeiten nur von qualifiziertem Personal durchführen. | CAUTION: To reduce the risk of electrical shock, do not remove cover. Refer servicing to qualified service personnel. | ATENCIÓN: No abrir. Peligro de descarga eléctrica. Las tareas de mantenimiento sólo deben ser realizadas por personal técnico cualificado. |
| Gerät außerhalb der Reichweite von Patienten aufstellen. Keine Flüssigkeiten auf oder über dem Gerät abstellen. | Keep out of reach of patients. Do not store liquids on or above the unit. | Instalar el equipo fuera del alcance de los pacientes. No depositar líquidos de ningún tipo sobre el equipo. |





XENON 300
201331 20-1



XENON 300
201331 20



## Inhalt

Geräteabbildungen ........ A-1
Bedienungselemente, Anzeigen, Anschlüsse und ihre Funktionen ........ A-2
Symbolerläuterungen ........ A-3

**Allgemeines**
Gerätebeschreibung ........ 2

**Sicherheitshinweise**
Warn- und Vorsichtshinweise ........ 3
Bestimmungsgemäße Verwendung ........ 6
Qualifikation des Anwenders ........ 6
Sicherheitsmaßnahmen am Aufstellort ........ 7
Sicherheitsmaßnahmen beim Einsatz des Gerätes ........ 7

**Aufstellen und Bedienungshinweise**
Auspacken ........ 8
Grundausstattung ........ 8
Aufstellen und Anschließen des Gerätes ........ 8
Inbetriebnahme ........ 10
Manuelle Helligkeitsregelung ........ 10
Verwendung von Videokameras mit automatischer Belichtungsregelung ........ 11
Videosteuerung Helligkeitsregelung ........ 11
Feineinstellung der automatischen Lichtwertregelung ........ 12
Standby-Betrieb ........ 13
Betrieb der Antriebs-Pumpe ........ 13
Service-Anzeigen ........ 14

**Instandhaltung**
Wechsel des Lampenmoduls ........ 15
Lampenbetriebsstundenzähler zurücksetzen ........ 16
Sicherungswechsel ........ 17
Reinigung und Pflege ........ 18
Wartung ........ 18
Instandsetzung ........ 19
Reparatur-Austauschprogramm ........ 19
Verantwortlichkeit ........ 20
Garantie ........ 20

**Technische Beschreibung**
Fehlersuchliste ........ 22
Technische Daten ........ 23
Technische Unterlagen ........ 24
Übersichtsschaltplan ........ 25

**Ersatzteile, Zubehör**
Ersatzteilliste ........ 26
Zubehör ........ 27

## Contents

Photographs of the unit ........ A-1
Controls, displays, connectors, and their uses ........ A-2
Symbols employed ........ A-3

**General information**
Device description ........ 2

**Safety instructions**
Warnings and cautions ........ 3
Normal use ........ 6
User qualification ........ 6
Safety precautions at the site of installation ........ 7
Safety precautions when operating the unit ........ 7

**Installation and operating instructions**
Unpacking the equipment ........ 8
Basic equipment ........ 8
Installing and connecting up the unit ........ 8
Operation ........ 10
Manual brightness setting ........ 10
Using video cameras with automatic exposure control ........ 11
Video-controlled brightness setting ........ 11
Fine adjustment of the automatic brightness control ........ 12
Standby operation ........ 13
Operation of the antifog pump ........ 13
Service mode ........ 14

**Maintenance**
Lamp module replacement ........ 15
Reset the lamp's operating hour counter ........ 16
Fuse replacement ........ 17
Cleaning and care of the unit ........ 18
Maintenance ........ 18
Servicing and repair ........ 19
Repair and replacement program ........ 19
Limitation of liability ........ 20
Manufacturer's warranty ........ 20

**Technical description**
Troubleshooting ........ 22
Technical data ........ 23
Technical documentation ........ 24
General circuit diagram ........ 25

**Spare parts, accessories**
Spare parts list ........ 26
Accessories ........ 27

## Contenido del manual

Imágenes del equipo ........ A-1
Elementos de mando, indicadores, conexiones y sus funciones ........ A-2
Explicación de los símbolos ........ A-3

**Generalidades**
Descripción del aparato ........ 2

**Instrucciones de seguridad**
Indicaciones de alarma y advertencia ........ 3
Empleo previsto ........ 6
Cualificación del usuario ........ 6
Medidas de seguridad en el lugar de emplazamiento ........ 7
Medidas de seguridad durante el empleo del equipo ........ 7

**Montaje e instrucciones operativas**
Desembalaje ........ 8
Componentes básicos ........ 8
Montaje y conexión del equipo ........ 8
Puesta en marcha ........ 10
Regulación manual de la luminosidad ........ 10
Utilización de cámaras de vídeo con regulación automática de la exposición ........ 11
Regulación de la luminosidad por control por vídeo ........ 11
Ajuste de precisión de la regulación automática de la intensidad lumínica ........ 12
Funcionamiento Standby ........ 13
Funcionamiento de la bomba antivaho ........ 13
Indicaciones de servicio ........ 14

**Mantenimiento**
Cambio del módulo de lámparas ........ 15
Puesta a cero del contador de las horas de servicio de la lámpara ........ 16
Cambio de fusibles ........ 17
Limpieza y conservación ........ 18
Mantenimiento ........ 18
Reparaciones ........ 19
Programa de reparación y cambio de piezas ........ 19
Responsabilidades ........ 20
Garantía ........ 20

**Descripciones técnicas**
Localización de errores ........ 22
Ficha técnica ........ 23
Documentación técnica ........ 24
Esquema de distribución general ........ 25

**Piezas de repuesto, accesorios**
Piezas de repuesto ........ 26
Accesorios ........ 27

**Allgemeines**

**General information**

**Generalidades**

## Gerätebeschreibung

Die Kaltlicht-Fontäne XENON 300 stellt Leistungsdaten zur Verfügung, die die Anwendung bei praktisch allen endoskopischen Eingriffen ermöglicht und speziell bei der Foto- und Videodokumentation zu ausgezeichneten Ergebnissen führt.

Mit einer Farbtemperatur von 6000 K entspricht die 300 W starke XENON-Lampe der Farbtemperatur des Sonnenlichts und sorgt dadurch für eine höchst mögliche, auflösungsstarke und brillante Lichtintensität, wie sie zuvor noch nicht erreichbar war. Die volle Lichtintensität wird sofort nach dem Einschalten der Lampe erreicht.

Die Lichtanregelung erfolgt über einen mikroprozessorgesteuerten optomechanischen Dimmer, während der Lampenstrom unverändert bleibt. Dieses Regeltechnik vermeidet Instabilitäten des Lichtbogens und gewährleistet eine maximale Lebensdauer der Lampe.

Die Lichtanregelung kann sowohl manuell als auch automatisch über das Ausgangssignal einer Videokamera (siehe Seite) erfolgen.

Für Endoskope, die über einen speziellen Anti-fog-Kanal gegen das Beschlagen der Optik verfügen, steht zusätzlich eine Antifog-Pumpe zur Verfügung.

## Funktion der Warn- und Kontroll-Leuchten auf der Frontplatte

**Warnleuchte Lampenlebensdauer ⑨**

Bei einer Lampenbrenndauer von 450–499 Stunden (450 Stunden entsprechen 90% der garantierten Lampenbrenndauer) leuchtet während des Betriebs der Kaltlicht-Fontäne die Warnleuchte Lampenlebensdauer ⑨ auf der Frontplatte.

**Kontroll-Leuchte Lampenwechsel ②**

Bei einer Brenndauer der XENON-Lampe von 500 und mehr Stunden leuchtet die Kontroll-Leuchte Lampenwechsel ② auf der Frontplatte.

Diese Kontroll-Leuchte erlischt, wenn der Lampenstundenzähler der XENON-Lampe auf 0 gesetzt wird (siehe Abschnitt „Wechsel des Lampenmoduls", Seiten 15/16).

## Device description

The performance specifications of the XENON 300 cold light fountain make it suitable for virtually all endoscopic interventions, producing excellent results, especially for photographic and video documentation.

With a color temperature of 6000 K the 300 W xenon lamp corresponds to the color temperature of sunlight and therefore provides excellent light intensity of a resolution and brilliance not previously attainable. Full light intensity is reached as soon as the lamp is switched on.

The brightness is regulated via a microprocessor controlled optomechanical dimmer, while the lamp current remains unchanged. This control method avoids instabilities of the arc and ensures maximum lamp service life.

The brightness can be regulated manually or automatically via the output signal of a video camera.

In addition, an antifog air pump is available for endoscopes which have a special antifog channel to prevent the lens from misting up.

## Function of the warning and indicator lights on the front panel

**Lamp life warning light ⑨**

With a lamp service life of 450–499 hours (450 hours corresponds to 90% of the guaranteed lamp service life), the lamp life warning light ⑨ is lit on the front panel during operation of the cold light fountain.

**Replacement indicator ②**

With a xenon lamp service life of 500 hours or more, the "replacement indicator" ② is lit on the front panel. This indicator light on y goes out when the service "our counter" for the xenon lamp is set to 0 (see section „Lamp module replacement" pages 15 and 16).

## Descripción del aparato

La fuente de luz fría XENON 300 ofrece prestaciones que posibilitan su aplicación en todas las intervenciones endoscópicas y conduce especialmente a excelentes resultados en la documentación fotográfica y por vídeo.

Con una temperatura de color de 6000 K la potente lámpara XENON de 300 W resulta análoga a la temperatura de color de la luz solar excepto y ofrece por ello una intensidad de luz de la más alta resolución y brillantez, imposible de conseguir anteriormente. Se alcanza la plena intensidad lumínica inmediatamente después de conectar la lámpara.

La regulación del valor lumínico se efectúa a través de un reductor optomecánico de la luz controlado por microprocesador, mientras que la intensidad de la lámpara permanece constante. Esta técnica de regulación evita inestabilidades de arco voltaico y garantiza una duración máxima de vida útil de la lámpara.

La regulación del valor lumínico puede controlarse tanto manual como automáticamente a través de la señal de salida de una cámara de vídeo.

Para las endoscopios que disponen de un canal especial antivaho a fin de evitar el empañamiento de la óptica se dispone asimismo de una bomba antivaho.

## Función de las lámparas de aviso y control en el panel frontal

**Lámpara de aviso para la vida útil de la lámpara ⑨**

Cuando el número de horas de alumbrado de la lámpara XENON es de 450 a 499 (450 horas corresponden al 90% de las horas de alumbrado garantizado de la lámpara), se enciende la lámpara de aviso para la vida útil de la lámpara ⑨ en el panel frontal durante el servicio de la fuente de luz fría.

**Lámpara control para el cambio de la lámpara ②**

Cuando el número de horas de alumbrado de la lámpara XENON es de 500 y más, se enciende la lámpara de control ② en el panel frontal para el cambio de la lámpara. Esta lámpara de control no se apaga hasta que el contador de las horas de servicio de la lámpara XENON haya sido colocado a 0 (véase capítulo „Cambio del módulo de lámparas", págs. 15/16).



## Sicherheitshinweise

### Warn- und Vorsichtshinweise

Bitte lesen Sie diese Gebrauchsanweisung sorgfältig durch, und beachten Sie die Anwendung genau. Die Bezeichnungen **Warnung**, **Vorsicht** und **Hinweis** haben spezielle Bedeutung. Wo immer sie in der Gebrauchsanweisung verwendet werden, sollte der nachfolgende Text genau gelesen werden, um einen sicheren und effizienten Betrieb des Gerätes zu gewährleisten. Zur deutlicheren Hervorhebung stehen diesen Bezeichnungen **Warnung** und **Vorsicht** zusätzlich ein Piktogramm voran.

 **Warnung:** Warnung macht auf eine Gefährdung des Patienten oder des Arztes aufmerksam. Die Nichtbeachtung einer Warnung kann Verletzungen des Patienten oder des Arztes zur Folge haben.

 **Vorsicht:** Vorsicht macht darauf aufmerksam, daß bestimmte Wartungs- oder Sicherheitsmaßnahmen zu treffen sind, um eine Beschädigung des Gerätes zu vermeiden.

**Hinweis:** Hinweise enthalten spezielle Informationen zur Bedienung des Gerätes, oder sie erklären wichtige Informationen.

**Warnung:** Lesen Sie diese Gebrauchsanweisung genau durch, bevor Sie das Gerät in Betrieb nehmen. Lesen Sie besonders das Kapitel Sicherheitshinweise aufmerksam durch, um Gefährdungen Ihrer Patienten, Ihres Personals, sowie Ihrer eigenen Person zu vermeiden.

**Hinweis:** Beschädigungen des Gerätes, die aufgrund von Fehlbedienungen entstehen, fallen nicht unter die Gewährleistungsansprüche.

**Hinweis:** Lampen sind Verschleißartikel. Während des Einsatzes kann es somit auch zu Lampenausfällen kommen. Bei Diaprojektoren sollten immer eine Ersatzlampe oder eine Ersatz-Kaltlichtquelle zur Verfügung stehen.

**Hinweis:** Bei der Entsorgung oder dem Recycling von Komponenten sind die jeweils geltenden Bestimmungen einzuhalten.

## Safety instructions

### Warnings and cautions

Please read this manual and follow its instructions carefully. The words **Warning**, **Caution**, and **Note** convey special meanings. Where they are used in this manual, they should be carefully reviewed to ensure the safe and effective operation of this product. To make the words **Warning** and **Caution** stand out more clearly, they are accompanied by a pictogram.

 **Warning:** A Warning indicates that the personal safety of the patient or physician may be involved. Disregarding a Warning could result in injury to the patient or physician.

 **Caution:** A Caution indicates that particular service procedures or precautions must be followed to avoid possible damage to the product.

**Note:** A Note indicates special information about operating the product, or clarifies important information.

**Warning:** Read this instruction manual thoroughly and be familiar with its contents prior to using this equipment. Before using the unit, read the following safety instructions carefully to avoid putting your patients, personnel or yourself at risk.

**Note:** Any damage to the unit resulting from incorrect operation is not covered by the manufacturer's warranty.

**Note:** Lamps do not have an indefinite service life, so it is possible that one may fail during use. For this reason a spare lamp system or cold light source should always be kept available during therapeutic endoscopic interventions.

**Note:** Follow local laws governing ordinances and recycling plans regarding disposal or recycling of device components.

## Instrucciones de seguridad

### Indicaciones de alarma y advertencia

Lea este manual y siga las instrucciones cuidadosamente. Los términos **Cuidado**, **Advertencia** y **Nota** tienen significados muy especiales. Cuando aparezcan en alguna parte de este manual, el texto que les sigue debe leerse atentamente para asegurar la operación segura y eficaz de este producto. Para destacar más claramente los términos **Cuidado** y **Advertencia**, los mismos están precedidos por un pictograma adicional.

 **Cuidado:** El término Cuidado llama la atención sobre una situación de peligro para el paciente o para el médico. La inobservancia de este aviso podría conllevar lesiones para el paciente o para el médico.

**Advertencia:** El término Advertencia llama la atención sobre determinadas medidas de mantenimiento de la seguridad que han de llevarse a cabo a fin de evitar el deterioro del aparato.

**Nota:** Los párrafos denominados con el término Nota conllevan informaciones especiales para el manejo del equipo o aclaran informaciones importantes.

**Cuidado:** Lea detenidamente este manual de instrucciones antes de usar el equipo. Lea con especial atención el capítulo referente a las instrucciones de seguridad, a fin de evitar el peligro para sus pacientes, su personal y para Ud. mismo.

**Nota:** Los deterioros del equipo derivados del manejo incorrecto del mismo, no serán reconocidos como derecho de garantía.

**Nota:** Las lámparas son artículos de consumo, por lo que pueden producirse fallos durante su empleo. Por este motivo, durante el transcurso de intervenciones endoscópicas terapéuticas debería estar siempre a disposición un sistema de lámparas de repuesto o una fuente de luz fría de reserva.

**Nota:** Observe las prescripciones válidas respectivamente en cuanto al desecho o reciclaje de componentes.









## Sicherheitshinweise
### Warn- und Vorsichtshinweise

**Warnung:** Die elektrischen Installationen des Operationssaals müssen die Anforderungen der geltenden IEC-Normen erfüllen.

**Warnung:** Gerät außerhalb der Reichweite von Patienten aufstellen.

**Warnung:** Die Gebrauchsanweisungen und die Schnittstellenspezifikationen der in Kombination verwendeten Medizinprodukte und/oder Systemkomponenten sind genauestens zu beachten.

**Warnung:** Eine sicherheitstechnische Unbedenklichkeit bei Kombinationen von Medizinprodukten ist nur dann gegeben, wenn
• diese in den jeweiligen Gebrauchsanweisungen als solche ausgewiesen sind oder
• die Zweckbestimmung und die Schnittstellenspezifikation der in der Kombination verwendeten Produkte dies zulässt.

**Warnung:** Prüfen Sie dieses Gerät vor jeder Anwendung auf seine Funktionsfähigkeit.

**Warnung:** Bei Verwendung zündfähiger Narkosegase in der unmittelbaren Umgebung des Gerätes besteht Explosionsgefahr.

**Warnung:** Das Gerät ist nur dann zuverlässig geerdet, wenn es an einer einwandfrei installierten Schutzkontakt-Steckdose angeschlossen ist. Stecker und Kabel routinemäßig prüfen und bei Beschädigung nicht verwenden.

**Warnung:** Vor sämtlichen Wartungsarbeiten am Gerät ist die Netzverbindung zu trennen.

**Warnung:** Verbrennungsgefahr! Lampe und Lampenmodul können heiß sein.

**Warnung:** Gefahr eines elektrischen Schlages! Gerät nicht öffnen! Lassen Sie Service-Arbeiten nur durch autorisiertes Personal durchführen. Jedes Öffnen des Gerätes durch unautorisierte Personen führt zum Erlöschen der Garantie. Energie Ausnahme: die in dieser Gebrauchsanweisung beschriebenen Tätigkeiten.

**Warnung:** Die Anblas-Pumpe dient in Verbindung mit speziellen Schäften, beispielsweise aus dem Bereich Bronchoskopie, Ösophagoskopie, ausschließlich zur Belüftung der Objektivlinse, um ein Beschlagen des Objektivs zu vermeiden. Sie ist keinesfalls zur Insufflation oder Beatmung geeignet.

**Warnung:** Der Betrieb der Anblas-Pumpe kann die Konzentration gegebenenfalls verabreichter Narkosegase vermindern. Anblas-Pumpe abschalten, wenn die Linse klar ist.

## Safety instructions
### Warnings and cautions

**Warning:** The electrical installation of the operating room must comply with the applicable IEC requirements.

**Warning:** Keep out of reach of patients.

**Warning:** The instructions and interface specifications for the medical devices and/or system components used in combination must be observed precisely.

**Warning:** Combinations of medical devices are only assured to be safe if
• they are identified as such in the respective instruction manuals or
• the intended purpose and interface specifications of the devices used in combination permit this.

**Warning:** Grounding reliability can only be achieved when the equipment is connected to a properly installed "Hospital Only" or "Hospital Grade" receptacle (i.e. approved for use in an operating room environment). Routinely inspect electrical plug and cable. Do not use if inspection reveals damage.

**Warning:** Test the equipment prior to each surgical procedure to ensure that it functions correctly.

**Warning:** Risk of explosion if used in the presence of flammable anesthetics.

**Warning:** Always unplug the unit before doing any maintenance work on it (i.e. cleaning).

**Warning:** Avoid bodily contact with the lamp until it has cooled sufficiently. Parts of the lamp can reach very high temperatures which cause serious burns if touched.

**Warning:** Danger of electric shock. Do not open the unit. Refer servicing only to qualified personnel. Any opening of the unit by unauthorized persons voids the guarantee. The only exception to this are activities described in the instruction manual.

**Warning:** The antifog air pump is used in conjunction with special sheaths, as for example in the fields of bronchoscopy, esophagoscopy and laryngoscopy, solely for ventilation of the objective, to prevent it from fogging up. It is in no way suitable for insufflation or any ventilation.

**Warning:** Turn off antifog air pump when lens is cleaned. Do not allow air to accumulate inside the patient. The antifog air pump can dilute the concentration of any anesthetics administered. This antifog air pump is intended for connection to the corresponding antifog air port on the endoscope. Do not use for insufflation.

## Instrucciones de seguridad
### Instrucciones de alarma y advertencia

**Cuidado:** La instalación eléctrica del quirófano debe cumplir con los requisitos IEC correspondientes.

**Cuidado:** Mantenga la unidad lejos del alcance de los pacientes.

**Cuidado:** Deben observarse con la máxima exactitud los Manuales de instrucciones y las especificaciones de interfase de los productos médicos y/o los componentes del sistema utilizados en combinación entre sí.

**Cuidado:** Una aplicación técnica y de seguridad sin objeciones en el caso de combinaciones de productos médicos puede darse únicamente si
• los mismos están indicados expresamente como tales en los Manuales de instrucciones respectivos, o
• si la determinación de aplicación y la especificación de interfase de los productos utilizados en combinación lo permiten.

**Cuidado:** La conexión a tierra de este equipo es únicamente fiable si se encuentra conectado a un enchufe con puesta a tierra debidamente instalado. Verifique el cable y el enchufe con regularidad y no los utilice si están deteriorados.

**Cuidado:** Antes de efectuar cualquier tarea de mantenimiento, desconecte el equipo de la red.

**Cuidado:** Peligro de quemaduras. La lámpara y la pletina de la lámpara pueden estar calientes.

**Cuidado:** ¡No abrir! Peligro de descarga eléctrica. Las tareas de servicio técnico deben ser realizadas únicamente por personal autorizado. Si el equipo es abierto por personas no autorizadas, implica la extinción de los derechos de garantía. Unica excepción: las tareas descritas en este manual.

**Cuidado:** La bomba antivaho debe ser utilizada, en combinación con varias especiales por ejemplo, en los ámbitos de broncoscopia, esofagoscopia y laringoscopia, únicamente para la irrigación de la lente del objetivo, a fin de evitar que el mismo se empañe. No es adecuada para la insuflación o para la ventilación mecánica del paciente.

**Cuidado:** El funcionamiento de la bomba antivaho puede reducir la concentración de los gases narcóticos empleados simultáneamente.

Case 1:13-cv-00184-JFM   Document 51-5   Filed 05/04/14   Page 12 of 36



STORZ



## Sicherheitshinweise
### Warn- und Vorsichtshinweise

**Vorsicht:** Die Kaltlicht-Fontäne immer mit der kleinstmöglichen Helligkeitseinstellung betreiben, die für optimale Beleuchtung notwendig ist. Das gilt sowohl bei Direkteinblick als auch bei Anschluß an eine Videokamera.

**Vorsicht:** Ein Eindringen von Flüssigkeit in das Gehäuse ist unbedingt zu vermeiden. Keine Flüssigkeit auf oder über dem Gerät lagern.

**Vorsicht:** Das Gerät nur mit der auf dem Typenschild angegebenen Spannung betreiben.

**Vorsicht:** Nur die angegebenen Sicherungswerte verwenden.

**Vorsicht:** Die Lampe nicht mit bloßen Fingern berühren. Handleuchte oder Tuch benutzen. Die Berührung der Lampe mit bloßen Fingern kann zu Beschädigungen führen.

### Lichtkabel

**Warnung:** Blendgefahr! Nie in das freie Ende eines Lichtkabels schauen.

**Warnung:** Verbrennungsgefahr! Der Kontakt mit dem freien Ende eines der Kaltlicht-Fontäne angeschlossenen Lichtkabels kann u. U. zu Verbrennungen führen.

**Warnung:** Das durch das Endoskop ausgestrahlte Hochleistungslicht kann am Lichtausgang, an den Endflächen des Lichtkabels und an der Spitze des Endoskops zu hohen Temperaturen führen.

**Warnung:** Zur Vermeidung von Verbrennungen Lichtkabel nicht oder ohne angeschlossenes Endoskop(e) nicht auf oder in der Nähe von Patienten ablegen.

**Vorsicht:** Angeschlossene Lichtkabel nicht auf brennbaren Gegenständen wie Textilien (OP-Tücher) oder in unmittelbarer Nähe von mit brennbaren Flüssigkeiten wie Desinfektionsmitteln getränkten Tupfern ablegen. Durch die Hitzeentwicklung am freien Ende des Lichtkabels können diese sich entzünden.

## Safety instructions
### Warnings and cautions

**Caution:** Always adjust the cold light fountain to the minimum illumination intensity necessary to achieve optimum illumination of the endoscopic scene, whether by direct vision or when coupled to a video camera.

**Caution:** Avoid allowing fluids to enter the unit. Do not store liquids on or above the unit.

**Caution:** Before connecting the unit to the electrical supply lines, verify that the line voltage stated on the unit's identification plate agrees with that of the electrical supply lines to be used.

**Caution:** Use only fuses of the correct rating.

**Caution:** Do not touch lamp ceramic or window with bare fingers; use gloves or cloth or tissue to handle lamp. Touching the lamp with bare fingers may result in staining difficulty.

**Caution:** Federal law restricts this device to sale by or on the order of a physician (USA only).

### Light cables

**Warning:** Danger of glare. Never look into the open end of a light cable.

**Warning:** Danger of burns. Contact with the open end of a light cable connected to a cold light fountain can possibly lead to burns.

**Warning:** High energy radiated light through endoscopes may give rise to high temperatures in front of the light outlet and the tip of the endoscope.

**Warning:** Never leave an illuminated light cable with or without an endoscope connected, on or near a patient. The risk of patient burns can result.

**Caution:** Do not place connected light cables on or near materials such as textiles (drapes) or in the direct vicinity of swabs soaked with combustible fluids, such as disinfectant. These could catch fire from heat development at the open end of the light cable.

## Instrucciones de seguridad
### Indicaciones de alarma y advertencia

**Advertencia:** Utilice la fuente de luz fría siempre con el mínimo ajuste de luminosidad necesario para obtener una iluminación óptima. Esto es válido tanto para la visión directa, como para la conexión a una cámara de vídeo.

**Advertencia:** Evite a toda costa que penetren líquidos en el interior del equipo. No deposite líquidos encima del o sobre el equipo.

**Advertencia:** Conectar a la red sólo con la tensión indicada en la placa de especificaciones.

**Advertencia:** Utilice sólo fusibles con las características indicadas.

**Advertencia:** Evitar el contacto directo de la lámpara con los dedos. Utilizar guantes o un paño. El contacto directo de la lámpara con los dedos puede ocasionar averías en el funcionamiento.

### Cable de luz

**Advertencia:** Peligro de deslumbramiento. No se debe mirar nunca hacia el extremo libre de un cable de luz.

**Advertencia:** Peligro de quemaduras, el contacto con el extremo libre de un cable de luz conectado a una fuente de luz fría puede producir quemaduras.

**Advertencia:** La luz de alta potencia que se emite a través del endoscopio puede producir temperaturas elevadas en la salida de luz, en las superficies de los extremos del cable de luz y en la punta del endoscopio.

**Advertencia:** No depositar los cables de luz conectados sobre objetos inflamables tales como tejidos (ropa de quirófano) o en las inmediaciones de líquidos inflamables, tales como tinturas empapadas de desinfectante. A causa del calor que se produce en el extremo libre del cable de luz podrían inflamarse tales objetos.



## Sicherheitshinweise | Safety instructions | Instrucciones de seguridad

Machen Sie sich vor der ersten Anwendung des Gerätes am Patienten unbedingt mit der Funktionsweise und Bedienung des Gerätes vertraut.

Before using the unit on the patient it is imperative that you be acquainted with how the unit operates and is controlled.

Familiarícese a fondo con los modos de funcionamiento y el manejo del equipo antes de emplearlo por primera vez con un paciente.

### Bestimmungsgemäße Verwendung

Die Kaltlicht-Fontäne XENON 300 Modell 20 1331 20 dient als Lichtquelle zur Verwendung mit einem flexiblen Endoskopen bei endoskopischen Eingriffen jeder Art. Sie ist mit einer Antifog-Pumpe ausgestattet, die in Verbindung mit geeigneten Endoskopen genutzt werden kann um den Beschlagen der Linse zu verhindern. Die Verwendung des Gerätes anders als oben bestimmt ist aus Sicherheitsgründen nicht zulässig.

**Hinweis:** Es wird empfohlen, nur Original-KARL STORZ-Lichtkabel zu verwenden. Lichtkabel anderer Hersteller könnten beschädigt werden, wenn die Kaltlicht-Fontäne mit höherer Leistung betrieben wird.

Eigenmächtige Umbauten oder Veränderungen des Gerätes sind aus Sicherheitsgründen untersagt.

### Normal use

The cold light fountain XENON 300 model 20 1331 20 serves as a light source for use with rigid and flexible endoscopes in all types of endoscopic interventions. It is fitted with an antifog pump which can be used in conjunction with suitable endoscopes to prevent the lens from fogging.

Use of the unit in fields other than those indicated above is not allowed for safety reasons.

**Note:** KARL STORZ light cables are recommended for use with this unit. Some manufacturer's cables may be damaged when this unit is operated at higher settings.

Unauthorized conversions or modifications to the unit are not allowed for safety reasons.

### Empleo previsto

La fuente de luz fría XENON 300 modelo 20 1331 20 sirve de fuente de luz para su utilización con endoscopios rígidos y flexibles en intervenciones quirúrgicas de todo clase. Está provista de una bomba antivaho, la cual puede utilizarse en combinación con endoscopios adecuados, con el fin de evitar que se empañe la lente.

Por razones de seguridad, no es admisible la utilización del equipo en otros campos de aplicación diferentes de los previstos.

**Nota:** Se recomienda utilizar únicamente cables de luz originales de KARL STORZ. Los cables de luz de otros fabricantes podrían deteriorarse si se utiliza la fuente de luz fría con gran rendimiento.

Por razones de seguridad, no está permitido efectuar reformas o cambios arbitrarios en los equipos.



**Sicherheitshinweise** | **Safety instructions** | **Instrucciones de seguridad**

## Qualifikation des Anwenders

Die Kaltlicht-Fontaine XENON 300 darf nur von Ärzten und medizinischem Assistenzpersonal angewendet werden, die über eine entsprechende fachliche Qualifikation verfügen und am Gerät eingewiesen sind.

## Sicherheitsmaßnahmen am Aufstellort

Das Gerät darf nur in medizinisch genutzten Räumen benutzt werden, die nach der national gültigen Vorschriften installiert sind. Es ist nicht für den Betrieb in explosionsgefährdeten Bereichen bestimmt. Dies bedeutet u. a.: Bei Verwendung von leicht brennbaren und explosionsfähigen Inhalations-Anästhesiemitteln und deren Gemischen darf das Gerät nicht in der dargestellten Gefahrenzone betrieben werden. Solche Mittel sind zum Beispiel Äther pro narcosi (Diethylether, Cyclopropan), sowie brennbare, leicht verdampfbare Hautreinigungs- und Hautdesinfektionsmittel, die eine explosionsfähige Atmosphäre bilden können (z. B. Waschäther, Äther petrole).

Das Gerät ist mit einer Steckvorrichtung für den Potentialausgleich ausgerüstet. Diese nach Maßgabe der national gültigen Vorschriften anschließen.

## Sicherheitsmaßnahmen beim Einsatz des Gerätes

Der Anwender hat sich vor der Anwendung des Gerätes von der Funktionssicherheit und dem ordnungsgemäßen Zustand des Gerätes zu überzeugen.

Während der Behandlung unter Verwendung der Kaltlicht-Fontaine XENON 300 muß der Patient mit der üblichen medizinischen Sorgfalt behandelt und beobachtet werden. Dazu gehört insbesondere die Sorge um sterile Applikationsbedingungen, sofern die Art des Eingriffs dies erfordert.

## User qualification

The cold light fountain XENON 300 may only be use by physicians and medical assistants who have a corresponding specialized qualification and who have been instructed in use of the unit

## Safety precautions at the site of installation

The unit may only be used in medical rooms of which the installations conform to applicable national regulations.

It is not intended for use in hazardous zones. This means, for example, that when using easily combustible and explosive inhalation anesthetics or mixtures thereof, the unit must not be operated inside the hazard zone shown in the diagram. Examples of such substances are anesthetic ether (diethyl ether, cyclopropane) as well as combustible, volatile skin cleansers and skin disinfectants which may create an explosive atmosphere (e.g., detergent ether, petroleum ether).

The unit is equipped with a connector for attaching a ground line. It should be connected before power is applied to the unit.

## Safety precautions when operating the unit

It is the user's responsibility to make sure the unit is safe and operates properly before using the unit.

During treatment using the cold light fountain XENON 300 the patient must be treated and kept under observation with the usual medical care. This includes keeping a check on the progress of treatment, as well as monitoring the vital application conditions as well as required by the type of intervention.

## Cualificación del usuario

La fuente de luz fría XENON 300 sólo puede ser empleada por médicos y personal de asistencia médica que dispongan de una cualificación profesional adecuada y que hayan recibido instrucciones sobre la utilización de los aparatos.

## Medidas de seguridad en el lugar de emplazamiento

El equipo sólo podrá ser utilizado en espacios médicos si éstos han sido instalados de acuerdo con las normas nacionales de seguridad que esté vigentes.

El equipo no está previsto para ser utilizado en zonas expuestas a posibles explosiones. Esto significa, entre otras cosas:

Si se emplean productos anestésicos para inhalación fácilmente inflamables y explosivos o sus mezclas, no podrá utilizarse el equipo en las zonas calificadas como peligrosas por ese motivo. Algunos de estos productos son, por ejemplo, éter para narcosis (éter dietílico, ciclopropano), así como productos de limpieza y desinfección de la piel inflamables, fácilmente volátiles que pueden crear una atmósfera explosiva (por ejemplo, éter lavador, éter de petróleo). El equipo está provisto de una conexión equipotencial. La conexión cabe efectuarse de acuerdo con las normas nacionales de seguridad que estén vigentes.

## Medidas de seguridad durante el empleo del equipo

El usuario debe comprobar la seguridad del funcionamiento y el buen estado del aparato antes de cada aplicación.

Durante el procedimiento con la fuente de luz fría XENON 300 el paciente cabe ser tratado y observado con los cuidados médicos habituales. Esto incluye los controles del desarrollo del proceso de tratamiento y la vigilancia de los valores vitales y anestésicos.





**STORZ**

## Aufstellen und Bedienungshinweise

## Installation and operating instructions

## Montaje e instrucciones operativas



### Auspacken

Entnehmen Sie die Kaltlicht-Fontäne XENON 300 und das Zubehör vorsichtig der Verpackung. Überprüfen Sie die Lieferung auf Vollständigkeit und auf eventuelle Beschädigungen. Sollte die Lieferung Anlaß zur Reklamation geben, so wenden Sie sich bitte umgehend an den Hersteller oder Lieferanten. Wenn möglich, bewahren Sie die Originalverpackung auf, sie kann bei einem Transport des Gerätes nützlich sein.

### Grundausstattung

1 Kaltlicht-Fontäne XENON 300
1 Silikonschlauch 6,0 AFT, Länge 250 cm
1 BNC-Verbindungskabel 536 MK
1 SCB-Verbindungskabel 20090170
   (nur 20133101-1)
1 Netzkabel, 400 A
2 Gebrauchsanweisungen
1 Schutzhülle für Gebrauchsanweisung

### Aufstellen und Anschließen des Gerätes

**Hinweis:** Die Kaltlicht-Fontäne XENON 300 darf in medizinisch genutzten Räumen nur benutzt werden, wenn diese nach den national gültigen Vorschriften installiert sind.

⚠ **Warnung:** Sie ist nicht für den Betrieb in explosionsgefährdeten Bereichen bestimmt. Bei Verwendung von explosiven Narkosegasen darf das Gerät nicht in der hier dargestellten Gefahrenzone betrieben werden.

### Beschriftungsstreifen an der Frontplatte anbringen

Linke vordere Seitenblende mit Schraubendreher lösen.

**Hinweis:** Auf dem Beschriftungsstreifen sind die jeweiligen Bedienelemente bzw. Anzeigen des Gerätes bezeichnet.

### Unpacking the equipment

Carefully unpack the cold light fountain XENON 300 and remove the unit and its accessories from their packaging. Check for missing items and evidence of shipping damage.
File any complaints with the manufacturer or supplier immediately.
If possible, retain the original packing materials for later use; these can come in handy if the unit has to be transported.

### Basic equipment

1 Cold light fountain XENON 300
1 Silicone tube 6,0 AFT, length 250 cm
1 BNC connecting cable 536 MK
1 SCB connecting cord 20090170
   (only 20133101-1)
1 Power cord 400 A
2 Instruction manuals
1 Wallet for instruction manual

### Installing and connecting up the unit

**Note:** The cold light fountain XENON 300 may be used only in medical facilities having electrical installations conforming to the applicable national, state, and local electrical codes.

⚠ **Warning:** This unit is not intended for use in hazardous zones. Do not operate the unit within the hazard zone shown in the diagram while explosive anesthetic gases are in use.

### Fitting a label strip to the front panel

Undo the left-hand front side cover with a screwdriver.

**Note:** The appropriate controls/indicators on the unit are designated on the label strip.

### Desembalaje

Extraer cuidadosamente la fuente de luz fría XENON 300 y sus accesorios de la caja.
Revisar si el envío está completo y comprobar posibles averías de transporte.
En caso de reclamaciones, diríjase inmediatamente al fabricante o a la empresa suministradora. Le recomendamos guardar el embalaje original para volver a utilizarlo en un posible transporte posterior del equipo.

### Equipo básico

1 Fuente de luz fría XENON 300
1 Tubo de silicona 6,0 AFT, longitud 250 cm
1 Cable de conexión BNC 536 MK
1 Cable de conexión SCB 20090170
   (únicamente 20133101-1)
1 Cable de alimentación 400 A
2 Manuales de instrucciones
1 Funda protectora para manual de instrucciones

### Montaje y conexión del equipo

**Nota:** La fuente de luz fría XENON 300 sólo podrá usarse en espacios médicos cuyas instalaciones cumplan las normas nacionales de seguridad que estén vigentes.

⚠ **Cuidado:** El equipo no está previsto para ser utilizado en áreas expuestas a posibles explosiones. Si se usan gases anestésicos explosivos, el equipo no deberá emplearse en las zonas señaladas como peligrosas.

### Colocación de las tarjetas de identificación en la placa frontal

Soltar con un destornillador el lado izquierdo de la cubierta lateral frontal.

**Nota:** Los respectivos elementos de mando o indicadores del aparato se encuentran designados en las tarjetas de identificación.




**STORZ**

## Aufstellen und Bedienungshinweise

## Installation and operating instructions

## Montaje e instrucciones operativas



Gegebenenfalls vorhandenen unbeschrifteten Platzhalter entfernen. Beschriftungsstreifen zwischen Dekorfolie und Frontblech schieben. Den Streifen an der Markierung knicken, damit die Seitenblende wieder angebracht werden kann.

Remove any unmarked label strips. Select a label strip and slide it between the plastic and the metal front. Fold the strip along the marked line so that the side cover can be refitted without any obstructions.

Retirar, si procediera, las tarjetas de identificación sin rotular existentes. Seleccionar la tarjeta de identificación y deslizarla entre la lámina decorativa y la chapa frontal. Doblar la tarjeta por la marca, de modo que sea posible colocar la cubierta lateral sin impedimentos.

Seitenblende wieder anbringen.

Replace the side cover.

Volver a montar la cubierta lateral.

Gerät auf eine ebene Fläche stellen.

⚠ **Vorsicht:** Lüftungsschlitze nicht abdecken. Überhitzungsgefahr! Bei Überhitzung schaltet das Gerät automatisch ab.

Set the unit on a flat surface.

⚠ **Caution:** Do not block any air vents. Danger of overheating. Adequate cooling is required for proper operation of the unit.

Colocar el equipo sobre una superficie plana.

⚠ **Advertencia:** No obstruir las rejillas de ventilación. ¡Peligro de sobrecalentamiento! En caso de sobrecalentamiento el aparato se desconecta automáticamente.

Das Gerät ist mit einer Steckvorrichtung ⑳ für den Potentialausgleich ausgerüstet. Lassen Sie die Erdung ggf. durch sachkundiges Personal durchführen.

The instrument is equipped with a connector ⑳ for attaching a ground line. The instrument's ground line should be installed by a qualified electrician.

El equipo está provisto de una conexión equipotencial ⑳. Es recomendable que la conexión a tierra sea efectuada por un técnico experto en la materia.



Netzkabel anschließen. Netzstecker bis zum Anschlag in Netzbuchse ㉑ einschieben.

⚠ **Warnung:** Netzstecker nur außerhalb explosionsgefährdeter Bereiche mit der Stromversorgung verbinden.

Connect power cord. Insert power cord into power cord receptacle ㉑ as far as it will go.

⚠ **Warning:** The power plug must only be connected to the power supply outside of areas subject to explosion hazards.

Conectar el cable de alimentación, introduciendo el enchufe hasta el tope en el conector de alimentación ㉑.

⚠ **Cuidado:** La conexión del enchufe a suministro de corriente no debe ser realizada en lugares con riesgo de explosiones.

STORZ





# Aufstellen und Bedienungshinweise

# Installation and operating instructions

# Montaje e instrucciones operativas

Lichtkabel bis zum Einrasten in Buchse ⓒ einschieben. Lichtkabel nur am Griffstück anfassen. Niemals am Kabel ziehen.

⚠ **Warnung:** Nie in die Lichteinklemmstelle oder das freie Ende des Lichtkabels schauen: Blendgefahr!

⚠ **Warnung:** Verbrennungsgefahr! Der Kontakt mit dem freien Ende eines an der Kaltlicht-Fontaine angeschlossenen Lichtkabels kann u. U. zu Verbrennungen führen.

**Hinweis:** Es wird empfohlen, nur Original-KARL STORZ-Lichtkabel zu verwenden. Lichtkabel anderer Hersteller könnten beschädigt werden, wenn die Kaltlicht-Fontaine mit hoher Leistung betrieben wird.

Plug the light cable into socket ⓒ as far as it will go. To disconnect the light cable pull on the connector, never on the cable itself.

⚠ **Warning:** Danger of glare. Never look into the open end of a light cable.

⚠ **Warning:** Danger of burns. Contact with the open end of a light cable connected to a cold light fountain can possibly lead to burns.

**Note:** KARL STORZ light cables are recommended for use with this unit. Some manufacturers' cables may be damaged when this unit is operated at higher settings.

Introducir el cable de luz en el enchufe ⓒ hasta que encaje. Manipular sólo sujetando el enchufe. Nunca tirar del cable.

⚠ **Cuidado:** Peligro de deslumbramiento. No se debe mirar nunca hacia el extremo libre de un cable de luz.

⚠ **Cuidado:** Peligro de quemaduras; el contacto con el extremo libre de un cable de luz conectado a una fuente de luz fría puede producir quemaduras.

**Nota:** Se recomienda utilizar únicamente cables de luz originales de KARL STORZ. Los cables de luz de otros fabricantes podrían deteriorarse si se utiliza la fuente de luz fría con gran rendimiento.

---




Lichtkabel an den Endoskop verbinden (Verriegelung der Rändelschraube auf dem Schraubsockel).

Connect the light cable to the endoscope by a quarter turn of the knurled collar.

Conectar el cable de luz al endoscopio (electuando un cuarto de giro del anillo moleteado situado sobre el zócalo roscado).

---

## KARL STORZ-SCB® (nur 20133120-1)

Die Schutzvorrichtung des SCB-Steckers zurückziehen und den Stecker in eine der SCB-Buchsen ⓠⓦ einstecken. Das andere Ende des Kabels mit einem KARL STORZ-Communication Bus oder weiteren KARL STORZ-Geräten verbinden (siehe hierzu Gebrauchsanweisung KARL STORZ-SCB® System).

## KARL STORZ-SCB® (only 20133120-1)

Pull back the protection device of the SCB connector and insert the connector into one of the SCB sockets ⓠⓦ. Connect the other end of the cable to the KARL STORZ-Communication Bus) or other SCB units (see KARL STORZ-SCB® System Instruction Manual).

## KARL STORZ-SCB® (únicamente 20133120-1)

Retire hacia atrás el dispositivo protector del enchufe SCB e introduzca el enchufe en uno de los conectores SCB ⓠⓦ. Conectar el otro extremo del cable con la unidad de contro KARL STORZ-SCB® (KARL STORZ Comm unication Bus) o los otros aparatos SCB (véase para esto Manual de Instrucciones "KARL STORZ-SCB® System").

---

# Inbetriebnahme

Netzschalter ① einschalten.

Unmittelbar nach dem Einschalten des Netzschalters wird auf der Digitalanzeige ② die Zahl der bisher aufgelaufenen Betriebsstunden der XENON-Lampe angezeigt.

**Hinweis:** Die Lampen-Kontroll-Leuchte ③ leuchtet blau bei Lichtabgabe.

# Operation

Switch on main power switch ①.

Immediately after switching on, the accumulated number of operating hours of the xenon lamp to date will be shown on digital display ②.

**Note:** The lamp indicator light ③ lights up blue during light output.

**Note:** The light source should never be used in surgical procedures requiring direct illumination of the eye.

# Puesta en marcha

Conectar el interruptor de la red ①.

Inmediatamente después de conmutar a interruptor de la red se muestra en el indicador digital ② el número de horas de servicio transcurridas hasta el momento para la lámpara XENON.

**Nota:** La luz piloto de la lámpara ③ se enciende de color azul cuando hay emisión de luz.







## Aufstellen und Bedienungshinweise

### Manuelle Helligkeitsregelung

Nach dem Einschalten des Netzschalters befindet sich die Lichtquelle immer in der Betriebsart MANUELL.

Die Kaltlicht-Fontäne stellt sich automatisch auf eine Leistungsabgabe von 5 % ein (bei Seriennummer BE3660).

Durch Drücken der Knopis-(M)-Taste ⑭ kann zwischen den Betriebsarten MANUELL und AUTOMATISCH gewählt werden, was durch die Symbole angezeigt wird.

Mit den ± Tasten ⑯ kann die Leistungsabgabe nach oben oder unten korrigiert werden (Einstellbereich 5–100%).

Die jeweils abgegebene Leistung wird zusätzlich in der Balkenanzeige ⑰ angezeigt.

### Verwenden von Videokameras mit automatischer Belichtungsregelung

Bei Verwendung von Videokameras mit automatischer Belichtungsregelung (alle KARL STORZ Endovision-Kameras) muß die Lichtquelle in die Betriebsart MANUELL geschaltet werden.

### Videogesteuerte Helligkeitsregelung
(nur für "Non-SCB"-Version der XENON 300)

Anschluß Buchse Video ⑱ oder ⑲ über ein BNC-Kabel mit dem verwendeten Videosystem verbinden.

## Installation and operating instructions

### Manual brightness control

The unit always initializes in MANUAL mode.

The unit will initialize at 5% brightness (XENON 300 as of serial number BE3660).

By pressing the mode (M) button ⑭ either the MANUAL or AUTOMATIC operating mode may be selected as shown by the symbols.

The brightness can be changed upwards or downwards using the ± buttons ⑯ (adjustment range 5–100%).

The output brightness is additionally indicated in the bar graph ⑰.

### Using video cameras with automatic exposure control

When video cameras with automatic exposure control (all KARL STORZ endovision cameras) are used, the light source must be switched to MANUAL mode.

### Video-controlled brightness
(only for "Non-SCB" version of the XENON 300)

Connect video system by plugging a BNC cable into video connector ⑱ or ⑲ as needed.

## Instalación e instrucciones operativas

### Regulación manual de la luminosidad

Después de conectar el interruptor de la red, la fuente de luz se encuentra siempre en el modo de funcionamiento MANUAL.

La fuente de luz fría se regula automáticamente a una potencia del 5% (del n° de serie BE3660).

Pulsando la tecla Mode (M) ⑭ se puede seleccionar entre los modos de servicio MANUAL y AUTOMATICO, lo que aparece indicado mediante símbolos.

Con las teclas ± ⑯ puede aumentarse o disminuirse la potencia suministrada (alcance del ajuste 5–100%).

La potencia suministrada en cada caso se indica adicionalmente en el indicador de barras ⑰.

### Utilización de cámaras de video con regulación automática de la exposición

Al utilizar cámaras de video con regulación automática de la exposición (todas las cámaras Endovision de KARL STORZ) habrá de conectarse la fuente de luz en el modo de funcionamiento MANUAL.

### Regulación de la luminosidad controlada por video
(únicamente la versión "no SCB" de la XENON 300)

Unir el conector Video ⑱ o ⑲ con el sistema de video utilizado mediante un cable BNC.






## Aufstellen und Bedienungshinweise

## Installation and operating instructions

## Montaje e instrucciones operativas

M-Taste ⑥ drücken, bis das Symbol für die "Mode" erscheint AUTO erscheint.
Die Lichtabgabe wird jetzt automatisch durch das Ausgangssignal der Videokamera gesteuert.

Press the M button ⑥ until the symbol for AUTO appears.
Light output is now automatically controlled by the output signal of the video camera.

Oprimir la tecla M ⑥ hasta que aparezca el símbolo correspondiente a "modo de funcionamiento AUTOMÁTICO.
El suministro de luz será ahora controlado automáticamente por la señal de salida de la cámara de video.

### Feineinstellung der automatischen Lichtwertregelung
(nur für Nicht-SCB-Version der XENON 300)
Hinweis: Der beschriebene Einstellvorgang kann nur durchgeführt werden, wenn am Anschluß Video-In ⑪ oder ⑫ das Signal einer Videokamera anliegt.

Die Feineinstellung der Lichtwertregelung ermöglicht die Anpassung an die Lichtempfindlichkeit verschiedener Kameratypen.

Das Endoskop mit angeschlossener Videokamera und eingeschalteter Lichtquelle auf eine große "noch unbeleuchtete Fläche richten (z. B. unter einen Tisch, es muß nicht völlig Dunkelheit herrschen). Die Balkenanzeige ⑮ sollte jetzt maximale Leistungsabgabe anzeigen, ist dies nicht der Fall, kann die Empfindlichkeit der Videoregelung durch Drücken der + Taste soweit angehoben werden, bis die Balkenanzeige ⑮ Maximum anzeigt.

Anschließend das Endoskop nahe an ein helles Objekt bringen (z. B. einen Tupfer). Die Balkenanzeige ⑮ sollte jetzt minimale Leistungsabgabe anzeigen, ist dies nicht der Fall, kann die Empfindlichkeit der Videoregelung durch Drücken der - Taste ⑥ soweit abgesenkt werden, bis die Balkenanzeige ⑮ Minimum anzeigt.

Hinweis: Die eingegebenen Veränderungen werden automatisch gespeichert, können aber durch das beschriebene Einstellverfahren jederzeit geändert werden.

### Fine adjustment of the automatic brightness control
(only for Non-SCB version of the XENON 300)
Note: The adjustment process described can only be carried out if the signal from a video camera is present at the Video-In connector ⑪ or ⑫.

Fine adjustment of the brightness control permits adaptation to the luminous sensibility of different camera types.

Point the endoscope, with video camera connected and light source switched on, at a dark area in a large open unlighted space (such as under a table . . . It does not have to be completely dark). The bar graph ⑮ s~out go to LII respond by necessary increase to video response by pressing the + button until the bar graph displays maximum output

Then point the endoscope at a very close bright object such as a white tissue "he bar grap" ⑮ should go to minimum, if necessary, lower the video so camera response by pressing the - button ⑥ until the bar graph ⑮ displays minimum output.

Note: The changes entered are stored automatically, but can be altered at any time by means of the adjustment procedure described.

### Ajuste de precisión de la regulación automática del valor lumínico
(únicamente en la versión no SCB de la XENON 300)
Nota: El procedimiento de ajuste descrito puede efectuarse únicamente si se encuentra conectada la señal de una cámara de video al conector Video-In ⑪ o ⑫.

El ajuste de precisión de la regulación del valor lumínico posibilita la adaptación a la sensibilidad luminosa de diferentes tipos de cámaras.

Orientar el endoscopio emparejado a la cámara de video y con la fuente de luz conectada hacia una superficie grande no iluminada (por ejemplo, debajo de la mesa, no debe haber necesariamente una oscuridad absoluta). El indicador de barras ⑮ debería mostrar ahora una potencia de suministro "máxima, de no ser así puede aumentarse la sensibilidad a la luz de la cámara de video oprimiendo la tecla + hasta que el indicador de barras ⑮ muestre el máximo.

A continuación, llevar el endoscopio cerca de un objeto claro, (por ejemplo, una torunda de algodón). El indicador de barras ⑮ debería mostrar ahora una potencia de suministro mínima, de no ser así, puede disminuirse la sensibilidad a la luz de la regulación por video oprimiendo la tecla - ⑥ hasta que el indicador de barras ⑮ muestre el mínimo.

Nota: Las modificaciones efectuadas se memorizan automáticamente, pero pueden ser cambiadas en todo momento utilizando para ello el procedimiento de ajuste descrito.





## Aufstellen und Bedienungshinweise

### Standby-Betrieb

Durch Drücken der Standby-Taste ⑩ kann die Lichtabgabe auf einen minimalen Wert abgesenkt werden. Standby-Betrieb wird durch Aufleuchten der Kontroll-Leuchte in der Standby-Taste und Einschalten der Balkenanzeige ⑨ angezeigt.

Nach erneutem Drücken der Standby-Taste ⑩ wird die Lichtabgabe wieder mit dem zuvor eingestellten Lichtwert. Durch Drücken der + Taste ⑫ wird die Standby-Betriebsart ebenfalls verlassen und die Lichtintensität kann neu justiert werden.

**Hinweis:** Häufiges Aus- und Einschalten der Kaltlicht-Fontäne führt zu erhöhtem Verschleiß der XENON-Lampe. Bei kürzeren Unterbrechungen sollte das Gerät deshalb auf Standby-Betrieb geschaltet werden.

### Betrieb der Antifog-Pumpe

⚠ **Warnung:** Die Antifog-Pumpe dient ausschließlich der Belüftung der Objektivlinse, um ein Beschlagen des Objektivs zu verhindern. Sie ist keinesfalls zur Beatmung geeignet.
Die Betrieb der Antifog-Pumpe kann die Konzentration gebräuchlicher Narkosegase verändern. Pumpe abschalten, wenn die Linse klar ist.

Endoskope mit eingebautem Antifog-Kanal an den Schlauchstück an Anschluß ⑪ anschließen. Antifog-Pumpe am Betriebsschalter ⑩ einschalten.

## Installation and operating instructions

### Standby mode

By pressing the standby button ⑩, the light output can be reduced to a minimum value. Standby mode is indicated by the pilot lamp in the standby button ⑩ lighting up and the bar graph ⑨ disappearing.

If the standby button ⑩ is pressed again, the light output returns to the previously set original values. Pressing the + button ⑫ also ends standby mode. The light intensity can then be newly adjusted.

**Note:** If the cold light fountain is switched on and off frequently, this increases wear to the xenon lamp. Therefore, during short interruptions, the unit should be left in standby mode.

### Operation of the antifog pump

⚠ **Warning:** The antifog air pump is intended for antifog and lens cleaning applications only. It is not intended for respiration or ventilation.
Turn on antifog air pump when lens is cleaned. Do not allow air to accumulate inside the patient. Antifog air may cause anesthesia.

Connect endoscopes which have an integrated antifog channel to the pump output ⑪ via an air tubing.
Press the air pump button ⑩ to toggle the air pump on or off.

## Montaje e instrucciones operativas

### Funcionamiento standby

Oprimiendo la tecla de standby ⑩ puede disminuirse al suministro de luz hasta su valor mínimo. El encenderse la lámpara de control del interruptor de standby ⑩ y apagarse el indicador de barras ⑨ se indica que el equipo se encuentra en el modo de "funcionamiento standby".

Después de oprimir nuevamente la tecla de standby ⑩ vuelve a suministrarse luz con el valor mínimo ajustado anteriormente. Oprimiendo la tecla + ⑫ se desconecta asimismo el modo de funcionamiento standby y puede ajustarse nuevamente la intensidad de la luz.

**Nota:** La repetida conexión y desconexión de la fuente de luz fría conduce a un progresivo desgaste de la lámpara XENON. Por esa razón, el equipo debería conmutarse a "funcionamiento standby" cuando se trata de interrupciones breves.

### Funcionamiento de la bomba antivaho

⚠ **Cuidado:** La bomba antivaho sirve exclusivamente para la aireación de las lentes de objetivo, a fin de evitar el empañamiento del objetivo. No es adicionable en absoluto para la insuflación o respiración forzada.
El funcionamiento de la bomba antivaho puede variar la concentración de los gases narcóticos empleados simultáneamente.

Conectar los endoscopios con caña antivaho integrada al conector ⑪ mediante un trozo de tubo flexible.
A continuación conectar la bomba antivaho mediante el interruptor de funcionamiento ⑩.







STORZ

**Aufstellen und Bedienungshinweise**

**Installation and operating instructions**

**Montaje e instrucciones operativas**



## Service-Anzeigen

Die Betriebsart "Service-Anzeigen" ermöglicht die Abfrage verschiedener Informationen über den Betriebszustand der Kaltlicht-Fontäne.

Um die Betriebsart "Service-Anzeigen" z. aktivieren muß die Standby-Taste ④ für 5 Sekunden gedrückt werden. Auf der Digitalanzeige ⑦ erscheint dann die Zahl der Betriebsstunden der XENON-Lampe.

Durch wiederholtes Drücken der – Taste ⑥ können folgende Informationen in dieser Reihenfolge abgerufen werden:
– Betriebsstunden der XENON-Lampe
– Anzahl der Lampenzündungen/10
– Betriebsstunden der gesamten Einheit/10
– Aktuelle Betriebstemperatur in °C
– Höchste bisher erreichte Betriebstemperatur in °C
– Fehlermeldungscodes E 1 - E 15
– ROM Versions-Nummer

Durch Drücken der – Taste ⑥ können die Anzeigen in umgekehrter Reihenfolge nochmals aufgerufen werden.

Um diese Betriebsart wieder z. verlassen die Standby-Taste ④ erneut für 8 Sekunden drücken oder den Netzschalter ① a.sschalten.

## Service mode

The "Service Displays" mode allows various information concerning the operational status of the cold light fountain to be interrogated.

To activate the "Service Displays" mode, the Standby button ④ must be held down for 5 seconds. The number of operating hours of the xenon lamp then appears on digital disp ay ⑦.

If the + button ⑥ is pressed repeatedly, the following information can be called up in sequence shown below:
– Operating hours of the xenon amp
– Lamp starts (ignitions)/10
– Operating hours of the unit as a whole/10
– Current operating temperature in °C
– Highest operating temperature reached to date in °C
– Error message codes E 1 - E 15
– ROM version number

By pressing the – button ⑥ the displays can be called up in reverse sequence.

To leave this operating mode, hold down the standby button ④ again for 8 seconds or switch of the main power switch ①.

## Indicadores de servicio

El modo de funcionamiento "Indicadores de servicio" permite averiguar diferentes informaciones sobre el estado de funcionamiento de la fuente de luz fría.

A fin de activar el modo de funcionamiento "Indicadores de servicio" habrá que oprimirse la tecla de stand-by ④ durante 8 segundos. En el indicador digital ⑦ aparece e: número de horas de servicio de la lámpara XENON.

Oprimiendo repetidamente la tecla – ⑥ pueden averiguarse las siguientes informaciones, en este orden:
– Horas de servicio de la lámpara XENON
– Encendido de la lámpara /10
– Horas de servicio de la unidad completa /10
– Temperatura actual de funcionamiento en °C
– Temperatura de funcionamiento más elevada alcanzada durante el funcionamiento, hasta el momento, en °C
– Códigos de mensajes de error E 1 - E 15
– Número de versión ROM

Oprimiendo la tecla – ⑥ pueden llamarse nuevamente las indicaciones, en el orden inverso.

A fin de desconectar este modo de funcionamiento, oprimir nuevamente la tecla stand-by ④ durante 5 segundos o desconectar e. interruptor de la red ①.











**Instandhaltung** | **Maintenance** | **Mantenimiento**

## Wechsel des Lampenmoduls

⚠ **Warnung:** Gerät ausschalten und Netzverbindung trennen.

Sicherungsschrauben ② lösen (¼ Drehung entgegen dem Uhrzeigersinn) und Klappe nach außen herausziehen.

⚠ **Warnung:** Verbrennungsgefahr. Lampe und Lampenmodul können heiß sein.

⚠ **Warnung:** Explosionsgefahr. Die Lampe ist mit XENON-Gas gefüllt, das unter hohem Druck steht. Sie ist deshalb mit der entsprechenden Vorsicht zu behandeln und darf nur von elektrotechnisch ausgebildetem Personal gewechselt werden. Hohe mechanische Beanspruchungen können zum Bruch der Lampe führen. Schutzbrille tragen! Das Tragen von Schutzkleidung (Gesichtsschutz, Handschuhe etc.) wird nachdrücklich empfohlen.

Beide Sicherungshebel gleichzeitig nach außen umlegen. Die A-rretierung des Lampenmoduls wird entriegelt und das Lampenmodul kann nach außen gezogen werden.

Neues Lampenmodul in die Führung einsetzen und anschließend Sicherungshebel schließen.

## Lamp module replacement

⚠ **Warning:** Switch off the unit. Disconnect the power plug.

Undo the quarter-turn fasteners ② (¼ turn counterclockwise) and pull the lamp door out of the ...nit.

⚠ **Warning:** Danger of burns. The lamp and lamp module may be very hot.

⚠ **Warning:** Danger of explosion. The lamp is filled with xenon gas at very high pressure. It must therefore be handled with appropriate care and must only be replaced by skilled electrical engineers. High mechanical forces could cause the lamp to break. Wear safety goggles! We urgently recommend wearing protective clothing (face protection, gloves, etc.).

Pull both card extractors on the lamp module simultaneously outwards. Open the lamp module lock and pull the lamp module assembly straight out of the unit.

Insert new lamp module assembly and fasten the card extractors.

## Cambio del módulo de lámparas

⚠ **Cuidado:** Desconectar el equipo y desenchufar la conexión a la red.

Afloje los tornillos de seguridad ② (¼ de giro en sentido contrario a de las agujas del reloj) y extraiga la tapa hacia afuera.

⚠ **Cuidado:** Peligro de quemaduras. La lámpara y el módulo de lámparas pueden estar calientes.

⚠ **Cuidado:** Peligro de explosión. La lámpara está llena de gas XENON a elevada presión. Por tanto, ha de manipularse con la debida precaución y cambiarse solamente por técnicos cualificados en electrotécnica. La lámpara si se somete a fuertes cargas mecánicas, podría romperse. ¡Lleve gafas de protección! Recomendamos encarecidamente utilizar ropa protectora (máscara protectora, guantes, etc.).

Cambiar de posición hacia afuera ambas palancas de seguridad. El encastre del módulo de lámparas se desenclava y el módulo de lámparas puede extraerse hacia afuera.

Colocar el nuevo módulo de lámparas en la guía y casillarla. Cerrar las palancas de seguridad.

16

**STORZ**




## Instandhaltung
### Wechsel des Lampenmoduls

Klappe einsetzen, schließen und Sicherungs-schrauben ② d.ch eine Viertel-Umdrehung im Uhrzeigersinn verriegeln

Anzeige des Betriebsstundenzählers der XENON-Lampe notieren und über die Brenndauer der XENON-Lampe Protokoll führen (siehe Garan-tie-"inweis). Anschließend den Betriebsstun-zähler der XENON-Lampe auf 0 stellen.

Dzz. Stand-by-Taste ④ 8 Sekunden drücken bis sich das Gerät in den Betriebsart Service-Anzeige befindet.

**Hinweis:** Die Zählung der Betriebsstunden der gesamten Einheit wird dadurch nicht verändert.

**Hinweis:** Das defekte Lampenmodul kann zur Entsorgung oder zur Reparatur an KARL STORZ zurückgesandt werden. Der Versand muß in der Originalverpackung erfolgen.

## Maintenance
### Lamp module replacement

Insert, close and refasten the lamp doo⁻ by a quarter turn of the fasteners ② clockwise.

Write down the number of the lamp hours and keep a record as to the lamp's service life (see guarantee information). Then reset lamp hours to zero.

To do so, press and hold the standby-button ④ for 8 seconds. This will put the display into service mode.

**Note:** Counting of the hours run by the unit as a whole will not be affected by this.

**Note:** The defective lamp module can be sent back to KARL STORZ for disposal or for repair; it must be shipped in the original packaging.

## Mantenimiento
### Cambiar del módulo de lámpara

Coloque la tapa, ciérrela y ajuste los tornillos de seguridad ② girándolos un cuarto de vuelta en el sentido de las agujas del reloj.

Anotar la indicación del contador de horas de servicio de la lámpara XENON y llevar un proto-colo acerca de las horas de alumbrado de la lám-para XENON (véase las indicaciones de garan-tía). A continuación, colocar el contador de horas de servicio de la lámpara XENON en el posición 0.

Para ello, oprimir la tecla standby ④ durante 8 se-gundos hasta que el aparato se encuentre en el modo de funcionamiento indicaciones de servicio.

**Nota:** El conteo de las horas de servicio de la unidad completa permanece inalterable.

**Nota:** El módulo de lámparas defectuoso puede enviarse para su reparación o para su gestión como desecho a KARL STORZ. El envío hay que realizarlo en el envase original.






## Instandhaltung / Maintenance / Mantenimiento

### Sicherungswechsel

Gerät ausschalten und Netzverbindung trennen.

Netzsicherungshalter ④ mit einem geeigneten Werkzeug lösen.

⚠ **Vorsicht:** Nur die angegebenen Sicherungswerte verwenden.

Neue Sicherungen einsetzen.

**Hinweis:** Neue Sicherungswerte ab Seriennummer BE3000!

| Netzsicherung | 220–240 VAC | 100–125 VAC |
|---|---|---|
| | 2 × 1,43 A (GB) | 2 × T 8,0 A (SB) |

Netzsicherungshalter ④ wieder einsetzen. Netzverbindung wieder herstellen. Funktionsprüfung durchführen.

### Fuse replacement

Switch off the unit and remove the power cord.

Remove the power fuse holder ④ with a screwdriver or other tool.

⚠ **Caution:** Only use fuses of the correct rating.

Insert new fuses of the appropriate rating.

**Note:** New fuse ratings for XENON 300 as of serial number BE3000!

| Power fuse | 220–240 VAC | 100–125 VAC |
|---|---|---|
| | 2 × T 4,0 A (GB) | 2 × T 8,0 (SB) |

Refit the power fuse holder ④. Reconnect the power cord. Test the instrument for proper operation.

### Cambio de fusibles

Desconectar el equipo y desenchufar la conexión a la red.

Destornillar la abrazadera de seguridad del portafusibles ④ con la ayuda de una herramienta.

⚠ **Advertencia:** Colocar solamente los fusibles con los valores recomendados.

Colocar los fusibles nuevos.

**Nota:** ¡Nuevos valores del fusibles a partir de la serie BE3000!

| Fusible para la red | 220–240 V CA | 100–125 V CA |
|---|---|---|
| | 2 × T 4,0 A (SB) | 2 × T 8,0 A (GB) |

Volver a colocar el portafusibles ④. Volver a conectar a la red. Controlar e. funcionamiento.

## Reinigung und Pflege



**Warnung:** Vor sämtlichen Reinigungsarbeiten ist das Gerät vom Netz zu trennen! Das Lampensystem muß abgekühlt sein.

**Vorsicht:** Unbedingt vermeiden, daß Flüssigkeit in das Gehäuse eindringt.

Die Außenfläche des Gerätes kann mit einem feuchten Tuch gereinigt werden. Zur lackschonenden Reinigungs- oder Desinfektionsmittel gesäubert werden.

Anfangs-Schlauchstück und Anschlußteile sind zuerst mit Reinigungslösung abzuschwemmen, dann wird in stehendem oder fließendem Wasser gespült. Anschließend sollten die Teile in 70%igem Alkohol oder ein voll entsalztem Wasser durchgespült.

**Hinweis:** Zur Reinigung ein von KARL STORZ freigegebenes Reinigungsmittel verwenden. Den aktuellen Freigabestatus finden Sie auf unserer Homepage (http://www.karlstorz.de bzw. karlstorz.com).

Die Dampfsterilisation erfolgt wie vom Hersteller des Dampfsterilisationsgerätes beschrieben.

## Wartung



Eine vorbeugende Wartung ist nicht zwingend erforderlich. Regelmäßige Wartungen können aber dazu beitragen, eventuelle Störungen frühzeitig zu erkennen und so die Sicherheit und Lebensdauer des Gerätes erhöhen. Wartungsdienste können bei Ihrer zuständigen Gebietsvertretung oder beim Hersteller erfragt werden. Unabhängig von den in den verschiedenen Ländern vorgeschriebenen Unfallverhütungsvorschriften oder Prüfungsintervallen für Medizingeräte empfehlen wir eine Funktions- oder Sicherheitsprüfung des Gerätes mindestens einmal im Jahr. Detaillierte Hinweise entnehmen Sie bitte der jeweils gültigen Version des Service Manuals, Bestellnummer SV 3385.

## Instandsetzung

Die Instandsetzung von defekten Geräten darf nur durch von uns autorisierte Personen und unter Verwendung von KARL STORZ Originalteilen erfolgen.

## Cleaning and care of the unit

**Warning:** Always pull out power plug before cleaning! Make sure the lamp has cooled down.

**Caution:** Avoid allowing fluids to enter the unit.

Clean the exterior of the unit using a mild cleaning agent or disinfectant. 70% isopropyl alcohol is recommended for general cleaning and disinfection.

If Anfang tubing is to be reused, rinse inside of tube and 'Anfang with clean solution, then rinse in stehle or completely demineralized water.

**Note:** Use a cleaning agent approved by KARL STORZ for cleaning. You will find the current list of approved products on our Web site (http://www.karlstorz.de or karlstorz.com).

Steam sterilize as recommended by the steam sterilizer manufacturer.

## Maintenance

Preventive maintenance is not essential. Regular maintenance can, however, contribute to identifying potential problems before they become serious, thus enhancing the instrument's reliability and extending its useful operating life. Maintenance services can be obtained from your local representative or from the manufacturer. Regardless of the accident prevention regulations or testing intervals for medical instruments prescribed in different countries, we recommend a functional or safety test of the unit at least once a year. For detailed instructions please refer to the version of the Service Manual currently valid, catalog number SV 3385.

## Servicing and repair

Defective items of equipment must be serviced and repaired exclusively by persons authorized by KARL STORZ. All repair work must employ original KARL STORZ parts only.

## Limpieza y conservación

**Cuidado:** ¡Antes de cualquier trabajo de limpieza, desconecte el equipo de la red! Las lámparas deberán estar frías.

**Advertencia:** Evite a toda costa que penetren líquidos al interior del equipo.

Limpie las superficies externas de la carcasa con un detergente o desinfectante que no alteren los barnices.

El trozo de manguera Anfängliz y la pieza de conexión se enjuagarán primeramente con una solución de limpieza, y posteriormente con agua estancada o completamente desalinizada.

**Nota:** Utilice para la limpieza un producto limpiador autorizado por KARL STORZ. La lista actualizada de productos autorizados la encontrará en nuestra página web (http://www.karlstorz.de o karlstorz.com).

La esterilización por vapor se efectuará según las indicaciones del fabricante de aparato de esterilización por vapor.

## Mantenimiento

El equipo no precisa forzosamente de mantenimiento preventivo. Sin embargo, un mantenimiento periódico puede contribuir a reconocer a tiempo eventuales averías y así aumentar la seguridad y la duración del aparato. El servicio de mantenimiento es ofrecido por su concesionario local o por el fabricante. Independientemente de las disposiciones legales locales acerca de prevención de accidentes o de intervalos de control técnico de aparatos médicos, recomendamos que se realice por lo menos una vez al año un control de seguridad funcional del aparato. En la versión válida respectiva del Manual de Servicio, n° de pedido SV 3385, encontrará instrucciones detalladas.

## Reparaciones

Los equipos averiados sólo deberán ser reparados por personas autorizadas por nosotros y utilizando únicamente piezas de repuesto originales de KARL STORZ.

Case 1:13-cv-00184-JFM   Document 51-5   Filed 05/04/14   Page 26 of 36

**STORZ**

## Reparatur-Austauschprogramm

KARL STORZ unterhält ein Reparatur-Austauschlager, das im Normalfall ausreicht, um einen vorzeitigen Austausch beschädigter Optiken und Instrumente sicherzustellen. Im Reparatur-Austausch erhalten Sie ein baugleiches, neuwertiges Instrument, wobei Ihnen lediglich die Reparaturkosten des defekten Instrumentes berechnet werden. Für Optiken erhalten Sie 1 Jahr Garantie, für Instrumente 1/2 Jahr.

Bei Fiberskopen und Geräten ist eine individuelle Reparatur notwendig. In der Regel erhalten Sie zur Überbrückung der Reparaturzeit ein Leihgerät, das umgehend nach Erhalt des reparierten Gerätes wieder an KARL STORZ zurückzugeben ist.

In Deutschland können Sie sich im Falle einer Reparatur direkt an

KARL STORZ GmbH & Co. KG
Abt. Reparaturservice
Dr. Karl-Storz-Straße 34
78532 Tuttlingen

wenden. In anderen Ländern werden Sie sich bitte an die zuständige KARL STORZ Niederlassung oder an den zuständigen Fachhändler.

### Wichtige Hinweise

Um die Ausbreitung infektiöser Krankheiten sowohl beim Krankenhauspersonal als auch bei den Mitarbeitern von KARL STORZ zu vermeiden, müssen Optiken, Instrumente und Geräte gereinigt und sterilisiert/desinfiziert werden, bevor sie zur Reparatur eingeschickt werden. Wir behalten uns das Recht vor, kontaminierte Instrumente/Geräte an den Absender zurückzuschicken.

Reparaturen, Änderungen oder Erweiterungen, die nicht von KARL STORZ oder durch von KARL STORZ autorisierte Fachleute durchgeführt werden, führen zum Verlust aller Garantieansprüche. KARL STORZ übernimmt keine Garantie für die Funktionsfähigkeit von Geräten oder Instrumenten, deren Reparatur durch unautorisierte Dritte durchgeführt wurde.

## Repair and replacement program

KARL STORZ maintains a repair and replacement storage facility which is normally adequate to ensure prompt replacement of damaged telescopes and instruments. Under the repair and replacement plan, you receive an identical as good as new instrument and are only charged the repair costs for the defective instrument. For telescopes, you receive a guarantee of 1 year and for instruments 6 months.

For fiberscopes and equipment, individual repair is necessary. Usually to bridge the repair period, you will receive a unit on loan which you then return to KARL STORZ as soon as you receive the repaired unit.

In Germany you can, in the case of repairs, direct to

KARL STORZ GmbH & Co. KG
Repair Service Dept.
Dr. Karl-Storz-Straße 34
78532 Tuttlingen

In other countries, please contact your local KARL STORZ branch or authorized dealer.

### Important information

To avoid the spread of infectious illnesses among hospital staff or among KARL STORZ employees, telescopes, instruments and equipment must be cleaned and sterilized/disinfected before they are sent for repair. We reserve the right to return contaminated instruments/equipment to the sender.

Repairs, changes or expansions which are not carried out by KARL STORZ or by experts authorized by KARL STORZ will invalidate all guarantees rights.

KARL STORZ gives no guarantee on the correct functioning of equipment or instruments which have been repaired by unauthorized third parties.

## Programa de reparación y cambio de piezas

KARL STORZ mantiene un stock de piezas de recambio para reparaciones que permite por norma general el intercambio inmediato de telescopios defectuosos e instrumentos. Al realizar la reparación, usted recibe un aparato del mismo tipo constructivo, como nuevo, por cuyo concepto sólo se le cargan a usted únicamente los costes de reparación del instrumento defectuoso. Para los telescopios se le concede un período de garantía de un año, y para instrumentos de seis meses.

En el caso de fibroscopios y aparatos es necesario realizar una reparación individual. Por lo que al cliente se le presta un aparato en calidad de préstamo que se debe devolver inmediatamente a KARL STORZ después de recibir el aparato reparado.

En Alemania pueden ustedes dirigirse para reparaciones directamente a

KARL STORZ GmbH & Co. KG
Departamento Servicio de Reparaciones
Dr. Karl-Storz-Straße 34
78532 Tuttlingen.

En el extranjero les rogamos dirigirse a la sucursal competente de KARL STORZ o bien a los distribuidores autorizados

### Observaciones importantes

Con el fin de evitar el contagio de enfermedades infecciosas tanto entre el personal de hospitales como también en la empresa de KARL STORZ, los sistemas ópticos, instrumentos y aparatos han de limpiarse y esterilizarse/desinfectarse antes de ser enviados para su reparación. Nos reservamos el derecho de devolver aquellos instrumentos/aparatos que estuvieran contaminados a su propietario.

Las reparaciones, modificaciones o ampliaciones que no hayan sido realizadas por KARL STORZ o por personal experto autorizado de KARL STORZ, implicará la pérdida de los derechos de garantía. KARL STORZ no asume garantía alguna en cuanto a la funcionalidad de aquellos aparatos o instrumentos, cuya reparación haya sido realizada por terceros no autorizados.



## Verantwortlichkeit

Als Hersteller dieses Gerätes betrachten wir uns für die Sicherheit, Zuverlässigkeit und Leistung des Gerätes nur dann als verantwortlich, wenn:

- Montage, Erweiterung, Neueinstellungen, Änderungen oder Reparaturen durch von KARL STORZ autorisierte Personen durchgeführt werden und
- die elektrische Installation des betreffenden Raumes den gültigen Gesetzen und Normen entspricht und
- das Gerät in Übereinstimmung mit der Gebrauchsanweisung verwendet wird.

## Garantie

Für die Dauer von zwei Jahren ab Übergabe an den Endkunden leisten wir unentgeltlich Ersatz für nachweisbar fehlerhaftes Material oder mangelhafte Verarbeitung. Transportkosten und Versandrisiko können dabei nicht übernommen werden. Im übrigen gilt die in unseren Allgemeinen Geschäftsbedingungen angegebene Gewährleistung.

Bitte die anhängende Garantiekarte auf der letzten Seite ausfüllen und möglichst umgehend zurückschicken an:

KARL STORZ GmbH & Co. KG
Postfach 230
D-78503 Tuttlingen

**Hinweis:** Das Gerät ist immer an die folgende Adresse zu schicken (auch während der Garantiezeit, ggf. mit Garantiekarte):

KARL STORZ GmbH & Co. KG
Abt. Reparaturservice
Dr. Karl-Storz-Str. 34
78532 Tuttlingen

## Limitation of liability

KARL STORZ shall be liable for failure or deterioration in the safe operation, operational reliability, and performance of this equipment only subject to the following conditions:

- all assembly operations, system expansions, modifications or repairs thereof have been performed by a person or persons duly authorized by KARL STORZ;
- all electrical installations at the location of use meet applicable national and local electrical codes; and
- the unit has been used in accordance with its operating instructions at all times.

## Manufacturer's warranty

For a period of two years after delivery to the end-user, we shall replace free of charge equipment that can be proven to have defects in material or workmanship. In so doing we cannot accept to bear the cost of transportation or the risk of shipment. The warranty referred to in our Standard Conditions of Business shall apply.

Please fill in the attached warranty card on the last page and return it as soon as possible to:

KARL STORZ GmbH & Co. KG
Postfach 230
D-78503 Tuttlingen/Germany

**Note:** The unit must always be sent to the following address (also during the warranty period, where applicable, with warranty card):

KARL STORZ GmbH & Co. KG
Abt. Reparaturservice
Dr. Karl-Storz-Str. 34
78532 Tuttlingen

## Responsabilidades

Como fabricantes de este equipo somos responsables de su seguridad, fiabilidad y rendimiento sólo si se cumplen los siguientes requisitos:

- Montaje, ampliaciones, reajustes, modificaciones o reparaciones exclusivamente a cargo de las personas autorizadas por KARL STORZ,
- Instalación eléctrica de la sala correspondiente en concordancia con las disposiciones legales y las normas vigentes,
- Utilización del equipo de acuerdo con lo especificado en el manual de instrucciones.

## Garantía

Durante un período de dos años, a partir de la fecha de entrega al cliente final, procedemos a la reposición gratuita por fallas comprobables del material o acabados defectuosos. No nos hacemos cargo de los gastos de transporte ni nos responsabilizamos del riesgo de envío. Por lo demás, rige la garantía especificada en nuestras condiciones generales de entrega.

Rogamos rellenen la tarjeta de garantía que está al final de esta página, enviándola lo antes posible a:

KARL STORZ GmbH & Co. KG
Postfach 230
D-78503 Tuttlingen/Alemania

**Nota:** El aparato se debe enviar siempre a la dirección siguiente (también durante el período de garantía, si es necesario con la tarjeta de garantía):

KARL STORZ GmbH & Co. KG
Abt. Reparaturservice
Dr. Karl-Storz-Str. 34
D-78532 Tuttlingen/Alemania



| Instandhaltung | Maintenance | Mantenimiento |
|---|---|---|

## Garantie für XENON-Lampe bzw. Lampenmodul

Unabhängig von den allgemeinen Garantiebedingungen für unsere Geräte gewährleisten wir für unsere XENON-Lampen bzw. die Lampenmodule eine Brenndauer von 500 Stunden. Bei einem Ausfall innerhalb der ersten 50 Stunden Brenndauer wird die Lampe bzw. das Lampenmodul kostenlos ersetzt, bei einer Brenndauer von mehr als 50 Stunden wird die Brenndauer anteilsmäßig auf den Preis der Ersatzlampe bzw. des Ersatzlampenmoduls angerechnet. Das gilt jedoch nur unter der Voraussetzung, daß in Garantiefall die defekte Lampe/Lampenmodul, die Seriennummer der XENON-Kaltlicht-Fontäne und das Protokoll über die Brenndauer der Lampe eingereicht wird.

Eigenmächtiges Öffnen, Reparaturen und Änderungen am Gerät durch nicht autorisierte Personen entbinden uns von jeglicher Haftung für die Betriebssicherheit des Gerätes. Während der Garantiezeit erlischt dadurch jegliche Gewährleistung.

## Warranty for xenon lamp or lamp module

Irregardless of the general warranty conditions for our equipment, we guarantee 500 hours of life for our xenon lamps or lamp modules. Lamps or xenon modules that burn out within the first 50 hours will be replaced free of charge; for lamps or lamp modules that burn out after the first 50 hours, the price of the replacement lamp or module will be calculated according to the number of hours the original lamp was used. This is applicable only if the defective lamp/lamp module, the serial number of the xenon cold light fountain, and a record of the lamp hours are presented.

Opening the equipment or performance of any repairs or modifications to the equipment by unauthorized persons shall release us from any liability for its performance. Any such opening, repair, or modification performed during the warranty period shall void all warranty.

## Garantía para las lámparas XENON o el módulo de lámparas

Independientemente de las condiciones generales de garantía que ofrecemos sobre nuestros aparatos, garantizamos para las lámparas XENON o el módulo de lámparas una duración de servicio de 500 horas. En caso de ocurrir una avería durante las primeras 50 horas de funcionamiento, reemplazamos la lámpara o el módulo de lámparas sin recargo al cliente. Si el tiempo de servicio sobrepasa las 50 horas, se considerará proporcionalmente el tiempo de funcionamiento en el precio de la lámpara o el módulo de lámparas de repuesto. Estas condiciones sólo son válidas durante el tiempo de garantía de la lámpara/del módulo de lámparas averiado, y requieren la presencia XENON y el envío del registro sobre las horas de alumbrado de la lámpara.

Cualquier manipulación no autorizada, ya sea la apertura, reparación o modificación del aparato, nos exime de cualquier responsabilidad en relación con la seguridad de su funcionamiento. Cualquier manipulación no autorizada rescindirá la garantía.

**STORZ**

## Technische Beschreibung

### Fehlersuchliste

⚠️ **Warnung:** Vor sämtlichen Wartungs-arbeiten am Gerät die Netzverbindung trennen!

**Fehlerbeschreibung:**
Gerät ganz ausgefallen.

**Mögliche Ursachen:**
- Netzversorgung ausgefallen.
- Netzsicherung defekt.

**Abhilfe:**
- Versorgungsnetz prüfen lassen.
- Sicherungen wechseln wie in Gebrauchs-anweisung beschrieben; auf Sicherungs-typ achten.

**Fehlerbeschreibung:**
Keine Lichtabgabe.

**Mögliche Ursachen:**
- XENON-Lampe defekt.
- Elektronik defekt.

**Abhilfe:**
- XENON-Lampe von elektronisch ausgebilde-tem Fachpersonal wechseln lassen.
- Servicestelle verständigen.

**Hinweis:** Garantiebedingungen XENON-Lampen beachten!

**Fehlerbeschreibung:**
Zu wenig Licht.

**Mögliche Ursachen:**
- Helligkeit ist zu niedrig eingestellt.
- Lampe altert.
- Endflächen des Lichtkabels und/oder des Endoskops verschmutzt.
- Lichtkabel defekt.

**Abhilfe:**
- „+"-Taste ⊕ drücken.
- Lampe wechseln lassen.
- Endflächen des Lichtkabels und Lichten-rd aus-trittsflächen am Endoskop reinigen.
- Lichtkabel ersetzen.

## Technical description

### Troubleshooting

⚠️ **Warning:** Always unplug the unit before all maintenance work.

**Description:**
Complete failure of the unit.

**Possible causes:**
- No power from the power line.
- Defective power fuse.

**Remedy:**
- Check that there is electricity to the wall outlet.
- Change fuses as described in the instruction manual. Make sure you use the correct type of fuse.

**Symptom:**
No light is emitted.

**Possible causes:**
- xenon lamp is defective
- Defect in internal circuitry.

**Remedy:**
- Have a the red electrician change the xenon lamp.
- Call service.

**Note:** Observe the warranty conditions!

**Symptom:**
Too little light.

**Possible causes:**
- Brightness adjustment is set too low.
- Lamp is defective
- Ends of light cable and/or endoscope are soiled.
- Light cable is defective.

**Remedy:**
- Press brightness control "+" button ⊕.
- Have xenon lamp replaced.
- Clean ends of light cables, and light entrances and exits on the endoscope.
- Replace light cable.

## Descripciones técnicas

### Localización de errores

⚠️ **Cuidado:** ¡Antes de realizar cualquier tra-bajo de mantenimiento, desconecte el equipo de la red!

**Descripción del error:**
Inactivación total de equipo.

**Causas posibles:**
- Alimentación de la red interrumpida.
- Fusible de la red defectuoso.

**Solución:**
- Controlar la alimentación de la red.
- Cambiar los fusibles tal como se indica en el manual de instrucciones. Prestar atención a emplear el fusible del tipo correcto.

**Descripción del error:**
No se emite luz.

**Causas posibles:**
- Lámpara XENON averiada.
- Sistema electrónico averiado.

**Solución:**
- Cambio de la lámpara XENON por parte de personal electrónico especializado.
- Informar a servicio técnico.

**Nota:** ¡Tener presentes las condiciones vigentes de la garantía!

**Descripción del error:**
Poca intensidad de luz.

**Causas posibles:**
- La luminosidad ha sido ajustada a un valor insuficiente.
- Lámpara desgastada.
- Suciedad en los extremos del cable de luz y/o del endoscopio.
- Cable de luz averiado.

**Solución:**
- Pulsar la tecla „+" ⊕.
- Cambiar la lámpara XENON.
- Limpiar los extremos del cable de luz y las superficies de entrada y salida de luz del endoscopio.
- Reemplazar el cable de luz.



KARL STORZ

## Technische Beschreibung | Technical description | Descripción técnica



### Technische Daten

Kaltlicht-Fontäne XENON 300

### Technical data

Cold light fountain XENON 300

### Ficha técnica

Fuente de luz fría XENON 300

201331 20/-1

---



### Normenkonformität (für 201331 20/-1):

Nach IEC 60601-1:

- Art des Schutzes gegen elektr. Schlag: Schutzklasse I
- Grad des Schutzes gegen e.ektr. Schlag: Anwendungsteil des Typs CF

### Standard compliance (for 201331 20/-1):

According to IEC 60601-1:

- Type of protection against electric shocks: Protection Class I
- Degree of protection against electric shocks: Applied part of type CF

### Conformidad con la norma (p/201331 20/-1):

Según CEI 60601-1:

- Tipo de protección contra choque eléctrico: categoría de protección I
- Grado de protección contra choque eléctrico: pieza de aplicación del tipo CF

---

### Richtlinienkonformität (für 201331 20/-1):

Nach Medical Device Directive (MDD):

Med.zinprodukt der Klasse II a

Dieses Medizinprodukt ist nach MDD 93/42/EEC mit CE-Kennzeichen versehen.

Ist dem CE-Kennzeichen eine Kern-Nummer nachgestellt, weist diese die zuständige Benannte Stelle aus.

### Directive compliance (for 201331 20/-1):

According to Medical Device Directive (MDD):

This medical device belongs to Class II a

This medical product bears the CE mark in accordance with MDD 93/42/EEC.

A code number after the CE mark indicates the responsible notified body.

### Conformidad con la directiva (p/201331 20/-1):

Según Medical Device Directive (MDD):

Producto médico del grupo II a

Este producto médico está provisto del símbolo CE según MDD 93/42/CEE

Si al símbolo CE le sigue un número de identificación, dicho número designa el organismo notificado competente.



24

## Technische Beschreibung

## Technische Unterlagen

Auf Anfrage stellt der Hersteller ihm verfügbare Schaltpläne, ausführliche Ersatzteillisten, Beschreibungen, Einstellanweisungen und andere Unterlagen bereit, die dem entsprechend qualifizierten und vom Hersteller autorisierten Personal des Anwenders beim Reparieren von Geräteteilen, die vom Hersteller als reparierbar bezeichnet werden, von Nutzen sind.

Das Verfügen über technische Unterlagen zum Gerät stellt auch für technisch geschultes Personal keine Autorisierung durch den Hersteller zum Öffnen oder Reparieren des Gerätes dar.

Ausgenommen sind im Text der vorliegenden Gebrauchsanweisung beschriebene Eingriffe.

Konstruktionsänderungen, insbesondere im Zusammenhang mit der Weiterentwicklung und Verbesserung unserer Geräte, behalten wir uns vor.

## Technical description

## Technical documentation

On request, the manufacturer will provide those circuit diagrams, itemized parts listings, descriptions, sets of adjustment instructions, and other items of available documentation to sufficiently qualified user personnel duly authorized by the manufacturer for their use in repairing those components of the instrument that have been designated as repairable by their respective manufacturers.

Supply of such technical documentation relating to the instrument shall not be construed as constituting manufacturer's authorization of user's personnel, regardless of their level of technical training, to operate or repair the instrument.

Explicitly exempted therefrom are those maintenance and repair operations described in this manual.

We reserve the right to make engineering modifications in the interest of promoting technological progress and generating performance improvements without obligation on our part to submit prior notice thereof.

## Descripciones técnicas

## Documentación técnica

El personal cualificado del usuario que haya sido debidamente autorizado por el fabricante para reparar los componentes del equipo, que por el fabricante sean calificados de reparables, podrá pedir al fabricante los esquemas de distribución, listas completas de piezas de repuesto, descripciones, instrucciones de ajuste y demás documentación útil para ese propósito.

La posesión de documentaciones técnicas sobre el equipo no implica, ni siquiera para el personal con formación técnica, la autorización por parte del fabricante para abrir o reparar el aparato.

Se exceptúan las intervenciones descritas en el texto de este manual de instrucciones.

Nos reservamos el derecho de efectuar modificaciones de construcción, especialmente en relación con el desarrollo ulterior y mejora del aparato.



STORZ



28134080

## Ersatzteile, empfohlenes Zubehör / Spare parts, recommended accessories / Piezas de repuesto, accesorios recomendados

### Ersatzteilliste / Spare parts list / Piezas de repuesto

| Artikel | Bestell-Nr. | Item | Cat. no. | Artículo | N° de pedido |
|---|---|---|---|---|---|
| Ersatz-Lichtprismenset XENON mit Kühlkörper | 28138327 | XENON spare lamp module with heat sink | 28138327 | Juego de lámparas de repuesto XENON, con disipador de calor | 28138327 |
| XENON-Ersatzlampe, allein | 28138328 | XENON spare lamp, only | 28138328 | Lámpara de repuesto XENON, solo | 28138328 |
| Lichtleiter-Adapter inkl. Kühlkörper (nur 28134080) | 28134080 | Light source adaptor incl. heat sink | 28134080 | Adaptador para fuente de luz, incl. disipador de calor | 28134080 |
| BNC-Verbindungskabel (nur 28153128) | 536 MK | BNC Connecting cable (only 28153128) | 536 MK | Cable de conexión BNC (únicamente 28153128) | 536 MK |
| Silikon-Schlauchset, autoklavierbar, Länge 250 cm | 610 AFT | Silicone tubing set, autoclavable, length 250 cm | 610 AFT | Set de tubos de silicona, autoclavable, longitud 250 cm | 610 AFT |
| SCB-Verbindungskabel Länge 100 cm (nur 28153101-1) | 20090170 | SCB connecting cord, length 100 cm (only 28153101-1) | 20090170 | Cable de conexión SCB, longitud 100 cm (únicamente 28153101-1) | 20090170 |
| Netzsicherung 4,0 A (220-240 VAC) | 2027690 | Power fuse 4.0 A (220-240 VAC) | 2027690 | Fusible para la red 4,0 A (220-240 V CA) | 2027690 |
| Netzsicherung 8,0 A (100-125 VAC) | 2028090 | Power fuse 8.0 A (100-125 VAC) | 2028090 | Fusible para la red 8,0 A (100-125 V CA) | 2028090 |
| Netzkabel (Schuko) | 400 A | Power cord (grounded) | 400 A | Cable de conexión a la red (con contacto a tierra) | 400 A |
| Netzkabel "Hospital Grade" (USA) | 400 B | "Hospital Grade" Power cord (USA) | 400 B | Cable td e conexión a la red "Hospital Grade" (USA) | 400 B |
| Gebrauchsanweisung | 96206080d | Instruction manual | 96206080d | Manual de instrucciones | 96206080d |
| Kurzgebrauchsanweisung | 96206006x | Operator's quick reference guide | 96206006x | Instrucciones de empleo resumidas | 96206006x |

26

STORZ

Ersatzteile, empfohlenes Zubehör · Spare parts, recommended accessories · Accessoires de rechange recommandés



## Fiberglas-Lichtkabel

Fiberglas-Lichtkabel enthalten ein Bündel mit einer Vielzahl von einzelnen Glasfasern. Die spektrale Transmission eines Fiberglas-Lichtkabels ist für alle Wellenlängen des sichtbaren Lichts annähernd gleich, d.h. sie nimmt aller-dings zum blauen Ende des Spektrums hin ab. Das Licht hat dadurch einen „wärmeren" Farb-ton – ein Effekt, der bei zunehmender Länge der Lichtkabel immer stärker in Erscheinung tritt. Für Ultraviolett sind Fiberglas-Lichtkabel undurchlässig. Die Licht-Absorption beträgt etwa 10% pro Meter, die Einstrahlungsverluste liegen bei etwa 40%. Das eine Ende eines 2 m langen Fiberglaskabels, an dem eine etwa ungefähr ein Drittel das auf den Lichtleiter auf-treffende Lichte zur Verfügung.

KARL STORZ Fiberglas-Lichtkabel garantieren die bestmögliche Ausnutzung der Lichtenergie bei dieser Art der Lichtübertragung.

Die Reinigung erfolgt mit einem Tupfer und Neutralseife, d.h Nachreinigung und Trocknung mit einem in Alkohol getränkten Wattestäbchen oder Tupfer.

Sterilisation: Autoklav bis 134 °C, Gas- oder Plasmasterilisator.
Desinfektion: Durch Einlegen in Lösung (siehe Hinweis).

Hinweis: Die Anleitung „Reinigung, Sterilisation und Pflege" von KARL STORZ Instrumen-ten muß beachten werden. Dort sind die Verfahren zur Reinigung, Desinfektion und Sterilisation im Detail erläutert.
Zur Reinigung/Desinfektion ein von KARL STORZ freigegebenes Reinigungs-/Desinfektionsmittel verwenden. Die aktuelle Freigabeliste finden Sie auf unserer Homepage (http://www.karlstorz.de bzw. www.karlstorz.com).

## Fiberoptic light cables

Fiberoptic light cables contain a large number of single glass fibers. The spectral transmission of a fiberoptic light cable is approximately the same for all of the wavelengths of visible light, but decreases, however towards the blue end of the spectrum. This makes the light to be on a warmer shade – an effect which becomes more intensive the longer the light cable. Fiberoptic light cables are opaque to ultraviolet light. Light absorption is approximately 10% per meter, the radiation loss is about 40%. This means that about one third of the light that strikes the cable is still available at the end of a 2 m long fiberop-tic light cable.

KARL STORZ fiberoptic light cables allow you to make the most of the light energy provided by th s type of light transmission.

Clean first with a cotton swab and neutral soap, then with a cotton swab soaked in alcohol. Allow to dry completely.

Sterilization: Autoclave up to 134 °C or gas or plasma sterilizer.
Disinfection: Immerse in a disinfection solution (see note).

Note: The Instructions for "Cleaning, Steriliza-tion and Care of KARL STORZ Instruments" must be followed. There the procedures for cleaning, disinfection and sterilization are explained in detail.
Use a cleaning agent/disinfectant approved by KARL STORZ for cleaning/disinfection. You will find the current list of approved products on our Web site (http://www.karlstorz.de or www.karlstorz.com).

## Cables de luz de fibra de vidrio

Los cables de luz de fibra de vidrio están consti-tuidos por un haz de gran cantidad de fibras de vidrio. La transmisión espectral de un cable de luz de fibras de vidrio es prácticamente prácti-camente igual en todas las longitudes de onda de la luz visible, aunque disminuye hacia el extremo azul del espectro. En consecuencia, la luz tiene un tono más bien cálido; este efecto se pone de manifiesto con mayor intensidad a la aumentar la longitud de los cables de luz. Los cables de luz de fibra de vidrio no permiten el paso de la luz ultravioleta. La absorción de la luz asciende a aproximadamente un 10% por metro; las pérdi-das por radiación ascienden al 40%. Ello significa que en el extre-mo final de un cable de luz de fibra de vidrio de 2 metros se dispone de aproximadamente una tercera parte de la luz incidente inicial.

Los cables de luz de fibra de vidrio de KARL STORZ garantizan el mejor aprovechamiento posible de la energía lumínica en este método de transmisión de de la luz.

Primeramente limpiar con un algodón y jabón neutro; a limpieza posterior y el secado se rea-lizan con una torunda o un bastoncillo de algo-dón impregnado en alcohol.

Esterilización: Autoclave hasta 134 °C ó esterilizador de gas o plasma.
Desinfección: sumergir do en soluciones (véase la nota).

Nota: Hay que tener en cuenta la instrucción "Limpieza, esterilización y conservación de los instrumentos KARL STORZ". Allí se explican de-talladamente los procedimientos para limpieza, desinfección y esterilización.
Utilice para la limpieza/desinfección un producto de limpieza/desinfección autorizado por KARL STORZ. La lista actualizada de productos autorizados la encontrará en nuestra página web (http://www.karlstorz.de o bien www.karlstorz.com).

**STORZ**

28

| Ø guide de lumière/ Ø cavo illum./ Ø cable de luz | Ø endoscope/ Ø endoscopio/ Ø endoscopio |
|---|---|
| 4,8 mm – 5,0 mm | 8,5 mm – 12 mm |
| 3,0 mm – 3,5 mm | 5,0 mm – 6,5 mm |
| 2,0 mm – 2,5 mm | 0,8 mm – 2,9 mm |

**Fiberglas-Lichtkabel**

Kombination Lichtkabel mit Endoskop

Aus Sicherheitsgründen sind die Durchmesser von Fiberglas-"Fluid"-Lichtkabel und Endoskop aufeinander abzustimmen (siehe nebenstehende Tabelle).
- siehe Seite 29

**Fiberoptic light cable**

Combination of light cable with endoscope

For safety reasons, the diameters of fiberoptic/ fluid light cables and endoscopes should be used in the combination shown in the table opposite.
- see page 29

**Cable de luz de fibra de vidrio**

Combinación del cable de luz con el endoscopio

Por motivos de seguridad deben coincidir entre si los diámetros de los cables de luz de fibra de vidrio/por medio fluidizado y de los endoscopios (véase la tabla al lado).
- véase pág. 29

| Artikel / Item / Artículo | Ø Lichtkabel / Ø fibre bundle / Ø fibra de fibras | Länge / Length / Longitud | Bestell-Nr. / Cat. no. / N° de pedido |
|---|---|---|---|
| **Fiberglas-Lichtkabel** / Fiberoptic light cable / Cables de luz de fibra de vidrio (495 NJ/NA/ND/NB/NCS/NE/NT/NTA) | 2,5 mm | 180 cm | 495 NJ |
|  |  | 230 cm | 495 NTA |
|  |  | 180 cm | 495 NL |
|  | 3,5 mm | 230 cm | 495 NA |
|  |  | 300 cm | 495 ND |
|  |  | 180 cm | 495 NB |
|  |  | 230 cm | 495 NCS |
|  |  | 300 cm | 495 NE |
| **Fiberglas-Lichtkabel mit 90°-Abwinkelung zur Kaltlicht-Fontäne** / Fiberoptic light cable with 90° deflection towards the cold light fountain / Cables de luz de fibra de vidrio con ángulo 90° en el extremo de la luz fría (495 NV/NVL) | 2,5 mm | 230 cm | 495 NV |
|  |  | 180 cm | 495 NTX |
|  | 3,5 mm | 230 cm | 495 NW |
|  |  | 300 cm | 495 NWM |
|  |  | 230 cm | 495 NWL |
| **Fiberglas-Lichtkabel zum gleichzeitigen Anschluß von zwei Instrumenten** / Fiberoptic light cable for simultaneous connection of two instruments / Cables de luz de fibra de vidrio para la conexión simultánea de dos instrumentos (495 UD) | 2 x 3,5 mm | 180 cm | 495 UD |
| **Fiberglas-Lichtkabel für doppelte Lichtverteilung bei Film und Fernsehen und bei Verwendung von Demonstrationsgeräten** / Fiberoptic light cable for double illumination of film and television recordings, and when using demonstration instruments / Cables de luz de fibra de vidrio para iluminación doble para cine y televisión y para uso de aparatos de demostración (495 AD/BD) | 3,5 mm | 180 cm | 495 AD |
|  | 4,8 mm | 180 cm | 495 BD |
| **Wandhalter für 5 Lichtkabel** / Wall jack for 5 light cables / Sujeción de pared para 5 cables de luz |  |  | 495 H |

## Ersatzteile, empfohlenes Zubehör
## Spare parts, recommended accessories
## Piezas de repuesto, accesorios recomendados





### Fluid-Lichtkabel

Das Licht wird im Fluid-Lichtkabel nicht über Glasfasern, sondern durch eine optische Flüssigkeit geleitet. Fluid-Lichtkabel sind steifer als Fiberglas-Lichtkabel und dürfer auch nicht so stark gekrümmt werden. Bei einer zu starken Krümmung tritt ein hoher Lichtverlust auf. Das von ihnen übertragene Licht ist jedoch intensiver als bei vergleichbaren Durchmesser. Deshalb eignen sich Fluid-Lichtkabel vorzugsweise für die endoskopische Dokumentation.

⚠ **Vorsicht:** Eine Beschädigung der Ummantelung führt zum Defekt des Lichtkabels!

### Fluid light cables

In fluid light cables, the light is not transmitted through a glass fiber, but through a special liquid contained in the light cable. Fluid light cables are stiffer than fiberglass light cables and cannot be bent as much as they can. If you bend them too much they will cause a severe loss of light. However, they do transmit a brighter light than fiberoptic light cables with the same diameter. For this reason, fluid light cables are ideally suited for endoscopic photography.

⚠ **Caution:** Damage to the elastomer coat will impair the light cable.

### Cables de luz por medio fluidizado

En los cables de luz por medio fluidizado, la luz no es transportada a través de fibras de vidrio, sino a través de un líquido especial contenido en el cable de luz. Los cables por medio fluidizado son menos flexibles que los cables de fibra de vidrio y no deben curvarse demasiado. Si se les curva en exceso, la pérdida de luz es considerable. No obstante, estos cables permiten la obtención de una luz más intensa que la de los cables de fibra de vidrio de diámetros comparables. Por esta razón, los cables de luz por medio fluidizado se prestan principalmente para la documentación endoscópica.

⚠ **Advertencia:** Un deterioro del revestimiento de goma tiene como consecuencia la avería del cable de luz.

| Artikel Item Artículo | aktiver Durchmesser active diameter diámetro activo | Länge Length Longitud | Bestell-Nr. Cat. no. N° de pedido |
|---|---|---|---|
| Fluid-Lichtkabel Fluid light cable Cable de luz por medio fluidizado | 2 mm | 220 cm | 495 FS |
| | 3 mm | 180 cm | 495 FO |
| | | 250 cm | 495 FP |
| | 5 mm | 180 cm | 495 FQ |
| | | 250 cm | 495 FR |
| Halterung für 5 Lichtkabel Wall rack for 5 light cables Sujeción de pared para 5 cables de luz | | | 495 H |





Die Reinigung erfolgt mit einem Tuch und Neutralseife, die Nachreinigung und Trocknung mit einem in Alkohol getränkten Wattetäbchen oder Tuch.

**Hinweis:** Fluid-Lichtkabel sind nicht gassterilisierbar. Sie dürfen aber nicht dampfsterilisiert werden.

**Desinfektion:** Durch Einlegen in Lösung. Als Desinfektionslösung eignen sich speziell für Endoskope von KARL STORZ freigegebenen Mittel (siehe Hinweis S. 27).

Clean first with neutral soap, then with a cotton swab soaked in alcohol. Allow to dry completely.

**Note:** Fluid light cables may be sterilized with gas, but may **not** be steam sterilized.

**Disinfection:** Immerse in a disinfectant solution. Use high-level disinfectant solutions which are specially approved for endoscopes from KARL STORZ (see note page 27).

Primeramente limpie con un algodón y jabón neutro; la limpieza posterior y el secado se realizan con un algodón o un bastoncillo de algodón impregnado en alcohol.

**Nota:** Los cables de luz por medio fluidizado son esterilizables con gas. Los cables de luz por medio fluidizado **no** son esterilizables por vapor.

**Desinfección:** Sumergiendo en solución. Como solución desinfectante son adecuadas las productos desinfectantes para endoscopios autorizados por KARL STORZ (véase la nota, pág. 27).