UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 21, 2014

MEMO TO COUNSEL RE:  Mary Clark v. Howard County General Hospital, et al.
Civil No. JFM-13-184

Dear Counsel:

This case has been transferred from Judge Hollander to me for ruling upon defendants' motion for summary judgment and to strike plaintiff's expert, Russel Williams, M.D.

The motion (document 50) is denied.  I understand and appreciate that Dr. Williams is not a plastic surgeon and has not engaged in the same surgical procedures which Dr. Chang was performing when the incident occurred.  I also understand and appreciate that Dr. Williams may have underestimated the number of times that Dr. Chang used the lighted retractor and that because of the nature of the procedure which Dr. Chang was performing, the lighted retractor may have been in virtually continuous use.  That said, the ultimate opinion expressed by Dr. Williams – that a lighted retractor should not be placed on the body of a patient, is uncontroversial, regardless of the number of times that the lighted retractor was used.  Accordingly, I find that Dr. Williams, as a general surgeon, is fully qualified to state the opinion he has expressed.

A conference call will be held on __November 5, 2014__ at __4:30__ p.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge