HOWARD COUNTY GENERAL HOSPITAL, INC.
5755 CEDAR LANE
COLUMBIA, MD 21044

OPERATIVE REPORT

PATIENT NAME: CLARK, MARY E
DATE OF BIRTH: 03/15/59
ATTENDING MD: Eric Chang, M.D.
DICTATING MD: Eric Chang, M.D.

MED REC #: M00637448
PT. LOC:
ACCT. NO: V00014483945

DATE OF PROCEDURE: 05/24/2010

PREOPERATIVE DIAGNOSIS:
1. Bilateral acquired amastia.
2. Step-off of left upper pole breast implant reconstruction.
3. Contour defect at the medial and upper quadrant for bilateral breast.
4. Implant malposition with a slight inferior and lateral displacement of the implant on the left.
5. Implant rippling, left greater than right.

PROCEDURE:
1. Left breast capsulectomy for implant repositioning.
2. Left breast implant exchange.
3. Right breast implant exchange.
4. Fat transfer from abdomen to left breast.
5. Fat transfer from abdomen to right breast.
6. Liposuction of bilateral axillary areas for contouring of the lateral breast area.

ESTIMATED BLOOD LOSS: Less than 100 mL.

COMPLICATIONS: Burn to chest from overheating of lighted retractor.

DRAINS: A JP x2.

SURGEON
Eric Chang, M.D.

FLUID
Crystalloid only.

FINDINGS
1. Left implant malposition.
2. No palpable abnormalities in either breast cavity.

SPECIMEN
Left breast capsule.

CONDITION
Good.

IMPLANTS

OPERATIVE REPORT - Additional copy



DEFENDANT'S EXHIBIT 1

000041011

PATIENT NAME:    CLARK, MARY E
OPERATIVE REPORT

1. Siltex Round High-Profile gel implants, on the right was a 650 mL implant, reference number 354-4650, serial number 5946643-023.
2. Left implant, which is also a Mentor Siltex Round High-Profile gel implant, this one is 600 mL, reference number is 354-4600, serial number 5976840-018.

IDENTIFICATION
Mary is a 51-year-old woman, who underwent bilateral breast reconstruction a few years ago. She had a notable step off on the left upper pole of the breast. In addition, she was noted to have implant rippling in the bilateral breasts. Her left breast was noted to have a slight lateral and inferior displacement. We discussed implant capsulectomy for repositioning of the implant, followed by implant exchange bilaterally to silicone implants, as well as fat transfer from the abdomen and lateral breast area to the upper pole of the breast to treat the upper pole step off. Risks of fat resorption, risks of inflammatory processes and fat necrosis versus hyper and hypopigmentation, risk of scarring were all explained to her. She understood and nonetheless wished to proceed. The fact that implants are not lifetime devices and that the FDA recommends serial MRIs for silicone implants were explained to her. She understood.

PROCEDURE IN DETAIL
The patient was met in the preoperative area, all questions were answered. She had a gram of Ancef given preoperatively. Her midline was marked, as well as her existing inframammary folds and the implant pockets. I marked the left side for capsulectomy to shift the implant medially and superiorly. Areas of contour deficiency in the upper pole of the breasts were marked as well.

The patient was brought to the operating room and placed on the table in supine position. SCDs were applied. A lower body Bair Hugger was applied. Her abdomen and chest were prepped and draped in the usual sterile fashion. I marked out her area of lower abdominal adiposity for fat harvesting. I started by injecting tumescent solution to the abdominal area. I injected about a total of 100 mL to each side of the lower abdomen, 100 mL was infiltrated to each axillary area as well. Fat was subsequently harvested using a 2-mm Coleman blunt catheter. A total of 180 mL of fat was harvested using this technique from the lower abdomen and the right axilla. Following this, the fat was spun down at 3000 RPMs for a total of 3 minutes. The processed fat had the fluid and the oil removed. The remaining fat was about 75 mL volume. At this point, further liposuction of the right axilla and left axilla was performed with a 3-mm cannula to suction. A total of 100 mL additional liposuction aspirate was obtained with this from the right, as well as 50 mL from the left.

I started by opening up the left implant cavity. The implant was found to be intact and removed. A crescent shaped strip of capsule was removed from the inferolateral pole of the breast. On closing this area with 2-0 PDO Quill sutures, as well as 3-0 Vicryl suture, this brought the implant cavity and the implant more medially. An implant was sized to the defect and opened and prepared in the usual fashion with double antibiotic solution leaving out the Ancef because of a penicillin allergy. The implant was placed in the cavity and the skin was temporarily closed with staples. I removed the right-sided implant in a similar fashion and placed the slightly larger implant on the right side, as this side had less soft tissue. The left implant had been found to have flipped 180 degrees. Because of this implant flipping and due to her history of implant flipping, I decided to proceed with textured implants in hopes that this would help prevent the

OPERATIVE REPORT - Additional copy                                                           Page 2 of 3

000041012

PATIENT NAME:      CLARK, MARY E
OPERATIVE REPORT

implants from flipping in the future. Drains were placed in the cavity as well. The right side did not appear to need a capsulectomy. A capsulotomy of the upper lateral pole on the left breast was performed as well. A layered closure was performed after the implants were placed. The patient had been sat in a sitting upright position to check for implant symmetry and very good symmetry had been obtained. The closure was performed with 3-0 Vicryl for the muscle and capsule, followed by 3-0 Monocryl for the deep dermis, followed by 3-0 Monocryl running subcuticular stitch for the skin.

Upon using the lighted retractor to allow for visualization of the cavities, it was found that there had been burns from the retractor heating through the drape to the skin. Some of these burns were full-thickness in nature. The full-thickness burns were excised until healthy bleeding tissue was seen. Closure was performed in 2 layers with a 5-0 Monocryl for the deep dermis, followed by 5-0 plain gut for the skin. I felt that this would allow for better healing rather than allowing these deep burns to heal in on their own.

At this point, the fat that had been harvested was transferred to 3 mL syringes. A total of 12 mL was infiltrated to the right breast upper medial contour deficiency, a total of 9 mL was infiltrated to the right axillary depression, 9 mL was infiltrated to the left axillary depression, a total of 12 mL was infiltrated to the left breast upper medial pole contour deficiency. As far as the step off of the implant to the chest wall, the remaining 33 mL was used for this area. Very good contour was obtained using these grafts. Care was taken to inject the grafts very minimally and only with a retrograde movement of the needle with small aliquots with each injection. Soft sterile dressings were applied. The incisions were closed with 6-0 nylon suture. Dermabond was applied to the breast scar incision sites. Xeroform and bacitracin were applied to the burns. A gently placed breast binder, as well as an abdominal binder was placed.

All sponge, needle, and instrument counts were correct at the end of the procedure. Please note, that the patient tolerated the procedure well, was extubated and brought to the recovery room in good condition.

Dictated by:   Electronically Signed      05/25/10    1525
               Eric Chang, M.D.

Dictated:      05/24/10 1358
Transcribed:   05/24/10 1634
Trans. by:     MDI

OPERATIVE REPORT - Additional copy                          Page 3 of 3

000041013