IN THE UNITED STATES DISTRICT COURT FOR
MARYLAND
(Northern Division)

MARY CLARK                               :

    Plaintiff,                         :

V.                                       : CASE NO.: 1:13-CV-00184 ELH

HOWARD COUNTY GENERAL                    :
HOSPITAL, et al.
                                         :
    Defendants.

## PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

Plaintiff, Mary Clark, by undersigned counsel, hereby submits their Fed. R. Civ. P. 26(a)(2) disclosures as follows:

1.     Russell A. Williams, M.D.
    Department of Surgery
    University of California, Irvine
    UCI Medical Center
    Orange, CA 92868

Dr. Williams is board certified in general surgery and vascular surgery and will be testifying in his capacity an expert witness. In addition to his surgical training, Dr. Williams has written and lectured on the subject of surgical fires and surgical burns. He is expected to testify based on his background, knowledge, education, training and experience, the history provided by the Plaintiff, Mary Clark, as well as, his review of the records of medical treatment.

Specifically, among other things, Dr. Williams will testify that the Defendants, their agents, servants, and/or employees breached the applicable standards of medical

1



DEFENDANT'S EXHIBIT 6

care as to Plaintiff Mary Clark when they created a favorable environment for a surgical burn and in not taking steps to lessen the chances of such an event from occurring. Dr. Williams is expected to further testify that the negligence of each of the Defendants, their agents, servants and/or employees, directly and proximately caused the Plaintiff to suffer a severe injury resulting in medical bills, as well as damages of scarring and significant pain and suffering. Dr. Williams will also testify that the Defendants' negligence proximately caused Plaintiff to suffer mental anguish, permanent impairment and disfigurement. Additionally, it is expected that Dr. Williams will testify that the Defendants collectively lacked personnel training on operating room fires/burns, used improper surgical techniques and failed to have proper communication between all of the operating room staff. The basis for Dr. Williams' opinions include, among other things, the medical records of Mary Clark, the operation manual for the lighted retractor used during Ms. Clark's procedure as well as, the depositions and discovery taken and provided to date and what may be produced, the opinions of other experts, any applicable literature and his knowledge, education and experience as a surgeon. Dr. Williams may supplement his opinion as discovery in the case progresses and additional documents, including deposition transcripts become available for his review. Dr. Williams' curriculum vitae is attached hereto as an exhibit.

In particular and to expand on what was stated above, Dr. Williams will testify that it was a breach in the standard of care to lay electro-surgical equipment, such as the lighted retractor, on the patient's body during surgery. When the lighted retractor was not in use, both the standard of care, as well as the manufacture's instructions, require that it be placed out of the surgical field in a proper holster and/or a metal table. It is

further a deviation from the standard of care to ensure that the settings on the lighted retractor were proper given the type of surgery that was being performed on Ms. Clark.

2. Dawn J. Leonard, M.D.
Medical Director, Herman & Walter Samuelson Breast Care Center
5401 Old Court Road
Randallstown, MD 21133

Dr. Leonard is board certified in general surgery with a sub-specialty in breast surgery and will be testifying in her capacity a hybrid expert and fact witness. Dr. Leonard treated the Plaintiff, Mary Clark with respect to her underlying breast cancer diagnosis, follow up and treatment. Following the surgery by Dr. Chang wherein Ms. Clark sustained the surgical burns, Dr. Leonard, after examining the burns, prescribed silicone pads in an effort to reduce the visibility of the scar and to "keep them from rising". Dr. Leonard is further expected to further testify that the negligence of each of the Defendants, their agents, servants and/or employees, directly and proximately caused the Plaintiff to suffer a severe injury resulting in medical bills, as well as damages of scaring and significant pain and suffering. Dr. Leonard will also testify that the Defendants' actions proximately caused Plaintiff to suffer mental anguish, permanent impairment and disfigurement.

The Plaintiff reserves the right to call any of her treating health care providers as hybrid expert/fact witnesses. The Plaintiff further reserves the right to call any expert witness disclosed by any other party in this case.

The Plaintiff reserves the right to call the Defendants regarding testimony as to the reasonableness of the medical treatment and billing statements.

The Plaintiff reserves the right to call additional rebuttal witnesses.

3

As discovery is in its early states, the Plaintiff reserves the right to amend this list by addition or substituting witnesses, or both.

RESPECTFULLY SUBMITTED,

BERMAN, SOBIN, GROSS,
FELDMAN & DARBY, LLP

_/s/_

Kenneth M. Berman, Esquire
Federal Bar No. 8529
481 North Frederick Ave., #300
Gaithersburg, Maryland 20877
(301) 670-7030
kberman@bsgfdlaw.com
Attorney for Plaintiffs

4

I HEREBY CERTIFY that on this 27 day of August, 2013, a copy of the foregoing was sent via facsimile and First Class, US Mail, postage prepaid and addressed as follows:

Larry D. McAfee, Esq.
Gleason, Flynn, Emig & Fogleman, Chtd.
11 N. Washington Street, Suite 400
Rockville, MD 20850-4278
Attorney for Columbia Aesthetic Plastic Surgery, LLC and Eric Chang, M.D.

Francis X. Leary, Esq.
401 Washington Street, Suite 1100
Towson, MD 21204
Attorney for Howard County General Hospital

                                BERMAN, SOBIN, GROSS,
                                FELDMAN & DARBY, LLP

                                Kenneth M. Berman, Esquire
                                Federal Bar No. 8529
                                481 North Frederick Ave., # 300
                                Gaithersburg, Maryland 20877
                                (301) 670-7030
                                kberman@bsgfdlaw.com
                                Attorney for Plaintiffs