# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | | |
|---|---|---|
| **MARY CLARK** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **CASE NO.  13-CV-0184 JFM** |
| **v.** | : | |
| | : | |
| **HOWARD COUNTY GENERAL** | : | |
| **HOSPITAL,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

March 11, 2015

FOR THE PLAINTIFF
MARY CLARK:

FOR THE DEFENDANTS ERIC
CHANG, M.D. and COLUMBIA
AESTHETIC PLASTIC SURGERY, LLC:

_/s/ Kenneth Berman_
Kenneth Berman (Fed. Bar No. 8529)
Bonnie L. Portis (Fed. Bar No. 19375)
481 N. Frederick Avenue, Suite 300
Gaithersburg, MD  20877
(301) 670-7030 Ext 344

_/s/ Larry D. McAfee_
Larry D. McAfee (Fed. Bar No. 14519)
Karin S. Karlin (Fed. Bar No. 13388)
11 N. Washington Street, Suite 400
Rockville, MD  20850-4278
(301) 294-2110